IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAPCO,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF PHILADELPHIA and THE HONORABLE JAMES KENNEY,<br><br>                Defendants. | Case No.: No. 20-cv-03300 |

## ACCEPTANCE OF SERVICE

I, Joshua Feissner, Divisional Deputy City Solicitor for the City of Philadelphia Law Department, hereby agree to accept service of the following documents on behalf of Defendants City of Philadelphia and The Honorable James Kenney (collectively "Defendants") in the above-captioned matter:

1. Verified Complaint of Plaintiff, Hapco, with Exhibits A through E, Civil Cover Sheet, Case Management Form and Case Designation Form;
2. Motion for Temporary Restraining Order and Preliminary Injunction;
3. Memorandum of Law in Support of Motion for a Temporary Restraining Order and Preliminary Injunction;
4. Rule 7.1 Corporate Disclosure Statement of HAPCO; and
5. Notice of Appearance of Michael K. Twersky.

                                                    By: /s/ Joshua Feissner
                                                            Joshua Feissner, Esq.
                                                             City of Philadelphia Law Department

Dated: July 6, 2020