**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **HAPCO,** *Plaintiff,* **v.** **CITY OF PHILADEPHIA and THE HONORABLE JAMES KENNEY,** *Defendants,* **and** **TENANT UNION REPRESENTATIVE NETWORK AND PHILADELPHIA UNEMPLOYMENT PROJECT** *Defendant-Intervenors.* | **CIVIL ACTION NO. 20-3300** |

## ORDER

**AND NOW**, this 9th day of July 2020, upon consideration of the Tenant Union Representative Network (TURN) and Philadelphia Unemployment Project's Motion for Leave to Intervene as Defendants [Doc. No. 13], and based on representations this date on the record by counsel for Plaintiff and Defendants that no party opposes the motion, it is hereby **ORDERED** that the Motion is **GRANTED** and the Clerk of Court shall add the Tenant Union Representative Network and Philadelphia Unemployment Project to the docket and amend the caption accordingly.

It is so **ORDERED.**

> **BY THE COURT:**
>
> **/s/ Cynthia M. Rufe**
> _____
> **CYNTHIA M. RUFE, J.**