IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAPCO,<br>        *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADEPHIA and<br>THE HONORABLE JAMES KENNEY,<br>        *Defendants,*<br><br>and<br><br>TENANT UNION REPRESENTATIVE<br>NETWORK AND PHILADELPHIA<br>UNEMPLOYMENT PROJECT<br>        *Defendant-Intervenors.* | CIVIL ACTION NO. 20-3300 |

## ORDER

**AND NOW**, this 9th day of July 2020, upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order [Doc. No. 2] and the attached letter from Plaintiff's counsel, and after a hearing on this date, it is hereby **ORDERED** that the Motion is **DISMISSED as moot without prejudice**.

It is so **ORDERED.**

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe**

                                            **CYNTHIA M. RUFE, J.**



**Fox Rothschild** LLP
ATTORNEYS AT LAW

10 Sentry Parkway
Suite 200 P.O. Box 3001
Blue Bell, PA 19422-3001
Tel (610) 397-6500 Fax (610) 397-0450
www.foxrothschild.com

COLIN D. DOUGHERTY
Direct No: 610.397.3908
Email: CDougherty@FoxRothschild.com

July 9, 2020

**VIA FACSIMILE [(267) 299-5077**
The Honorable Cynthia M. Rufe
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Room 12614
Philadelphia, PA 19106-1714

Re:　*HAPCO v. City of Philadelphia, et. al.*
　　　**Case No.: 2:20-cv-3300-CMR**

Your Honor:

　　As discussed at this morning's hearing, at approximately 12:30 pm this afternoon, Governor Wolf issued an Executive Order extending the statewide eviction moratorium until August 31, 2020. Given this action by the Governor, Plaintiff would like to withdraw, without prejudice, its Motion for a temporary restraining order, as it has been mooted by this action. We appreciate the Court's time and attention in this matter, and are free to discuss any additional concerns the Court may have at its convenience. Defendants and Intervenors do not object to this request.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Colin D. Dougherty

CDD/jda
cc:　All Counsel of Record (*Via E-Mail*)

A Pennsylvania Limited Liability Partnership

California　Colorado　Delaware　District of Columbia　Florida　Georgia　Illinois　Minnesota　Nevada
New Jersey　New York　North Carolina　Pennsylvania　South Carolina　Texas　Virginia　Washington