IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAPCO,**  *Plaintiff,*  v.  **CITY OF PHILADEPHIA and THE HONORABLE JAMES KENNEY,** *Defendants,*  and  **TENANT UNION REPRESENTATIVE NETWORK AND PHILADELPHIA UNEMPLOYMENT PROJECT** *Defendant-Intervenors.* | **CIVIL ACTION NO. 20-3300** |

# ORDER

**AND NOW**, this 27th day of August 2020, after a Hearing held on August 19, 2020, upon consideration of Plaintiff HAPCO's Motion for Preliminary Injunction [Doc. No. 22], the responses thereto, and all related filings, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**