# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAPCO *Plaintiff*, <br> v. <br> City of Philadelphia and <br> The Honorable James Kenney <br> *Defendants*, <br> and <br> Tenant Union Representative Network and Philadelphia Unemployment Project <br> *Defendant-Intervenors*. | Civil Action No. 2:20-cv-3300 |

**DEFENDANT-INTERVENORS' JOINDER IN DEFENDANTS' MOTION TO DISMISS**

Defendant-Intervenors Tenant Union Representative Network (TURN) and the Philadelphia Unemployment Project (PUP), through below-signed counsel, hereby JOIN in the Motion to Dismiss filed this day by the Defendants City of Philadelphia and Mayor Jim Kenney.

Respectfully submitted,

| | |
|---|---|
| */s/Rachel Garland* <br> Rachel Garland <br> Osarugue Osa-Edoh <br> Oraneet Shikmah Orevi <br> George Gould <br> Community Legal Services <br> 1424 Chestnut Street, 5th Floor <br> Philadelphia, PA 19102 <br> Rgarland@clsphila.org <br> Telephone: 215-981-3778 | */s/ Irv Ackelsberg* <br> Irv Ackelsberg <br> Howard Langer <br> David Nagdeman <br> Langer, Grogan and Diver, P.C. <br> 1717 Arch Street, Suite 4020 <br> Philadelphia, PA 19103 <br> iackelsberg@langergrogan.com <br> hlanger@langergrogan.com <br> dnagdeman@langergrogan.com <br> Telephone: 215-320-5701 |

*Counsel for Defendant-Intervenors*
Dated: August 28, 2020

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAPCO<br><br>                 *Plaintiff*,<br>   v.<br><br>City of Philadelphia and<br>The Honorable James Kenney<br><br>                 *Defendants*,<br><br>   and<br><br>Tenant Union Representative Network and Philadelphia Unemployment Project<br><br>                 *Defendant-Intervenors*. | Civil Action No. 2:20-cv-3300 |

## **CERTIFICATE OF SERVICE**

I, Rachel Garland, certify that on August 28, 2020, that I served Defendant- Intervenors' Joinder in Defendants' Motion to Dismiss on all counsel of record for Plaintiff and Defendants, via ECF.

      Respectfully submitted,

*/s/Rachel Garland*
Rachel Garland
Community Legal Services
1424 Chestnut Street
Philadelphia, PA 19102
rgarland@clsphila.org
Telephone: 215-981-3778

*Counsel for Defendant-Intervenors*

Dated: August 28, 2020