## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **HAPCO** | : | |
| | : | |
| Plaintiff, | : | No. 20-03300-CMR |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, HAPCO, hereby voluntarily dismisses any and all claims against Defendants, the City of Philadelphia and the Honorable James Kenney, and Defendant-Intervenors, Tenant Union Representative Network and Philadelphia Unemployment Project, in the above-styled action without prejudice.

Respectfully submitted,

Dated:  September 17, 2020

/s/  *Colin D. Dougherty*
Colin D. Dougherty, Esq. (Pa. I.D. No. 88363)
Michael K. Twersky, Esq. (Pa. I.D. No. 80568)
Beth L. Weisser, Esq. (Pa. I.D. No. 93591)
Emma M. Kline, Esq. (Pa. I.D. No. 314027)
**FOX ROTHSCHILD LLP**
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
(215) 299-2000 (tel)/(215) 299-2150 (fax)
Email:  cdougherty@foxrothschild.com
Email:  mtwersky@foxrothschild.com
Email:  bweisser@foxrothschild.com
Email:  ekline@foxrothschild.com

Paul Jay Cohen, Esq. (Pa. I.D. No. 38441)
**COHEN MARRACCINI, LLC**
660 Second Street Pike
Southampton, PA 18966
(215) 887-8100 (tel)/(215) 887-8732 (fax)
Email: paul@cohenmarraccini.com

Todd L. Baritz, Esq. (Pa. I.D. No. 89157)
**Kenneth L. Baritz & Associates, P.C.**
100 S. Broad Street, Suite 1205
Philadelphia, PA 19102
215-557-8608 (tel)
Email: tbaritz@baritzlaw.com
**Attorneys for Plaintiff**

## **CERTIFICATION OF COUNSEL**

    I, Colin D. Dougherty, Esquire, hereby certify that on September 17, 2020 I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice to be served via CM/ECF filing upon counsel for all parties.

                                            /s/ *Colin D. Dougherty*
                                            Colin D. Dougherty