```
1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3
       HAPCO,                        :    CIVIL CASE NUMBER
4                 PLAINTIFF          :
                                     :
5          VERSUS                    :    20-3300
                                     :
6      CITY OF PHILADELPHIA, ET AL,:
                  DEFENDANTS         :
7      ----------------------------------------------------------

8                              AUGUST 19, 2020
                               VIDEO HEARING
9                              PHILADELPHIA, PA 19106

10     ----------------------------------------------------------
              BEFORE THE HONORABLE CYNTHIA M. RUFE, J.
11     ----------------------------------------------------------

12      TEMPORARY RESTRAINING HEARING VIA VIDEOCONFERENCE

13     APPEARANCES:

14     COLIN DAVID DOUGHERTY, ESQUIRE
       MICHAEL K. TWERSKY, ESQUIRE
15     BETH L. WEISSER, ESQUIRE
       FOX ROTHSCHILD, LLP
16     10 SENTRY PARKWAY, SUITE 300
       P.O. BOX 3001
17     BLUE BELL, PA 19422

18
       COUNSEL FOR THE PLAINTIFF
19

20                  LYNN GLIGOR, RMR
                 OFFICIAL COURT REPORTER
21            ROOM 2609 U. S. COURTHOUSE
                   601 MARKET STREET
22             PHILADELPHIA, PA 19106
                   (856)649-4774
23

24     PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
       TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
25
```

```
1     CONTINUED APPEARANCES:

2     MICHAEL WU-KUNG PFAUTZ, ESQUIRE
      BENJAMIN H. FIELD, ESQUIRE
3     ELEANOR N. EWING, ESQUIRE
      LYDIA M. FURST, ESQUIRE
4     CITY OF PHILADELPHIA LAW DEPARTMENT
      1515 ARCH STREET, 17TH FLOOR
5     PHILADELPHIA, PA 19102

6     COUNSEL FOR THE CITY OF PHILADELPHIA

7
      RACHEL GARLAND, ESQUIRE
8     GEORGE GOULD, ESQUIRE
      COMMUNITY LEGAL SERVICES, INC.
9     1424 CHESTNUT STREET
      PHILADELPHIA, PA 19102
10
      IRV ACKELSBERG, ESQUIRE
11    LANGER GROGAN & DIVER PC
      1717 ARCH STREET, SUITE 4020
12    PHILADELPHIA, PA 19103

13    COUNSEL FOR THE INTERVENOR DEFENDANT

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    (START AUDIO AT 7:41.)

2                    THE COURT:  WE ARE READY TO PROCEED.  THE

3    CASE OF HAPCO VERSUS THE CITY OF PHILADELPHIA AND VERSUS

4    THE HONORABLE JAMES KENNEY, INCLUDING THE INTERVENOR

5    DEFENDANTS TENANT UNION REPRESENTATIVE NETWORK AND

6    PHILADELPHIA UNEMPLOYMENT PROJECT.  THIS IS, FOR THE

7    RECORD, CIVIL DOCKET NUMBER 3300 OF 2020.

8                    COUNSEL, ARE WE READY TO PROCEED?

9                    MR. DOUGHERTY:  THIS IS COLIN DOUGHERTY

10   ON BEHALF OF THE PLAINTIFFS.  YES, YES, WE ARE.

11                   THE COURT:  THANK YOU.

12                   MR. FIELD:  THE CITY IS READY TO PROCEED,

13   YOUR HONOR.

14                   MS. GARLAND:  THIS IS RACHEL GARLAND ON

15   BEHALF OF THE DEFENDANT INTERVENOR.  THANK YOU.

16                   THE COURT:  THANK YOU.

17                   WE SCHEDULED THIS HEARING AFTER OUR FIRST

18   PROCEEDING, THE REQUEST BY THE PLAINTIFF FOR A TEMPORARY

19   RESTRAINING ORDER WHICH WAS HEARD IN JULY.  AND AT THAT

20   TIME, THE TRO REQUEST HAD BECOME MOOT BECAUSE AS THE

21   PARTIES HAD AGREED, THE GOVERNOR OF THE COMMONWEALTH OF

22   PENNSYLVANIA HAD EXTENDED THE MORATORIUM ON EVICTION

23   THROUGHOUT THE STATE.  THAT ENABLED THE PARTIES TO

24   RECONSTRUCT, AND THEY AGREED FURTHER TO FILE -- THAT AN

25   AMENDED COMPLAINT WOULD BE FILED, HAPCO DID SO.  AND

1    THAT THIS HEARING DATE, WHICH WAS SET AT THAT TIME, FOR

2    ANY OTHER INJUNCTIVE RELIEF WOULD BE HEARD.  REALIZING

3    THAT TIME IS OF THE ESSENCE IN SUCH MATTERS, AS THE

4    CLAIMS IN THIS CASE, THAT WE WERE QUITE ANXIOUS TO HEAR

5    WHATEVER TESTIMONY AND WHATEVER EVIDENCE COULD BE

6    ADMITTED INTO THIS COURT ON THE REQUEST FOR A

7    PRELIMINARY INJUNCTION.

8                    WE WERE PREPARED TO DO THAT TODAY, AND

9    STILL ARE.  WE HAD SOLICITED BY ORDER FROM THE PARTIES A

10   JOINT STATEMENT OF THEIR ANTICIPATED WITNESSES AND

11   LENGTH OF TESTIMONY, AND RECEIVED THAT, I BELIEVE, LATE

12   LAST FRIDAY.  BUT AS OF YESTERDAY, THAT CHANGED TO

13   SUBMITTING THE MATTER ON THE PAPERS, THAT IS THE

14   BRIEFING.  THAT WOULD INCLUDE, I BELIEVE BUT I WOULD

15   LIKE TO ASCERTAIN AND CLARIFY, THE AFFIDAVITS AND THE

16   DECLARATIONS THAT ARE ATTACHED TO THE PLEADING, MANY OF

17   WHICH HAVE EXTENSIVE LINKS TO PUBLIC ARTICLES, WRITTEN

18   DOCUMENTS, AND I WANTED TO CLARIFY IF THERE ARE ANY

19   OBJECTIONS TO ANY OF THE SUBMISSIONS BY AFFIDAVITS OR

20   DECLARATIONS BECAUSE, OF COURSE, I NEED TO REVIEW ALL OF

21   THEM.  I HAVE REVIEWED MANY OF THEM, BUT CERTAINLY NOT

22   SOME OF THE ONES THAT HAVE QUITE A FEW ARTICLES.  SO I

23   STILL HAVE THAT TO DO.

24                    ARE THERE ANY OBJECTIONS?  AND I'M GOING

25   TO ASK PLAINTIFF FIRST, MR. DOUGHERTY?

1            MR. DOUGHERTY:  NO, YOUR HONOR, THERE ARE

2    NO OBJECTIONS TO PROCEEDING IN THAT MANNER.

3            THE COURT:  THANK YOU.

4            AND ON BEHALF OF THE CITY, WOULD THAT

5    YOU, MR. FIELD?

6            MR. FIELD:  YES, YOUR HONOR.  THIS IS

7    BENJAMIN FIELD FOR THE CITY.  THERE ARE NO OBJECTIONS

8    FROM THE CITY IN PROCEEDING IN THAT MANNER.

9            THE COURT:  AND ON THE BEHALF OF THE

10   INTERVENOR?

11           MS. GARLAND:  NO, THERE ARE NO

12   OBJECTIONS, YOUR HONOR.

13           THE COURT:  THANK YOU.

14           THEN WE WILL REVIEW ALL OF THE FILED

15   DOCUMENTS AND ANYTHING ATTACHED TO THEM LOOKING FOR WHAT

16   IS PERTINENT AND RELEVANT, OF COURSE.  AND WE WILL BE

17   HAPPY TO ACCEPT THE PARTIES' AGREEMENT THAT THERE WILL

18   BE NO FURTHER EVIDENCE PRESENTED TODAY.

19           BUT OF COURSE, YOU ARE FREE TO ARGUE YOUR

20   POSITIONS, AND I URGE YOU TO DO SO.  I DO HAVE SOME

21   QUESTIONS.  AND THAT'S BECAUSE WE HAVE NOT ONLY REVIEWED

22   THIS MATTER FROM ITS INCEPTION IN FILING HERE IN THE

23   EASTERN DISTRICT OF PENNSYLVANIA WHEN IT WAS ASSIGNED TO

24   MY DOCKET, BUT ALSO SINCE THEN, WITH THE AMENDED

25   COMPLAINT, THE PRELIMINARY INJUNCTION REQUEST AND ALL OF

1       THE RESPONSIVE DOCUMENTS.  THEREFORE, I WOULD LIKE TO

2       HEAR ARGUMENT.

3                  MR. DOUGHERTY, ARE YOU READY TO PROCEED

4       ON BEHALF OF HAPCO?

5                  MR. DOUGHERTY:  YES, YOUR HONOR.

6                  (BRIEF PAUSE IN THE PROCEEDING.)

7                  THE COURT:  YOU MAY PROCEED.

8                  MR. DOUGHERTY:  THANK YOU, YOUR HONOR.

9                  YOUR HONOR, AS OUR PAPERS INDICATE, HAPCO

10      WAS OF THE BELIEF THAT THESE SUITE OF ORDINANCES THAT

11      MAKE UP THE EMERGENCY HOUSING RELIEF ACT GO BEYOND THE

12      CONSTITUTIONAL REQUIREMENTS AND PLACE AN UNDUE BURDEN,

13      AND IT IS COMMITTING IRREPARABLE HARM AS TO HAPCO AND

14      THE LANDLORDS FOR WHICH IT REPRESENTS IN NOT ONLY

15      AFFECTING AN EVICTION MORATORIUM THAT PRECLUDES PUTTING

16      PEOPLE OUT ON THE STREET, WHICH IS THE STATED PURPOSE OF

17      THE ACT, BUT GOES EVEN FURTHER, WOULD PRECLUDE ANYTHING

18      THAT IS, QUOTE, AN ACT IN FURTHERANCE OF RECOVERY OF

19      POSSESSION.  CERTAINLY THE DEFENDANT INTERVENORS AND THE

20      DEFENDANT, THE CITY, HAVE TAKEN THE POSITION THAT THAT

21      WOULD INCLUDE ANYTHING INCLUDING A NOTICE, TO LANDLORDS

22      WHO FAILED TO PAY THEIR RENT -- EXCUSE ME, THE TENANT

23      WHO FAILED TO PAY THEIR RENT, A FILING OF A CLAIM,

24      CONVERTING THAT CLAIM TO A JUDGMENT.  IT WOULD INCLUDE

25      ANYTHING SHORT OF ACTUALLY EXECUTING ON THE WRIT OF

1      POSSESSION THAT WOULD ACTUALLY DEBT THE LANDLORD.  WE

2      UNDERSTAND THAT THE CITY TAKES POSITION THAT THE

3      STANDARD HERE IS IRRATIONAL AND BASELESS.  AND FOR

4      TODAY'S PURPOSE, WHILE WE CERTAINLY BELIEVE THAT IT'S A

5      HIGHER LEVEL OF SCRUTINY, BUT THAT IT ALSO FAILS WHEN

6      EXAMINING THE IRRATIONAL BASIS TEST, THAT IF IT ALSO

7      FAILS ON AN IRRATIONAL BASIS, IT WOULD CERTAINLY FAIL

8      UNDER OUR POSITION OF A HIGHER LEVEL OF SCRUTINY THAT

9      WOULD BE APPLICABLE.

10                     THE COURT:  LET ME ASK, MR. DOUGHERTY, IF

11     YOU DON'T MIND.

12                     MR. DOUGHERTY:  CERTAINLY, YOUR HONOR.

13                     THE COURT:  WHAT IS THE HIGHER LEVEL OF

14     SCRUTINY BEING APPLIED?  DOESN'T THAT DERIVE FROM THE

15     CASE WHERE IT WAS A GOVERNMENT ENTITY THAT WAS ENTERED

16     INTO A CONTRACT, AND THUS THE SELF-DEALING ASPECTS OF A

17     POSSIBILITY IN THAT CASE REQUIRED A HIGHER LEVEL OF

18     SCRUTINY.

19                     HERE WE HAVE PERSONAL PARTIES, PRIVATE

20     PARTIES.  SO WHY ARE YOU ADOPTING THAT?  THAT'S NOT

21     REALLY THE LAW, IS IT?

22                     MR. DOUGHERTY:  SO, YOUR HONOR, WE

23     BELIEVE THAT HIGHER LEVEL OF SCRUTINY, YOU KNOW, IS THE

24     LAW.  IT'S CERTAINLY TOWARD -- THERE'S -- THE CHALLENGE

25     HERE IS MULTI-FACETTED, AS THE COURT IS AWARE.  IT'S

1    BOTH A PREEMPTIVE CHALLENGE, IT'S A CHALLENGE UNDER THE

2    CONTRACTS CLAUSE, IT'S UNDER THE TAKINGS PROVISION THAT

3    THE HIGHER LEVEL OF SCRUTINY WOULD APPLY TO VARIOUS SUCH

4    LEVELS.  BUT EVEN IF, AS THE CITY CLAIMS IT IS A

5    RATIONALE BASIS, LET ALONE SCRUTINY, WE STILL BELIEVE

6    THAT THE SUITE OF ORDINANCES ENACTED STILL VIOLATE, EVEN

7    AN RATIONAL BASIS.  BECAUSE THE STATED RATIONALE BASIS

8    AND THE STATED, YOU KNOW, PUBLIC INTEREST HERE, WHICH IS

9    REPEATED THROUGHOUT THE PREAMBLE OF FINDING OF FACTS OF

10   ALL FIVE WITNESSES WHO -- AND WERE REPEATED IN THE

11   BRIEFING BY BOTH THE DEFENDANTS AND THE DEFENDANT

12   INTERVENOR.

13                  AND I DON'T THINK IT'S IN QUESTION, WE

14   NEED TO STOP THE SPREAD OF THE COVID-19 VIRUS.  AND THAT

15   IS TO -- AND THE METHOD OF DOING THAT IS TO KEEP PEOPLE

16   FROM BEING EJECTED FROM THEIR HOMES AND THEREFORE ON THE

17   STREETS HOMELESS WHERE THEY CAN SPREAD THE VIRUS.

18                  EVEN SETTING ASIDE -- EVEN SORT OF

19   ACCEPTING IT THAT FOR TODAY'S PURPOSES IS AN APPROPRIATE

20   PUBLIC INTEREST, THE ONLY THING LEFT THAT ARGUABLY COULD

21   BE RATIONALLY RELATED TO PROTECTING THAT PUBLIC INTEREST

22   IS THE PHYSICAL IMPEDIMENT OF REMOVING HOMEOWNERS FROM

23   THEIR HOMES, THAT IS, THE EXECUTION OF THE WRIT OF

24   POSSESSION.  EVERYTHING PRIOR TO THAT WOULD NOT BE

25   ACTUALLY EJECTING THEM FROM THEIR HOMES AND NOT BE

1      PRECLUDING THEM FROM BEING ON THE STREET.

2           ADDITIONALLY, THE OTHER PENALTIES THAT

3    ARE INVOLVED, THE WAIVER OF INTEREST, THE WAIVER OF

4    CONTRACTUAL LATE FEES, THE REQUIREMENT THAT THE PARTIES

5    ENTER INTO A HARDSHIP DEFERRAL PLAN ARE NOT RATIONALLY

6    RELATED.  THEY ARE NOT RELATED IN ANY WAY.  IT IS

7    KEEPING LANDLORDS -- EXCUSE ME -- KEEPING TENANTS FROM

8    BEING ON THE STREET WHERE THEY COULD POSSIBLY EITHER

9    CONTRACT OR SPREAD THE COVID-19 VIRUS.

10          THE COURT:  WHEN YOU SAY "BEING ON THE

11    STREET," DO YOU MEAN GOING DOWN TO THE CORNER MARKET FOR

12    A LOAF OF BREAD, OR DO YOU MEAN BEING HOMELESS?

13          MR. DOUGHERTY:  I MEAN BEING HOMELESS,

14    YOUR HONOR.  I APOLOGIZE FOR NOT BEING CLEAR.

15          THE COURT:  OKAY.

16          MR. DOUGHERTY:  IF YOU LOOK AT THE SAME

17    20 FINDINGS OF FACT --

18          (AT THIS TIME THERE WAS TECHNICAL

19    DIFFICULTY.)

20          THE COURT:  MR. DOUGHERTY, BACK TO YOU.

21          MR. DOUGHERTY:  I'M SORRY.

22          YES.  SO THE 20 FINDINGS OF FACT --

23          THE COURT:  OKAY.

24          (AT THIS TIME THERE WAS TECHNICAL

25    DIFFICULTY.)

1               THE COURT:  OKAY.  MR. DOUGHERTY.

2               MR. DOUGHERTY:  CAN EVERYONE HEAR ME

3   OKAY?

4               THE COURT:  WE CAN HEAR YOU, MR.

5   DOUGHERTY.  IT'S THE INTERFERENCE THAT IS THE PROBLEM

6   FOR THE STENOGRAPHER.  LET'S SEE WHAT WE CAN DO.

7               (AT THIS TIME THERE WAS TECHNICAL

8   DIFFICULTY.)

9               THE COURT:  YOU MAY PROCEED.

10              MR. DOUGHERTY:  YOUR HONOR, MAY I?

11              THE COURT:  YES, YOU MAY.

12              MR. DOUGHERTY:  SOUNDS LIKE THAT CURED

13  THE PROBLEM.

14              AS I WAS SAYING, THAT THE CITY'S POSITION

15  -- STATED POSITION IN THE BILLS THEY HAD IN THEIR

16  BRIEFING AS WELL AS THE INTERVENOR ACKNOWLEDGES THAT THE

17  PURPOSE IS TO PREVENT HOMELESSNESS IN PARTICULAR --

18              (INTERRUPTION.)

19              THE COURT:  WE ARE GOING TO HAVE TO GET

20  RID OF THE AUDIO.

21              (INTERRUPTION.)

22              MR. DOUGHERTY:  IS THAT BETTER?

23              THE DEPUTY CLERK:  YES.

24              MR. DOUGHERTY:  SO THE PURPOSE OF THIS

25  SUITE OF LEGISLATION WAS TO PRECLUDE HOMELESSNESS, AS

1    YOUR HONOR HAS POINTED OUT, BECAUSE THAT COULD INCREASE

2    BOTH THE SPREAD AND THE CONTRACTION OF THE COVID-19

3    VIRUS.   OTHER THAN AGAIN THE LITERAL EXECUTION OF THE

4    WRIT OF POSSESSION AND EJECTING LANDLORDS -- EJECTING

5    TENANTS FROM THEIR HOUSES, WHICH IS STATED IN FINDING OF

6    FACT 20, IS WHAT WE ARE TRYING -- THE CITY WAS TRYING TO

7    PRECLUDE, NONE OF THESE OTHER ADDITIONAL EFFECTS ARE

8    RELATED RATIONALLY OR OTHERWISE TO PRECLUDING THE SPREAD

9    OF THE VIRUS THROUGH PRECLUDING PEOPLE BEING HOMELESS.

10   WHAT THEY DO IS FOIST THE BURDEN ENTIRELY ON LANDLORDS,

11   REQUIRING THEM TO GIVE INTEREST-FREE LOANS TO THEIR

12   TENANTS WHO DO NOT PAY.   THE CITY IN ITS BRIEFING, AS

13   WELL AS THE INTERVENORS, HAVE POINTED TO, AND I THINK

14   YOUR HONOR EVEN DIRECTED US AT THE LAST HEARING, TO

15   CONSIDER SOME OF THE ADDITIONAL PROGRAMS AND ADDITIONAL

16   ISSUES SORT OF IN THE WORLD ADDRESSING THESE.   AND THE

17   CITY POINTED TO A NUMBER OF THOSE PROGRAMS.   BUT WE

18   THINK ALL OF THAT CONTINUES TO BE PRETEXTUAL, IN THAT

19   NONE OF THOSE PROGRAMS ARE REFERENCED IN THE FINDINGS OF

20   FACT, MOST OF WHICH THOSE PROGRAMS INCLUDING THE CARES

21   ACT EXISTED PRIOR TO THIS LEGISLATION BEING PASSED.

22                   ADDITIONALLY --

23                   THE COURT:  DOES THAT MEAN THAT THEY ARE

24   NOT EFFECTIVE TO DEAL WITH THE MORATORIUMS AND THE

25   EXTENSION OF THE EVICTION PROCESS, BECAUSE YOU HAVE A

1    PROBLEM WITH THE KNICK CASE IN THE COMMONWEALTH OF

2    PENNSYLVANIA, THE TAKINGS CLAUSE?  THAT'S REALLY ABOUT

3    MONETARY REMEDIES.  AND IF THERE IS A PROGRAM, OR

4    SEVERAL OF THEM, THAT CAN REIMBURSE OR SUSTAIN THE

5    LANDLORDS AND IT'S ESTABLISHED OR SOON TO BE

6    ESTABLISHED, I WONDER IF YOU REALLY CAN MAKE THAT CLAIM.

7              MR. DOUGHERTY:  WELL, YOUR HONOR, IF I

8    MAY, THE PROGRAMS THAT ARE IDENTIFIED BY THE CITY ARE

9    ALL ADDRESSED IN OUR REPLY AND THEY DO SPECIFICALLY, BUT

10   IN GENERAL, NONE OF THOSE PROGRAMS ADDRESS ALL LANDLORDS

11   FOR ALL PROPERTIES.  THEY ARE EITHER LIMITED IN THE

12   NUMBER OF THE LANDLORDS WHO IS ABLE TO APPLY, YOU HAVE

13   TO HAVE 10 OR 15 FEWER UNITS, THEY ARE CAPPED ON THE

14   AMOUNT OF RELIEF THEY CAN PROVIDE.  IRONICALLY, ONE OF

15   THE PROGRAMS GIVES UP TO A $10,000 LOAN FOR LANDLORDS TO

16   HELP OFFSET SOME OF THESE ISSUES FROM THE GOVERNMENT.

17   BUT THE GOVERNMENT CHARGES 4 PERCENT INTEREST ON THAT

18   MONEY, INTEREST THAT IS HIGHER THAN THE CURRENT MORTGAGE

19   RATE, BUT YET THE GOVERNMENT IN THIS CASE IS REQUIRING

20   LANDLORDS OR IS PRECLUDING LANDLORDS AND WAIVING

21   INTEREST THAT THEY HAVE BOTH A CONTRACTUAL RIGHT TO AND

22   A STATUTORY EQUITABLE RIGHT TO UNDER THE LANDLORD/TENANT

23   ACT.  SO WHEN IT'S THE GOVERNMENT'S MONEY IN PLAY, THEY

24   WANT THEIR INTEREST.  THEY UNDERSTAND THE VALUE, THE

25   TIME VALUE OF MONEY.  FOR LANDLORDS THEY MUST EXTEND

1    THESE INTEREST-FREE LOANS ESSENTIALLY UP UNTIL APRIL 1ST

2    OF NEXT YEAR.  AND THEN THE MORATORIUM IS ALSO THEN TIED

3    BY FORCING LANDLORDS INTO THESE HARDSHIP DEFERRAL

4    PROGRAMS.  THE MORATORIUM IS THEN ALSO TIED TO THAT

5    POINT.

6              ADDITIONALLY, THE EVIDENCE PRESENTED IN

7    BOTH THE FINDINGS OF FACT AND RELIED UPON BY BOTH THE

8    CITY AND THE INTERVENORS IN THEIR BRIEFING IS ALL

9    HISTORIC.  THE CITY AND PARTICULARLY INTERVENORS GO TO

10   GREAT LENGTH TO DISCUSS THE HISTORY OF HOUSING ISSUES

11   THAT FACE RENTERS IN PHILADELPHIA, PARTICULARLY LOW

12   INCOME RENTERS IN PHILADELPHIA.  AND THE CITY CAN

13   ADDRESS -- IN AN ECONOMIC CRISIS CAN ADDRESS A HOUSING

14   CRISIS, BUT CANNOT ADDRESS IT UNDER THE GUISE OF DEALING

15   WITH A HEALTH PANDEMIC.  WHEN THE CITY SAYS -- IT

16   DEFINES WHAT THESE LAWS ARE -- THE STATED PUBLIC

17   INTEREST THAT THEY ARE SERVING IS TO PRECLUDE THE SPREAD

18   OF COVID-19 THROUGH HOMELESSNESS, THAT IS WHAT THEY'RE

19   LIMITED TO.  AND THAT'S WHY OUR POSITION IS THE ONLY

20   THING THAT IS EVEN ARGUABLY RATIONALLY RELATED TO THAT

21   GOAL IS THE ACTUAL EJECTION OF TENANTS FROM THEIR

22   RESIDENCE.  ANYTHING ELSE --

23              THE COURT:  YOU ARE PERHAPS READING THAT

24   STATEMENT OF THE CITY AS IRRATIONAL BASIS AS TOO NARROW,

25   MR. DOUGHERTY, BECAUSE HOMELESSNESS INCORPORATES MANY,

1    MANY FACETS.  IT DOES NOT JUST MEAN POOR PEOPLE LIVING

2    IN A TENT.  IT MEANS CHILDREN WHO DON'T HAVE A SCHOOL TO

3    GO TO AND YOU CAN'T DO REMOTES ANYWHERE BECAUSE THEY

4    WOULD NOT BE IN THEIR HOMES.  IT MEANS SPREADING OR NOT

5    BEING ABLE TO DISTANCE.  IT MEANS POVERTY.  IT MEANS A

6    CYCLE AND AN ATMOSPHERE THAT I CANNOT EVEN BELIEVE THE

7    LANDLORDS REALLY WANT TO HAVE AND OWN A PROPERTY IN SUCH

8    A CITY.  SO THE RATIONAL BASIS MAKES MORE SENSE THAN

9    YOUR ARGUMENT RIGHT NOW.  YOU CANNOT SAY THAT IF IT'S

10   ONLY HOMELESSNESS, IT DOES NOT REALLY ADDRESS THE

11   RATIONAL BASIS, BECAUSE HOMELESSNESS INCORPORATES MANY

12   FACETS.

13              MR. DOUGHERTY:  YOUR HONOR, I AGREE WITH

14   YOU THAT HOMELESSNESS INCORPORATES MANY FACETS AND I

15   APOLOGIZE IF I WAS NOT BEING CLEAR.  WHAT I AM SAYING IS

16   THE RATIONAL BASIS THAT THEY ARE TYING TO THE PUBLIC

17   INTEREST, THE PUBLIC INTEREST, THE IDENTIFIED PUBLIC

18   INTEREST FOR THIS SUITE OF LEGISLATION IS TO STOP

19   HOMELESSNESS BECAUSE OF ITS EFFECT IN BOTH -- IN

20   SPREADING THE COVID-19 DISEASE.  I WOULD AGREE WITH YOU

21   THAT IF THEY STATED THAT THE PUBLIC INTEREST WAS TO STOP

22   HOMELESSNESS BECAUSE OF EDUCATIONAL DISPARITIES THAT

23   HOMELESSNESS AND HOMELESS CHILDREN FACE TO THOSE THAT

24   ARE IN A HOME WOULD BE A DIFFERENT ISSUE THAT IS NOT

25   BEING -- THAT IS NOT STATED TO BE BEING ADDRESSED BY

1    THIS SUITE OF LEGISLATION.  THIS IS NOT AN EDUCATIONAL

2    REFORM LEGISLATION.

3                  THE COURT:  NOR NEED IT BE.  I BROUGHT

4    THAT UP.  YOU DON'T UNDERSTAND WHAT I AM SAYING.

5    BECAUSE I AM TRYING TO VISUALIZE WHAT YOUR ASSOCIATION,

6    YOUR CLIENT'S ASSOCIATION OF MANY LANDLORDS, LARGE AND

7    SMALL, REALLY EXPECT TO ACCOMPLISH WHEN YOU START

8    WHOLESALE EVICTIONS IN A PANDEMIC.  I AM NOT CERTAIN

9    ANYONE IS FOCUSING ON THAT EXCEPT THE CITY COUNCIL, WHO

10   IS TRYING TO COPE WITH MANY FACETS OF THE PANDEMIC.

11   THIS IS ONLY ONE.  AND IT'S NOT LIMITED TO THEM.

12   GOVERNOR WOLF IS HANDLING IT.  THE COURTS IN THE

13   COMMONWEALTH, ESPECIALLY IN PHILADELPHIA, ARE NOT

14   SCHEDULING EVICTIONS.  SO THERE ARE MANY REASONS FOR ALL

15   OF THESE GOVERNMENTAL ENTITIES AND JUDICIAL ENTITIES TO

16   BE DOING IT.

17                  WHAT IS IRRATIONAL, WHAT IS NOT RATIONAL

18   ABOUT A MORATORIUM?  AND BY THE WAY, AUGUST 31ST IS

19   STILL THE DEADLINE FOR THE MORATORIUM EXTENSION TO BE

20   LIFTED.  LAST TIME WE WERE TOGETHER EVERYONE SEEMED TO

21   HAVE SOME INSIDE INFORMATION ABOUT WHETHER THAT WAS

22   GOING TO BE THE DROP-DEAD DEADLINE OR WHETHER IT MAY BE

23   EXTENDED AGAIN.

24                  DO YOU KNOW, MR. DOUGHERTY?

25                  MR. DOUGHERTY:  SO FAR WE HAVE NOT BEEN

1  TOLD IT IS GOING GO TO BE EXTENDED, BUT YOUR HONOR READS

2  THE SAME NEWSPAPERS WE DO WITH THE GOVERNOR AND DR.

3  LEVINE SPEAKING ALMOST DAILY, AS WELL AS MAYOR KENNEY,

4  ON THE VARIOUS ISSUES.  I KNOW THERE IS A LOT OF ONGOING

5  DEBATE THAT SEEMS TO BE DOMINATING THESE ISSUES ABOUT

6  SCHOOLING AND WHAT SCHOOLING IS GOING TO LOOK LIKE FOR

7  CHILDREN, WHERE IT'S GOING TO BE, HOW IT'S GOING TO BE

8  HANDLED, WHETHER IT'S GOING TO BE INCLUSIVE OF

9  AFTER-SCHOOL ACTIVITIES OR PRESCHOOL ACTIVITIES.  SO WE

10 HAVE NOT HEARD ANYTHING AS OF THIS DATE.  ADMITTEDLY THE

11 GOVERNOR TO DATE INCLUDING, WHEN WE WERE LAST BEFORE

12 YOUR HONOR, FRUSTRATINGLY AT TIMES SEEMS TO WAIT UNTIL

13 THE DAY BEFORE OR SHORTLY BEFORE THE EXPIRATION OF

14 ORDERS TO SEND OUT NEW ORDERS OR UPDATE HIS ORDERS.  BUT

15 AT THIS TIME WE ARE NOT AWARE.

16          BUT YOUR HONOR'S POINT IS WELL TAKEN,

17 THAT THE MORATORIUM ON EVICTION IS -- AND AGAIN I

18 APOLOGIZE IF I AM NOT BEING CLEAR -- WE UNDERSTAND THE

19 ARGUMENTS THAT THE MORATORIUM ON EVICTIONS HAS A

20 RATIONAL RELATIONSHIP.  OUR POINT IS THAT THE EVICTION

21 IS WHAT IS RATIONALLY RELATED, NOT THE OTHER EFFECTS OF

22 THE LAW BOTH PREEVICTION AND ADDITION TO THE EVICTION

23 MORATORIUM, WHICH INCLUDES THE WAIVER OF CONTRACTUAL AND

24 STATUTORY INTEREST, THE WAIVER OF LATE FEES, THE

25 REQUIREMENT FOR THE HARDSHIP REPAYMENT PLAN.  ALL OF

```
 1          THESE THINGS WERE POTENTIAL REMEDIES THAT BETWEEN THE

 2     TWO CONTRACTING PARTIES THEY ARE NOW FORCED.

 3     ADDITIONALLY, OUR POSITION IS THAT THE LANDLORDS CANNOT

 4     BE THE ONES THAT ONLY BEAR THE BURDEN.

 5                    THERE ARE THESE PROGRAMS THAT THE CITY

 6     HAS IDENTIFIED POST HOC THAT WERE NOT IN THE FINDINGS OF

 7     FACT.  WHAT THE CITY DOES NOT DISCUSS OR THE DEFENDANT

 8     INTERVENORS DON'T DISCUSS IS THERE ARE PROGRAMS FOR THE

 9     TENANTS.  ONE OF THE FACTS THAT THE INTERVENORS POINT

10     OUT ON THE CLAIMS THEY MAKE IS THAT IT COSTS $54,000,

11     APPROXIMATELY $54,000 A YEAR, FOR A FAMILY OF FOUR TO

12     HAVE APPROPRIATE HOUSING IN THE CITY OF PHILADELPHIA,

13     BUT DOES NOT ADDRESS THAT A FAMILY OF FOUR, ASSUMING

14     THAT IS TWO PARENTS AND TWO CHILDREN, WOULD HAVE

15     RECEIVED $3,400 FROM THE FEDERAL GOVERNMENT IN APRIL AS

16     A STIMULUS CHECK TO HELP OFFSET ANY LOSSES.  WOULD ALSO

17     ANY PERSON IN THE COMMONWEALTH OF PENNSYLVANIA THAT WAS

18     LAID OFF OR FURLOUGHED OR LOST THEIR JOB PER THE COVID

19     CRISIS, WHICH WOULD MAKE THEM ELIGIBLE TO FILE A COVID

20     WAIVER UNDER THE ACT, WOULD HAVE BEEN ALSO ELIGIBLE TO

21     RECEIVE ADDITIONAL $600 A WEEK IN CARES/UNEMPLOYMENT

22     MONEY, MAKING THEM -- THE EFFECTIVENESS OF THAT IS IF

23     SOMEONE IN THE COMMONWEALTH WHO MAKES APPROXIMATELY

24     $67,000 A YEAR OR LESS IS MAKING THE SAME UNDER THE

25     UNEMPLOYMENT LAWS OR MORE, DUE TO BEING LAID OFF AS PART
```

1       OF THE COVID AND MAKING THEM ELIGIBLE FOR THAT.

2                       THE CITY ALSO DIDN'T -- IS CONTINUING TO

3       FORCE THIS ON THE LANDLORDS.  THE CITY HAS NOT WAIVED OR

4       ABATED TAXES FOR ANY LANDLORD THAT WAS PROVIDED A COVID

5       WAIVER FOR THAT PROPERTY.  THE CITY SIMPLY EXPECTS THE

6       LANDLORDS TO BEAR THE BRUNT OF THIS SO THAT THE TENANTS

7       CANNOT BE -- THE TENANTS -- TO ENFORCE WHAT IS A

8       MORATORIUM.  THE MORATORIUM THOUGH -- AND I UNDERSTAND,

9       AS I SAID, TO KEEP PEOPLE OFF THE STREET, THAT'S THE

10      EJECTMENT PART OF THE MORATORIUM.  WE DISAGREE THAT THAT

11      SHOULD INCLUDE, QUOTE, ANY ACT IN FURTHERANCE OF

12      RECOVERY/POSSESSION, LIKE SENDING THE REQUIRED NOTICES

13      UNDER THE LANDLORD/TENANT ACT, FILING IN THE COURT TO

14      EFFECTIVELY GET IN LINE FOR WHEN THE COURTS OPEN SO THAT

15      THE COURTS CAN BEGIN TO DEAL WITH THE BACKLOG OF CASES

16      THAT ARE NOW ON PAUSE, NOTWITHSTANDING THAT THERE IS

17      ALREADY 5,000 CASES WAITING.

18                      SO LANDLORDS WHO HAVE PEOPLE THAT ARE NOT

19      PAYING SINCE BEFORE ACTUALLY THE EMERGENCIES WERE

20      DECLARED, BECAUSE THE ACT GOES BACK TO MARCH 1ST, CANNOT

21      EVEN GET IN LINE RIGHT NOW AND WILL HAVE TO FLOOD THE

22      COURT IF AND WHEN THE MORATORIUM IS LIFTED.  THEY CANNOT

23      FILE.  AS FAR AS I AM AWARE, THAT'S THE ONLY COURT IN

24      THE COMMONWEALTH WHERE FILING IS PRECLUDED, NOT THE

25      EXECUTION OF THE WRIT FOR EJECTMENT OR FOR POSSESSION.

```
 1       I UNDERSTAND UNDER A RATIONAL BASIS WHY THAT IS TIED TO
 2       THE INTERESTS OF THE CITY.  BUT I DON'T UNDERSTAND AND I
 3       CAN'T ARTICULATE WHY IT PASSES A RATIONAL BASIS, WHY THE
 4       MERE FILING IS PRECLUDED OR WHY AN INTEREST-FREE LOAN
 5       HAS TO BE GIVEN SOLELY BY THE LANDLORD, WHY THESE OTHER
 6       PARTS OF THE ACT ARE -- HOW THEY CAN BE CONSIDERED
 7       ADDRESSING THE COVID-19 PANDEMIC.  THAT IS OUR POSITION.
 8                 THE COURT:  FILE FOR EVICTION, IT IS TO
 9       EVICT.  IT IS ALSO TO COLLECT PAST PAYMENTS, RENTS,
10       FEES, INTEREST, BUT IT IS TO EVICT.  AND I THINK IT'S
11       TOTALLY RATIONAL TO BELIEVE THAT THE CITY DOES NOT WANT
12       THAT PROCESS TO BE TANTAMOUNT TO ALL OF THE OTHER
13       ASPECTS OF RELIEF THAT THE CITY AND ITS CITIZENS NEED.
14                 I THINK YOU HAVE TO ADDRESS THE TAKINGS
15       CLAUSE FOR ME.  I AM NOT SURE THAT IT BELONGS IN THE
16       INJUNCTION PART OF YOUR CASE BECAUSE IT REALLY IS ABOUT
17       TAKING PROPERTY WITHOUT PAYING FOR IT.  AND IF YOU ARE
18       SAYING THAT WE ARE NOT ALLOWED TO EVICT, THEREFORE WE
19       CANNOT GET PAID BECAUSE THEY ARE NOT PAYING THEIR RENTS,
20       THERE IS A TIME WHEN THAT WILL END, THE MORATORIUMS WILL
21       BE LIFTED, AND THERE IS A TIME WHEN THAT CAN HAPPEN,
22       DESPITE THE CITY COUNCIL 'S BILLS.  YOU HAVE A PROBLEM
23       WITH THE TAKINGS CLAUSE IN THE INJUNCTION, DON'T YOU,
24       ACCORDING TO THE LAW OF THE COMMONWEALTH BASED ON THE
25       U.S. SUPREME COURT?
```

1          MR. DOUGHERTY:  WELL, YOUR HONOR, THE

2    TAKINGS CLAUSE ARGUMENT ALSO INCLUDES -- THE MORATORIUM

3    WILL END AS TO THE PANDEMIC ON -- AT LEAST CURRENTLY ON

4    AUGUST 31ST.  NOTWITHSTANDING UNDER THE OTHER ASPECTS OF

5    THE BILL, SOMEONE CAN'T -- A LANDLORD CANNOT FILE FOR

6    THAT FOR AT LEAST 30 DAYS BECAUSE THEY HAVE TO ENTER

7    THIS NEGOTIATION ABOUT THE REPAYMENT PLAN AND THEN MUST

8    DO THE REPAYMENT PLAN FOR NINE MONTHS, WHICH I BELIEVE

9    CURRENTLY HAS ESSENTIALLY A THREE STRIKES CLAUSE IN IT,

10   THAT AN INDIVIDUAL HAS TO THEN VIOLATE THE PLAN THREE

11   TIMES BEFORE THEY CAN BE FILED AGAINST.  SO THE TAKINGS

12   INCLUDES TWO FOLD.  ONE, IT'S TAKING THEIR USE AND

13   POSSESSION OF THE PROPERTY POST THE PANDEMIC, WHICH IS

14   CURRENTLY AS THE LAW IS STRUCTURED UNTIL POTENTIALLY

15   MARCH 31ST OF 2021.  IT ALSO -- AND THIS IS INTERTWINED

16   SOMEWHAT WITH THE CONTRACTS CLAUSE, AND IF YOUR HONOR

17   FEELS IT IS BETTER HANDLED UNDER THAT, IT'S ALSO TAKING

18   THINGS THAT THE LANDLORDS ARE ENTITLED TO, NOT JUST THE

19   USE AND POSSESSION OF THEIR PROPERTY, BUT THEIR

20   CONTRACTUAL REMEDIES AND THEIR CONTRACTUAL AND STATUTORY

21   ENTITLEMENTS AND COMPLETELY WAIVING THEM, AGAIN, WITHOUT

22   ANY JUST COMPENSATION.

23          THE COURT:  WELL, IF IT'S COMPENSATION

24   YOU ARE LOOKING FOR UNDER THE TAKINGS CLAUSE, IT HAS TO

25   BE RELEVANT NOW.  AND IN AN INJUNCTION, YOU CANNOT BE

1    GRANTED THE INJUNCTION WITH THE VARIOUS REQUISITE PARTS

2    IF IT IS SIMPLY BASED ON THE MONETARY REIMBURSEMENT IF

3    THERE IS A WAY FOR YOU TO EVENTUALLY GET YOUR MONEY.  SO

4    I THINK THAT THAT ONE PROBABLY IS NOT GOING TO ENTER

5    INTO THE COURT'S CONSIDERATION AND ANALYSIS IF HAPCO

6    SHOULD BE SUCCESSFUL ON ANY INJUNCTIVE RELIEF, BECAUSE

7    THE LAW IS CLEARLY AGAINST IT RIGHT NOW.

8              THE QUESTION I HAVE FOR YOU IS GENERAL,

9    AND IF IT'S TOO BROAD, TRY TO ANSWER IT ANYWAY, BUT TELL

10   ME WHAT DOES GRANTING INJUNCTIVE RELIEF HERE ACCOMPLISH

11   IF THE STATE MORATORIUM IS STILL IN PLACE.

12             MR. DOUGHERTY:  SO WHAT IT DOES IS --

13   AGAIN, IF IT'S INJUNCTIVE RELIEF I WILL START WITH -- IF

14   THE POSITION OF THE CITY AND INTERVENORS IS THAT THAT

15   TERM "ACT" THERE OR CAUSE OF ACT IN FURTHERANCE OF

16   RECOVERING POSSESSION -- IF PART OF THAT IS ENJOINED,

17   THEN THE PROCESS CAN BEGIN AND THE MORATORIUM IS

18   PRESERVED, NO WRITS OF EXECUTION CAN BE SERVED AND NO

19   ONE CAN BE EJECTED FROM THEIR HOME, BUT THE PROCEDURAL

20   PROCESS CAN CONTINUE.  ADDITIONALLY, IT ALLOWS THE

21   INTEREST AND LATE FEES TO BE INCLUDED AS PART OF ANY

22   FUTURE ACTION, WHICH ALSO -- AS REQUIRED UNDER THE

23   CONTRACT AND AS ALLOWED UNDER THE LANDLORD/TENANT ACT.

24             AND WHILE THAT IS VALUABLE, WHAT THAT

25   DOES IS -- AND BOTH THE DEFENDANTS HAVE AND THE

1    INTERVENORS HAVE COMMENTED THAT THE ACT DOES NOT STOP A

2    TENANT FROM PAYING.  AND THE REASON -- THE SAFEGUARDS

3    THAT LANDLORDS HAVE, THE ABILITY TO FILE AND ULTIMATELY

4    EXECUTE A WRIT OF POSSESSION, INTEREST, LATE FEE

5    PENALTIES, THESE ARE THE SAFEGUARDS THAT GET TENANTS TO

6    PAY AND TO PAY ON TIME.  THEY ARE ALSO WHAT ALLOWS

7    LANDLORDS THE REVENUE STREAM TO PROPERLY MAINTAIN THE

8    BUILDINGS AND FACILITIES, TO PAY THEIR DEBT SERVICE ON

9    THE BUILDINGS AND FACILITIES, TO PAY INSURANCE FOR THE

10   BUILDINGS AND FACILITIES, TO PAY THE CITY'S TAX -- PAY

11   TAXES TO THE CITY ON THE BUILDINGS AND FACILITIES.

12                    AND BY DELAYING THAT PROCESS AND BY

13   WAIVING INTEREST AND FEES THAT THEY ARE ENTITLED TO AND

14   REQUIRING THEM TO GIVE THIS INTEREST-FREE LOAN UNTIL

15   EFFECTIVELY APRIL OF 2021, THE LANDLORDS RISK LOSING

16   THOSE PROPERTIES.  THE LANDLORDS RISK FORECLOSURE ON

17   THOSE PROPERTIES IN THE FUTURE, WHICH THEN REALLY DOES

18   EXACERBATE A PROBLEM.  WHEN THE LANDLORDS DON'T HAVE THE

19   BUILDINGS AND NO LONGER POSSESS THE BUILDINGS, IT JUST

20   COMPOUNDS A PROBLEM OF TENANTS NOT HAVING ENOUGH SPACE

21   TO LIVE.

22                    BUT ALSO --

23                    THE COURT:  MR. DOUGHERTY, IS YOUR CLIENT

24   AWARE OF ANY MEMBERS WHO HAVE HAD PROPERTIES FORECLOSED

25   ON BECAUSE THEIR TENANTS TOOK ADVANTAGE OF THE

1      PROTECTIONS IN THIS ACT OR SIMILAR ACTS?

2                    MR. DOUGHERTY:  WELL, CURRENTLY --

3                    THE COURT:  YOU ARE CONSTANTLY TALKING

4      ABOUT THE PROSPECT OF FORECLOSURE ON THE LANDLORDS AS

5      PROPERTY OWNERS WITH MORTGAGES.  BUT DO YOU HAVE ANY

6      SUCH LANDLORDS WHO HAVE BEEN AFFECTED THAT WAY?

7                    MR. DOUGHERTY:  I AM NOT AWARE OF ANY

8      LANDLORD WHO HAS LOST A BUILDING YET, YOUR HONOR, BUT

9      THE ACT GOES BEYOND AUGUST 31ST AND CONTINUES TO PUT

10     THESE ECONOMIC RESTRAINTS ON THE LANDLORDS UNTIL

11     EFFECTIVELY APRIL 1ST OF NEXT YEAR.

12                   THE COURT:  SO BESIDES THE RISK OF

13     FORECLOSURE OF THE LANDLORDS' PROPERTY, ARE THERE ANY

14     OTHER IRREPARABLE HARMS THAT THE LANDLORDS ARE LIKELY TO

15     FACE AS A RESULT OF THE ACT THAT WOULD CAUSE ME TO GRANT

16     A PRELIMINARY INJUNCTION ON IRREPARABLE HARM?

17                   MR. DOUGHERTY:  YES, YOUR HONOR.  AS

18     OUTLINED IN OUR BRIEFING, THE IRREPARABLE HARM, THE

19     FIRST THING WHICH WE THINK IS THE MOST SIGNIFICANT

20     IRREPARABLE HARM IS THE CONSTITUTIONAL VIOLATION -- AN

21     ONGOING CONSTITUTIONAL VIOLATION OF THE VIOLATION OF THE

22     CONTRACTS CLAUSE, ULTIMATELY EVEN A VIOLATION OF THE

23     TAKINGS CLAUSE WOULD BE AN IRREPARABLE HARM.

24                   I UNDERSTAND THAT THE DEFENDANTS HAVE

25     CLAIMED THAT THAT ONLY IS A FIRST AMENDMENT ISSUE.  WE

1    RESPECTFULLY DISAGREE.  WE THINK IT'S ANY CONSTITUTIONAL

2    INFRACTION CAN RISE TO THE LEVEL OF IRREPARABLE HARM AND

3    AN INJUNCTION WOULD REMEDY THAT.  THE INJUNCTION -- YOU

4    KNOW, AND THOSE IRREPARABLE HARMS CAN BE ENJOINED AND

5    YOUR HONOR HAS THE RIGHT AND ABILITY THEN TO -- FOR LACK

6    OF A BETTER TERM -- BLUE PENCIL THESE ORDINANCES.  AND

7    EVEN IF YOUR HONOR BELIEVES THAT THE MORATORIUM IS

8    RATIONALLY RELATED, THESE OTHER THINGS ARE NOT.  THEY DO

9    NOT GO AND ADDRESS THE ISSUE OF THE COVID-19 PANDEMIC

10   AND ARE IRREPARABLE HARM AS TO THE LANDLORDS, AND AN

11   INJUNCTION WOULD BE WARRANTED.

12            THE COURT:  YOU FOCUSED A LOT ON THE

13   MONEY, THE INTEREST, THE PENALTIES, ON THE PAST RENTS

14   THAT YOU THINK YOU CANNOT GET EVER IN THE FORESEEABLE

15   FUTURE, MARCH 2021.  BUT THOSE ARE ALL MONETARY AND

16   PROSPECTIVE.

17            SO I AM HAVING TROUBLE WITH THE

18   INJUNCTIVE RELIEF IN THAT REGARD.  BUT THERE IS A

19   BIGGER, A LARGER QUESTION THAT I AM GOING TO POSE TO

20   YOU.  AND THAT IF YOU CONSIDER THE PANDEMIC PURSUANT TO

21   THE EFFECTS OF COVID-19, IS IT REASONABLE FOR YOUR

22   CLIENT -- STRIKE THAT.  IS IT REASONABLE FOR THE CITY TO

23   SEEK TO REDUCE EVICTIONS?

24            MR. DOUGHERTY:  UNDER THE COVID-19

25   PANDEMIC I WOULD SAY IT IS NOT UNREASONABLE FOR THE CITY

1    TO KEEP PEOPLE FROM BEING EJECTED FROM THEIR HOMES AND

2    BEING HOMELESS.  BUT I THINK THAT -- IF WE ARE USING THE

3    TERM "EVICTION" TO BE REMOVED FROM THEIR HOME BECAUSE OF

4    A WRIT OF POSSESSION, I DON'T THINK THAT IS

5    UNREASONABLE.  BUT I THINK THE ACT GOES BEYOND THAT IN

6    THAT IT PRECLUDES, AS I SAID, ANYTHING, QUOTE, IN

7    FURTHERANCE OF RECOVERING POSSESSION, AND THEN THESE

8    ADDITIONAL UNRELATED REQUIREMENTS THAT DO NOT GO TO

9    SERVE THAT PURPOSE, WHICH IS TO PRECLUDE PEOPLE FROM

10   BEING DISPLACED FROM THEIR HOMES AND PREVENT -- IN AN

11   EFFORT TO PREVENT THE COVID 19 PANDEMIC DURING THE

12   CRISIS PERIOD, WHICH IS CURRENTLY DEFINED AS ENDING ON

13   AUGUST 31ST.

14              THE COURT:  WELL, WE CAN'T ACT IN -- I

15   CANNOT PERCEIVE A WORLD WHERE THE AUGUST 31ST DATE WOULD

16   BE PROJECTED TO BE THE END OF THE PANDEMIC.  THERE IS

17   MUCH TOO MUCH AT STAKE HERE, AND ONCE AGAIN GO BACK TO

18   SCHOOLS, AND THE RISE IN POSITIVE TESTS AND DEATHS NOW

19   OVER 171,000 IN THE COUNTRY.  SO AUGUST 31ST DOES NOT

20   SEEM TO BE THE REASONABLE EXPECTATION OF THE END OF THE

21   PANDEMIC.  LET'S SAY THAT.  THERE WOULD NOT BE A FEAR OF

22   REOPENING SCHOOLS IN THE USUAL METHOD THEN.  AND PEOPLE

23   ARE TRULY TRYING TO FIGURE OUT HOW TO COPE IN EVERY WAY

24   POSSIBLE.  SO AUGUST 31ST CAN COME OR GO.

25              THE CITY'S PROGRAM, OBVIOUSLY, IS TIED TO

```
1       OTHER PROGRAMS, SO NOT NECESSARILY THE GOVERNOR'S

2       MORATORIUM.  DO YOU AGREE WITH THAT?  THIS IS WHY YOU

3       ARE HERE, RIGHT?

4                   MR. DOUGHERTY:  I AM NOT SURE I

5       UNDERSTAND.  ARE YOU SAYING THAT THE CITY'S PROGRAMS ARE

6       TIED TO THINGS LIKE THE CARES ACT?  BECAUSE I WOULD

7       DISAGREE WITH THAT.  I WOULD SAY THAT THE CITY'S

8       PROGRAMS ARE BASED UPON THEIR FINDINGS OF FACT AND HELD

9       TO ADDRESS ISSUES IN THE CITY AND DID NOT CONTEMPLATE IN

10      ANYWHERE THAT WAS PUBLIC THE OTHER ISSUES OR OTHER

11      PROGRAMS OUT THERE THAT WOULD HELP LANDLORDS, DOES NOT

12      CONTEMPLATE ANY OF THE PROGRAMS THAT HELP TENANTS, AND

13      NOR DOES IT CONTEMPLATE RELIEF FOR THE LANDLORDS LIKE A

14      TAX ABATEMENT OR PAYING THE TAXES ON PROPERTIES WHERE

15      INDIVIDUALS ASSERT A COVID WAIVER.

16                  WE ARE BOUND BY AND DEAL WITH WHAT THE

17      CITY SAYS IT BASED ITS FINDINGS ON AND ITS ISSUES ON,

18      AND THOSE ARE THE SAME IN ALL FIVE OF THE ORDINANCES.

19      AND THEY SPEAK TO NOT ONLY THE TIMELINE OF THE VARIOUS

20      DECLARATIONS BY THE VARIOUS ORGANIZATIONS AND

21      SPECIFICALLY STATE THAT THE PURPOSE OF THIS LAW AND THE

22      SUITE OF ORDINANCES THAT WERE PASSED TO MAKE UP THIS LAW

23      WERE TO PRECLUDE ACTUAL HOMELESSNESS AND THE SPREAD OF

24      COVID THAT HOMELESSNESS WOULD CAUSE.  IT DOES NOT

25      DISCUSS THE OTHER THINGS THAT ALLOW OR OTHER THINGS THAT
```

```
1     ARE OUT THERE, NOR DOES IT HELP THE LANDLORDS, NOR IS IT
2     EQUAL TO BOTH THE LANDLORDS AND THE TENANTS IN ANY WAY.
3     IT JUST REQUIRES THE LANDLORDS TO TAKE ON THIS BURDEN.
4                   THE COURT:  THIS IS THE LAST QUESTION I
5     HAVE FOR YOU, BECAUSE I WANT TO GIVE THE DEFENDANTS AS
6     WELL AS THE INTERVENING PARTIES A CHANCE, AND THEN WE
7     WILL COME BACK TO YOU ON THIS, BECAUSE I KNOW THAT THERE
8     ARE OTHER PROGRAMS.  THE EXHIBIT 6 TO THE CITY'S
9     RESPONSE, THE STATEMENT OF THE HONORABLE ANNETTE RIZZO
10    ABOUT THE MORTGAGE FORECLOSURE PROGRAM THAT IS ALREADY
11    IN PLACE AND HAS BEEN SINCE 2008 IN THE CITY, ONE OF THE
12    MOST UNIQUE CREATIONS THAT MORTGAGEES, OWNERS OF
13    PROPERTY -- WE ARE NOT JUST TALKING ABOUT SINGLE FAMILY
14    HOMES.  WE ARE ALSO TALKING ABOUT OTHER TYPES OF
15    PROPERTY, I BELIEVE.  AND WOULDN'T IT BE OF IMPORT TO
16    KNOW AND TO DEAL WITH THIS, IF THE COURT IS SUPPOSED TO
17    LOOK AT ALL ASPECTS OF THIS, IF THAT PROGRAM HAS BEEN
18    ACCESSED BY YOUR CLIENTS IN THE ASSOCIATION, THE
19    INDIVIDUAL LANDLORDS.  THEY HAVE A VEHICLE THERE WITH
20    MORTGAGE FORECLOSURE, AND I AM NOT CERTAIN WHETHER OR
21    NOT EACH INDIVIDUAL LANDLORD, WHO YOU SAY IS RISKING
22    FORECLOSURE OR MAY RISK FORECLOSURE, WOULD NOT HAVE
23    ANOTHER REMEDY TO AVOID THE VERY DIRE CONSEQUENCES THAT
24    YOU ARE TALKING ABOUT, NOT GETTING INTEREST AND FEES AND
25    PENALTIES.  AND I DON'T KNOW HOW YOU GET ANY OF THAT IF
```

1    YOU DON'T EVICT.  SO YOU REALLY DO WANT TO FILE FOR

2    EVICTION, AND IT'S NOT JUST -- YOU DON'T WANT TO FILE

3    FOR EVICTION.  YOU JUST WANT TO BE ABLE TO HAVE THE SAME

4    REMEDIES AVAILABLE TO YOU.  CAN WE AT LEAST AGREE ON

5    THAT?

6                    MR. DOUGHERTY:  YOUR HONOR, I GUESS I

7    UNDERSTAND JUDGE RIZZO'S DISCUSSION.  BUT AS YOUR HONOR

8    POINTS OUT, THAT EXISTED SINCE 2008.  THAT WAS NOT PUT

9    IN PLACE TO ADDRESS THE COVID-19 PANDEMIC.  AND YES,

10   LANDLORDS, MANY OF WHOM ARE -- THIS IS THEIR BUSINESS.

11   OWNING RENTAL PROPERTIES IS THEIR BUSINESS.  AND ONE OF

12   THE STATED GOALS OF THIS ACT IS TO PROTECT SMALL

13   BUSINESS OWNERS.  WHAT THEY WANT IS TO BE ABLE TO RUN

14   THEIR BUSINESS.  THEY WANT TO RECEIVE WHAT THEY

15   BARGAINED FOR.  THEY WANT TO MAINTAIN THEIR PROPERTIES.

16   THEY DON'T WANT TO LOSE THEIR PROPERTIES.  THEY DON'T

17   WANT TO LOSE THEIR PROPERTIES TO A TAX LIEN OR A TAX

18   ASSESSMENT.  AND THE ONLY WAY TO DO THAT IS TO BRING IN

19   THE REVENUE THAT THEY CONTRACTED WITH THE TENANTS TO DO.

20                    AND IT REMAINS OUR POSITION THAT WHAT THE

21   ACT -- THE STATED PURPOSE OF THE ACT IS TO PRECLUDE

22   HOMELESSNESS, SPECIFICALLY TO PREVENT THE SPREAD OF THE

23   COVID-19 VIRUS, AND THAT THE ONLY PART OF THE ENTIRE

24   SPECTRUM OF REMEDIES AND STRUCTURES PUT IN UNDER THE ACT

25   THAT HAS ANY RELATION, LET ALONE A RATIONAL RELATION, IS

1    THE ACTUAL DISPLACEMENT OF THE TENANTS, THAT THE REST OF

2    IT DOES NOT GO TO PRECLUDE THAT.  AND THAT IS CURRENTLY

3    IN PLACE BOTH UNDER THE ACT AND THE GOVERNOR'S

4    MORATORIUM.  SO EVEN IF LANDLORDS ARE ABLE TO FILE, THE

5    TENANT IS NOT GOING TO BE DISPLACED CURRENTLY.  SO THAT

6    PURPOSE OF THE ACT IS BEING FULFILLED.  BUT THE REST OF

7    THE REMEDIES, THE REST OF THE ISSUES GO BEYOND, AND THEY

8    ARE NOT RATIONALLY RELATED TO THAT STATED PURPOSE.  IF

9    THERE WAS A DIFFERENT STATED PURPOSE, WE WOULD BE HAVING

10   A DIFFERENT DISCUSSION, BUT THERE IS NOT.  THAT IS THE

11   PURPOSE.  THAT IS THE PURPOSE THAT THE COUNSEL SAID IT

12   WAS, THAT CITY COUNCIL SAID IT WAS, THAT THE CITY

13   THROUGH ITS COUNSEL SAYS IT IS, AND THE INTERVENORS SAY

14   IT IS.  REMEDYING A HISTORIC AND ONGOING PROBLEM THAT

15   EXISTED TO THOSE POINTS AT LEAST 2008 AND BEYOND AND

16   POTENTIALLY EVEN BEFORE THAT IS NOT THE STATED PURPOSE

17   OF THIS ACT.  AND YOU ARE NOT ALLOWED TO USE THE

18   PANDEMIC AS A TROJAN HORSE TO ADDRESS AN HISTORICAL

19   WRONG.  YOU CAN ADDRESS THE HISTORICAL WRONG --

20             THE COURT:  NOBODY IS GOING TO QUIBBLE

21   WITH HISTORICAL ISSUES.  BUT 2008 AND THE CREATION OF

22   JUDGE RIZZO'S PROGRAM, WHICH WAS A MARVELOUS MODEL FOR

23   THE REST OF THE COUNTRY AND WHICH HELPED THE CITY KEEP

24   PEOPLE AS PROPERTY OWNERS AND KEEP PEOPLE IN THEIR HOMES

25   AND THEIR BUSINESSES.  THAT'S BECAUSE OF WHAT HAPPENED

```
 1    IN THE ECONOMY IN 2008.  THAT'S WHY IT WAS NECESSARY.

 2    BECAUSE ONCE AGAIN, FORECLOSURES WERE MOVING FORWARD AT

 3    A PACE AND A VOLUME THAT WAS GOING TO MAKE THIS

 4    PARTICULAR CITY MAYBE ONE OF VACANT HOMES.

 5              SO WE ARE TALKING ABOUT A SIMILAR ISSUE.

 6    WE ARE NOT TALKING ABOUT ANYTHING MORE THAN THAT, A

 7    SIMILAR ISSUE THAT CREATED A CRISIS, WHICH IS WHAT WE

 8    HAVE NOW.  THE PANDEMIC MAY HAVE CAUSED THIS CRISIS, BUT

 9    IT WAS THE ECONOMY THAT CAUSED THE 2008 CRISIS.  AND

10    WOULDN'T THIS BE A TIME TO -- NOT BE TRYING TO EXACT

11    WHAT YOU THINK YOUR RIGHTS ARE, BUT TRYING TO PRESERVE

12    PROPERTY AS WE KNOW IT, WHERE THERE IS OWNERS AND

13    RENTERS AND THEY EACH FULFILL A COMMON PURPOSE, AND THE

14    CITY WOULD BENEFIT AS WELL AS EVERYONE WHO IS LIVING IN

15    THE RENTALS.  THE LANDLORDS WOULD BENEFIT.  THE PANDEMIC

16    HAS INTERFERED HERE.  SO WE ALL HAVE TO BE REASONABLE.

17              I'M GOING TO ASK THE CITY NOW TO ADDRESS

18    SOME OF YOUR QUESTIONS, BECAUSE I THINK THE FINDINGS OF

19    FACT DO CAUSE SOME CONCERN.  I SEE IT IN MORE BROADER

20    TERMS.  I SEE THE CAUSE AND RESULT IN BROADER TERMS, BUT

21    I HAVE NOT MADE THE FINDINGS OF FACT.  THE CITY COUNCIL

22    HAS.  SO I'M GOING TO ASK YOU, MR. FIELD, TO ADDRESS

23    THIS.  ARE YOU GOING TO BE DOING THE ARGUMENT, MR.

24    FIELD?

25              MR. FIELD:  GOOD MORNING, YOUR HONOR.
```

1    WITH THE COURT'S INDULGENCE, WE HAD ANTICIPATED SHARING

2    THE ARGUMENT.  MY COLLEAGUES, LYDIA FURST AND MICHAEL

3    PFAUTZ HAVE WORKED EXCEEDINGLY HARD AND KNOW SOME OF

4    THIS MATERIAL FAR BETTER THAN I, TO ASSIST.  WE HAVE

5    DIVIDED IT OR TRIED TO DIVIDE IT INTO CLEAR PARTS.  I

6    WAS GOING TO ADDRESS IRREPARABLE HARM AND DO A BIT OF AN

7    INTRODUCTION.  MR. PFAUTZ WAS GOING TO TALK ABOUT THE

8    LIKELIHOOD OF SUCCESS ON THE MERITS, AND MS. FURST WAS

9    GOING TO SPEAK TO PREEMPTION, SHOULD THE COURT BE

10   INTERESTED IN THAT QUESTION, AS WELL AS THE BALANCING OF

11   THE EQUITIES.

12                   RECOGNIZING THAT YOUR HONOR HAS SPECIFIC

13   QUESTIONS, WE ARE HAPPY TO JUST START WITH THOSE, AND IF

14   YOU WOULD LIKE TO START WITH THE QUESTION YOU JUST

15   ASKED, I BELIEVE MR. PFAUTZ WOULD BE BEST POSITIONED TO

16   RESPOND.

17                   THE COURT:  I DON'T WANT TO START WITH

18   THAT.  I HAVE SOMETHING ELSE THAT I WANT YOU TO START

19   WITH, SINCE YOU WERE GOING TO DO AN INTRODUCTION.  AND

20   THAT IS IN THE FIRST SESSION, THERE WERE INDICATIONS

21   THAT THE CITY WAS GOING TO OPPOSE THE STANDING OF HAPCO

22   AS A PLAINTIFF.  WE ARE NOT SEEING THAT IN THE

23   RESPONSIVE DOCUMENTS TO THE AMENDED COMPLAINT, AND I

24   WOULD LIKE TO KNOW WHERE THE CITY'S POSITION IS ON THAT

25   STANDING.  IS IT FOR THE INJUNCTIVE PURPOSES NOT AN

```
 1      ISSUE, OR WILL IT BE AN ISSUE MOVING FORWARD ONCE WE GET
 2      PAST THE INJUNCTION?
 3                   MR. FIELD:  CERTAINLY, YOUR HONOR.  WE
 4      HAVE NOT RAISED STANDING IN OUR OPPOSITION TO THE
 5      PRELIMINARY INJUNCTION PAPERS.  SO IT IS NOT AN ISSUE
 6      THAT WE HAVE PLACED BEFORE THE COURT IN THIS HEARING.
 7      AS YOUR HONOR IS AWARE, OUR TIME TO RESPOND TO THE
 8      AMENDED COMPLAINT IS STILL IN FRONT OF US.  THE AMENDED
 9      COMPLAINT ADDED ADDITIONAL ALLEGATIONS IN THAT REGARD,
10      AND AVERMENTS, AND WE ARE CONTINUING TO ANALYZE THAT AND
11      MAY RAISE THAT ISSUE IN THAT RESPONSE, BUT IT WOULD BE
12      PRELIMINARY FOR ME TO COMMIT TO SUCH A POSITION AT THIS
13      TIME.
14                   THE COURT:  ALL RIGHT.  AND WHY DON'T YOU
15      THEN TURN THE MICROPHONE OVER TO MR. PFAUTZ.
16                   MR. FIELD:  THANK YOU, YOUR HONOR.
17                   MR. PFAUTZ:  GOOD MORNING, YOUR HONOR.
18                   THE COURT:  GOOD MORNING.
19                   MR. PFAUTZ:  IT SOUNDS LIKE ONE PLACE I
20      SHOULD JUST START IS WITH THE COUNSEL'S FINDINGS OF FACT
21      AND WHAT THE CITY IS ENTITLED TO RELY ON HERE.  AND I
22      THINK RECENT 3RD CIRCUIT OPINION IS RIGHT ON POINT HERE.
23      THIS IS THE GREATER PHILADELPHIA CHAMBER OF COMMERCE
24      CASE.  IT'S 949 F.3D 116, AND LOOKING SPECIFICALLY AT
25      FOOTNOTE 61 ON PAGE 128.  AND I WILL JUST READ IT
```

1    BRIEFLY BECAUSE I THINK IT SPEAKS TO THIS ISSUE

2    DIRECTLY, AND THE 3RD CIRCUIT THERE IS QUOTING AN

3    EARLIER CASE FROM 1997, PHILLIPS VERSUS BOROUGH OF

4    KEYPORT.  BUT THE THIRD CIRCUIT IS SAYING:  IF A

5    LEGISLATIVE BODY CAN PRODUCE IN COURT WHATEVER

6    JUSTIFICATION IS REQUIRED OF IT UNDER THE APPLICABLE

7    CONSTITUTIONAL DOCTRINE, WE PERCEIVE LITTLE CAN BE

8    GAINED BY INCURRING THE EXPENSE, EFFORT, AND DELAY

9    INVOLVED IN REQUIRING IT TO REENACT THE LEGISLATIVE

10   MEASURE AFTER PARADING ITS EVIDENCE THROUGH THE

11   LEGISLATIVE CHAMBER.

12                    AND SO THERE THE BASIC PROPOSITION IS

13   THAT THE CITY CAN CITE WHATEVER EVIDENCE THE CITY

14   COUNCIL COULD HAVE RELIED ON.  THE COUNCIL IS NOT BOUND

15   BY -- THE CITY IS NOT BOUND IN ITS ARGUMENTS HERE BY THE

16   NARROW THINGS THAT ARE MENTIONED IN THE SPECIFIC

17   PREAMBLE TO THE BILLS HERE.  THAT SAID, I THINK THE

18   PREAMBLES AND THE PURPOSES THAT THE CITY COUNCIL HAD

19   HERE ARE BROADER THAN WE HAVE HEARD SO FAR FROM

20   PLAINTIFF.  OBVIOUSLY, WE AGREE ONE OF THE PURPOSES WAS

21   TO PREVENT EVICTIONS, TARGETED AT LIMITING THE SPREAD OF

22   THE COVID-19 PANDEMIC.  AND I THINK IN OUR BRIEF WE

23   CITED EVIDENCE THAT, YOU KNOW, THERE REALLY IS A

24   CONNECTION BETWEEN EVICTIONS AND DOUBLING UP AND

25   HOMELESSNESS AND THE SPREAD OF THE DISEASE BECAUSE OF

1    ADDITIONAL CONTACT.  BUT THE FINDINGS OF FACT ALSO

2    ADDRESS THE MORE GENERAL CONCERNS ABOUT EVICTIONS AND

3    THE HARM THEY CAUSE TO THE CITY'S RESIDENTS EVEN IN THE

4    ABSENCE OF THE PANDEMIC.  AND I THINK YOUR HONOR HAS

5    ALREADY TOUCHED ON SOME OF THEM, THE EDUCATIONAL IMPACT.

6    OBVIOUSLY, THERE ARE ADDITIONAL ECONOMIC IMPACTS BECAUSE

7    THEY HAVE MAY HAVE DIFFICULTY HOLDING A JOB IF THEY'RE

8    EVICTED.  THERE ARE ALL SORTS OF NONCOVID HEALTH IMPACTS

9    ON PEOPLE FROM BEING EVICTED, FROM STRESS TO, YOU KNOW,

10   BEING OUT IN THE WORLD AND NOT BEING ABLE TO MAINTAIN

11   CLEANLINESS, ALL SORTS OF THOSE THINGS.

12               AND I ALSO WOULD POINT THE COURT TO THE

13   SIXTH WARD BUILDING CASE, THAT'S 310 U.S. 32 FROM 1940.

14   AND THE COURT THERE WAS EXPLICIT, THAT EVEN IF AN

15   EMERGENCY EXISTS AND MAKES IT CLEAR THAT THERE IS A

16   PROBLEM, THAT DOES NOT MEAN THAT THE LEGISLATION

17   THEREFORE NEEDS TO BE SOMEHOW LIMITED TO THAT EMERGENCY.

18   THERE, THE COURT WAS ADDRESSING PERMANENT LEGISLATION

19   DEALING WITH THE REDEMPTION OF SHARES IN A SAVINGS AND

20   LOAN, AND NOTED THAT JUST BECAUSE AN EMERGENCY, YOU

21   KNOW, BRINGS TO LIGHT AN ISSUE DOES NOT MEAN THAT

22   PERMANENT LEGISLATION ADDRESSING THE UNDERLYING WEAKNESS

23   IS SOMEHOW UNCONSTITUTIONAL.  AND I STRESS HERE AGAIN,

24   ALL OF THE MEASURES WE ARE TALKING ABOUT, EXCEPT FOR THE

25   ONE BILL THAT IS NOT UNDER CHALLENGE DEALING WITH

1    SELF-HELP EVICTIONS, THEY ARE ALL TEMPORARY AND RANGE

2    FROM, YOU KNOW, A FEW TO SEVERAL MORE MONTHS.

3                     SO UNLESS THE COURT HAS SPECIFIC

4    QUESTIONS, I CAN TURN TO THE CONTRACT CLAUSE.  THAT

5    SEEMS TO BE WHERE THE ARGUMENT STARTED, AND I WILL

6    TRY TO --

7                     THE COURT:  GO AHEAD.

8                     MR. PFAUTZ:  -- TOUCH ON THE DISCUSSION

9    WE HAVE ALREADY HAD.

10                     SO THE FIRST STEP, WHETHER THERE WAS A

11   SUBSTANTIAL IMPAIRMENT TO BEGIN WITH, MY READING OF THE

12   ARGUMENTS FROM HAPCO -- AND PARTICULARLY I'M LOOKING AT

13   THE REPLY ON PAGE 8 IS THAT THE MOST SIGNIFICANT

14   EXPECTATION OF THE PARTIES IS A BARGAIN FOR EXCHANGE OF

15   HOUSING FOR RENT.  SO IT'S ABOUT THE ACTUAL OBLIGATION

16   TO PAY RENT ITSELF, NOT ABOUT LATE FEES, NOT ABOUT

17   INTEREST, NOT ABOUT THE PERIOD OF TIME IT TAKES TO EVICT

18   A TENANT OR ABOUT THE AMOUNT OF NOTICE THAT NEEDS TO BE

19   REQUIRED.  THAT'S NOT THE CRITICAL EXPECTATION.  IT'S

20   THE EXCHANGE OF HOUSING FOR RENT.  AND THERE IS NOTHING

21   IN THESE BILLS THAT RELIEVES TENANTS OF THE OBLIGATION

22   TO PAY RENT.  THEY DON'T FORGIVE RENT.  EVEN THE

23   HARDSHIP REPAYMENT PROVISIONS REQUIRE RENT TO BE PAID

24   OVER A NUMBER OF MONTHS, AND GOING FORWARD AFTER

25   AUGUST 31ST WILL REQUIRE TENANTS TO BE CURRENT ON THE

1    CURRENT MONTH'S RENT, AND IF THEY ARE NOT FOR EVEN A

2    SINGLE MONTH, THEN THE PROTECTION OF THAT BILL DOES NOT

3    APPLY.  SO THE BASIC RENTAL OBLIGATION IS ENTIRELY

4    INTACT HERE.  SO THERE IS NOT A SUBSTANTIAL IMPAIRMENT

5    TO BEGIN WITH.

6                 AND I WILL JUST NOTE ALSO OBVIOUSLY IN

7    ADDITION TO THAT WE ARE IN A HIGHLY REGULATED FIELD

8    HERE.  THE LANDLORD/TENANT ARENA IS REGULATED AT THE

9    FEDERAL, STATE AND CITY LEVEL IN A VARIETY OF CONTEXTS.

10   I THINK IT WAS EITHER EARLIER THIS YEAR OR LAST YEAR THE

11   CITY PASSED A GOOD CAUSE EVICTION STATUTE REGULATING THE

12   TYPES OF REASONS SOMEBODY ON A MONTH-TO-MONTH LEASE

13   COULD BE EVICTED FOR.  AND OBVIOUSLY THE STATE HAS THE

14   LANDLORD/TENANT ACT, WHICH MS. FURST IS GOING TO ADDRESS

15   LATER, BUT THAT OBVIOUSLY REGULATES SOME OF THE

16   PROCEDURAL ASPECTS OF THE EVICTION AND THE

17   LANDLORD/TENANT RELATIONSHIP.

18                 AND THE WARREN CASE, WHICH I AM SURE WE

19   WILL DISCUSS IN THAT CONTEXT TOO, THE CITY HALF A

20   CENTURY AGO ALREADY LIMITED THE BASES FOR EVICTIONS AND

21   REQUIRED ADDITIONAL NOTICE.  SO THIS IS NOTHING NEW HERE

22   IS WHAT I AM SAYING, AND I DON'T THINK REALLY THERE IS A

23   LEGITIMATE EXPECTATION THAT THE CITY OR OTHER

24   GOVERNMENTS WOULD NOT BE EFFECTING

25   SOME OF THE ANCILLARY TERMS AROUND THESE LEASES,

1    ESPECIALLY WHERE WE ARE STILL LEAVING INTACT THE BASIC

2    RENTAL OBLIGATION.

3                    THE COURT:  I THINK HAPCO HAS ARGUED

4    TODAY ANYWAY THAT IT'S NOT -- THEY ARE NOT GOING TO GET

5    THE RENT, AND THEY ARE NOT GOING TO GET THE FEES AND

6    COSTS AND INTEREST THAT MIGHT BE ASSOCIATED WITH THE

7    PAST RENT DUE EVICTION PROCESS.  AND THAT IS NOT PART OF

8    THE CITY'S ASSURANCE BECAUSE THEY HAVE WAIVED THAT, IN

9    EFFECT, BY VIRTUE OF THE BILL.

10                    MR. PFAUTZ:  YOUR HONOR, I AM NOT SURE

11    WHERE THEY ARE GETTING THE CLAIM THAT SOMEHOW THE BILLS

12    WAIVE THE RENT, THAT I HAVE NOT SEEN A SINGLE CITATION.

13    THERE'S NOTHING IN THE BILL THAT ACTUALLY DOES THAT.

14    YOU KNOW, I TAKE MR. DOUGHERTY'S POINT THAT LANDLORDS

15    CAN USE LATE FEES AND INTEREST OR THE ACCUMULATION OF

16    BACK RENT OR THE THREAT OF A NOTICE TO QUIT OR THE

17    FILING OF A COMPLAINT TO INCENTIVIZE A TENANT TO LEAVE

18    THE PREMISES VOLUNTARILY.  THAT'S ACTUALLY ONE OF THE

19    REASONS WHY CITY COUNCIL DIDN'T JUST LIMIT THESE BILLS

20    TO THE ACTUAL EVICTION OF TENANTS, WHY THE BILLS ARE

21    BROADER, BECAUSE THEY ARE WORRIED ABOUT TENANTS FEELING

22    PRESSURE TO LEAVE, WHICH REGARDLESS OF WHETHER THEY

23    LEAVE BECAUSE OF AN ACTUAL COURT ORDER THAT SAYS GET OUT

24    OR THEY LEAVE BECAUSE THEY ARE WORRIED ABOUT OWING

25    OODLES OF MONEY TO A LANDLORD.  AT THE END OF THE DAY

1    THAT STILL HAS THE SAME IMPACT AS FAR AS THE HARMS TO

2    THE TENANTS FROM EVICTIONS AND THE SPREAD OF COVID-19.

3                    SO I THINK THERE IS -- THAT'S THE CLEAR

4    RATIONAL CONNECTION BETWEEN THESE BROADER MEASURES HERE

5    AND THE ACTUAL EVICTION MORATORIUM.  AND I'D SAY ALSO

6    THAT OBVIOUSLY THE EVICTION MORATORIUM ITSELF IS A

7    SHORTER PERIOD OF TIME AND THESE OTHER MORE LIMITED

8    MEASURES GO FOR SEVERAL MONTHS MORE.  I MEAN, I AM NOT

9    SURE IF THE SUGGESTION IS THAT INSTEAD OF HAVING THESE

10   OTHER PROVISIONS THE MORATORIUM SHOULD JUST BE A LONGER

11   PERIOD OF TIME.  TO ME THAT SOUNDS LIKE A MORE SEVERE

12   IMPINGEMENT.  BUT I THINK ALL OF THESE MEASURES ARE

13   CERTAINLY NOT SUBSTANTIALLY IMPAIRING THE CONTRACT

14   CLAUSE HERE.

15                    I THINK I WOULD SAY AT THE END OF THE DAY

16   LANDLORDS STILL HAVE THE RIGHT TO GO OUT -- TO SUE

17   TENANTS FOR RENTS DUE.  THERE IS NOTHING IN THE BILL

18   THAT STOPS THAT.  THOSE REMEDIES ARE PRESERVED.  IT'S

19   JUST THE LIMIT ON USING SOME OF THE REMEDIES TO TRY TO

20   KIND OF EXACT SOMETHING FROM THE TENANTS AT A PARTICULAR

21   TIME.  BUT AT THE END OF THE DAY, IF RENT IS DUE AND THE

22   TENANTS DON'T PAY IT, THE LANDLORDS CAN BRING A LAWSUIT

23   AGAINST THE TENANT FOR THE RENT.  THERE IS NOTHING IN

24   THE BILL THAT CHANGES THAT, THAT ULTIMATE OBLIGATION.

25   SO THERE IS NO SUBSTANTIAL IMPAIRMENT.

```
 1                    I CAN CERTAINLY SPEAK MORE TO THAT --
 2                    THE COURT:  DO YOU THINK THAT IS A COMMON
 3     UNDERSTANDING OF THE EFFECT OF THE BILL AND THE VARIOUS
 4     PARTS OF IT, BECAUSE IT'S CLEAR THAT YOU CAN'T EVICT,
 5     BUT THE LANDLORDS BELIEVE RIGHT NOW THAT THEY CAN'T EVEN
 6     GO TO COURT TO SUE FOR PAST RENT.
 7                    MR. PFAUTZ:  SO I THINK IT DEPENDS -- I
 8     THINK AS A GENERAL MATTER THEY CAN SUE FOR BACK RENT.  I
 9     THINK THERE ARE LIMITATIONS ON WHEN THEY CAN BRING THAT
10     EXACT LAWSUIT IN THE SENSE THAT UNDER THE HARDSHIP
11     REPAYMENT PROVISION, THE WAY THAT OPERATES IS IF THERE
12     IS BACK RENT DUE, THEN THE TENANTS ARE GIVEN A CERTAIN
13     PERIOD OF TIME, I BELIEVE IT'S ABOUT NINE MONTHS, TO
14     MARCH OR MAY OF NEXT YEAR, TO PAY THAT RENT BACK.  BUT
15     IF THEY DON'T, THE LANDLORDS CAN SUE FOR THAT RENT IF
16     THEY MISS PAYMENTS ALONG THE WAY, WHETHER CURRENT OR THE
17     PERCENTAGE THAT IS DUE FOR THE PAST PAYMENTS.
18                    SO I SUPPOSE THERE IS AN NARROW SCENARIO
19     WHERE BACK RENT MAY NOT BE CONSIDERED DUE IMMEDIATELY,
20     BUT THAT DOES NOT CHANGE THE ULTIMATE OBLIGATION TO BE
21     PAID.  MAYBE WE JUST NEED TO HAVE BETTER PUBLICITY ABOUT
22     THE LEGAL PROVISIONS IN THE BILL, BUT THAT DOES NOT
23     CHANGE THE SUBSTANCE OF WHAT CITY COUNCIL PASSED, THAT
24     IT DOESN'T AFFECT THE ABILITY TO SUE FOR RENT THAT IS
25     ACTUALLY DUE AND NOT PAID.
```

1          THE COURT:  WELL, YOUR BILL HAS TO BE

2    APPROPRIATE AND REASONABLE AT THE SAME TIME.  IS THAT

3    REASONABLE?  IT IS REASONABLE TO WAIT A YEAR OR MORE TO

4    THEN BE ABLE TO SUE FOR PAST RENTS OR TO EVICT BECAUSE

5    OF ALL OF THAT TIME PERIOD DURING WHICH, PERSPECTIVELY,

6    AND HYPOTHETICALLY THE TENANT HAS NOT PAID A DIME.

7    ISN'T THAT REALLY THEIR FEAR?

8          MR. PFAUTZ:  I CERTAINLY HEAR THE FEAR,

9    YOUR HONOR, AND THE CITY IS NOT UNSYMPATHETIC.

10   OBVIOUSLY, EVERYBODY IN THE CITY IS DEALING WITH THE

11   BURDENS AND THE HARDSHIPS IMPOSED BY THE PANDEMIC.  BUT

12   THE CITY HAS A NUMBER OF OTHER PROGRAMS ALREADY OUT

13   THERE THAT ARE AIMED AT ADDRESSING SOME OF THE HARMS

14   THAT TENANTS AND LANDLORDS WERE FACING EVEN BEFORE THIS

15   HAPPENED AND CONTINUE TO BE IN EFFECT TO TRY TO MITIGATE

16   SOME OF THESE HARMS.  BUT I THINK THESE PROVISIONS ARE

17   REASONABLE AND CITY COUNCIL WAS ENTITLED TO ENACT THEM

18   BECAUSE IT'S NOT EVERY SINGLE PERSON, EVERY SINGLE

19   TENANT IN THE CITY DOES NOT HAVE TO PAY RENT FOR NINE

20   MONTHS, AND THEN THE LANDLORDS CAN SUE IN MARCH NEXT

21   YEAR TO GET IT.  IT'S ONLY TENANTS WHO SUFFER A

22   FINANCIAL HARDSHIP, THAT THEY HAVE TO DOCUMENT IT, AND I

23   WANT TO BE CLEAR THAT THERE'S AN ADDITIONAL

24   DOCUMENTATION REQUIREMENT FOR THE HARDSHIP REPAYMENT

25   AGREEMENT THAT HAS TO BE SUBMITTED TO -- I KNOW THERE

1  WERE CONCERNS ABOUT THE LEVEL OF PROOF AND THE

2  CERTIFICATION EVEN.  OBVIOUSLY, IT'S UNDER OATH, JUST

3  LIKE THE DECLARATIONS THAT WERE SUBMITTED TO THIS COURT

4  WERE, BUT FOR THE HARDSHIP REPAYMENT THERE HAS TO BE

5  ADDITIONAL DOCUMENTATION OF THE LOSS OF INCOME PROVIDED.

6  SO WE HAVE ALREADY SUBSTANTIALLY NARROWED THE CLASS OF

7  PEOPLE WHO ARE GOING TO BE ELIGIBLE.  AND THEN ONCE THEY

8  ENTER ONE OF THOSE AGREEMENTS, THEY ACTUALLY HAVE TO

9  FOLLOW IT, SO THEY HAVE TO BE CURRENT ON EACH MONTH'S

10  RENTS GOING FORWARD, AND THEY HAVE TO BE PAYING A

11  PERCENTAGE OF BACK RENT.  SO IF THEY DON'T PAY THE NEXT

12  MONTH'S RENT, THEN THE LANDLORD CAN SUE.  THE TENANT IS

13  IN VIOLATION OF THE AGREEMENT.

14            THE COURT:  BUT NOT UNTIL NEXT MARCH

15  31ST.

16            MR. PFAUTZ:  THEY CAN SUE BEFORE THAT IF

17  THE TENANT VIOLATES IT.  THE HARDSHIP REPAYMENT PROVIDES

18  THAT ALL THE BACK RENT HAS TO BE PAID BY THE TENANT BY

19  NEXT YEAR.

20            THE COURT:  WHAT IS THE INCENTIVE FOR THE

21  TENANT TO DOCUMENT THEIR LOSS OF INCOME OR PROOF OF

22  HARDSHIP TO GET INTO SUCH AN AGREEMENT?  WHAT IS THE

23  INCENTIVE?  THEY COULD JUST WAIT IT OUT.

24            MR. PFAUTZ:  THEY CAN'T.  THEY HAVE TO

25  DOCUMENT IT.  OTHERWISE THEY DON'T GET THE PROTECTION OF

1    THE BILL, YOUR HONOR.  THE BILL SPECIFICALLY REQUIRES -

2    I THINK IT'S 305 SPECIFICALLY REQUIRES DOCUMENTATION BE

3    SUBMITTED IN ORDER TO QUALIFY.  SO IF A TENANT SAID TO A

4    LANDLORD, I AM NOT GOING TO PAY THE RENT, I SUFFERED A

5    HARDSHIP, I WANT A REPAYMENT PLAN.  AND THE LANDLORD

6    SAID OKAY, SHOW ME THE DOCUMENTATION.  AND I THINK THE

7    FAIR HOUSING COMMISSION IS GOING TO HAVE SOME GUIDANCE

8    ON THIS, BUT SHOW ME THE DOCUMENTATION.  AND THE TENANT

9    SAYS I DON'T HAVE TO DO THAT.  THEN THE TENANT IS NOT

10   PROTECTED BY THE BILL, AND THE LANDLORD CAN EVICT AS

11   SOON AS THE MORATORIUM IS OVER.  THEY DON'T HAVE TO WAIT

12   UNTIL NEXT YEAR.  SO IT'S REALLY IS -- I THINK THIS

13   GENERALLY GOES TO THE REASONABLENESS.  OF NECESSITY,

14   THESE ARE TARGETED MEASURES.  CITY COUNCIL STARTED WITH

15   SOMETHING BROAD, AN EVICTION MORATORIUM THAT LISTED A

16   FEW MONTHS.  THEY ACTUALLY SHORTENED IT IN RESPONSE TO

17   REQUESTS FROM THE PLAINTIFF.  YOU KNOW, INSTEAD OF

18   HAVING A LONGER MORATORIUM, THEY ACTUALLY CUT IT AT

19   AUGUST, RIGHT?  THEY DIDN'T ENACT A RENT CONTROL BILL

20   THAT WAS IN FRONT OF THEM.

21              AND THEN AFTER THE AUGUST MORATORIUM

22   EXPIRES, THEY HAVE THIS MORE LIMITED MEASURE ABOUT JUST

23   ANCILLARY THINGS LIKE LATE FEES OR REPAYMENT AGREEMENTS

24   OR REQUIRING MEDIATION THAT HAS TO TAKE PLACE WITHIN 30

25   DAYS OR IT REALLY DOES NOT POSE ANY OBSTACLE.  SO IT'S

1    NOT THAT ALL LANDLORDS ARE BEING FORCED TO WAIT UNTIL

2    NEXT YEAR.  IT'S ONLY IF A TENANT IS PAYING ITS CURRENT

3    RENT THROUGH NEXT YEAR AND SOMEHOW DOES NOT ENTIRELY

4    MAKE UP ALL OF THE BACK RENT.  THEN THE LANDLORD WOULD

5    HAVE TO AT THAT POINT WAIT UNTIL MARCH.  BUT ONLY IN

6    THAT NARROW SITUATION, AFTER THEY HAVE PROVIDED

7    DOCUMENTATION, AFTER THEY'VE CERTIFIED THAT THEY ARE

8    SUFFERING A HARDSHIP, AND THIS CAN ALL BE TESTED

9    OBVIOUSLY IN COURT IN FRONT OF THE FAIR HOUSING

10   COMMISSION.

11                SO I THINK THAT GIVEN THE TARGETING THAT

12   CITY COUNCIL HAS DONE HERE AND ESPECIALLY GIVEN WHAT

13   COURTS HAVE BASICALLY CONSIDERED COMPLETE DEFERENCE DUE

14   AT THIS STAGE OF THE INQUIRY WHERE THE CITY IS NOT A

15   CONTRACTING PARTY, THESE ARE REASONABLE AND NECESSARY

16   AND CITY COUNCIL WAS ENTITLED TO ENACT THEM.  SO THEY

17   PASS CONTRACT CLAUSE MUSTER.

18                AND I GUESS I JUST GENERALLY POINT THE

19   COURT TO PAST CASES, LIKE WASEDALE, LIKE EAST SAVINGS

20   BANK OF NEW YORK, LIKE THE SIXTH WARD BUILDING AND LOAN

21   CASE OR THE HOGG CASE, ALL OF WHICH TALK ABOUT HOW --

22   FRANKLY MORE DRASTIC MEASURES.  TAKE FOR EXAMPLE THE

23   TROY CASE, THE 3RD CIRCUIT, WHERE BASICALLY THERE WAS

24   ALREADY -- I THINK THEY EXTENDED THE PERIOD OF PROTECTED

25   TENANCY TO 40 YEARS PAST CURRENT LAW.  THE 3RD CIRCUIT

```
1    THERE SAID THAT'S NOT A SUBSTANTIAL IMPAIRMENT AND THAT

2    IS A REASONABLE AND NECESSARY THING GIVEN THE HARM OF

3    EVICTIONS.  SO I THINK IN THAT CONTEXT, IT'S NOT A CLOSE

4    QUESTION, THAT UNDER THIS STANDARD THE CONTRACT CLAUSE

5    IS NOT AN OBSTACLE HERE.

6              THE COURT:  OKAY.  WOULD YOU LIKE TO

7    ADDRESS ANY OTHER MATTERS?

8              MR. PFAUTZ:  I WILL BRIEFLY TURN TO

9    RATIONAL BASIS, BUT I THINK WE'VE ALREADY BASICALLY

10   COVERED THAT GROUND.  I THINK THERE'S A THIRD CIRCUIT

11   CASE, THE AMERICAN EXPRESS CASE ON POINT, THAT SAYS

12   BASICALLY RATIONAL BASIS IS LESS DEMANDING THAN THE

13   CONTRACT LAWS INQUIRY.  AND WE ALREADY TALKED ABOUT THE

14   RATIONAL RELATIONSHIP HERE BETWEEN OBVIOUSLY PREVENTING

15   EVICTIONS AND PREVENTING THE SPREAD OF COVID.  AND I

16   THINK THAT POINT IS CONCEDED.  AND AS I SAID BEFORE,

17   THERE IS A CONNECTION BETWEEN THESE ANCILLARY THINGS AND

18   PREVENTING PEOPLE FROM VOLUNTARILY VACATING, WHICH WOULD

19   HAVE THE SAME DELETERIOUS EFFECTS IN THE CITY.  AND

20   THAT'S REALLY ALL THAT IS REQUIRED UNDER THE RATIONAL

21   BASIS.  SO UNLESS THE COURT HAS FURTHER QUESTIONS THERE,

22   I AM HAPPY TO QUICKLY ADDRESS TAKINGS.

23              THE COURT:  I DON'T THINK YOU NEED TO.

24   BUT I WILL ASK YOU JUST TO CLARIFY BECAUSE YOU DID HEAR

25   HAPCO'S ARGUMENT ON THIS.  AND IT INVOLVES THE CONTRACT
```

1    CLAUSE CLAIM, AND I WOULD LIKE TO HAVE THIS WRAPPED UP

2    FOR THE ARGUMENT.

3                    THE CITY HAS ARGUED THAT THE ACT DOES NOT

4    SUBSTANTIALLY IMPAIR EXISTING CONTRACTS IN PART BECAUSE

5    THE ACT DOES NOT FORGIVE RENT THAT IS OWED.  YOU HAVE

6    SAID THAT.  BUT LANDLORDS DO LOSE THE LATE FEES THAT

7    WERE CONTRACTUALLY AGREED TO.  AND WE HEARD MR.

8    DOUGHERTY SAY HIS CLIENTS ARE BUSINESS PEOPLE.  THAT'S

9    PART OF WHAT THEY DO.  SO HOW DO YOU RECONCILE THAT THE

10    LATE FEES THAT ARE CONTRACTUALLY AUTHORIZED BETWEEN

11    PRIVATE PARTIES WOULD THEN BE LOST?

12                    MR. PFAUTZ:  SO I THINK IT'S CERTAINLY A

13    CLOSER QUESTION THAN THE MORATORIUM ITSELF, BUT I THINK

14    IT'S NOT A SUBSTANTIAL IMPAIRMENT AND ALSO REASONABLE

15    AND NECESSARY.  AND I GUESS I WILL START WITH THE

16    REVERSE, WHICH IS THE MODERN CONTRACT CLAUSE

17    JURISPRUDENCE OBVIOUSLY DOES NOT HOLD THAT IF A LAW HAS

18    A SUBSTANTIAL IMPAIRMENT THAT THEREFORE IT FAILS.  SO

19    CERTAIN SUBSTANTIAL IMPAIRMENTS ARE ALLOWED AS LONG AS

20    THEY ARE REASONABLE AND NECESSARY.  SO ALTHOUGH THERE

21    MAY BE SOME, AND I WILL GET TO IT IN JUST A MOMENT WHY

22    IT'S NOT SUBSTANTIAL IMPAIRMENT.  BUT EVEN IF IT WERE,

23    IT WOULD BE REASONABLE BECAUSE IT KEEPS TENANTS IN THEIR

24    HOUSING, WHERE THEIR KIDS CAN GO TO SCHOOL, THEY CAN

25    RECEIVE ABSENTEE BALLOTS, THEY ARE NOT EXPOSED TO THE

1    DISEASE ON THE STREET, THEY ARE NOT DOUBLING UP AND

2    INCREASING HOUSING SIZE.  SO I THINK IT'S STILL

3    REASONABLE AND NECESSARY IN THAT CONTEXT.

4                    AND I JUST AGAIN -- GOING BACK TO THE

5    SUBSTANTIALILTY OF THE IMPAIRMENT, THE IMPAIRMENT IS AS

6    TO LEGITIMATE EXPECTATIONS.  AND I SAID EARLIER THAT THE

7    REGULATORY CONTEXT IS KEY HERE.  AND AS TO LATE FEES

8    SPECIFICALLY, WHAT I HEARD MR. DOUGHERTY SAY BEFORE WAS,

9    THESE FEES ARE THERE TO MAKE TENANTS PAY ON TIME, AND

10   THAT SOUNDS LIKE A CLASSIC PENALTY/LIQUIDATED DAMAGES

11   ISSUE THAT FRANKLY PENNSYLVANIA GENERALLY DOES NOT ALLOW

12   ACTUALLY.  YOU ARE USUALLY LIMITED TO YOUR ACTUAL

13   DAMAGES FOR THESE TYPES OF THINGS.  SO I AM NOT EVEN

14   SURE THAT THOSE -- I MEAN, OBVIOUSLY FIRST, THE STATE

15   HAS ALREADY REGULATED IN THIS FIELD.  SO THERE REALLY IS

16   NOT AN LEGITIMATE EXPECTATION THAT THE CITY IS NOT GOING

17   TO BE ADDING ADDITIONAL TERMS ON OR PLAYING WITH THE

18   EDGES HERE.  BUT FRANKLY, IT SOUNDS LIKE -- AND THAT'S

19   PART OF THE PROBLEM WITH NOT HAVING AN ACTUAL LEASE

20   HERE.  I AM NOT SURE THAT THAT PROVISION WOULD ACTUALLY

21   BE LAWFUL OR ENFORCEABLE ANYWAY IF IT WAS ACTUALLY

22   LITIGATED.  SO OBVIOUSLY IF IT'S NOT ENFORCEABLE, IT'S

23   NOT SOMETHING -- ABROGATING IT IS NOT A SUBSTANTIAL

24   IMPAIRMENT.

25                    THE COURT:  OKAY.  THANK YOU.

1                        MR. PFAUTZ:  I CAN TALK BRIEFLY ABOUT

2     TAKINGS, ALTHOUGH I THINK AS YOUR HONOR POINTED OUT

3     ALREADY, IT'S NOT REALLY THE PROPER SUBJECT OF THE

4     INJUNCTIVE RELIEF HERE, SINCE REALLY THE TAKINGS CLAUSE

5     IS ADDRESSED TO JUST COMPENSATION.  AND I WILL JUST ALSO

6     NOTE THAT SINCE THEY ARE BRINGING A FACIAL TAKINGS

7     CHALLENGE, THAT THEY ARE SAYING IT'S A NONCATEGORICAL

8     TAKING, THAT REALLY THERE IS NO WAY TO ADDRESS THIS IN A

9     FACIAL CONTEXT, ABSENT JUST AN ARGUMENT ABOUT WHETHER

10    THE LAWS AT ISSUE ARE ARBITRARY OR LACK A PUBLIC

11    PURPOSE.  AND I THINK THOSE ARE ALREADY COVERED BY THE

12    ANALYSIS THAT THE COURT WOULD DO UNDER THE CONTRACT

13    CLAUSE AND DUE PROCESS.

14                        THE COURT:  THANK YOU.  ALL RIGHT.

15                        WHO IS ARGUING NEXT FOR THE CITY?

16                        MS. FURST:  HI, YOUR HONOR, LYDIA FURST

17    HERE.

18                        THE COURT:  I CANNOT HEAR YOU VERY WELL.

19    NOW THAT YOU ARE UNMUTED, CAN YOU PUT UP YOUR VOLUME?

20                        MS. FURST:  YES.

21                        YOUR HONOR, IS THAT BETTER?

22                        THE COURT:  A LITTLE.

23                        MS. FURST:  YOUR HONOR, I WILL DISCUSS

24    THE PREEMPTION ARGUMENT THAT HAPCO HAS BROUGHT.  BUT

25    SINCE IT HAS NOT BEEN DISCUSSED YET TODAY, I WANTED TO

1    FIND OUT FROM YOUR HONOR IF IT WOULD BE MORE HELPFUL FOR

2    YOU IF I JUST GO AHEAD AND PROVIDE A BRIEF OVERVIEW OF

3    THE CITY'S POSITION ON THIS OR IF YOU HAVE SPECIFIC

4    QUESTIONS THAT YOU WOULD LIKE ME TO ADDRESS.

5                    THE COURT:  ON PREEMPTION?

6                    MS. FURST:  YES.

7                    THE COURT:  NO.  YOU TELL ME WHY YOU

8    THINK THIS MATTER IS PREEMPTED, AND WE ARE TALKING ABOUT

9    CONFLICT PREEMPTION, AREN'T WE?

10                    MS. FURST:  YES, YOUR HONOR, THAT'S

11   CORRECT.  WE ARE TALKING ABOUT CONFLICT PREEMPTION.

12                    HAPCO CLAIMS THAT THE EMERGENCY HOUSING

13   BILLS ARE PREEMPTED BY THE PENNSYLVANIA LANDLORD/TENANT

14   ACT.  BUT HAPCO IS NOT LIKELY TO SUCCEED ON THIS CLAIM

15   BECAUSE THE PENNSYLVANIA SUPREME COURT HAS HELD THAT THE

16   PURPOSE OF THE LANDLORD/TENANT ACT IS TO SET UP

17   PROCEDURES FOR EVICTIONS, NOT TO DEFINE THE SUBSTANTIVE

18   GROUNDS FOR EVICTION.  IN ADDITION, THE LANDLORDS CAN

19   SUBSTANTIALLY -- CAN SIMULTANEOUSLY COMPLY WITH BOTH

20   LAWS.

21                    HAPCO'S ARGUMENT HAS MOSTLY IGNORED THE

22   CONTROLLING PENNSYLVANIA CASE ON PREEMPTION UNDER THE

23   LANDLORD/TENANT ACT.  BUT ANY ANALYSIS OF A CLAIM THAT A

24   LOCAL HOUSING ORDINANCE IS PREEMPTED BY THE

25   LANDLORD/TENANT ACT SHOULD START WITH THE FOUNDATION

1    LAID IN WARREN.

2              SO I WILL JUST SPEND A COUPLE OF MINUTES

3    DISCUSSING WARREN.  WARREN INVOLVED A 1955 PHILADELPHIA

4    ORDINANCE THAT WAS IN RESPONSE TO A HOUSING EMERGENCY IN

5    PHILADELPHIA.  THE 1955 ORDINANCE ESTABLISHED MAXIMUM

6    RENTS, SO IT INCLUDED A TYPE OF RENT CONTROL, AND ALSO

7    PROHIBITED EVICTIONS EXCEPT ON SPECIFIC GROUNDS.  AND IN

8    PARTICULAR OF NOTE HERE IS THAT THE ORDINANCE EXPRESSLY

9    PROHIBITED EVICTION ON THE GROUND THAT THE LEASE HAD

10   ENDED.  AND THEN FINALLY THE ORDINANCE IMPOSED SOME

11   NOTICE REQUIREMENTS FOR LANDLORDS TO DO PRIOR TO

12   COMMENCING AN EVICTION PROCEEDING.

13             IN WARREN THE COURT HELD THAT THE 1955

14   ORDINANCE WAS NOT PREEMPTED BY THE LANDLORD/TENANT ACT

15   BECAUSE IT DID NOT CONFLICT WITH THE EVICTION PROCEDURES

16   SET UP IN THAT ACT.  AND THE COURT EXPLAINED THAT THE

17   LANDLORD/TENANT ACT SETS UP THE PROCEDURE WHEREBY A

18   LANDLORD MAY REPOSSESS PREMISES IF HE HAS A RIGHT TO

19   EVICT THE TENANTS.  THE SUBSTANTIVE LAW AS TO WHEN HE

20   HAS A RIGHT TO EVICT IS NOT TOUCHED UPON.

21             NOW TO THE STANDARD THAT GOVERNS

22   PREEMPTION AND PARTICULARLY CONFLICT PREEMPTION.  SO

23   UNDER PENNSYLVANIA LAW CURRENTLY THE APPLICABLE STANDARD

24   IS THAT THE CONFLICT MUST BE IRRECONCILABLE.  AND THERE

25   ARE ESSENTIALLY TWO TESTS FOR DETERMINING WHETHER A

1       CONFLICT IS IRRECONCILABLE.  THE FIRST IS THE TEST AS TO

2       WHETHER BOTH LAWS CAN BE COMPLIED WITH SIMULTANEOUSLY,

3       AND THE OTHER TEST IS ARTICULATED IN HOFFMAN MINING

4       COMPANY, WHICH IS THE PENNSYLVANIA SUPREME COURT CASE

5       FROM 2011.  AND THAT TEST IS THAT A CONFLICT IS

6       IRRECONCILABLE IF -- THAT TEST IS WHETHER THE LOCAL

7       REGULATION STANDS AS AN OBSTACLE TO THE EXECUTION OF THE

8       FULL PURPOSES AND OBJECTIVES OF THE STATUTE.

9                   SO HERE, BECAUSE WE HAVE WARREN, THE

10      PENNSYLVANIA SUPREME COURT HAS ALREADY SPOKEN ON WHAT

11      THE PURPOSE AND OBJECTIVE OF THE LANDLORD/TENANT ACT IS.

12      IT'S TO SET UP PROCEDURES FOR EVICTION, NOT TO TOUCH

13      UPON THE RIGHT TO EVICT.  SO HERE THAT TEST IS JUST NOT

14      APPLICABLE BECAUSE WARREN ANSWERED THE QUESTION FOR US.

15                  SO THE TEST THAT HAPCO HAS TO MEET IN

16      THIS CASE IS WHETHER LANDLORDS CAN COMPLY WITH THE

17      OBLIGATIONS OF BOTH THE LANDLORD/TENANT ACT AND

18      PHILADELPHIA'S NEW ORDINANCES.  AND HERE THEY JUST HAVE

19      NOT PUT FORTH ANYTHING DEMONSTRATING OR EVEN EXPLAINING

20      WHY IT WOULD BE IMPOSSIBLE TO COMPLY SIMULTANEOUSLY WITH

21      BOTH LAWS.  INSTEAD, THEY HAVE POINTED TO A VARIETY OF

22      DIFFERENT -- WHAT THEY CLAIM ARE CONFLICTS BETWEEN THE

23      TWO LAWS.  BUT EVEN IF THERE WERE ACTUALLY CONFLICTS

24      BETWEEN THE TWO LAWS, THAT WOULD NOT SATISFY THE TEST

25      THAT APPLIES UNDER PENNSYLVANIA LAW.

1                    IN OUR BRIEFING WE HAVE GONE THROUGH AND

2       ADDRESSED THE VARIOUS CLAIMED CONFLICTS BETWEEN THE

3       ORDINANCE AND THE LANDLORD/TENANT ACT AND EXPLAINED WHY

4       THOSE IN FACT ARE NOT CONFLICTS.  I DON'T NEED TO TAKE

5       UP THE COURT'S TIME TODAY REITERATING EACH AND EVERY ONE

6       OF THOSE, BUT I WOULD BE HAPPY TO ANSWER ANY QUESTIONS

7       NOW THAT THE COURT HAS.

8                    THE COURT:  I DON'T THINK I HAVE

9       QUESTIONS ABOUT THAT, AND I APPRECIATE YOU NOT GOING

10      INTO EACH AND EVERY ONE, BECAUSE WE HAVE REVIEWED ALL OF

11      THE DOCUMENTS.

12                   BUT WOULDN'T THIS BE A NONISSUE IF THE

13      CITY DOES SET UP AN EVICTION DIVERSION PROGRAM?  HAS THE

14      CITY DONE SO YET?  DO YOU KNOW?

15                   MS. FURST:  AS FAR AS I KNOW, THE CITY

16      HAS NOT YET SET UP THE EVICTION DIVERSION PROGRAM.  I

17      HOPE THAT SOME OF MY COLLEAGUES CAN CORRECT ME IF THAT'S

18      NOT IN FACT THE CASE.  BUT NO, THE EVICTION DIVERSION --

19      AND I AM HEARING THAT IT'S DEFINITELY -- IT'S IN THE

20      WORKS, BUT IT'S NOT SET UP YET.

21                   BUT YOUR HONOR, WE BELIEVE THAT THE

22      EVICTION DIVERSION PROGRAM IS ACTUALLY MORE COMPARABLE

23      TO A PREREQUISITE TO FILING AN EVICTION PROCEEDING UNDER

24      THE LANDLORD/TENANT ACT, MUCH LIKE IN THE 1955 ORDINANCE

25      THERE WAS A NOTICE REQUIREMENT THAT INCLUDED THE

```
1     LANDLORD HAD TO ACTUALLY PROVIDE NOTICE NOT ONLY TO THE

2     TENANT BUT ALSO TO THE HOUSING COMMISSION.  AND THE

3     HOUSING COMMISSION HAS DISCRETION IN DETERMINING WHETHER

4     THE NOTICE WAS SUFFICIENT OR WHETHER IT WAS FAIR TO BOTH

5     SIDES.  AND THAT WAS A PREREQUISITE TO FILING AN

6     EVICTION PROCEEDING UNDER THE LANDLORD/TENANT ACT.  SO

7     THIS IS A SIMILAR TYPE OF PROCESS.  IT'S A PREREQUISITE

8     TO FILING.  IT'S A SORT OF SEPARATE PROCEDURE THAT DOES

9     NOT INTERFERE AND DOES NOT CREATE A DIRECT CONFLICT WITH

10    THE EVICTION PROCEDURES SET UP IN THE LANDLORD/TENANT

11    ACT.

12                    THE COURT:  ALL RIGHT.  THANK YOU.

13                    MS. FURST:  I AM ALSO HANDLING PART OF

14    THE ARGUMENT ON BALANCING THE EQUITIES AND THE PUBLIC

15    INTEREST HERE.  IF YOU WOULD LIKE US TO GO ON TO THAT

16    PART, WE CAN DO THAT NOW.

17                    THE COURT:  PLEASE DO.

18                    MS. FURST:  SINCE HAPCO CANNOT SHOW

19    IRREPARABLE HARM OR A LIKELIHOOD OF SUCCESS ON THE

20    MERITS HERE, THE COURT INQUIRY CAN END.  BUT THE TWO

21    REMAINING PRONGS OF THE PRELIMINARY INJUNCTION TEST,

22    BALANCE OF THE EQUITIES AND THE PUBLIC INTEREST, ALSO

23    FAVOR THE CITY.

24                    HAPCO HAS NOT ALLEGED ANY CONCRETE

25    IRREPARABLE HARM, AND THE SPECULATIVE HARMS THAT IT
```

1    ALLEGES ARE FINANCIAL.  ON THE OTHER HAND, TENANTS FACE

2    CONCRETE HARMS FROM EVICTION AT THIS TIME.  THEY FACE

3    THE PERMANENT BLACK MARK ATTACHED TO TENANTS FROM AN

4    EVICTION FILING, WHICH MR. PFAUTZ DISCUSSED, AND WHICH

5    IS ALSO DISCUSSED IN THE DECLARATIONS SUBMITTED BY THE

6    CITY.  TENANTS FACE THE PHYSICAL LOSS OF HOUSING, WHICH

7    HAS A RIPPLE EFFECT THAT IS NOT JUST TEMPORARY

8    HOMELESSNESS OR INSTABILITY.  AS YOUR HONOR HAS

9    MENTIONED, IT RIPPLES OUT INTO EVERYTHING FROM

10   EMPLOYMENT TO EDUCATION.  IN ADDITION, THERE IS AN

11   INCREASED RISK OF BEING INFECTED WITH COVID-19 DUE TO

12   THE DOUBLING UP, WHICH IS AGAIN DISCUSSED IN THE CITY'S

13   DECLARATIONS.  WHEN FOLKS ARE EVICTED, MOST OFTEN THEY

14   END UP LIVING WITH FAMILY OR CLOSE FRIENDS, INCREASING

15   THE NUMBER OF PEOPLE IN THAT HOUSEHOLD AND THE NUMBER OF

16   CLOSE CONTACTS, WHICH IS HOW COVID-19 SPREADS.

17              IN ADDITION TO THE HARMS FACED BY

18   TENANTS, THERE IS ALSO A POTENTIAL HARM TO THE PUBLIC AT

19   LARGE HERE.  BECAUSE AN INCREASE IN EVICTIONS CAN CAUSE

20   AN OVERALL INCREASE IN THE RATE OF COVID-19 INFECTION,

21   WHICH IS EXPLAINED IN THE DECLARATION OF MICHAEL LEVY.

22              AND THEN FINALLY, THE CITY HAS A PUBLIC

23   INTEREST IN BEING ABLE TO RESPOND TO LEGISLATION TO THE

24   UNPRECEDENTED COMBINATION OF THE EXISTING HOUSING

25   PROBLEMS THAT PHILADELPHIA HAS WITH THE ECONOMIC AND

1 HEALTH CONSEQUENCES OF THE PANDEMIC, WHICH REALLY CREATE

2 A COMPLETELY TOXIC SITUATION THAT REQUIRES A RESPONSE.

3     THE COURT:  THANK YOU.  I HAVE NO FURTHER

4 QUESTIONS.

5     MS. FURST:  THANK YOU, YOUR HONOR.

6     THE COURT:  ARE WE BACK TO YOU, MR.

7 FIELD?

8     MR. FIELD:  YES, I BELIEVE SO, YOUR

9 HONOR.  I HAVE BEEN PREPARED TO DISCUSS IRREPARABLE

10 HARM.  I THINK THE PAPERS TALK SIGNIFICANTLY ABOUT THIS,

11 AND I DON'T THINK THE POINT NEEDS TO BE BELABORED AS THE

12 ARGUMENTS HAVE PUT FORTH THE HARMS PLAINTIFF ARE

13 ALLEGING ARE HARMS THAT ARE COMPENSABLE BY MONEY.  AND

14 IT IS CLEAR IN THE THIRD CIRCUIT THAT SUCH HARMS DO NOT

15 CONSTITUTE IRREPARABLE HARMS FOR THE PURPOSE OF AN

16 INJUNCTION.  AND UNDER RILEY V CITY OF HARRISBURG, IN

17 ORDER TO OBTAIN AN INJUNCTION PLAINTIFFS HAVE TO FIRST

18 SHOW IRREPARABLE HARM AND THE LIKELIHOOD OF SUCCESS OF

19 THE MERITS.  AND THEN IF THEY SHOW ALL THOSE THINGS, THE

20 COURT BALANCES THE EQUITIES MS. FURST TALKED ABOUT.

21     MR. DOUGHERTY IN HIS ARGUMENT INDICATED

22 THAT PLAINTIFFS BELIEVE THE RELEVANT HARM HERE IS AN

23 ONGOING CONSTITUTIONAL VIOLATION.  AND AGAIN, THE THIRD

24 CIRCUIT PRECEDENT IS CLEAR THAT ONGOING CONSTITUTIONAL

25 VIOLATIONS IN CERTAIN CIRCUMSTANCES CAN CONSTITUTE

1    IRREPARABLE HARM, BUT THAT IS A FACTUALLY SPECIFIC

2    CONTEXT AND THOSE CIRCUMSTANCES WHEN ONE LOOKS AT THE

3    CASES THAT EMBRACE IRREPARABLE HARMS THAT I WILL CALL

4    PER SE IRREPARABLE HARMS THAT ARISE BECAUSE THERE IS AN

5    ALLEGED ONGOING CONSTITUTIONAL VIOLATION, THOSE CASES

6    FALL INTO SPECIFIC CATEGORIES:  ABORTION RIGHTS,

7    CURTAILING OF CORE FIRST AMENDMENT SPEECH RIGHTS, CASES

8    THAT INVOLVE THE CRIMINAL JUSTICE SYSTEM AND POTENTIAL

9    INCARCERATION.  I AM NOT AWARE AND I DIDN'T SEE IN THE

10   PAPERS ANY THIRD CIRCUIT CASES THAT APPLY THAT NOTION OF

11   A PER SE IRREPARABLE HARM TO A CONTRACTS CLAUSE TYPE

12   SITUATION, AND PARTICULARLY ONE THAT INVOLVES MONEY AS

13   IT DOES HERE.  AND SO WE DON'T BELIEVE THAT THERE IS ANY

14   IRREPARABLE HARM THAT WARRANTS AN INJUNCTION PRESENT IN

15   THESE FACTS.

16             THE COURT:  I WOULD LIKE TO ASK YOU ON

17   BEHALF OF THE CITY THE SAME QUESTION I JUST POSED.  WILL

18   THE EVICTION DIVERSION PROGRAM BE SET UP?  IT IS IN THE

19   PROCESS, BUT WHAT DOES THAT MEAN?  THERE IS A TIMING

20   ISSUE HERE, TOO.

21             MR. FIELD:  SO I AM HAPPY TO FIND OUT

22   MORE SPECIFICALLY ABOUT THE TIMING AND PRESENT THAT TO

23   YOUR HONOR BEFORE THE CLOSE OF THE ARGUMENT.  I DO NOT

24   KNOW EXACTLY HOW LONG IT WILL TAKE.  I KNOW THERE ARE

25   SIGNIFICANT EFFORTS GOING ON TO ARRANGE THAT PROGRAM.

1    IT IS SEEN AS A VERY IMPORTANT PART OF THIS BY THE CITY.

2    YOUR HONOR HAS ALREADY TALKED A LITTLE BIT ABOUT THE

3    MORTGAGE DIVERSION PROGRAM.  I KNOW THAT PROGRAM FROM

4    SOME OF MY WORK WITH THE CITY, AND IT IS INDEED A MODEL

5    AROUND THE COUNTRY.  AND WE BELIEVE THAT PROGRAM HAS

6    DONE A LOT OF GOOD.

7                THIS CONTEXT IS SLIGHTLY DIFFERENT.  THE

8    PROGRAM BEING CONTEMPLATED IS ONE THAT ARISES UNDER

9    THESE ORDINANCES AND IS SPECIFIC TO THIS PERIOD, BUT WE

10   BELIEVE IT CAN PLAY A SIGNIFICANT ROLE IN ENSURING THAT

11   THERE ARE WAYS TO BRING PARTIES TOGETHER AND TO ENSURE

12   THAT PEOPLE CAN STAY IN THEIR HOMES DURING THIS PANDEMIC

13   COVID-19 CRISIS.  AND THERE ARE EFFORTS TO DO THAT AND

14   GET THAT UP AND RUNNING AS QUICKLY AS POSSIBLE.  IT

15   OBVIOUSLY INVOLVES COORDINATING MULTIPLE PARTIES THAT GO

16   BEYOND THE CITY.  AND SO THOSE CONVERSATIONS ARE

17   HAPPENING AT THIS TIME.

18                THE COURT:  WELL, I HOPE SO, BECAUSE THE

19   LAW CAN DO ONLY SO MUCH, WHEN YOU ASK A COURT TO DECIDE

20   LEGAL ISSUES.  BUT WE PREFER IN A CASE INVOLVING

21   PEOPLE'S LIVES AND THEIR ABILITY TO BE SHELTERED THAT

22   EVERYONE COME TOGETHER AND DO SOMETHING MAGICAL THAT THE

23   CITY OF PHILADELPHIA AND ITS CITIZENS HAVE DONE BEFORE

24   AND COULD DO AGAIN.  THIS IS THE TIME.  THAT DOES NOT

25   MEAN THAT WE WON'T BE DECIDING THE LEGAL ISSUES HERE.

1    BUT I STRONGLY URGE AND I SUPPORT THE INITIATIVES THAT

2    WOULD BRING ALL THE PARTIES TOGETHER HERE TO REDUCE THE

3    HARM, FINANCIAL OR OTHERWISE, TO THE PLAINTIFFS AS WELL

4    AS THE TENANTS AND THE CITY.

5                SO LET ME ALSO ASK YOU IF YOU KNOW OR DO

6    YOU EXPECT THE GOVERNOR TO EXTEND THE EVICTION AND THE

7    FORECLOSURE MORATORIUMS PAST THE AUGUST DEADLINE?

8                MR. FIELD:  I DO NOT HAVE ANY KNOWLEDGE

9    OR INFORMATION I CAN PROVIDE THE COURT ABOUT WHAT THE

10   GOVERNOR MAY BE DOING.

11               THE COURT:  DO YOU ALSO KNOW IF THE CITY

12   INTENDS TO EXTEND THE EMERGENCY PERIOD IN THE EMERGENCY

13   HOUSING ACT PAST AUGUST 31ST?

14               MR. FIELD:  AGAIN, I AM NOT AWARE OF

15   ANYTHING IN THAT REGARD, YOUR HONOR.

16               THE COURT:  OKAY.  I WOULD BE CURIOUS,

17   NOT THAT IT WOULD IMPACT YET ON THE PRELIMINARY

18   INJUNCTION DECISION, BUT BECAUSE I THINK WE ALL NEED TO

19   KNOW THE LAY OF THE LAND.  ARE THERE ANY NUMBERS ON HOW

20   MANY TENANTS HAVE TAKEN ADVANTAGE OF THE ACT'S

21   PROTECTIONS?  DO WE KNOW?

22               MR. FIELD:  I DO NOT.  I WILL TURN TO MY

23   COLLEAGUE, MR. PFAUTZ, ON THAT, BUT I WILL ALSO NOTE FOR

24   YOUR HONOR THAT AS IT CURRENTLY STANDS, CITY COUNCIL IS

25   NOT SCHEDULED TO RECONVENE UNTIL SEPTEMBER 10TH.  AND SO

1     I WOULD JUST PUT THAT ON THE RECORD IN RESPONSE TO YOUR

2     QUESTION ABOUT AUGUST 31ST.

3               THE COURT:  THANK YOU.

4               MR. PFAUTZ.

5               MR. PFAUTZ:  YES, YOUR HONOR.  I JUST

6     NOTE -- BECAUSE THE INITIAL HARDSHIP CERTIFICATIONS DO

7     NOT GET INVOLVED WITH THE CITY THAT ARE PROVIDED TO THE

8     LANDLORDS, WE DON'T HAVE EXACT NUMBERS.  BUT I THINK I

9     CAN DIRECT THE COURT TO MR. HELLER'S DECLARATION AND

10    SOME OF THE PROGRAMS HE TALKS ABOUT AS GIVING THE COURT

11    A SENSE OF WHAT WE MIGHT BE DEALING WITH.  IN PARTICULAR

12    I NOTE THE PHL RENT ASSIST PROGRAM.  AND I AM LOOKING

13    HERE AT MR. HELLER'S DECLARATION, AND HE NOTES THAT THE

14    FIRST PHASE OF THE PROGRAM RECEIVED OVER 13,000

15    APPLICATIONS, AND I BELIEVE SEVERAL THOUSAND MORE HAVE

16    APPLIED TO THE SECOND PHASE.  AND IT'S POSSIBLE THERE

17    MAY BE ADDITIONAL, I AM NOT SURE, BUT CERTAINLY THOSE

18    PEOPLE I THINK -- SINCE THERE ARE SOME SIMILAR

19    QUALIFICATIONS AS FAR AS, YOU KNOW, THE LOSS OF INCOME

20    DUE TO THE PANDEMIC, THAT MIGHT GIVE THE COURT A SENSE

21    OF SOME OF THE VOLUME THAT MIGHT OTHERWISE BE IN THE

22    COURTS.

23              THE COURT:  THANK YOU VERY MUCH.

24              DOES THE INTERVENING PARTY WISH TO

25    ADDRESS ANY ARGUMENTS?

```
 1                    MS. GARLAND:  YES, GOOD MORNING, YOUR

 2    HONOR.  BEFORE I GET INTO THE THREE POINTS THAT I

 3    PLANNED TO HIGHLIGHT JUST IN ANSWER TO YOUR QUESTION

 4    ABOUT DIVERSION, THE EVICTION DIVERSION PROGRAM, I DO

 5    KNOW THAT THE CITY IS WORKING CURRENTLY TO GET THAT

 6    PROGRAM SET UP AND THAT THEY ARE HOPING THAT IT WILL BE

 7    UP AND RUNNING BY THE TIME THE COURTS REOPEN, THOUGH I

 8    DO WANT TO POINT TO THE FACT THAT IN THE BILL IT DOES

 9    SAY THAT IF AN EVICTION DIVERSION PROGRAM IS NOT SET UP

10    BY THE CITY, AT THAT POINT THE LANDLORDS CAN GO FORWARD

11    IN FILING DIRECTLY IN MUNICIPAL COURT.  SO THAT WOULD

12    NOT DELAY A LANDLORD'S ABILITY TO FILE IF THE CITY HAS

13    ANY DELAY IN THAT PROGRAM.

14                    THE COURT:  ALL RIGHT.  YOU SAID THE

15    COURTS ARE NOT OPEN.  THE PHILADELPHIA COURTS ARE OPEN.

16    YOU MEAN THAT THERE IS THEY ARE NOT SCHEDULING ANY OF

17    THESE LANDLORD/TENANT EVICTION MATTERS.

18                    MS. GARLAND:  CORRECT.  APPARENTLY

19    MUNICIPAL COURT IS CLOSED TO LANDLORD/TENANT HEARINGS.

20    THEY ARE ACCEPTING FILINGS.  THERE ARE APPROXIMATELY 300

21    FILINGS THAT HAVE BEEN FILED OVER THE SUMMER THAT ARE IN

22    VIOLATION OF BOTH THE GOVERNOR'S ORDER AS WELL AS THE

23    EMERGENCY HOUSING PROTECTION ACT.  BUT REGARDLESS, THE

24    COURT IS ACCEPTING THOSE FILINGS AND IS NOT SCHEDULING

25    THOSE HEARINGS UNTIL THE END OF NOVEMBER.  ANY CASES
```

1    THAT WERE FILED BEFORE THE PANDEMIC ARE CURRENTLY BEING

2    SCHEDULED IN SEPTEMBER AND OCTOBER AND THE FIRST HALF OF

3    NOVEMBER.  BUT EVEN IF A LANDLORD WERE TO WANT TO FILE

4    NOW, THEY WOULD NOT GET A HEARING DATE UNTIL THE END OF

5    NOVEMBER, WHICH GIVES THE CITY'S DIVERSION PROGRAM

6    PLENTY OF TIME FOR THEM TO HAVE A MEDIATION DATE PRIOR

7    TO THE COURT HEARING DATE.

8              THE COURT:  THANK YOU.  WHY DON'T YOU

9    PROCEED WITH YOUR ARGUMENT.

10             MS. GARLAND:  SO THE THREE POINTS I

11   WANTED TO HIGHLIGHT THIS MORNING IN ADDITION TO WHAT THE

12   CITY HAS ARGUED IS THAT WE HAVE TO REVISIT THE QUESTION

13   OF THE RATIONAL BASIS TEST.  WE DISPUTE THAT THESE BILLS

14   ARE JUST A PRETEXT FOR A PREEXISTING ISSUE THAT EXISTED

15   IN THE CITY.  THE SECOND THAT I WANTED TO TALK ABOUT HOW

16   THE EMERGENCY PROTECTION ACT ARE ACTUALLY A BALANCED

17   SOLUTION TO THE ECONOMIC AND THE PUBLIC HEALTH PANDEMIC

18   THAT EXISTS RIGHT NOW.  AND THEN LAST IS TO COME BACK TO

19   THE QUESTION OF IRREPARABLE HARM AND WHETHER IN FACT THE

20   LANDLORDS HAVE BEEN ABLE TO SHOW ANY FACTS THAT

21   SUBSTANTIATE IRREPARABLE HARM AT THIS TIME.

22             THE COURT:  ALL RIGHT.

23             MS. GARLAND:  SO FOR THE PRETEXT

24   QUESTION, IN THEIR BRIEFS AND THEN MR. DOUGHERTY JUST

25   LAID OUT TWO POINTS AS TO WHY THEY THINK THESE BILLS DO

1    NOT PASS A RATIONAL BASIS TEST.

2                    THE FIRST IS THAT THEY SAY THAT THE

3    CURRENT LEGISLATION ADDRESSES A PREEXISTING HOUSING

4    CRISIS AND HAS NO RELATION TO THE CURRENT HOUSING CRISIS

5    THAT IS EXISTING BECAUSE OF THE PANDEMIC.  AND I THINK

6    THIS IS A MISCHARACTERIZATION OF THE WAY CRISES WORK.

7    THE PREEXISTING HOUSING CRISIS DID NOT STOP AT THE POINT

8    WHEN THE PANDEMIC BEGAN.  RATHER, THAT PREEXISTING

9    HOUSING CRISIS, WHICH COMES ABOUT BOTH BECAUSE

10   PHILADELPHIA HAS A VERY HIGH RATE OF EVICTIONS AND

11   BECAUSE PHILADELPHIA HAS A DIRE SHORTAGE OF AFFORDABLE

12   HOUSING, THAT PREEXISTING HOUSING CRISIS PUT

13   PHILADELPHIA IN A VERY VULNERABLE POSITION WHEN THE

14   PANDEMIC BEGAN.  AND JUST LIKE AN INDIVIDUAL WHO HAS A

15   PREEXISTING HEALTH CONDITION OR IS IMMUNOCOMPROMISED IS

16   IN A MUCH MORE VULNERABLE POSITION NOW IN THE PANDEMIC

17   AND HAS TO TAKE EXTRA LEVELS OF PRECAUTION SO AS TO NOT

18   GET SICK, SO TOO DOES THE CITY NEED TO RECOGNIZE THAT IT

19   DOES HAVE THIS PREEXISTING HOUSING CRISIS AND NEEDED TO

20   ACTUALLY TAKE STEPS TO PREVENT THE VULNERABLE SITUATION

21   THAT THE CITY IS IN FROM BEING EXACERBATED.

22                    AND IF YOU LOOK AT THE AFFIDAVITS THAT WE

23   SUBMITTED, I THINK THEY REALLY LAY OUT HOW THIS

24   PREEXISTING HOUSING CRISIS PUT THE CITY IN A VOLATILE

25   SITUATION RIGHT NOW.  SO FOR EXAMPLE, IRA GOLDSTEIN FROM

1      THE REINVESTMENT FUND, IN HIS AFFIDAVIT HE TALKS ABOUT

2      THE FACT THAT THE ZIP CODES THAT HAVE THE HIGHEST

3      POSITIVITY COVID RATES RIGHT NOW ARE ALSO THE ZIP CODES

4      THAT ARE THREE TIMES MORE LIKELY TO BE EVICTED.  THAT

5      MEANS THAT PEOPLE WHO HAVE COVID ARE MUCH MORE LIKELY TO

6      BE EVICTED.  AND EVICTION IS NOT JUST THAT THEY WILL BE

7      HOMELESS, IT MEANS THAT THEY WILL BE OUT TRYING TO FIND

8      NEW HOUSING, DOUBLING UP, POSSIBLY IN THE SHELTER

9      SYSTEM.  THERE IS LOTS OF RAMIFICATIONS FOR WHAT IT

10     MEANS FOR PEOPLE WHO HAVE THE VIRUS TO BE NOT ABLE TO

11     SHELTER AT HOME.

12                      ERIN BLAIR WHO IS A PUBLIC HEALTH NURSE

13     WITH 12 YEARS EXPERIENCE, SPECIFICALLY WITH FAMILIES

14     WITH YOUNG CHILDREN, SPOKE IN HER AFFIDAVIT ABOUT THE

15     PUBLIC HEALTH RISKS THAT EVICTION PRESENTS.  SHE TALKS

16     ABOUT WHERE PEOPLE ARE SUPPOSED TO GO RIGHT NOW, WHAT

17     ARE THE CONDITIONS IN THE SHELTERS, DESPITE THE BEST

18     EFFORTS OF THE CITY TO PREVENT THE SPREAD OF THE VIRUS,

19     WHAT WOULD HAPPEN IF FAMILIES HAVE TO DOUBLE UP, WHAT

20     WOULD HAPPEN TO A FAMILY'S JOBS, ACCESS TO EDUCATION,

21     AND HOW IS THE CITY SUPPOSED TO REBOUND FROM THIS, BOTH

22     FROM AN ECONOMIC STANDPOINT BUT ALSO FROM A PUBLIC

23     HEALTH STANDPOINT.

24                      AND THE CITY ITSELF IN THE PREAMBLE TO

25     THEIR BILLS -- IF YOU LOOK SPECIFICALLY AT PREAMBLE 18

1   AND PREAMBLE 20, THE CITY OUTLINES THAT THEY'RE HITTING

2   A BUDGET SHORTFALL OF UNBELIEVABLE PROPORTIONS AND THAT

3   THIS IS GOING TO TRANSLATE INTO THE CITY HAVING TO CUT

4   BACK ON CITY SERVICES THAT ARE NORMALLY THERE TO SUPPORT

5   TENANTS IN THE CITY, AS WELL AS OTHER RESIDENTS IN THE

6   CITY AND SO IT IS EVEN MORE IMPORTANT THAT DURING THIS

7   TIME THERE IS PROTECTIONS IN PLACE.  SO THAT'S SORT OF

8   THE FIRST PIECE OF THIS PRETEXT ARGUMENT.

9               AND THEN THE SECOND PIECE OF THE PRETEXT

10  ARGUMENT THAT MR. DOUGHERTY TOUCHED ON AND THAT COMES

11  OUT IN HAPCO'S BRIEFS ARE THAT THE ONLY HARM OF AN

12  EVICTION IF THE ACTUAL POINT OF THE LOCKOUT, THAT THAT

13  IS THE ONLY MOMENT IN TIME AT WHICH AN INDIVIDUAL OR

14  FAMILY RISKS BEING HOMELESS.  AND, YOU KNOW, I THINK

15  WHAT MY CLIENT SEES EVERY DAY IS THAT TENANTS -- MOST

16  TENANTS ARE NOT ACTUALLY EVICTED THROUGH A LOCKOUT

17  THROUGH THE CITY'S PROCESS.  AND PHIL LORD IN HIS

18  AFFIDAVIT SPEAKS ABOUT THIS, THAT MANY TENANTS MOVE OUT

19  AT THE POINT WHERE THEY RECEIVE AN EVICTION NOTICE.

20  IT'S A SELF EVENT.  THEY RECEIVE AN EVICTION NOTICE THAT

21  SAYS PLEASE MOVE OUT BY FRIDAY AND THEY MOVE OUT OR THEY

22  BEGIN GOING OUT LOOKING FOR ALTERNATIVE HOUSING, WHICH

23  IS EXACTLY WHAT THE CITY DOES, THE OFFER SHELTER.  OR

24  THEY GO TO COURT AND IN COURT THEY DON'T KNOW WHAT

25  OPTIONS THEY HAVE AND SO THEY SOMETIMES NEGOTIATE

1   AGAINST THEMSELVES OR DON'T FULLY EXERCISE ALL THE

2   RIGHTS THAT THEY HAVE.  AND SO IT'S VERY FEW PEOPLE THAT

3   ACTUALLY MAKE IT ALL THE WAY TO THE END OF THE PROCESS

4   AND ARE LOCKED OUT.

5                SO WHAT THESE BILLS SEEK TO ADDRESS IS

6   NOT JUST THAT ONE POINT OF LOCKOUT, BUT THE ENTIRE

7   EVICTION PROCESS THROUGH THE COURT SYSTEM, AND ALSO A

8   RECOGNITION THAT THIS CRISIS IS NOT GOING TO END, EITHER

9   FROM A PUBLIC HEALTH PERSPECTIVE OR FROM AN ECONOMIC

10  HARM PERSPECTIVE, IN TWO WEEKS.  AUGUST 31ST, BELIEVE IT

11  OR NOT, IS TWO WEEKS FROM NOW AND WE KNOW THAT VERY

12  LITTLE HAS CHANGED OVER THE COURSE OF THE SUMMER.  OUR

13  NUMBERS IN TERMS OF INFECTIONS ARE STILL GOING UP AND

14  DOWN, THE SCHOOL SYSTEM IS NOT FULLY REOPENING IN

15  PERSON.  WE ARE STILL NOT ABLE TO EAT INSIDE

16  RESTAURANTS.  SO EVEN THOUGH THE IMMEDIATE NEED TO HAVE

17  AN EVICTION RELIEF IN PLACE THROUGH AUGUST 31ST WILL END

18  IN TWO WEEKS, THERE IS STILL GOING TO BE A NEED TO

19  PROVIDE SUPPORTIVE MEASURES TO LANDLORDS AND TENANTS TO

20  TRY TO HELP STABILIZE SO THAT THERE IS NOT FURTHER

21  REPERCUSSIONS THAT COULD LEAD TO EVICTION, EITHER

22  THROUGH A LOCKOUT OR THROUGH TENANTS FEELING LIKE THERE

23  IS NO HOPE FOR THEM AND THEY JUST NEED TO MOVE OUT.  AND

24  SO I THINK THAT'S WHY THESE OTHER PIECES OF THE

25  LEGISLATION ARE ALSO ESSENTIAL AND WHY WHAT THE CITY

1    DOES WAS NOT JUST RESPOND TO AN IMMEDIATE CONCERN THAT

2    IT IS SOMEHOW INCREDIBLY GOING TO END IN TWO WEEKS.  BUT

3    IT'S GOING TO BE AN ECONOMIC ISSUE THAT WE ARE GOING TO

4    BE STRUGGLING WITH FOR MONTHS TO COME.  AND THEY HAD TO

5    BALANCE HOW LONG TO MAKE THAT, AND NONE OF US HAVE A

6    CRYSTAL BALL AS TO HOW LONG THIS IS GOING TO HAPPEN.

7              MARCELLA JOE, IN HER AFFIDAVIT, SHE IS

8    THE POINT PERSON AT TURN WHO ANSWERS THE PHILLY TENANT

9    HOTLINE.  SO IN JUST THE PAST THREE-AND-A-HALF MONTHS

10   SHE'S RESPONDED TO OVER 1500 CALLS.  AND SHE TALKS ABOUT

11   HOW THE NUMBER ONE CONCERN RIGHT NOW, WHICH IS DIFFERENT

12   THAN WHAT SHE HEARD ON THE HOTLINE BEFORE THE PANDEMIC.

13   BEFORE THE PANDEMIC, TENANTS WERE CALLING ABOUT

14   EVICTIONS, BUT THEY WERE ACTUALLY CALLING ABOUT THEIR

15   RIGHTS AND THEIR ABILITY OR DISABILITY OR MOBILITY AND

16   OTHER ISSUES.  AND RIGHT NOW WHAT TENANTS PREDOMINANTLY

17   ARE CONCERNED ABOUT IS HOW DO I PAY MY RENT.  I WANT TO

18   PAY MY RENT.  I WANT TO STAY IN MY HOME.  I AM WAITING

19   ON MY UNEMPLOYMENT CHECK TO COME.  I AM WAITING ON

20   RENTAL ASSISTANCE.  MY LANDLORD IS REFUSING TO ACCEPT

21   RENTAL ASSISTANCE.  I WANT TO STAY IN MY HOME.  HOW DO I

22   STAY IN MY HOME?

23              AND SO THIS CONCERN THAT MR. DOUGHERTY

24   HAS OUTLINED, THAT TENANTS ARE SOMEHOW GOING TO TAKE

25   ADVANTAGE OF THE SITUATION AND JUST NOT PAY RENTS

1    BECAUSE THEY DON'T HAVE TO PAY LATE FEES, I THINK IS

2    DISCONNECTED FROM REALITY.  I THINK RIGHT NOW TENANTS

3    PAY RENT BECAUSE THEY WANT TO LIVE IN THEIR HOME.  THIS

4    IS WHERE THEIR FAMILY IS.  THIS IS WHERE THEIR THINGS

5    ARE.  THIS IS RIGHT NOW WHERE EVERYONE IS WORKING

6    REMOTELY FROM HOME, CHILDREN ARE GOING TO SCHOOL

7    REMOTELY FROM HOME.  PEOPLE ARE CARING FOR THEIR PARENTS

8    WHO -- YOU DON'T WANT TO BRING A HOME HEALTH AIDE IN

9    BECAUSE OF PREEXISTING CONDITIONS.  THEY ARE CARING FOR

10   THEIR PARENTS.  PEOPLE'S HOME RIGHT NOW IS NOT JUST WHAT

11   IT USED TO BE.  EVERYTHING IS MORE.  SO THE THOUGHT THAT

12   PEOPLE WOULD TAKE ADVANTAGE OF THE SITUATION BY PUTTING

13   THEIR HOME AT RISK SO THEY DON'T HAVE TO PAY A $25 LATE

14   FEE, I THINK DOES NOT FULLY CAPTURE THE REALITY OF THE

15   SITUATION AND DOES NOT CAPTURE WHAT MARCELLA JOE IS

16   HEARING ON THE PHILLY TENANT HOTLINE IN THESE 1500

17   CALLS.

18                 SO THAT'S WHY I DO BELIEVE THAT THERE WAS

19   MORE THAN A RATIONAL REASON FOR THE CITY TO PASS THESE

20   BILLS, AND I DON'T THINK THAT THIS PRETEXT ARGUMENT

21   RECOGNIZES THE REALITY THAT WE ARE SEEING HERE IN

22   PHILADELPHIA.

23                 SO THAT LEADS TO MY SECOND POINT.  AND MY

24   SECOND POINT IS THAT THE EMERGENCY HOUSING PROTECTION

25   ACT WAS JUST ONE PIECE OF THE PUZZLE.  THE GOVERNMENT

1    HERE IN PHILADELPHIA IS JUST ONE OF MANY GOVERNMENTS,

2    RIGHT?  WE HAVE GOT THE STATE, WE HAVE THE CITY, WE HAVE

3    THE FEDERAL GOVERNMENT, ALL TAKING ACTIONS TO TRY AND

4    BALANCE THE NEEDS, THE ECONOMIC NEEDS AND THE PUBLIC

5    HEALTH NEEDS AT THIS TIME.  AND THE EMERGENCY HOUSING

6    PROTECTION ACT IS NOT UNIQUE.  THESE TYPES OF LAWS ARE

7    BEING PASSED IN CITIES AND STATES ACROSS THE COUNTRY.

8    THERE ARE CURRENTLY THAT I KNOW OF 14 CASES THAT

9    LANDLORDS HAVE FILED IN BOTH STATE AND FEDERAL COURTS

10   THROUGHOUT THE COUNTRY, JUST LIKE THIS CASE, CHALLENGING

11   FOR MANY OF THE SAME REASONS.  SEVEN OF THEM HAVE

12   ALREADY BEEN DECIDED IN SOME FORM OF ANOTHER, AND THE

13   LANDLORDS HAVE NOT BEEN SUCCESSFUL IN ANY OF THOSE

14   SEVEN.

15              SO IN PARTICULAR I HAVE LOOKED AT POINTS

16   TOWARD THE ELMSFORD APARTMENT ASSOCIATES VERSUS GOVERNOR

17   CUOMO CASE OUT OF THE SOUTHERN DISTRICT OF NEW YORK,

18   WHERE AGAIN MANY OF THESE SAME ISSUES WERE RAISED.  IN

19   THAT CASE IT WAS DECIDED ON SUMMARY JUDGMENT MOTIONS,

20   AND SO THE IRREPARABLE HARM STANDARD THAT THE PLAINTIFFS

21   HAVE TO MEET IN THIS CASE DEFINITELY WAS NOT EVEN MET IN

22   THOSE CASES.

23              BUT WHAT THE EMERGENCY HOUSING PROTECTION

24   ACT DOES IS IT PROVIDES TIME AND A FRAMEWORK TO TRY AND

25   HELP PHILADELPHIA EXIT THIS CRISIS, BOTH FROM AN

1    ECONOMIC STANDPOINT AND A PUBLIC HEALTH STANDPOINT.  AND

2    WHILE LANDLORDS I THINK CLAIM THAT THEY ARE BEING

3    TARGETED BY THE EMERGENCY HOUSING PROTECTION ACT, THE

4    ECONOMIC FALLOUT OF THIS PANDEMIC IS ACROSS THE BOARD.

5    EVERYONE IS HURTING RIGHT NOW, NOT JUST LANDLORDS.  AND

6    ALL LEVELS OF GOVERNMENT ARE TRYING TO FIGURE OUT WHAT

7    PROTECTIONS DO WE NEED TO SHARE TO STEM THE RISK OF

8    INFECTION AND TO STEM THIS ECONOMIC FALLOUT.  AND SO,

9    YOU KNOW, RESTAURANTS ARE BEING CLOSED INDEFINITELY.

10   SCHOOLS ARE BEING CLOSED TO IN-PERSON LEARNING THROUGH

11   NOVEMBER.  WE ALL HAVE TO WEAR MASKS WHEN WE GO OUT.

12              IT'S NOT THAT ANY ONE SECTION IS BEING

13   TARGETED.  IT'S THAT EVERYONE IS TRYING TO FIGURE OUT

14   WHAT ARE THE PIECES OF THE PUZZLE THAT CAN HELP PROTECT

15   ALL OF US AT THIS TIME.  AND THE EMERGENCY HOUSING

16   PROTECTION ACT IS JUST ONE PIECE OF THAT PUZZLE.  SO

17   IT'S NOT GOING TO APPLY TO ALL SITUATIONS, IT'S NOT

18   GOING TO PROTECT ALL TENANTS, AND IT'S NOT GOING TO

19   PENALIZE ALL LANDLORDS.  BUT IT LOOKS AT A COUPLE KEY

20   WAYS BASED FIRMLY I THINK ON WHAT WERE THE ISSUES THAT

21   TENANTS WERE EXPERIENCING, YOU KNOW, IN A LOT OF

22   TESTIMONY THAT WAS PROVIDED AT THE HEARINGS PRIOR TO THE

23   ENACTMENT OF THESE BILLS.  AND I THINK THAT THE THEME

24   THROUGHOUT THE TENANTS' TESTIMONY WERE THAT THIS WAS

25   WHAT WAS NEEDED, AND THESE WERE VERY CAREFULLY TAILORED

1    PROTECTIONS BASED ON WHAT WAS NEEDED.  AND SO IT'S NOT A

2    BLANKET PROTECTION, AND IT'S NOT A BLANKET BURDEN ON THE

3    LANDLORD.

4                    AND THEN THE LAST PIECE WAS JUST ABOUT

5    THE IRREPARABLE HARM.  AND I DO NOT THINK THAT THE FACTS

6    OF THIS CASE SHOW AT THIS TIME THAT THERE IS IRREPARABLE

7    HARM BEING CAUSED TO THE LANDLORDS.  AND IF WE GO

8    THROUGH, YOU KNOW, BOTH -- THERE WERE TWO DECLARATIONS

9    THAT WERE SUBMITTED.  BOTH OF THE DECLARATIONS SPEAK IN

10   GENERAL ABOUT POTENTIAL HARMS, BUT THE POTENTIAL HARMS

11   THAT THEY SPEAK ABOUT ARE MONETARY IN NATURE AND NOT

12   SPECIFIC.  THERE IS NO LIST OF EXACTLY HOW MUCH MONEY

13   HAS BEEN UNPAID.  THERE IS NO LIST ABOUT WHAT PERCENTAGE

14   OF LANDLORDS HAVE NOT BEEN ABLE TO COLLECT RENT AT THIS

15   TIME.  THERE IS NO DATA ABOUT HOW MANY PROPERTIES ARE

16   NOW IN FORECLOSURE BECAUSE OF THE PANDEMIC.  AND SO IF

17   YOU GO THROUGH THE BILLS ONE BY ONE, I DON'T THINK THAT

18   THERE IS IRREPARABLE HARM FROM ANY OF THESE THREE BILLS.

19                    SO THE EVICTION RELIEF BILL -- ACTUALLY

20   BY THE TIME THE CITY ENACTED THE BILL, NOT NECESSARILY

21   WHEN IT WAS DRAFTED, COULD HAVE NOT ANTICIPATED THIS,

22   BUT BY THE TIME IT WAS ENACTED ACTUALLY DID NOT GO ANY

23   FURTHER THAN THE CURRENT PROTECTIONS THAT ARE IN PLACE

24   THROUGH THE GOVERNOR'S EXECUTIVE ORDER AND THROUGH THE

25   FORECLOSURE FOR LANDLORD/TENANT CASES IN THE FIRST

1      JUDICIAL DISTRICT.

2                  SO EVEN IF THE PRELIMINARY INJUNCTION IS

3      GRANTED -- SORRY, IS NOT GRANTED, LANDLORDS STILL WOULD

4      NOT BE ABLE TO FILE CASES RIGHT NOW IN COURT AND GET

5      IMMEDIATE HEARINGS.  SO THE EVICTION RELIEF WAS ALREADY

6      COVERED PRETTY MUCH BY THESE TWO OTHER JUDICIAL ORDERS.

7                  AND THE SECOND CATEGORY IS DIVERSION AND

8      REPAYMENT.  AND FRANKLY, THIS IS ACTUALLY WHAT HAPPENS

9      IN LANDLORD/TENANT COURT, WHEN THE LANDLORD AND THE

10     TENANT SHOW UP IN LANDLORD/TENANT COURT.  THEY FIRST SIT

11     DOWN AND HAVE AN OPPORTUNITY TO SPEAK TO EACH OTHER, AND

12     THE VAST MAJORITY OF CASES END IN SOME FORM OF REPAYMENT

13     PLANS.  SO ALL THESE BILLS ARE DOING IS ACTUALLY

14     UNCLOGGING THE COURT SYSTEM AND TAKING WHAT WOULD

15     NORMALLY BE HAPPENING IN COURT AND PUTTING IT INTO

16     ANOTHER VENUE, WHICH IS A SUPPORTIVE VENUE.  THEN IT

17     CONNECTS THE TENANTS TO HOUSING PROSPECTS AND HELPS THEM

18     ACCESS RESOURCES.  FRANKLY, IT'S A COLLECTIONS MEASURE

19     FOR THE LANDLORDS, RIGHT?  THE LANDLORDS, IF THEY GO

20     FORWARD WITH AN EVICTION ARE NOT GOING TO SEE THAT

21     BACKGROUND.  BUT IF THEY CAN WORK OUT A PAYMENT

22     AGREEMENT WITH THE TENANT AND THE TENANT CAN GET RENTAL

23     ASSISTANCE OR GET CAUGHT UP ON THAT PAYMENT AGREEMENT,

24     THE LANDLORDS GET THEIR MONEY.  AND SO THE DIVERSION

25     PROGRAM THAT THE CITY IS WORKING CURRENTLY TO GET SET UP

1     IS A SUPPORTIVE PROGRAM THAT DOES NOT -- IT DOES NOT

2     REALLY RISE TO THE LEVEL OF IRREPARABLE HARM.

3                    AND THE LAST ISSUE IS THE LATE CHARGES

4     AND THE LANDLORDS, WHILE THEY MAY HAVE A CONTRACTUAL

5     RIGHT TO LATE CHARGES, DON'T ACTUALLY HAVE AN ABSOLUTE

6     RIGHT TO LATE CHARGES UNDER THE LANDLORD/TENANT ACT.  IF

7     YOU LOOK AT SECTION 301 OF THE LANDLORD/TENANT ACT, THE

8     LANDLORD/TENANT ACT ALLOWS FOR INTEREST, AND THIS IS A

9     QUOTE:  INTEREST AT THE LEGAL RATE ON THE AMOUNT OF RENT

10    DUE MAY BE ALLOWED IF DEEMED EQUITABLE UNDER THE

11    CIRCUMSTANCES OF THE PARTICULAR CASE.  AND IF YOU LOOK

12    AT CASE LAW IN PENNSYLVANIA, IT'S VERY CLEAR THAT

13    LANDLORDS CANNOT CHARGE PENALTIES TO TENANTS.  SO THIS

14    IDEA THAT A LANDLORD CHARGING A LATE FEE CAN PENALIZE A

15    TENANT FOR PAYING THEIR RENT LATE IS ACTUALLY ILLEGAL.

16    THE ONLY THING THAT A LANDLORD CAN DO IS CHARGE A

17    GOOD-FAITH ESTIMATE OF ACTUAL DAMAGES.  THE COURT WOULD

18    HAVE TO LOOK AT WHAT IS THE CURRENT INTEREST RATES,

19    WHICH ARE VERY LOW BECAUSE OF THE CURRENT ECONOMIC

20    SITUATION.  AND WHAT WOULD BE A GOOD-FAITH ESTIMATE OF

21    THE ACTUAL DAMAGES.  AND WHAT MARCELLA JOE TALKS ABOUT

22    HEARING ON THE HOTLINE IS THAT LANDLORDS ARE -- SOME

23    LANDLORDS, NOT ALL LANDLORDS, SOME LANDLORDS ARE TAKING

24    THIS AS AN OPPORTUNITY TO CHARGE EXORBITANT LATE FEES,

25    AND TENANTS WHO LIVE AT THE BRINK OF PAYING THEIR FULL

1    CHECK EACH MONTH TOWARDS RENT MIGHT BE ABLE TO GET

2    CAUGHT UP ON THE RENT DUE AND MIGHT BE ABLE TO SAVE

3    THEIR HOME, BUT ARE NOT GOING TO BE ABLE TO PAY HUNDREDS

4    OF DOLLARS OF LATE FEES IN ADDITION TO THAT, NOR ARE

5    THESE EXTRA HUNDREDS OF DOLLARS IN LATE FEES PROBABLY

6    LEGAL UNDER THE LANDLORD/TENANT ACT.

7                   AND THEN THE LAST PIECE OF IRREPARABLE

8    HARM IS THE MONETARY DAMAGES THAT THE LANDLORDS ARE

9    CLAIMING, YOU KNOW, ARE NOT APPROPRIATE FOR AN

10   IRREPARABLE HARM ARGUMENT.  AND ALL OF THE VARIOUS

11   PROGRAMS THAT EXIST TO SUPPORT NOT JUST LANDLORDS BUT

12   DEFINITELY COVER LANDLORDS AT THIS TIME REALLY DO CUT

13   AGAINST THE ARGUMENT THAT LANDLORDS ARE BEING

14   IRREPARABLY HARMED RIGHT NOW.  SO THERE IS MORTGAGE

15   FORBEARANCE FOR LANDLORDS FOR ALL FEDERALLY BACKED

16   MORTGAGES UNDER THE CARES ACT.  MANY OF THE PRIVATE

17   BANKS HERE IN PENNSYLVANIA ARE ALSO PROVIDING MORTGAGE

18   FORBEARANCE.  FOR LARGER LANDLORDS, WE DO KNOW THAT MANY

19   LANDLORDS HAVE BEEN AWARDED PAYROLL PROTECTION PROGRAM.

20   FOR SMALLER LANDLORDS, MANY OF THEM HAVE BEEN ABLE TO

21   GET PANDEMIC UNEMPLOYMENT ASSISTANCE.  AND THEN THERE'S

22   ALSO A HOST OF OTHER PROGRAMS THAT WE TALKED ABOUT IN

23   OUR BRIEF THAT -- YOU KNOW, AGAIN ARE NOT GOING TO HELP

24   ALL LANDLORDS IN ALL SITUATIONS, JUST IN THE SAME WAY

25   THAT THE EMERGENCY HOUSING PROTECTION ACT DOES NOT HELP

1    ALL TENANTS IN ALL SITUATIONS.

2                    AGAIN, THIS IS A PUZZLE THAT WE ARE

3    TRYING TO FIGURE OUT AT ALL LEVELS OF GOVERNMENT AND THE

4    EMERGENCY HOUSING PROTECTIONS ACT I THINK WAS A VERY

5    RATIONAL ATTEMPT TO PREVENT SOME HARM FROM HAPPENING DUE

6    TO THIS PANDEMIC.

7                    THE COURT:  THANK YOU VERY MUCH.

8                    I DON'T HAVE ANY FURTHER QUESTIONS.  I

9    THINK YOU HAVE COVERED THE TERRITORY.

10                    IS THERE ANY OTHER ARGUMENT ON BEHALF OF

11    THE INTERVENORS?

12                    MS. GARLAND:  NO, THANK YOU.

13                    THE COURT:  THEN I AM GOING TO GIVE MR.

14    DOUGHERTY A BRIEF REBUTTAL ARGUMENT IF YOU CHOOSE TO

15    ACCEPT IT.

16                    MR. DOUGHERTY:  YOUR HONOR, JUST A FEW

17    POINTS, IF I MAY.

18                    AS TO MR. PFAUTZ'S ARGUMENT THAT -- AND

19    IN THE PAPERS THAT THESE LIMITATIONS ARE TEMPORARY AND

20    EXPIRING, OUR POSITION IS THAT'S NOT THE PROPER TERM FOR

21    THIS.  THEY ARE NOT TEMPORARY IN THE SENSE -- WHAT THEY

22    ARE ARE PERMANENT, BUT FOR A SPECIFIED PERIOD OF TIME.

23    THERE IS NOT A WAY FOR IN THE FUTURE TO GO BACK AND GET

24    THESE RIGHTS BACK.  THEY ARE NOT A TEMPORARY SUSPENSION.

25    THEY ARE BEING SUSPENDED FOR THIS TIME PERIOD AND CANNOT

1       BE GOTTEN BACK DURING THAT TIME PERIOD IN THE FUTURE.

2                   AS TO MR. FIELD'S POSITION ABOUT THE PER

3       SE IRREPARABLE HARM ISSUES, I CERTAINLY UNDERSTAND THE

4       LIST OF CASES AND TOPICS THAT THOSE CASES HAD, BUT

5       CERTAINLY IT IS OUR POSITION THAT THAT IS NOT AN

6       EXHAUSTIVE LIST.  IT IS AN ONGOING CONSTITUTIONAL

7       VIOLATION THAT'S NOT -- NONE OF THOSE CASES SPECIFICALLY

8       LIMIT THEIR HOLDINGS TO FIRST AMENDMENT OR ABORTION

9       RIGHTS OR THEY TALK ABOUT THE ONGOING CONSTITUTIONAL

10      VIOLATION.  THAT JUST HAPPENS TO BE THE ONGOING

11      CONSTITUTIONAL VIOLATION THAT WAS BEFORE THE COURT AND

12      WAS ADDRESSED.

13                  AS I BELIEVE YOUR HONOR POINTED OUT, THE

14      WARREN COURT THAT WAS -- THE WARREN DECISION RELIED ON

15      AUGUST 1ST DOES NOT ADDRESS CONFLICT PREEMPTION.  AND

16      SPECIFICALLY OUR ARGUMENTS ARE UNDER CONFLICT

17      PREEMPTION.  I BELIEVE IT SPECIFICALLY STATES IT'S NOT

18      ADDRESSING CONFLICT PREEMPTION.  IT ADDRESSES FIELD

19      PREEMPTION.

20                  AND THEN -- THOSE ARE ALL OF THE CLEAN-UP

21      POINTS I HAD, YOUR HONOR.  I'M SORRY.

22                  AS FOR THE FURTHER REGARDING MS.

23      GARLAND'S POINT REGARDING THE FUNNY EFFECT 18 ABOUT THE

24      CITY'S BUDGETARY SHORTFALL AND HAVING TO MAKE THAT UP,

25      OR WOULD CREATE A PROBLEM FOR THE CITY IN SUPPORTING

1    TENANTS, THE CITY IS THUS TRANSFERRING THAT BUDGETARY

2    SHORTFALL ONTO THE LANDLORDS BY REQUIRING THE LANDLORDS

3    TO MAKE THAT UP.

4              AND I DON'T KNOW IF YOUR HONOR HAD ANY

5    OTHER QUESTIONS.

6              THE COURT:  WELL, I DO.  I AM NOT CERTAIN

7    THAT I UNDERSTAND YOUR ARGUMENT ON PREEMPTION.  AND I

8    DON'T THINK I SAID WHAT YOU SAID.  IN WARREN, THE

9    SUPREME COURT OF PENNSYLVANIA REJECTED THE ARGUMENT THAT

10   HAD OCCURRED IN THE 1955 PHILADELPHIA RENT CONTROL

11   ORDINANCE THAT SOUGHT TO REGULATE AND CONTROL HOUSING

12   ACCOMMODATIONS AND EVICTIONS BY ESTABLISHING MAXIMUM

13   RENTS AND PROHIBITING EVICTIONS EXCEPT ON CERTAIN

14   GROUNDS.  AND IN THAT CASE, AMONG OTHERS, AN ASSOCIATION

15   OF PROPERTY OWNERS IN PHILADELPHIA FILED SUIT SEEKING AN

16   INJUNCTION ON THE PURPORTED BASIS THAT THE ORDINANCE WAS

17   INVALID BECAUSE IT CONFLICTED WITH THE LANDLORD/TENANT

18   ACT.  THAT'S WHAT CONFLICT PREEMPTION IS, A CONFLICT

19   BETWEEN STATUTES.  IN WARREN, THE SUPREME COURT OF

20   PENNSYLVANIA REJECTED THAT ARGUMENT AND EXPLAINED THE

21   LANDLORD/TENANT ACT SETS UP THE PROCEDURE WHEREBY A

22   LANDLORD MAY REPOSSESS PREMISES IF HE HAS A RIGHT TO

23   EVICT THE TENANT.  THE SUBSTANTIVE LAW AS TO WHEN HE HAS

24   A RIGHT TO EVICT IS NOT TOUCHED UPON.  THEREFORE THE

25   COURT EXPLAINED THAT THE CITY OF PHILADELPHIA HAS THE

1    RIGHT TO ORDAIN CONTROLS UPON RENTS AND EVICTIONS.  SO I

2    DON'T THINK THAT'S WHAT YOU SAID, AND I KNOW IT'S NOT

3    WHAT YOU SAID I SAID.  LET'S CLARIFY THAT.

4                    HERE IS MY QUESTION TO YOU.  WE HAVE BEEN

5    TALKING A LITTLE BIT ABOUT PROGRAMS THAT ARE IN PLACE,

6    ARE BEING DEVELOPED, THAT COULD BE DEVELOPED, AND THESE

7    PROGRAMS INVOLVE NUMEROUS PARTIES, INCLUDING LANDLORDS.

8    IS IT NOT CORRECT THAT THERE ARE NUMEROUS OTHER PROGRAMS

9    TO PROTECT LANDLORDS, MR. DOUGHERTY?  AND THE KIND OF

10   PROGRAMS WE ARE TALKING ABOUT, THE COVID-19 EMERGENCY

11   RENTAL ASSISTANCE PROGRAM.  DOES IT NOT PROVIDE RENTAL

12   PAYMENTS TO PHILADELPHIA LANDLORDS FOR OVER 4000

13   HOUSEHOLDS?  YOUR CLIENTS, RIGHT?

14                    MR. DOUGHERTY:  YOUR HONOR, IT DOES IF

15   THOSE LANDLORDS AGREE TO ACCEPT THAT MONEY AS THE

16   COMPLETE PAYMENT.

17                    THE COURT:  INSTEAD OF ADDING FEES, LATE

18   FEES THAT YOU MAY NOT BE ENTITLED TO LEGALLY.

19                    MR. DOUGHERTY:  NO, YOUR HONOR, INSTEAD

20   OF -- IF THE RENT IS $1,000 AS THE MARKET BEARS AND AS

21   AGREED UPON, AND THAT PROGRAM OFFERS $500, THE LANDLORD

22   IS PUT IN A POSITION THAT THEY EITHER MUST TAKE THE $500

23   AND ABATE THE DIFFERENCE IF IT ACCEPTS THE $500 TO THE

24   PROGRAM, OR IT DOES NOT GET THE MONEY FROM THE PROGRAM.

25                    THE COURT:  SO IN THE SPIRIT OF

1    COMPROMISE, THE AGREEMENT TO GET ANY MONEY IS SOMEHOW

2    BARGAINED OR NEGOTIATED DIFFERENTLY BECAUSE THERE IS NO

3    CAP ON WHAT THE LANDLORD CAN GET FOR A MONTHLY RENTAL,

4    IS THERE?  IT'S DONE ON A CASE-BY-CASE BASIS, RIGHT?

5                    MR. DOUGHERTY:  CORRECT.

6                    THE COURT:  OKAY.  THEN THE CARES RENT

7    RELIEF PROGRAM, THEY'VE ALLOCATED 28.45 MILLION IN

8    RENTAL ASSISTANCE TO BE PAID DIRECTLY TO PHILADELPHIA

9    LANDLORDS.  ARE YOU AWARE IF THIS IS HAPPENING?

10                    MR. DOUGHERTY:  I AM AWARE THAT IT IS

11   SCHEDULED TO HAPPEN, AND THAT THERE ARE APPLICATION

12   PROCESSES FOR LANDLORDS IF THEY QUALIFY TO RECEIVE

13   MONIES.  YOUR HONOR, I DO NOT DISPUTE THAT THERE ARE

14   PROGRAMS OUT THERE THAT CAN HELP OFFSET LOSSES FOR THE

15   LANDLORDS, JUST LIKE THERE ARE PROGRAMS THAT ARE

16   AVAILABLE FOR TENANTS TO HELP SUPPLEMENT THEIR ABILITY

17   TO BOTH PAY RENT AND RECEIVE ADDITIONAL MONIES THROUGH

18   UNEMPLOYMENT COMPENSATION, AS WELL AS STIMULUS MONIES.

19   HOWEVER --

20                    THE COURT:  YOU DO UNDERSTAND, DON'T YOU,

21   MR. DOUGHERTY, THAT I AM CONCERNED ABOUT LANDLORDS WHO

22   ARE PARTICIPATING IN PROGRAMS, GETTING RENT SUBSISTENCE,

23   AND STILL HAVING TO DEAL WITH THE CASE WHERE THE

24   ASSOCIATION OF LANDLORDS IS SAYING THAT EVERYBODY IS

25   HARMED.  SO I NEED TO REALLY IDENTIFY WHAT THESE

1    PROGRAMS ARE.

2                    THE LANDLORD WORKING CAPITAL LOAN

3    PROGRAM, DOESN'T THAT ALLOW PHILADELPHIA LANDLORDS WHO

4    OWN 15 OR FEW RESIDENTIAL RENTAL UNITS, YOUR SMALL

5    BUSINESS PEOPLE AS YOU SAID BEFORE, TO OBTAIN LOW

6    INTEREST LOANS OF UP OF $10,000 WITH NO PAYMENT DUE FOR

7    THE FIRST SIX MONTHS.  ISN'T THAT ANOTHER PROGRAM FOR

8    LANDLORD RELIEF?

9                    MR. DOUGHERTY:  YES, YOUR HONOR, IT IS,

10   ASSUMING THE LANDLORD QUALIFIES AND CAN AFFORD THE

11   INTEREST PAYMENTS.

12                    THE COURT:  AND THE COVID-19 WORKING

13   CAPITAL ACCESS PROGRAM, DOES THAT NOT PROVIDE LANDLORDS

14   WITH AN INTEREST-FREE LOAN OF UP TO $100,000, INTEREST

15   FREE, NOT AT THE 4 PERCENT YOU CITED?

16                    MR. DOUGHERTY:  YES, YOUR HONOR, ALTHOUGH

17   I BELIEVE -- CORRECTLY IS THAT'S THE ONE TO PROVIDE

18   UPGRADES FOR LANDLORDS.  I BELIEVE THAT'S --

19                    THE COURT:  WORKING CAPITAL, YES.  AND

20   THE SMALL BUSINESS ASSOCIATION ECONOMIC INJURY DISASTER

21   LOAN PROGRAM, DOES IT NOT PROVIDE BUSINESSES WITH FEWER

22   THAN 500 EMPLOYEES LOW INTEREST LOANS OF UP TO 2

23   MILLION?

24                    MR. DOUGHERTY:  YES, YOUR HONOR, IT DOES.

25                    THE COURT:  AND PRIOR TO AUGUST 8TH OF

1    THIS YEAR, LANDLORDS COULD TAKE OUT FORGIVABLE LOANS TO

2    PAY THEIR EMPLOYEES THROUGH THE PAYROLL PROTECTION

3    PROGRAM, CORRECT?

4                    MR. DOUGHERTY:  CORRECT.

5                    THE COURT:  TO KEEP THEIR BUSINESSES

6    GOING IF THEY COULDN'T GET THE RENTS.

7                    MR. DOUGHERTY:  CORRECT.

8                    THE COURT:  AND UNDER THE CARES ACT,

9    AREN'T LANDLORDS ABLE TO DEFER PAYING PAYROLL TAXES

10   UNTIL DECEMBER 31ST, 2020?

11                   MR. DOUGHERTY:  I BELIEVE THAT WAS A

12   RECENT ORDER, YES, YOUR HONOR.

13                   THE COURT:  ALL RIGHT.  IT SEEMS TO ME

14   THAT BEARS CONSIDERATION OF IRREPARABLE HARM.  AND I

15   WILL CONSIDER THAT THERE ARE PROGRAMS NOT ONLY TO

16   BENEFIT THE REPAYMENT OR THE PAYMENT OF TENANTS' RENT,

17   BUT ALSO TO OFFSET LOSSES AND WORKING CAPITAL IF THAT'S

18   NECESSARY.  BECAUSE AS WE ALL KNOW, PROPERTY NEEDS TO BE

19   MAINTAINED, IT NEEDS TO BE UPGRADED AND MAINTAINED TO BE

20   LIVEABLE.

21                   SO THERE ARE A LOT OF MOVING PARTS HERE.

22   THIS ARGUMENT HAS BEEN VERY ENLIGHTENING TO THE COURT.

23   THERE ARE MORE EXHIBITS TO REVIEW.  I HAVE HALF OF THEM

24   HERE, BECAUSE THE OTHER HALF WERE TOO HEAVY FOR ME TO

25   CARRY INTO MY CONFERENCE ROOM TO ADDRESS YOU TODAY.  AND

1    I AM FINDING MORE QUESTIONS AS I MOVE ALONG.

2              SO WHILE I AM GOING TO TERMINATE THE ORAL

3    ARGUMENT NOW, WE WILL TAKE THIS MATTER UNDER ADVISEMENT

4    AND WE WILL ISSUE A WRITTEN RULING AS SOON AS WE CAN.  I

5    MAY NOT WAIT UNTIL AFTER AUGUST 31ST TO SEE WHAT THE

6    GOVERNOR IS DOING, BECAUSE THIS ISSUE DOES NOT SEEM TO

7    BE SUSCEPTIBLE TO GOING AWAY.  AND IT IS AN IMPORTANT

8    ONE TO ADDRESS.  THE CITY'S EFFORTS IN CREATING ALL OF

9    THESE BILLS WILL HAVE TO BE ADDRESSED AND WE WILL START

10   ADDRESSING THAT IN OUR RULING ON THE PRELIMINARY

11   INJUNCTION REQUEST.

12             IN THE INTERIM, BECAUSE I STILL HAVE THE

13   CASE TO LOOK FORWARD TO THE ULTIMATE DECISIONS, WE WILL

14   WANT COUNSEL TO BE DISCUSSING WITH EACH OTHER DISCOVERY

15   NEEDS AND OTHER MATTERS, DISCLOSURES AND THE LIKE, TO

16   GET THAT NEXT PART OF THE CASE MOVING.  ALONG WITH THE

17   USUAL MECHANICAL DISCOVERY AND PROCEDURAL RIGHTS AND

18   MOVEMENT, I WOULD EXPECT THAT COUNSEL WOULD BE ABLE TO

19   REPORT TO THE COURT IN A JOINT MEMORANDUM OR LETTER, IF

20   YOU LIKE, THE PARTICULAR PROGRAMS THAT ARE AVAILABLE TO

21   THE TENANTS IN THE CITY OF PHILADELPHIA AT THIS TIME AND

22   IN THE FORESEEABLE FUTURE.

23             NOW I HAVE A LOT OF THIS IN THE

24   AFFIDAVITS AND THE DECLARATIONS BY YOUR EXPERTS, AND

25   THAT IS MOST APPRECIATED.  BUT I WANT TO KNOW WHICH ONES

1    ARE KICKING RIGHT NOW AND ALIVE, AND WHICH ARE GOING TO

2    BE AND WHICH REALLY ARE JUST SITTING THERE.  AND WE KNOW

3    THAT THERE ARE PARTS OF THE CARES ACT AND THE FUNDING

4    THAT WENT WITH IT FROM CONGRESS THAT HAVE NOT BEEN

5    ACCESSED.  I AM NOT SURE IT REFERS TO THIS CASE OR THE

6    PARTIES IN IT, SO I WANT TO KNOW WHAT IS ALIVE RIGHT

7    NOW, AND IF WE CAN PIECE TOGETHER A MECHANISM THAT WOULD

8    BE A PROGRAM THAT LANDLORDS WOULD BE HAPPY TO BE

9    INVOLVED IN AND TENANTS WOULD TOO, WE WANT TO BE SURE

10   THAT WE HELP YOU CREATE THAT PROGRAM.

11              WE'VE GOT A GOOD MODEL HERE ALREADY.

12   MAYBE YOU SHOULD BE ACCESSING YOUR EXPERTS TO COME UP

13   WITH A MODEL PROGRAM.  AND IF THIS APPEALS TO COUNSEL, I

14   WISH YOU TO DISCUSS WITH YOUR CLIENTS, THE PARTIES

15   INVOLVED HERE, THE ASSOCIATION AND THE RELATED

16   ASSOCIATIONS THAT ARE NOT PARTIES, INTERVENING OR

17   OTHERWISE.  I THINK THIS CALLS FOR A COMPREHENSIVE

18   APPROACH SUCH AS THIS COURT COULD ESTABLISH A TASK FORCE

19   AND THE FEDERAL COURT COULD THEN ASSIST AND WORK WITH

20   THE PHILADELPHIA COURTS AND ITS VARIOUS PHILADELPHIA

21   MUNICIPAL AGENCIES ALONG WITH THE FEDERAL AGENCIES TO

22   MAKE SURE THAT THE CITY BENEFITS AND IS NOT FURTHER

23   DESTROYED IN ANY WAY WITH PROVIDING HOUSING.

24              NOW THE CITY IS HERE TO PROVIDE SAFETY

25   AND SECURITY.  HOUSING AND SHELTER ARE PART OF THAT.

```
 1      IT'S A BASIC HUMAN RIGHT.  BUT IT'S NOT FREE.  SO WE
 2      WANT EVERYONE TO BE SATISFIED HERE, AND I WANT YOU ALL
 3      TO RECOGNIZE THAT I SEE THE INTERESTS OF EACH PARTY.
 4      AND WHETHER OR NOT WE HAVE SPECIFIC INSTANCES BEFORE ME
 5      RIGHT NOW OF LANDLORDS BEING HARMED, THERE IS ALWAYS
 6      THAT POTENTIAL.  IT MAY NOT BE ON A PRELIMINARY
 7      INJUNCTION, BUT IT'S IMPLICIT IN THE CASE THAT WE LOOK
 8      AT THAT TOO.  SO I'M LOOKING FOR A WAY FOR ALL OF US TO
 9      DEVELOP A COMPREHENSIVE PROGRAM OR SET OF PROGRAMS THAT
10      WILL ACCOMPLISH WHAT THIS BILL WAS MEANT TO DO.
11                  AND WITH THAT, I EXPECT TO HEAR FROM YOU
12      WITHIN A MATTER OF WEEKS, AND I WILL WORK AS FAST AS I
13      CAN IN RENDERING A DECISION ON THE PRELIMINARY
14      INJUNCTION REQUEST.
15                  ARE THERE ANY QUESTIONS OR COMMENTS?
16                  MR. DOUGHERTY:  YOUR HONOR, JUST ONE.
17      THE JOINT LETTER, IS THERE A SPECIFIC DATE YOU WOULD
18      LIKE IT DELIVERED TO CHAMBERS?
19                  THE COURT:  I THINK IT REQUIRES SOME
20      THOUGHT, SO I'M GOING TO GIVE YOU 30 DAYS.  I THINK YOU
21      HAVE TO ADDRESS ISSUES WITH YOUR CLIENTS AND THEN EACH
22      OTHER AND THEN LET ME KNOW IF I CAN ASSIST.  BUT AT THE
23      OUTSET 30 DAYS.  AND THANK YOU FOR ASKING THAT.  I WOULD
24      HAVE TRIED FOR 14, BUT I DON'T THINK THAT'S QUITE FAIR.
25      THERE ARE TOO MANY PEOPLE TO BRING INTO OUR CIRCLE.
```

1                        MR. DOUGHERTY:  YES, YOUR HONOR.

2                        THE COURT:  ANYTHING ELSE?

3                        MR. DOUGHERTY:  NOTHING FROM THE

4      PLAINTIFFS, YOUR HONOR.  THANK YOU.

5                        THE COURT:  THANK YOU.  AND IF WE DON'T

6      TALK BEFORE THEN, ENJOY WHAT IS LEFT OF THE SUMMER.

7                        SEE YOU IN THE FALL.

8                        ALL COUNSEL:  THANK YOU, YOUR HONOR.

9                        (VIDEO ADJOURNED.)

10                       -    -    -

11

12                       I CERTIFY THAT THE FOREGOING IS A CORRECT

13     TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

14     ABOVE-ENTITLED MATTER.

15        September 24, 2020

16     DATE                          OFFICIAL COURT REPORTER

17                                   LYNN GLIGOR, RMR

18

19

20

21

22

23

24

25

**$**

**$1,000** [1] - 76:20
**$10,000** [2] - 12:15, 78:6
**$100,000** [1] - 78:14
**$25** [1] - 66:13
**$3,400** [1] - 17:15
**$500** [3] - 76:21, 76:22, 76:23
**$54,000** [2] - 17:10, 17:11
**$600** [1] - 17:21
**$67,000** [1] - 17:24

**1**

**10** [2] - 1:16, 12:13
**10TH** [1] - 57:25
**116** [1] - 32:24
**12** [1] - 62:13
**128** [1] - 32:25
**13,000** [1] - 58:14
**14** [2] - 67:8, 82:24
**1424** [1] - 2:9
**15** [2] - 12:13, 78:4
**1500** [2] - 65:10, 66:16
**1515** [1] - 2:4
**171,000** [1] - 25:19
**1717** [1] - 2:11
**17TH** [1] - 2:4
**18** [2] - 62:25, 74:23
**19** [2] - 1:8, 25:11
**19102** [2] - 2:5, 2:9
**19103** [1] - 2:12
**19106** [2] - 1:9, 1:22
**1940** [1] - 34:13
**19422** [1] - 1:17
**1955** [5] - 49:3, 49:5, 49:13, 51:24, 75:10
**1997** [1] - 33:3
**1ST** [4] - 13:1, 18:20, 23:11, 74:15

**2**

**2** [1] - 78:22
**20** [4] - 9:17, 9:22, 11:6, 63:1
**20-3300** [1] - 1:5
**2008** [6] - 27:11, 28:8, 29:15, 29:21, 30:1, 30:9
**2011** [1] - 50:5
**2020** [3] - 1:8, 3:7, 79:10
**2021** [3] - 20:15, 22:15, 24:15
**2609** [1] - 1:21
**28.45** [1] - 77:7

**3**

**30** [4] - 20:6, 42:24, 82:20, 82:23
**300** [2] - 1:16, 59:20
**3001** [1] - 1:16
**301** [1] - 71:7
**305** [1] - 42:2
**310** [1] - 34:13
**31ST** [16] - 15:18, 20:4, 20:15, 23:9, 25:13, 25:15, 25:19, 25:24, 35:25, 41:15, 57:13, 58:2, 64:10, 64:17, 79:10, 80:5
**32** [1] - 34:13
**3300** [1] - 3:7
**3RD** [4] - 32:22, 33:2, 43:23, 43:25

**4**

**4** [2] - 12:17, 78:15
**40** [1] - 43:25
**4000** [1] - 76:12
**4020** [1] - 2:11

**5**

**5,000** [1] - 18:17
**500** [1] - 78:22

**6**

**6** [1] - 27:8
**601** [1] - 1:21
**61** [1] - 32:25

**7**

**7:41** [1] - 3:1

**8**

**8** [1] - 35:13
**856)649-4774** [1] - 1:22
**8TH** [1] - 78:25

**9**

**949** [1] - 32:24

**A**

**ABATE** [1] - 76:23
**ABATED** [1] - 18:4
**ABATEMENT** [1] - 26:14
**ABILITY** [7] - 22:3,

24:5, 39:24, 56:21, 59:12, 65:15, 77:16
**ABLE** [19] - 12:12, 14:5, 28:3, 28:13, 29:4, 34:10, 40:4, 53:23, 60:20, 62:10, 64:15, 69:14, 70:4, 72:1, 72:2, 72:3, 72:20, 79:9, 80:18
**ABORTION** [2] - 55:6, 74:8
**ABOUT** [65] - 12:2, 15:18, 15:21, 16:5, 19:16, 20:7, 23:4, 27:10, 27:13, 27:14, 27:24, 30:5, 30:6, 31:7, 34:2, 34:24, 35:15, 35:16, 35:17, 35:18, 37:21, 37:24, 39:13, 39:21, 41:1, 42:22, 43:21, 44:13, 47:1, 47:9, 48:8, 48:11, 51:9, 54:10, 54:20, 55:22, 56:2, 57:9, 58:2, 58:10, 59:4, 60:15, 61:9, 62:1, 62:14, 62:16, 63:18, 65:10, 65:13, 65:14, 65:17, 69:4, 69:10, 69:11, 69:13, 69:15, 71:21, 72:22, 74:2, 74:9, 74:23, 76:5, 76:10, 77:21
**ABOVE** [1] - 83:14
**ABOVE-ENTITLED** [1] - 83:14
**ABROGATING** [1] - 46:23
**ABSENCE** [1] - 34:4
**ABSENT** [1] - 47:9
**ABSENTEE** [1] - 45:25
**ABSOLUTE** [1] - 71:5
**ACCEPT** [4] - 5:17, 65:20, 73:15, 76:15
**ACCEPTING** [3] - 8:19, 59:20, 59:24
**ACCEPTS** [1] - 76:23
**ACCESS** [3] - 62:20, 70:18, 78:13
**ACCESSED** [2] - 27:18, 81:5
**ACCESSING** [1] - 81:12
**ACCOMMODATIONS** [1] - 75:12
**ACCOMPLISH** [3] - 15:7, 21:10, 82:10
**ACCORDING** [1] - 19:24
**ACCUMULATION** [1] -

37:15
**ACKELSBERG** [1] - 2:10
**ACKNOWLEDGES** [1] - 10:16
**ACROSS** [2] - 67:7, 68:4
**ACT** [62] - 6:11, 6:17, 6:18, 11:21, 12:23, 17:20, 18:11, 18:13, 18:20, 19:6, 21:15, 21:23, 22:1, 23:1, 23:9, 23:15, 25:5, 25:14, 26:6, 28:12, 28:21, 28:24, 29:3, 29:6, 29:17, 36:14, 45:3, 45:5, 48:14, 48:16, 48:23, 48:25, 49:14, 49:16, 49:17, 50:11, 50:17, 51:3, 51:24, 52:6, 52:11, 57:13, 59:23, 60:16, 66:25, 67:6, 67:24, 68:3, 68:16, 71:6, 71:7, 71:8, 72:6, 72:16, 72:25, 73:4, 75:18, 75:21, 79:8, 81:3
**ACT'S** [1] - 57:20
**ACTION** [1] - 21:22
**ACTIONS** [1] - 67:3
**ACTIVITIES** [2] - 16:9
**ACTS** [1] - 23:1
**ACTUAL** [12] - 13:21, 26:23, 29:1, 35:15, 37:20, 37:23, 38:5, 46:12, 46:19, 63:12, 71:17, 71:21
**ACTUALLY** [27] - 6:25, 7:1, 8:25, 18:19, 37:13, 37:18, 39:25, 41:8, 42:16, 42:18, 46:12, 46:20, 46:21, 50:23, 51:22, 52:1, 60:16, 61:20, 63:16, 64:3, 65:14, 69:19, 69:22, 70:8, 70:13, 71:5, 71:15
**ADDED** [1] - 32:9
**ADDING** [2] - 46:17, 76:17
**ADDITION** [7] - 16:22, 36:7, 48:18, 53:10, 53:17, 60:11, 72:4
**ADDITIONAL** [14] - 11:7, 11:15, 17:21, 25:8, 32:9, 34:1, 34:6, 36:21, 40:23, 41:5, 46:17, 58:17, 77:17

**ADDITIONALLY** [5] - 9:2, 11:22, 13:6, 17:3, 21:20
**ADDRESS** [27] - 12:10, 13:13, 13:14, 14:10, 17:13, 19:14, 24:9, 26:9, 28:9, 29:18, 29:19, 30:17, 30:22, 31:6, 34:2, 36:14, 44:7, 44:22, 47:8, 48:4, 58:25, 64:5, 74:15, 79:25, 80:8, 82:21
**ADDRESSED** [6] - 12:9, 14:25, 47:5, 51:2, 74:12, 80:9
**ADDRESSES** [2] - 61:3, 74:18
**ADDRESSING** [7] - 11:16, 19:7, 34:18, 34:22, 40:13, 74:18, 80:10
**ADJOURNED** [1] - 83:9
**ADMITTED** [1] - 4:6
**ADMITTEDLY** [1] - 16:10
**ADOPTING** [1] - 7:20
**ADVANTAGE** [4] - 22:25, 57:20, 65:25, 66:12
**ADVISEMENT** [1] - 80:3
**AFFECT** [1] - 39:24
**AFFECTED** [1] - 23:6
**AFFECTING** [1] - 6:15
**AFFIDAVIT** [4] - 62:1, 62:14, 63:18, 65:7
**AFFIDAVITS** [4] - 4:15, 4:19, 61:22, 80:24
**AFFORD** [1] - 78:10
**AFFORDABLE** [1] - 61:11
**AFTER** [8] - 3:17, 16:9, 33:10, 35:24, 42:21, 43:6, 43:7, 80:5
**AFTER-SCHOOL** [1] - 16:9
**AGAIN** [16] - 11:3, 15:23, 16:17, 20:21, 21:13, 25:17, 30:2, 34:23, 46:4, 53:12, 54:23, 56:24, 57:14, 67:18, 72:23, 73:2
**AGAINST** [5] - 20:11, 21:7, 38:23, 64:1, 72:13
**AGENCIES** [2] - 81:21

**AGO** [1] - 36:20

**AGREE** [6] - 14:13, 14:20, 26:2, 28:4, 33:20, 76:15

**AGREED** [4] - 3:21, 3:24, 45:7, 76:21

**AGREEMENT** [7] - 5:17, 40:25, 41:13, 41:22, 70:22, 70:23, 77:1

**AGREEMENTS** [2] - 41:8, 42:23

**AHEAD** [2] - 35:7, 48:2

**AIDE** [1] - 66:8

**AIDED** [1] - 1:24

**AIMED** [1] - 40:13

**AL** [1] - 1:6

**ALIVE** [2] - 81:1, 81:6

**ALL** [62] - 4:20, 5:14, 5:25, 8:10, 11:18, 12:9, 12:10, 12:11, 13:8, 15:14, 16:25, 19:12, 24:15, 26:18, 27:17, 30:16, 32:14, 34:8, 34:11, 34:24, 35:1, 38:12, 40:5, 41:18, 43:1, 43:4, 43:8, 43:21, 44:20, 47:14, 51:10, 52:12, 54:19, 57:2, 57:18, 59:14, 60:22, 64:1, 64:3, 67:3, 68:6, 68:11, 68:15, 68:17, 68:18, 68:19, 70:13, 71:23, 72:10, 72:15, 72:24, 73:1, 73:3, 74:20, 79:13, 79:18, 80:8, 82:2, 82:8, 83:8

**ALLEGATIONS** [1] - 32:9

**ALLEGED** [2] - 52:24, 55:5

**ALLEGES** [1] - 53:1

**ALLEGING** [1] - 54:13

**ALLOCATED** [1] - 77:7

**ALLOW** [3] - 26:25, 46:11, 78:3

**ALLOWED** [5] - 19:18, 21:23, 29:17, 45:19, 71:10

**ALLOWS** [3] - 21:20, 22:6, 71:8

**ALMOST** [1] - 16:3

**ALONE** [2] - 8:5, 28:25

**ALONG** [4] - 39:16, 80:1, 80:16, 81:21

**ALREADY** [18] -

18:17, 27:10, 34:5, 35:9, 36:20, 40:12, 41:6, 43:24, 44:9, 44:13, 46:15, 47:3, 47:11, 50:10, 56:2, 67:12, 70:5, 81:11

**ALSO** [38] - 5:24, 7:5, 7:6, 13:2, 13:4, 17:16, 17:20, 18:2, 19:9, 20:2, 20:15, 20:17, 21:22, 22:6, 22:22, 27:14, 34:1, 34:12, 36:6, 38:5, 45:14, 47:5, 49:6, 52:2, 52:13, 52:22, 53:5, 53:18, 57:5, 57:11, 57:23, 62:3, 62:22, 64:7, 64:25, 72:17, 72:22, 79:17

**ALTERNATIVE** [1] - 63:22

**ALTHOUGH** [3] - 45:20, 47:2, 78:16

**ALWAYS** [1] - 82:5

**AM** [36] - 14:15, 15:4, 15:5, 15:8, 16:18, 18:23, 19:15, 23:7, 24:17, 24:19, 26:4, 27:20, 36:18, 36:22, 37:10, 38:8, 42:4, 44:22, 46:13, 46:20, 51:19, 52:13, 55:9, 55:21, 57:14, 58:12, 58:17, 65:18, 65:19, 73:13, 75:6, 77:10, 77:21, 80:1, 80:2, 81:5

**AMENDED** [5] - 3:25, 5:24, 31:23, 32:8

**AMENDMENT** [3] - 23:25, 55:7, 74:8

**AMERICAN** [1] - 44:11

**AMONG** [1] - 75:14

**AMOUNT** [3] - 12:14, 35:18, 71:9

**AN** [74] - 3:24, 6:12, 6:15, 6:18, 7:7, 8:7, 8:19, 13:13, 14:6, 15:1, 19:4, 20:10, 20:25, 23:20, 23:23, 24:3, 24:10, 25:10, 29:18, 31:6, 31:19, 31:25, 32:1, 32:5, 33:2, 34:14, 34:20, 34:21, 37:23, 39:18, 40:23, 41:22, 42:15, 44:5, 46:16, 46:19, 47:9, 49:12, 50:7, 51:13, 51:23, 52:5, 53:3, 53:10, 53:19,

53:20, 54:15, 54:17, 54:22, 55:4, 55:14, 59:9, 61:14, 62:22, 63:11, 63:13, 63:19, 63:20, 64:9, 64:17, 65:1, 65:3, 67:25, 70:11, 70:20, 71:5, 71:24, 72:9, 74:5, 74:6, 75:14, 75:15, 78:14, 80:7

**ANALYSIS** [3] - 21:5, 47:12, 48:23

**ANALYZE** [1] - 32:10

**ANCILLARY** [3] - 36:25, 42:23, 44:17

**AND** [509] - 3:3, 3:5, 3:19, 3:24, 3:25, 4:5, 4:8, 4:10, 4:11, 4:15, 4:18, 4:24, 5:4, 5:9, 5:15, 5:16, 5:20, 5:21, 5:25, 6:12, 6:13, 6:19, 7:3, 7:16, 8:8, 8:10, 8:11, 8:13, 8:14, 8:15, 8:16, 8:25, 11:2, 11:4, 11:13, 11:15, 11:16, 11:24, 12:3, 12:5, 12:9, 12:20, 12:21, 13:2, 13:7, 13:8, 13:9, 13:12, 13:19, 14:3, 14:6, 14:7, 14:14, 14:23, 15:6, 15:11, 15:15, 15:18, 16:2, 16:6, 16:17, 16:22, 16:23, 17:14, 18:1, 18:8, 18:21, 18:22, 19:2, 19:10, 19:13, 19:17, 19:21, 20:7, 20:12, 20:15, 20:16, 20:19, 20:20, 20:21, 20:25, 21:5, 21:9, 21:14, 21:17, 21:18, 21:21, 21:23, 21:24, 21:25, 22:2, 22:3, 22:6, 22:8, 22:9, 22:10, 22:11, 22:12, 22:13, 22:19, 23:9, 24:2, 24:4, 24:5, 24:6, 24:9, 24:10, 24:15, 24:20, 25:1, 25:7, 25:10, 25:17, 25:18, 25:22, 26:8, 26:9, 26:12, 26:16, 26:17, 26:18, 26:19, 26:20, 26:21, 26:23, 27:2, 27:6, 27:11, 27:15, 27:16, 27:20, 27:24, 27:25, 28:2, 28:9, 28:11, 28:18, 28:20, 28:23, 28:24, 29:2, 29:3,

29:7, 29:13, 29:14, 29:15, 29:17, 29:21, 29:23, 29:24, 29:25, 30:3, 30:9, 30:12, 30:13, 30:20, 31:2, 31:3, 31:6, 31:8, 31:13, 31:19, 31:23, 32:10, 32:14, 32:21, 32:24, 32:25, 33:2, 33:8, 33:12, 33:18, 33:22, 33:24, 33:25, 34:2, 34:4, 34:10, 34:12, 34:14, 34:15, 34:19, 34:20, 34:23, 35:1, 35:5, 35:12, 35:20, 35:24, 36:1, 36:6, 36:9, 36:13, 36:16, 36:18, 36:20, 36:22, 37:5, 37:6, 37:7, 37:15, 38:2, 38:5, 38:7, 38:21, 39:3, 39:25, 40:2, 40:6, 40:9, 40:11, 40:14, 40:15, 40:17, 40:20, 40:22, 41:1, 41:7, 41:10, 42:5, 42:6, 42:8, 42:10, 42:21, 43:3, 43:8, 43:12, 43:15, 43:16, 43:18, 43:20, 44:1, 44:2, 44:13, 44:15, 44:16, 44:17, 44:19, 44:25, 45:1, 45:7, 45:14, 45:15, 45:20, 45:21, 46:1, 46:3, 46:4, 46:6, 46:7, 46:9, 46:18, 47:5, 47:11, 47:13, 48:2, 48:8, 49:6, 49:7, 49:10, 49:16, 49:22, 49:24, 50:3, 50:5, 50:8, 50:11, 50:17, 50:18, 51:1, 51:3, 51:5, 51:9, 51:10, 51:19, 52:2, 52:5, 52:9, 52:14, 52:22, 52:25, 53:4, 53:15, 53:22, 53:25, 54:11, 54:13, 54:16, 54:18, 54:19, 54:23, 55:2, 55:8, 55:9, 55:12, 55:13, 55:22, 56:4, 56:5, 56:9, 56:11, 56:13, 56:14, 56:16, 56:21, 56:22, 56:23, 56:24, 57:1, 57:4, 57:6, 57:25, 58:9, 58:12, 58:13, 58:15, 58:16, 59:6, 59:7, 59:24, 60:2, 60:17, 60:18, 60:19, 60:24,

61:4, 61:5, 61:10, 61:14, 61:17, 61:19, 61:22, 62:6, 62:21, 62:24, 63:1, 63:2, 63:6, 63:9, 63:10, 63:14, 63:17, 63:21, 63:24, 63:25, 64:2, 64:4, 64:7, 64:11, 64:13, 64:19, 64:23, 64:25, 65:4, 65:5, 65:9, 65:10, 65:15, 65:16, 65:23, 65:25, 66:15, 66:20, 66:23, 67:3, 67:4, 67:5, 67:7, 67:9, 67:12, 67:20, 67:24, 68:1, 68:5, 68:8, 68:15, 68:18, 68:23, 68:25, 69:1, 69:2, 69:4, 69:5, 69:7, 69:11, 69:16, 69:24, 70:4, 70:7, 70:8, 70:9, 70:11, 70:14, 70:15, 70:17, 70:22, 70:24, 71:3, 71:4, 71:8, 71:11, 71:20, 71:21, 71:25, 72:2, 72:7, 72:10, 72:21, 73:3, 73:18, 73:19, 73:23, 73:25, 74:4, 74:11, 74:15, 74:20, 74:24, 75:4, 75:7, 75:11, 75:12, 75:13, 75:14, 75:20, 76:1, 76:2, 76:6, 76:9, 76:20, 76:21, 76:23, 77:11, 77:17, 77:23, 78:10, 78:12, 78:19, 78:25, 79:8, 79:14, 79:17, 79:19, 79:25, 80:4, 80:7, 80:9, 80:15, 80:17, 80:21, 80:24, 81:1, 81:2, 81:3, 81:7, 81:9, 81:13, 81:15, 81:19, 81:20, 81:22, 81:25, 82:2, 82:4, 82:11, 82:12, 82:21, 82:22, 82:23, 83:5

**ANNETTE** [1] - 27:9

**ANOTHER** [4] - 27:23, 67:12, 70:16, 78:7

**ANSWER** [3] - 21:9, 51:6, 59:3

**ANSWERED** [1] - 50:14

**ANSWERS** [1] - 65:8

**ANTICIPATED** [3] - 4:10, 31:1, 69:21

**ANXIOUS** [1] - 4:4

**ANY** [45] - 4:2, 4:18, 4:19, 4:24, 9:6, 17:16, 17:17, 18:4, 18:11, 20:22, 21:6, 21:21, 22:24, 23:5, 23:7, 23:13, 24:1, 26:12, 27:2, 27:25, 28:25, 42:25, 44:7, 48:23, 51:6, 52:24, 55:10, 55:13, 57:8, 57:19, 58:25, 59:13, 59:16, 59:25, 60:20, 67:13, 68:12, 69:18, 69:22, 73:8, 73:10, 75:4, 77:1, 81:23, 82:15

**ANYONE** [1] - 15:9

**ANYTHING** [11] - 5:15, 6:17, 6:21, 6:25, 13:22, 16:10, 25:6, 30:6, 50:19, 57:15, 83:2

**ANYWAY** [3] - 21:9, 37:4, 46:21

**ANYWHERE** [2] - 14:3, 26:10

**APARTMENT** [1] - 67:16

**APOLOGIZE** [3] - 9:14, 14:15, 16:18

**APPARENTLY** [1] - 59:18

**APPEALS** [1] - 81:13

**APPEARANCES** [2] - 1:13, 2:1

**APPLICABLE** [4] - 7:9, 33:6, 49:23, 50:14

**APPLICATION** [1] - 77:11

**APPLICATIONS** [1] - 58:15

**APPLIED** [2] - 7:14, 58:16

**APPLIES** [1] - 50:25

**APPLY** [5] - 8:3, 12:12, 36:3, 55:10, 68:17

**APPRECIATE** [1] - 51:9

**APPRECIATED** [1] - 80:25

**APPROACH** [1] - 81:18

**APPROPRIATE** [4] - 8:19, 17:12, 40:2, 72:9

**APPROXIMATELY** [3] - 17:11, 17:23, 59:20

**APRIL** [4] - 13:1,

17:15, 22:15, 23:11

**ARBITRARY** [1] - 47:10

**ARCH** [2] - 2:4, 2:11

**ARE** [219] - 3:2, 3:8, 3:10, 4:9, 4:16, 4:18, 4:24, 5:1, 5:7, 5:11, 5:19, 6:3, 7:20, 9:3, 9:5, 9:6, 10:19, 11:6, 11:7, 11:19, 11:23, 12:8, 12:11, 12:13, 13:16, 13:17, 13:23, 14:16, 14:24, 15:13, 15:14, 16:15, 17:2, 17:5, 17:8, 18:16, 18:18, 19:6, 19:17, 19:18, 19:19, 20:18, 20:24, 22:5, 22:6, 22:13, 23:3, 23:13, 23:14, 24:8, 24:10, 24:15, 25:2, 25:23, 26:3, 26:5, 26:8, 26:16, 26:18, 27:1, 27:8, 27:13, 27:14, 27:24, 28:10, 29:4, 29:8, 29:17, 30:5, 30:6, 30:11, 30:23, 31:13, 31:22, 32:10, 33:16, 33:19, 34:6, 34:8, 34:24, 35:1, 36:1, 36:7, 37:1, 37:4, 37:5, 37:11, 37:20, 37:21, 37:24, 38:12, 38:18, 39:9, 39:12, 40:13, 40:16, 41:7, 42:14, 43:1, 43:7, 43:15, 45:8, 45:10, 45:19, 45:20, 45:25, 46:1, 46:9, 46:12, 47:6, 47:7, 47:10, 47:11, 47:19, 48:8, 48:11, 48:13, 49:25, 50:22, 51:4, 53:1, 53:13, 54:6, 54:12, 54:13, 55:24, 56:11, 56:13, 56:16, 57:19, 58:7, 58:18, 59:6, 59:15, 59:16, 59:20, 59:21, 60:1, 60:14, 60:16, 62:3, 62:4, 62:5, 62:16, 62:17, 63:4, 63:11, 63:16, 64:4, 64:13, 64:15, 64:25, 65:3, 65:17, 65:24, 66:5, 66:6, 66:7, 66:9, 66:21, 67:6, 67:8, 68:2, 68:6, 68:9, 68:10, 68:14, 69:11, 69:15, 69:23, 70:13, 70:20, 71:19, 71:22,

71:23, 72:3, 72:4, 72:8, 72:9, 72:13, 72:17, 72:23, 73:2, 73:19, 73:21, 73:22, 73:24, 73:25, 74:16, 74:20, 76:5, 76:6, 76:8, 76:10, 77:9, 77:11, 77:13, 77:15, 77:22, 78:1, 79:15, 79:21, 79:23, 80:20, 81:1, 81:2, 81:3, 81:16, 81:25, 82:15, 82:25

**AREN'T** [2] - 48:9, 79:9

**ARENA** [1] - 36:8

**ARGUABLY** [2] - 8:20, 13:20

**ARGUE** [1] - 5:19

**ARGUED** [3] - 37:3, 45:3, 60:12

**ARGUING** [1] - 47:15

**ARGUMENT** [28] - 6:2, 14:9, 20:2, 30:23, 31:2, 35:5, 44:25, 45:2, 47:9, 47:24, 48:21, 52:14, 54:21, 55:23, 60:9, 63:8, 63:10, 66:20, 72:10, 72:13, 73:10, 73:14, 73:18, 75:7, 75:9, 75:20, 79:22, 80:3

**ARGUMENTS** [6] - 16:19, 33:15, 35:12, 54:12, 58:25, 74:16

**ARISE** [1] - 55:4

**ARISES** [1] - 56:8

**AROUND** [2] - 36:25, 56:5

**ARRANGE** [1] - 55:25

**ARTICLES** [2] - 4:17, 4:22

**ARTICULATE** [1] - 19:3

**ARTICULATED** [1] - 50:3

**AS** [100] - 3:20, 4:3, 4:12, 6:9, 6:13, 7:25, 8:4, 10:14, 10:16, 10:25, 11:12, 11:13, 13:24, 16:3, 16:10, 17:15, 17:25, 18:9, 18:23, 20:3, 20:14, 21:21, 21:22, 21:23, 23:4, 23:15, 23:17, 24:10, 25:6, 25:12, 27:5, 27:6, 28:7, 29:18, 29:24, 30:12, 30:14, 31:10, 31:22, 32:7, 38:1, 39:8,

42:10, 42:11, 44:16, 45:19, 46:5, 46:7, 47:2, 49:19, 50:1, 50:7, 51:15, 53:8, 54:11, 55:12, 56:1, 56:14, 57:3, 57:4, 57:24, 58:10, 58:19, 59:22, 60:25, 61:17, 63:5, 65:6, 71:24, 73:18, 74:2, 74:13, 74:22, 75:23, 76:15, 76:20, 77:18, 78:5, 79:18, 80:1, 80:4, 81:18, 82:12

**ASCERTAIN** [1] - 4:15

**ASIDE** [1] - 8:18

**ASK** [8] - 4:25, 7:10, 30:17, 30:22, 44:24, 55:16, 56:19, 57:5

**ASKED** [1] - 31:15

**ASKING** [1] - 82:23

**ASPECTS** [5] - 7:16, 19:13, 20:4, 27:17, 36:16

**ASSERT** [1] - 26:15

**ASSESSMENT** [1] - 28:18

**ASSIGNED** [1] - 5:23

**ASSIST** [4] - 31:4, 58:12, 81:19, 82:22

**ASSISTANCE** [6] - 65:20, 65:21, 70:23, 72:21, 76:11, 77:8

**ASSOCIATED** [1] - 37:6

**ASSOCIATES** [1] - 67:16

**ASSOCIATION** [7] - 15:5, 15:6, 27:18, 75:14, 77:24, 78:20, 81:15

**ASSOCIATIONS** [1] - 81:16

**ASSUMING** [2] - 17:13, 78:10

**ASSURANCE** [1] - 37:8

**AT** [65] - 3:1, 3:19, 4:1, 9:16, 9:18, 9:24, 10:7, 11:14, 16:12, 16:15, 20:3, 20:6, 25:17, 27:17, 28:4, 29:15, 30:2, 32:12, 32:24, 33:21, 35:12, 36:8, 37:25, 38:15, 38:20, 38:21, 40:2, 40:13, 42:18, 43:5, 43:14, 47:10, 53:2, 53:18, 55:2, 56:17, 58:13, 59:10, 60:21,

61:7, 61:22, 62:11, 62:25, 63:13, 63:19, 65:8, 66:13, 67:5, 67:15, 68:15, 68:19, 68:22, 69:6, 69:14, 71:7, 71:9, 71:12, 71:18, 71:25, 72:12, 73:3, 78:15, 80:21, 82:8, 82:22

**ATMOSPHERE** [1] - 14:6

**ATTACHED** [3] - 4:16, 5:15, 53:3

**ATTEMPT** [1] - 73:5

**AUDIO** [2] - 3:1, 10:20

**AUGUST** [19] - 1:8, 15:18, 20:4, 23:9, 25:13, 25:15, 25:19, 25:24, 35:25, 42:19, 42:21, 57:7, 57:13, 58:2, 64:10, 64:17, 74:15, 78:25, 80:5

**AUTHORIZED** [1] - 45:10

**AVAILABLE** [3] - 28:4, 77:16, 80:20

**AVERMENTS** [1] - 32:10

**AVOID** [1] - 27:23

**AWARDED** [1] - 72:19

**AWARE** [10] - 7:25, 16:15, 18:23, 22:24, 23:7, 32:7, 55:9, 57:14, 77:9, 77:10

**AWAY** [1] - 80:7

---

# B

**BACK** [19] - 9:20, 18:20, 25:17, 27:7, 37:16, 39:8, 39:12, 39:14, 39:19, 41:11, 41:18, 43:4, 46:4, 54:6, 60:18, 63:4, 73:23, 73:24, 74:1

**BACKED** [1] - 72:15

**BACKGROUND** [1] - 70:21

**BACKLOG** [1] - 18:15

**BALANCE** [3] - 52:22, 65:5, 67:4

**BALANCED** [1] - 60:16

**BALANCES** [1] - 54:20

**BALANCING** [2] - 31:10, 52:14

**BALL** [1] - 65:6

**BALLOTS** [1] - 45:25

**BANK** [1] - 43:20

**BANKS** [1] - 72:17
**BARGAIN** [1] - 35:14
**BARGAINED** [2] - 28:15, 77:2
**BASED** [6] - 19:24, 21:2, 26:8, 26:17, 68:20, 69:1
**BASELESS** [1] - 7:3
**BASES** [1] - 36:20
**BASIC** [4] - 33:12, 36:3, 37:1, 82:1
**BASICALLY** [4] - 43:13, 43:23, 44:9, 44:12
**BASIS** [18] - 7:6, 7:7, 8:5, 8:7, 13:24, 14:8, 14:11, 14:16, 19:1, 19:3, 44:9, 44:12, 44:21, 60:13, 61:1, 75:16, 77:4
**BE** [139] - 3:25, 4:2, 4:5, 5:16, 5:18, 7:9, 8:21, 8:24, 8:25, 11:18, 12:5, 14:4, 14:24, 14:25, 15:3, 15:16, 15:19, 15:22, 16:1, 16:5, 16:7, 16:8, 17:4, 18:7, 19:5, 19:6, 19:12, 19:21, 20:11, 20:25, 21:6, 21:18, 21:19, 21:21, 23:23, 24:4, 24:11, 25:3, 25:16, 25:20, 25:21, 27:15, 28:3, 28:13, 29:5, 29:9, 30:10, 30:16, 30:23, 31:9, 31:15, 32:1, 32:11, 33:7, 34:17, 35:5, 35:18, 35:23, 35:25, 36:13, 36:24, 37:6, 38:10, 39:19, 39:20, 40:1, 40:4, 40:15, 40:23, 40:25, 41:4, 41:7, 41:9, 41:10, 41:18, 42:2, 43:8, 45:11, 45:21, 45:23, 46:17, 46:21, 48:1, 49:24, 50:2, 50:20, 51:6, 51:12, 54:11, 55:18, 56:21, 56:25, 57:10, 57:16, 58:11, 58:17, 58:21, 59:6, 62:4, 62:6, 62:7, 62:10, 64:18, 65:3, 65:4, 66:11, 70:4, 70:15, 71:10, 71:20, 72:1, 72:2, 72:3, 74:1, 74:10, 76:6, 76:18, 77:8, 79:18, 79:19,

80:7, 80:9, 80:14, 80:18, 81:2, 81:8, 81:9, 81:12, 82:2, 82:6
**BEAR** [2] - 17:4, 18:6
**BEARS** [2] - 76:20, 79:14
**BECAUSE** [63] - 3:20, 4:20, 5:21, 8:7, 11:1, 11:25, 13:25, 14:3, 14:11, 14:19, 14:22, 15:5, 18:20, 19:16, 19:19, 20:6, 21:6, 22:25, 25:3, 26:6, 27:5, 27:7, 29:25, 30:2, 30:18, 33:1, 33:25, 34:6, 34:20, 37:8, 37:21, 37:23, 37:24, 39:4, 40:4, 40:18, 44:24, 45:4, 45:23, 48:15, 49:15, 50:9, 50:14, 51:10, 53:19, 55:4, 56:18, 57:18, 58:6, 61:5, 61:9, 61:11, 66:1, 66:3, 66:9, 69:16, 71:19, 75:17, 77:2, 79:18, 79:24, 80:6, 80:12
**BECOME** [1] - 3:20
**BEEN** [18] - 15:25, 17:20, 23:6, 27:11, 27:17, 47:25, 54:9, 59:21, 60:20, 67:12, 67:13, 69:13, 69:14, 72:19, 72:20, 76:4, 79:22, 81:4
**BEFORE** [22] - 1:10, 16:11, 16:13, 18:19, 20:11, 29:16, 32:6, 40:14, 41:16, 44:16, 46:8, 55:23, 56:23, 59:2, 60:1, 65:12, 65:13, 74:11, 78:5, 82:4, 83:6
**BEGAN** [2] - 61:8, 61:14
**BEGIN** [5] - 18:15, 21:17, 35:11, 36:5, 63:22
**BEHALF** [7] - 3:10, 3:15, 5:4, 5:9, 6:4, 55:17, 73:10
**BEING** [40] - 7:14, 8:16, 9:1, 9:8, 9:10, 9:12, 9:13, 9:14, 11:9, 11:21, 14:5, 14:15, 14:25, 16:18, 17:25, 25:1, 25:2, 25:10, 29:6, 34:9,

34:10, 43:1, 53:11, 53:23, 56:8, 60:1, 61:21, 63:14, 67:7, 68:2, 68:9, 68:10, 68:12, 69:7, 72:13, 73:25, 76:6, 82:5
**BELABORED** [1] - 54:11
**BELIEF** [1] - 6:10
**BELIEVE** [26] - 4:11, 4:14, 7:4, 7:23, 8:5, 14:6, 19:11, 20:8, 27:15, 31:15, 39:5, 39:13, 51:21, 54:8, 54:22, 55:13, 56:5, 56:10, 58:15, 64:10, 66:18, 74:13, 74:17, 78:17, 78:18, 79:11
**BELIEVES** [1] - 24:7
**BELL** [1] - 1:17
**BELONGS** [1] - 19:15
**BENEFIT** [3] - 30:14, 30:15, 79:16
**BENEFITS** [1] - 81:22
**BENJAMIN** [2] - 2:2, 5:7
**BESIDES** [1] - 23:12
**BEST** [2] - 31:15, 62:17
**BETH** [1] - 1:15
**BETTER** [6] - 10:22, 20:17, 24:6, 31:4, 39:21, 47:21
**BETWEEN** [10] - 17:1, 33:24, 38:4, 44:14, 44:17, 45:10, 50:22, 50:24, 51:2, 75:19
**BEYOND** [6] - 6:11, 23:9, 25:5, 29:7, 29:15, 56:16
**BIGGER** [1] - 24:19
**BILL** [18] - 20:5, 34:25, 36:2, 37:9, 37:13, 38:17, 38:24, 39:3, 39:22, 40:1, 42:1, 42:10, 42:19, 59:8, 69:19, 69:20, 82:10
**BILLS** [18] - 10:15, 19:22, 33:17, 35:21, 37:11, 37:19, 37:20, 48:13, 60:13, 60:25, 62:25, 64:5, 66:20, 68:23, 69:17, 69:18, 70:13, 80:9
**BIT** [3] - 31:6, 56:2, 76:5
**BLACK** [1] - 53:3
**BLAIR** [1] - 62:12
**BLANKET** [2] - 69:2
**BLUE** [2] - 1:17, 24:6

**BOARD** [1] - 68:4
**BODY** [1] - 33:5
**BOROUGH** [1] - 33:3
**BOTH** [24] - 8:1, 8:11, 11:2, 12:21, 13:7, 14:19, 16:22, 21:25, 27:2, 29:3, 48:19, 50:2, 50:17, 50:21, 52:4, 59:22, 61:9, 62:21, 67:9, 67:25, 69:8, 69:9, 77:17
**BOUND** [2] - 26:16, 33:14, 33:15
**BOX** [1] - 1:16
**BREAD** [1] - 9:12
**BRIEF** [5] - 6:6, 33:22, 48:2, 72:23, 73:14
**BRIEFING** [7] - 4:14, 8:11, 10:16, 11:12, 13:8, 23:18, 51:1
**BRIEFLY** [3] - 33:1, 44:8, 47:1
**BRIEFS** [2] - 60:24, 63:11
**BRING** [7] - 28:18, 38:22, 39:9, 56:11, 57:2, 66:8, 82:25
**BRINGING** [1] - 47:6
**BRINGS** [1] - 34:21
**BRINK** [1] - 71:25
**BROAD** [2] - 21:9, 42:15
**BROADER** [5] - 30:19, 30:20, 33:19, 37:21, 38:4
**BROUGHT** [2] - 15:3, 47:24
**BRUNT** [1] - 18:6
**BUDGET** [1] - 63:2
**BUDGETARY** [2] - 74:24, 75:1
**BUILDING** [3] - 23:8, 34:13, 43:20
**BUILDINGS** [6] - 22:8, 22:9, 22:10, 22:11, 22:19
**BURDEN** [5] - 6:12, 11:10, 17:4, 27:3, 69:2
**BURDENS** [1] - 40:11
**BUSINESS** [7] - 28:10, 28:11, 28:13, 28:14, 45:8, 78:5, 78:20
**BUSINESSES** [3] - 29:25, 78:21, 79:5
**BUT** [99] - 4:12, 4:14, 4:21, 5:19, 5:24, 6:17, 7:5, 8:4, 11:17, 12:9, 12:17, 12:19, 13:14, 16:1, 16:14,

16:16, 17:13, 19:2, 19:10, 20:19, 21:9, 21:19, 22:22, 23:5, 23:8, 24:15, 24:18, 25:2, 25:5, 28:7, 29:6, 29:10, 29:21, 30:8, 30:11, 30:20, 32:11, 33:4, 34:1, 36:15, 38:12, 38:21, 39:5, 39:14, 39:20, 39:22, 40:11, 40:16, 41:4, 41:14, 42:8, 43:5, 44:9, 44:24, 45:6, 45:13, 45:22, 46:18, 47:24, 48:14, 48:23, 50:23, 51:6, 51:12, 51:18, 51:20, 51:21, 52:2, 52:20, 55:1, 55:19, 56:9, 56:20, 57:1, 57:18, 57:23, 58:8, 58:17, 59:23, 60:3, 62:22, 64:6, 65:2, 65:14, 67:23, 68:19, 69:10, 69:22, 70:21, 72:3, 72:11, 73:22, 74:4, 79:17, 80:25, 82:1, 82:7, 82:22, 82:24
**BY** [46] - 1:24, 1:24, 3:18, 4:9, 4:19, 8:11, 12:8, 13:3, 13:7, 14:25, 15:18, 19:5, 22:12, 26:16, 26:20, 27:18, 33:8, 33:15, 37:9, 40:11, 41:18, 42:10, 47:11, 48:13, 48:24, 49:14, 53:5, 53:17, 54:13, 56:1, 59:7, 59:10, 63:21, 66:12, 68:3, 69:17, 69:20, 69:22, 70:6, 75:2, 75:12, 77:4, 80:24

## C

**CALL** [1] - 55:3
**CALLING** [2] - 65:13, 65:14
**CALLS** [3] - 65:10, 66:17, 81:17
**CAN** [68] - 8:17, 10:2, 10:4, 10:6, 12:4, 12:6, 12:14, 13:12, 13:13, 18:15, 19:6, 19:21, 20:11, 21:17, 21:18, 21:19, 21:20, 24:2, 24:4, 25:24, 28:4, 29:19, 33:5, 33:7, 33:13, 35:4, 37:15, 38:22, 39:1,

39:8, 39:9, 39:15, 40:20, 41:12, 41:16, 42:10, 43:8, 45:24, 47:1, 47:19, 48:18, 48:19, 50:2, 50:16, 51:17, 52:16, 52:20, 53:19, 54:25, 56:10, 56:12, 56:19, 57:9, 58:9, 59:10, 68:14, 70:21, 70:22, 71:14, 71:16, 77:3, 77:14, 78:10, 80:4, 81:7, 82:13, 82:22

**CAN'T** [7] - 14:3, 19:3, 20:5, 25:14, 39:4, 39:5, 41:24

**CANNOT** [16] - 13:14, 14:6, 14:9, 17:3, 18:7, 18:20, 18:22, 19:19, 20:5, 20:25, 24:14, 25:15, 47:18, 52:18, 71:13, 73:25

**CAP** [1] - 77:3

**CAPITAL** [4] - 78:2, 78:13, 78:19, 79:17

**CAPPED** [1] - 12:13

**CAPTURE** [2] - 66:14, 66:15

**CAREFULLY** [1] - 68:25

**CARES** [6] - 11:20, 26:6, 72:16, 77:6, 79:8, 81:3

**CARES/ UNEMPLOYMENT** [1] - 17:21

**CARING** [2] - 66:7, 66:9

**CARRY** [1] - 79:25

**CASE** [37] - 1:3, 3:3, 4:4, 7:15, 7:17, 12:1, 12:19, 19:16, 32:24, 33:3, 34:13, 36:18, 43:21, 43:23, 44:11, 48:22, 50:4, 50:16, 51:18, 56:20, 67:10, 67:17, 67:19, 67:21, 69:6, 71:11, 71:12, 75:14, 77:4, 77:23, 80:13, 80:16, 81:5, 82:7

**CASE-BY-CASE** [1] - 77:4

**CASES** [16] - 18:15, 18:17, 43:19, 55:3, 55:5, 55:7, 55:10, 59:25, 67:8, 67:22, 69:25, 70:4, 70:12, 74:4, 74:7

**CATEGORIES** [1] -

55:6

**CATEGORY** [1] - 70:7

**CAUGHT** [2] - 70:23, 72:2

**CAUSE** [8] - 21:15, 23:15, 26:24, 30:19, 30:20, 34:3, 36:11, 53:19

**CAUSED** [3] - 30:8, 30:9, 69:7

**CENTURY** [1] - 36:20

**CERTAIN** [7] - 15:8, 27:20, 39:12, 45:19, 54:25, 75:6, 75:13

**CERTAINLY** [14] - 4:21, 6:19, 7:4, 7:7, 7:12, 7:24, 32:3, 38:13, 39:1, 40:8, 45:12, 58:17, 74:3, 74:5

**CERTIFICATION** [1] - 41:2

**CERTIFICATIONS** [1] - 58:6

**CERTIFIED** [1] - 43:7

**CERTIFY** [1] - 83:12

**CHALLENGE** [5] - 7:24, 8:1, 34:25, 47:7

**CHALLENGING** [1] - 67:10

**CHAMBER** [2] - 32:23, 33:11

**CHAMBERS** [1] - 82:18

**CHANCE** [1] - 27:6

**CHANGE** [2] - 39:20, 39:23

**CHANGED** [2] - 4:12, 64:12

**CHANGES** [1] - 38:24

**CHARGE** [3] - 71:13, 71:16, 71:24

**CHARGES** [2] - 12:17, 71:3, 71:5, 71:6

**CHARGING** [1] - 71:14

**CHECK** [3] - 17:16, 65:19, 72:1

**CHESTNUT** [1] - 2:9

**CHILDREN** [6] - 14:2, 14:23, 16:7, 17:14, 62:14, 66:6

**CHOOSE** [1] - 73:14

**CIRCLE** [1] - 82:25

**CIRCUIT** [9] - 32:22, 33:2, 33:4, 43:23, 43:25, 44:10, 54:14, 54:24, 55:10

**CIRCUMSTANCES** [3] - 54:25, 55:2, 71:11

17:10, 48:12

**CITATION** [1] - 37:12

**CITE** [1] - 33:13

**CITED** [2] - 33:23, 78:15

**CITIES** [1] - 67:7

**CITIZENS** [2] - 19:13, 56:23

**CITY** [115] - 1:6, 2:4, 2:6, 3:3, 3:12, 5:4, 5:7, 5:8, 6:20, 7:2, 8:4, 11:6, 11:12, 11:17, 12:8, 13:8, 13:9, 13:12, 13:15, 13:24, 14:8, 15:9, 17:5, 17:7, 17:12, 18:2, 18:3, 18:5, 19:2, 19:11, 19:13, 19:22, 21:14, 22:11, 24:22, 24:25, 26:9, 26:17, 27:11, 29:12, 29:23, 30:4, 30:14, 30:17, 30:21, 31:21, 32:21, 33:13, 33:15, 33:18, 36:9, 36:11, 36:19, 36:23, 37:19, 39:23, 40:9, 40:10, 40:12, 40:17, 40:19, 42:14, 43:12, 43:14, 43:16, 44:19, 45:3, 46:16, 47:15, 51:13, 51:14, 51:15, 52:23, 53:6, 53:22, 54:16, 55:17, 56:1, 56:4, 56:16, 56:23, 57:4, 57:11, 57:24, 58:7, 59:5, 59:10, 59:12, 60:12, 60:15, 61:18, 61:21, 61:24, 62:18, 62:21, 62:24, 63:1, 63:3, 63:4, 63:5, 63:6, 63:23, 64:25, 66:19, 67:2, 69:20, 70:25, 74:25, 75:1, 75:25, 80:21, 81:22, 81:24

**CITY'S** [15] - 10:14, 22:10, 25:25, 26:5, 26:7, 27:8, 31:24, 34:3, 37:8, 48:3, 53:12, 60:5, 63:17, 74:24, 80:8

**CIVIL** [2] - 1:3, 3:7

**CLAIM** [9] - 6:23, 6:24, 12:6, 37:11, 45:1, 48:14, 48:23, 50:22, 68:2

**CLAIMED** [2] - 23:25, 51:2

**CLAIMING** [1] - 72:9

**CLAIMS** [4] - 4:4, 8:4,

17:10, 48:12

**CLARIFY** [4] - 4:15, 4:18, 44:24, 76:3

**CLASS** [1] - 41:6

**CLASSIC** [1] - 46:10

**CLAUSE** [19] - 8:2, 12:2, 19:15, 19:23, 20:2, 20:9, 20:16, 20:24, 23:22, 23:23, 35:4, 38:14, 43:17, 44:4, 45:1, 45:16, 47:4, 47:13, 55:11

**CLEAN** [1] - 74:20

**CLEAN-UP** [1] - 74:20

**CLEANLINESS** [1] - 34:11

**CLEAR** [11] - 9:14, 14:15, 16:18, 31:5, 34:15, 38:3, 39:4, 40:23, 54:14, 54:24, 71:12

**CLEARLY** [1] - 21:7

**CLERK** [1] - 10:23

**CLIENT** [3] - 22:23, 24:22, 63:15

**CLIENT'S** [1] - 15:6

**CLIENTS** [5] - 27:18, 45:8, 76:13, 81:14, 82:21

**CLOSE** [4] - 44:3, 53:14, 53:16, 55:23

**CLOSED** [3] - 59:19, 68:9, 68:10

**CLOSER** [1] - 45:13

**CODES** [2] - 62:2, 62:3

**COLIN** [2] - 1:14, 3:9

**COLLEAGUE** [1] - 57:23

**COLLEAGUES** [2] - 31:2, 51:17

**COLLECT** [2] - 19:9, 69:14

**COLLECTIONS** [1] - 70:18

**COMBINATION** [1] - 53:24

**COME** [7] - 25:24, 27:7, 56:22, 60:18, 65:4, 65:19, 81:12

**COMES** [2] - 61:9, 63:10

**COMMENCING** [1] - 49:12

**COMMENTED** [1] - 22:1

**COMMENTS** [1] - 82:15

**COMMERCE** [1] - 32:23

**COMMISSION** [4] - 42:7, 43:10, 52:2, 52:3

**COMMIT** [1] - 32:12

**COMMITTING** [1] - 6:13

**COMMON** [2] - 30:13, 39:2

**COMMONWEALTH** [7] - 3:21, 12:1, 15:13, 17:17, 17:23, 18:24, 19:24

**COMMUNITY** [1] - 2:8

**COMPANY** [1] - 50:4

**COMPARABLE** [1] - 51:22

**COMPENSABLE** [1] - 54:13

**COMPENSATION** [4] - 20:22, 20:23, 47:5, 77:18

**COMPLAINT** [6] - 3:25, 5:25, 31:23, 32:8, 32:9, 37:17

**COMPLETE** [2] - 43:13, 76:16

**COMPLETELY** [2] - 20:21, 54:2

**COMPLIED** [1] - 50:2

**COMPLY** [3] - 48:19, 50:16, 50:20

**COMPOUNDS** [1] - 22:20

**COMPREHENSIVE** [2] - 81:17, 82:9

**COMPROMISE** [1] - 77:1

**COMPUTER** [2] - 1:24, 1:24

**COMPUTER-AIDED** [1] - 1:24

**CONCEDED** [1] - 44:16

**CONCERN** [4] - 30:19, 65:1, 65:11, 65:23

**CONCERNED** [2] - 65:17, 77:21

**CONCERNS** [2] - 34:2, 41:1

**CONCRETE** [2] - 52:24, 53:2

**CONDITION** [1] - 61:15

**CONDITIONS** [2] - 62:17, 66:9

**CONFERENCE** [1] - 79:25

**CONFLICT** [13] - 48:9, 48:11, 49:15, 49:22, 49:24, 50:1, 50:5,

52:9, 74:15, 74:16, 74:18, 75:18
**CONFLICTED** [1] - 75:17
**CONFLICTS** [4] - 50:22, 50:23, 51:2, 51:4
**CONGRESS** [1] - 81:4
**CONNECTION** [3] - 33:24, 38:4, 44:17
**CONNECTS** [1] - 70:17
**CONSEQUENCES** [2] - 27:23, 54:1
**CONSIDER** [3] - 11:15, 24:20, 79:15
**CONSIDERATION** [2] - 21:5, 79:14
**CONSIDERED** [3] - 19:6, 39:19, 43:13
**CONSTANTLY** [1] - 23:3
**CONSTITUTE** [2] - 54:15, 54:25
**CONSTITUTIONAL** [11] - 6:12, 23:20, 23:21, 24:1, 33:7, 54:23, 54:24, 55:5, 74:6, 74:9, 74:11
**CONTACT** [1] - 34:1
**CONTACTS** [1] - 53:16
**CONTEMPLATE** [3] - 26:9, 26:12, 26:13
**CONTEMPLATED** [1] - 56:8
**CONTEXT** [7] - 36:19, 44:3, 46:3, 46:7, 47:9, 55:2, 56:7
**CONTEXTS** [1] - 36:9
**CONTINUE** [2] - 21:20, 40:15
**CONTINUED** [1] - 2:1
**CONTINUES** [2] - 11:18, 23:9
**CONTINUING** [2] - 18:2, 32:10
**CONTRACT** [11] - 7:16, 9:9, 21:23, 35:4, 38:13, 43:17, 44:4, 44:13, 44:25, 45:16, 47:12
**CONTRACTED** [1] - 28:19
**CONTRACTING** [2] - 17:2, 43:15
**CONTRACTION** [1] - 11:2
**CONTRACTS** [5] - 8:2, 20:16, 23:22, 45:4,

55:11
**CONTRACTUAL** [6] - 9:4, 12:21, 16:23, 20:20, 71:4
**CONTRACTUALLY** [2] - 45:7, 45:10
**CONTROL** [4] - 42:19, 49:6, 75:10, 75:11
**CONTROLLING** [1] - 48:22
**CONTROLS** [1] - 76:1
**CONVERSATIONS** [1] - 56:16
**CONVERTING** [1] - 6:24
**COORDINATING** [1] - 56:15
**COPE** [2] - 15:10, 25:23
**CORE** [1] - 55:7
**CORNER** [1] - 9:11
**CORRECT** [9] - 48:11, 51:17, 59:18, 76:8, 77:5, 79:3, 79:4, 79:7, 83:12
**CORRECTLY** [1] - 78:17
**COSTS** [2] - 17:10, 37:6
**COULD** [14] - 4:5, 8:20, 9:8, 11:1, 33:14, 36:13, 41:23, 56:24, 64:21, 69:21, 76:6, 79:1, 81:18, 81:19
**COULDN'T** [1] - 79:6
**COUNCIL** [14] - 15:9, 19:22, 29:12, 30:21, 33:14, 33:18, 37:19, 39:23, 40:17, 42:14, 43:12, 43:16, 57:24
**COUNSEL** [10] - 1:18, 2:6, 2:13, 3:8, 29:11, 29:13, 80:14, 80:18, 81:13, 83:8
**COUNSEL'S** [1] - 32:20
**COUNTRY** [5] - 25:19, 29:23, 56:5, 67:7, 67:10
**COUPLE** [2] - 49:2, 68:19
**COURSE** [4] - 4:20, 5:16, 5:19, 64:12
**COURT** [136] - 1:1, 1:20, 3:2, 3:11, 3:16, 4:6, 5:3, 5:9, 5:13, 6:7, 7:10, 7:13, 7:25, 9:10, 9:15, 9:20, 9:23, 10:1, 10:4,

10:9, 10:11, 10:19, 11:23, 13:23, 15:3, 18:13, 18:22, 18:23, 19:8, 19:25, 20:23, 22:23, 23:3, 23:12, 24:12, 25:14, 27:4, 27:16, 29:20, 31:9, 31:17, 32:6, 32:14, 32:18, 33:5, 34:12, 34:14, 34:18, 35:3, 35:7, 37:3, 37:23, 39:2, 39:6, 40:1, 41:3, 41:14, 41:20, 43:9, 43:19, 44:6, 44:21, 44:23, 46:25, 47:12, 47:14, 47:18, 47:22, 48:5, 48:7, 48:15, 49:13, 49:16, 50:4, 50:10, 51:7, 51:8, 52:12, 52:17, 52:20, 54:3, 54:6, 54:20, 55:16, 56:18, 56:19, 57:9, 57:11, 57:16, 58:3, 58:9, 58:10, 58:20, 58:23, 59:11, 59:14, 59:19, 59:24, 60:7, 60:8, 60:22, 63:24, 64:7, 70:4, 70:9, 70:10, 70:14, 70:15, 71:17, 73:7, 73:13, 74:11, 74:14, 75:6, 75:9, 75:19, 75:25, 76:17, 76:25, 77:6, 77:20, 78:12, 78:19, 78:25, 79:5, 79:8, 79:13, 79:22, 80:19, 81:18, 81:19, 82:19, 83:2, 83:5, 83:16
**COURT'S** [3] - 21:5, 31:1, 51:5
**COURTHOUSE** [1] - 1:21
**COURTS** [10] - 15:12, 18:14, 18:15, 43:13, 58:22, 59:7, 59:15, 67:9, 81:20
**COVER** [1] - 72:12
**COVERED** [4] - 44:10, 47:11, 70:6, 73:9
**COVID** [10] - 17:18, 17:19, 18:1, 18:4, 25:11, 26:15, 26:24, 44:15, 62:3, 62:5
**COVID-19** [19] - 8:14, 9:9, 11:2, 13:18, 14:20, 19:7, 24:9, 24:21, 24:24, 28:9, 28:23, 33:22, 38:2, 53:11, 53:16, 53:20,

56:13, 76:10, 78:12
**CREATE** [4] - 52:9, 54:1, 74:25, 81:10
**CREATED** [1] - 30:7
**CREATING** [1] - 80:8
**CREATION** [1] - 29:21
**CREATIONS** [1] - 27:12
**CRIMINAL** [1] - 55:8
**CRISES** [1] - 61:6
**CRISIS** [17] - 13:13, 13:14, 17:19, 25:12, 30:7, 30:8, 30:9, 56:13, 61:4, 61:7, 61:9, 61:12, 61:19, 61:24, 64:8, 67:25
**CRITICAL** [1] - 35:19
**CRYSTAL** [1] - 65:6
**CUOMO** [1] - 67:17
**CURED** [1] - 10:12
**CURIOUS** [1] - 57:16
**CURRENT** [12] - 12:18, 35:25, 36:1, 39:16, 41:9, 43:2, 43:25, 61:3, 61:4, 69:23, 71:18, 71:19
**CURRENTLY** [13] - 20:3, 20:9, 20:14, 23:2, 25:12, 29:2, 29:5, 49:23, 57:24, 59:5, 60:1, 67:8, 70:25
**CURTAILING** [1] - 55:7
**CUT** [3] - 42:18, 63:3, 72:12
**CYCLE** [1] - 14:6
**CYNTHIA** [1] - 1:10

## D

**DAILY** [1] - 16:3
**DAMAGES** [5] - 46:10, 46:13, 71:17, 71:21, 72:8
**DATA** [1] - 69:15
**DATE** [9] - 4:1, 16:10, 16:11, 25:15, 60:4, 60:6, 60:7, 82:17, 83:16
**DAVID** [1] - 1:14
**DAY** [5] - 16:13, 37:25, 38:15, 38:21, 63:15
**DAYS** [4] - 20:6, 42:25, 82:20, 82:23
**DEAD** [1] - 15:22
**DEADLINE** [3] - 15:19, 15:22, 57:7
**DEAL** [5] - 11:24, 18:15, 26:16, 27:16,

77:23
**DEALING** [6] - 7:16, 13:14, 34:19, 34:25, 40:10, 58:11
**DEATHS** [1] - 25:18
**DEBATE** [1] - 16:5
**DEBT** [2] - 7:1, 22:8
**DECEMBER** [1] - 79:10
**DECIDE** [1] - 56:19
**DECIDED** [2] - 67:12, 67:19
**DECIDING** [1] - 56:25
**DECISION** [3] - 57:18, 74:14, 82:13
**DECISIONS** [1] - 80:13
**DECLARATION** [3] - 53:21, 58:9, 58:13
**DECLARATIONS** [9] - 4:16, 4:20, 26:20, 41:3, 53:5, 53:13, 69:8, 69:9, 80:24
**DECLARED** [1] - 18:20
**DEEMED** [1] - 71:10
**DEFENDANT** [6] - 2:13, 3:15, 6:19, 6:20, 8:11, 17:7
**DEFENDANTS** [6] - 1:6, 3:5, 8:11, 21:25, 23:24, 27:5
**DEFER** [1] - 79:9
**DEFERENCE** [1] - 43:13
**DEFERRAL** [2] - 9:5, 13:3
**DEFINE** [1] - 48:17
**DEFINED** [1] - 25:12
**DEFINES** [1] - 13:16
**DEFINITELY** [3] - 51:19, 67:21, 72:12
**DELAY** [3] - 33:8, 59:12, 59:13
**DELAYING** [1] - 22:12
**DELETERIOUS** [1] - 44:19
**DELIVERED** [1] - 82:18
**DEMANDING** [1] - 44:12
**DEMONSTRATING** [1] - 50:19
**DEPARTMENT** [1] - 2:4
**DEPENDS** [1] - 39:7
**DEPUTY** [1] - 10:23
**DERIVE** [1] - 7:14
**DESPITE** [2] - 19:22, 62:17

**DESTROYED** [1] - 81:23

**DETERMINING** [2] - 49:25, 52:3

**DEVELOP** [1] - 82:9

**DEVELOPED** [2] - 76:6

**DID** [6] - 3:25, 26:9, 44:24, 49:15, 61:7, 69:22

**DIDN'T** [4] - 18:2, 37:19, 42:19, 55:9

**DIFFERENCE** [1] - 76:23

**DIFFERENT** [6] - 14:24, 29:9, 29:10, 50:22, 56:7, 65:11

**DIFFERENTLY** [1] - 77:2

**DIFFICULTY** [4] - 9:19, 9:25, 10:8, 34:7

**DIME** [1] - 40:6

**DIRE** [2] - 27:23, 61:11

**DIRECT** [2] - 52:9, 58:9

**DIRECTED** [1] - 11:14

**DIRECTLY** [3] - 33:2, 59:11, 77:8

**DISABILITY** [1] - 65:15

**DISAGREE** [3] - 18:10, 24:1, 26:7

**DISASTER** [1] - 78:20

**DISCLOSURES** [1] - 80:15

**DISCONNECTED** [1] - 66:2

**DISCOVERY** [2] - 80:14, 80:17

**DISCRETION** [1] - 52:3

**DISCUSS** [8] - 13:10, 17:7, 17:8, 26:25, 36:19, 47:23, 54:9, 81:14

**DISCUSSED** [4] - 47:25, 53:4, 53:5, 53:12

**DISCUSSING** [2] - 49:3, 80:14

**DISCUSSION** [3] - 28:7, 29:10, 35:8

**DISEASE** [3] - 14:20, 33:25, 46:1

**DISPARITIES** [1] - 14:22

**DISPLACED** [2] - 25:10, 29:5

**DISPLACEMENT** [1] - 29:1

**DISPUTE** [2] - 60:13, 77:13

**DISTANCE** [1] - 14:5

**DISTRICT** [5] - 1:1, 1:2, 5:23, 67:17, 70:1

**DIVER** [1] - 2:11

**DIVERSION** [12] - 51:13, 51:16, 51:18, 51:22, 55:18, 56:3, 59:4, 59:9, 60:5, 70:7, 70:24

**DIVIDE** [1] - 31:5

**DIVIDED** [1] - 31:5

**DO** [61] - 4:8, 4:23, 5:20, 9:11, 9:12, 10:6, 11:10, 11:12, 12:9, 14:3, 15:24, 16:2, 20:8, 23:5, 24:8, 25:8, 26:2, 28:1, 28:18, 28:19, 30:19, 31:6, 31:19, 39:2, 42:9, 45:6, 45:9, 47:12, 49:11, 51:14, 52:16, 52:17, 54:14, 55:23, 56:13, 56:19, 56:22, 56:24, 57:5, 57:8, 57:11, 57:21, 57:22, 58:6, 59:4, 59:8, 60:25, 65:17, 65:21, 66:18, 68:7, 69:5, 71:16, 72:12, 72:18, 75:6, 77:13, 77:20, 82:10

**DOCKET** [2] - 3:7, 5:24

**DOCTRINE** [1] - 33:7

**DOCUMENT** [3] - 40:22, 41:21, 41:25

**DOCUMENTATION** [6] - 40:24, 41:5, 42:2, 42:6, 42:8, 43:7

**DOCUMENTS** [5] - 4:18, 5:15, 6:1, 31:23, 51:11

**DOES** [56] - 11:23, 14:1, 14:10, 17:7, 17:13, 19:11, 21:10, 21:12, 21:25, 22:1, 22:17, 25:19, 26:11, 26:13, 26:24, 27:1, 29:2, 34:16, 34:21, 36:2, 37:13, 39:20, 39:22, 40:19, 42:25, 43:3, 45:3, 45:5, 45:17, 46:11, 51:13, 52:8, 52:9, 55:13,

55:19, 56:24, 58:24, 59:8, 61:18, 61:19, 63:23, 65:1, 66:14, 66:15, 67:24, 71:1, 72:25, 74:15, 76:11, 76:14, 76:24, 78:13, 78:21, 78:24, 80:6

**DOESN'T** [3] - 7:14, 39:24, 78:3

**DOING** [6] - 8:15, 15:16, 30:23, 57:10, 70:13, 80:6

**DOLLARS** [2] - 72:4, 72:5

**DOMINATING** [1] - 16:5

**DON'T** [46] - 7:11, 8:13, 14:2, 15:4, 17:8, 19:2, 19:23, 22:18, 25:4, 27:25, 28:1, 28:2, 28:16, 31:17, 32:14, 35:22, 36:22, 38:22, 39:15, 41:11, 41:25, 42:9, 42:11, 44:23, 51:4, 51:8, 54:11, 55:13, 58:8, 60:8, 63:24, 64:1, 66:1, 66:8, 66:13, 66:20, 69:17, 71:5, 73:8, 75:4, 75:8, 76:2, 77:20, 82:24, 83:5

**DONE** [5] - 43:12, 51:14, 56:6, 56:23, 77:4

**DOUBLE** [1] - 62:19

**DOUBLING** [4] - 33:24, 46:1, 53:12, 62:8

**DOUGHERTY** [59] - 1:14, 3:9, 4:25, 5:1, 6:3, 6:5, 6:8, 7:10, 7:12, 7:22, 9:13, 9:16, 9:20, 9:21, 10:1, 10:2, 10:5, 10:10, 10:12, 10:22, 10:24, 12:7, 13:25, 14:13, 15:24, 15:25, 20:1, 21:12, 22:23, 23:2, 23:7, 23:17, 24:24, 26:4, 28:6, 45:8, 46:8, 54:21, 60:24, 63:10, 65:23, 73:14, 73:16, 76:9, 76:14, 76:19, 77:5, 77:10, 77:21, 78:9, 78:16, 78:24, 79:4, 79:7, 79:11, 82:16, 83:1, 83:3

**DOUGHERTY'S** [1] -

37:14

**DOWN** [3] - 9:11, 64:14, 70:11

**DR** [1] - 16:2

**DRAFTED** [1] - 69:21

**DRASTIC** [1] - 43:22

**DROP** [1] - 15:22

**DROP-DEAD** [1] - 15:22

**DUE** [16] - 17:25, 37:7, 38:17, 38:21, 39:12, 39:17, 39:19, 39:25, 43:13, 47:13, 53:11, 58:20, 71:10, 72:2, 73:5, 78:6

**DURING** [5] - 25:11, 40:5, 56:12, 63:6, 74:1

---

# E

**EACH** [10] - 27:21, 30:13, 41:9, 51:5, 51:10, 70:11, 72:1, 80:14, 82:3, 82:21

**EARLIER** [3] - 33:3, 36:10, 46:6

**EAST** [1] - 43:19

**EASTERN** [2] - 1:2, 5:23

**EAT** [1] - 64:15

**ECONOMIC** [14] - 13:13, 23:10, 34:6, 53:25, 60:17, 62:22, 64:9, 65:3, 67:4, 68:1, 68:4, 68:8, 71:19, 78:20

**ECONOMY** [2] - 30:1, 30:9

**EDGES** [1] - 46:18

**EDUCATION** [2] - 53:10, 62:20

**EDUCATIONAL** [3] - 14:22, 15:1, 34:5

**EFFECT** [6] - 14:19, 37:9, 39:3, 40:15, 53:7, 74:23

**EFFECTING** [1] - 36:24

**EFFECTIVE** [1] - 11:24

**EFFECTIVELY** [3] - 18:14, 22:15, 23:11

**EFFECTIVENESS** [1] - 17:22

**EFFECTS** [4] - 11:7, 16:21, 24:21, 44:19

**EFFORT** [2] - 25:11, 33:8

**EFFORTS** [4] - 55:25,

56:13, 62:18, 80:8

**EITHER** [6] - 9:8, 12:11, 36:10, 64:8, 64:21, 76:22

**EJECTED** [3] - 8:16, 21:19, 25:1

**EJECTING** [3] - 8:25, 11:4

**EJECTION** [1] - 13:21

**EJECTMENT** [2] - 18:10, 18:25

**ELEANOR** [1] - 2:3

**ELIGIBLE** [4] - 17:19, 17:20, 18:1, 41:7

**ELMSFORD** [1] - 67:16

**ELSE** [3] - 13:22, 31:18, 83:2

**EMBRACE** [1] - 55:3

**EMERGENCIES** [1] - 18:19

**EMERGENCY** [18] - 6:11, 34:15, 34:17, 34:20, 48:12, 49:4, 57:12, 59:23, 60:16, 66:24, 67:5, 67:23, 68:3, 68:15, 72:25, 73:4, 76:10

**EMPLOYEES** [2] - 78:22, 79:2

**EMPLOYMENT** [1] - 53:10

**ENABLED** [1] - 3:23

**ENACT** [2] - 40:17, 42:19, 43:16

**ENACTED** [3] - 8:6, 69:20, 69:22

**ENACTMENT** [1] - 68:23

**END** [16] - 19:20, 20:3, 25:16, 25:20, 37:25, 38:15, 38:21, 52:20, 53:14, 59:25, 60:4, 64:3, 64:8, 64:17, 65:2, 70:12

**ENDED** [1] - 49:10

**ENDING** [1] - 25:12

**ENFORCE** [1] - 18:7

**ENFORCEABLE** [2] - 46:21, 46:22

**ENJOINED** [2] - 21:16, 24:4

**ENJOY** [1] - 83:6

**ENLIGHTENING** [1] - 79:22

**ENOUGH** [1] - 22:20

**ENSURE** [1] - 56:11

**ENSURING** [1] - 56:10

**ENTER** [4] - 9:5, 20:6, 21:4, 41:8

**ENTERED** [1] - 7:15
**ENTIRE** [2] - 28:23, 64:6
**ENTIRELY** [3] - 11:10, 36:3, 43:3
**ENTITIES** [2] - 15:15
**ENTITLED** [7] - 20:18, 22:13, 32:21, 40:17, 43:16, 76:18, 83:14
**ENTITLEMENTS** [1] - 20:21
**ENTITY** [1] - 7:15
**EQUAL** [1] - 27:2
**EQUITABLE** [2] - 12:22, 71:10
**EQUITIES** [4] - 31:11, 52:14, 52:22, 54:20
**ERIN** [1] - 62:12
**ESPECIALLY** [3] - 15:13, 37:1, 43:12
**ESQUIRE** [10] - 1:14, 1:14, 1:15, 2:2, 2:2, 2:3, 2:3, 2:7, 2:8, 2:10
**ESSENCE** [1] - 4:3
**ESSENTIAL** [1] - 64:25
**ESSENTIALLY** [3] - 13:1, 20:9, 49:25
**ESTABLISH** [1] - 81:18
**ESTABLISHED** [3] - 12:5, 12:6, 49:5
**ESTABLISHING** [1] - 75:12
**ESTIMATE** [2] - 71:17, 71:20
**ET** [1] - 1:6
**EVEN** [29] - 6:17, 8:4, 8:6, 8:18, 11:14, 13:20, 14:6, 18:21, 23:22, 24:7, 29:4, 29:16, 34:3, 34:14, 35:22, 36:1, 39:5, 40:14, 41:2, 45:22, 46:13, 50:19, 50:23, 60:3, 63:6, 64:16, 67:21, 70:2
**EVENT** [1] - 63:20
**EVENTUALLY** [1] - 21:3
**EVER** [1] - 24:14
**EVERY** [6] - 25:23, 40:18, 51:5, 51:10, 63:15
**EVERYBODY** [2] - 40:10, 77:24
**EVERYONE** [8] - 10:2, 15:20, 30:14, 56:22, 66:5, 68:5, 68:13,

82:2
**EVERYTHING** [3] - 8:24, 53:9, 66:11
**EVICT** [13] - 19:9, 19:10, 19:18, 28:1, 35:17, 39:4, 40:4, 42:10, 49:19, 49:20, 50:13, 75:23, 75:24
**EVICTED** [7] - 34:8, 34:9, 36:13, 53:13, 62:4, 62:6, 63:16
**EVICTION** [47] - 3:22, 6:15, 11:25, 16:17, 16:20, 16:22, 19:8, 25:3, 28:2, 28:3, 36:11, 36:16, 37:7, 37:20, 38:5, 38:6, 42:15, 48:18, 49:9, 49:12, 49:15, 50:12, 51:13, 51:16, 51:18, 51:22, 51:23, 52:6, 52:10, 53:2, 53:4, 55:18, 57:6, 59:4, 59:9, 59:17, 62:6, 62:15, 63:12, 63:19, 63:20, 64:7, 64:17, 64:21, 69:19, 70:5, 70:20
**EVICTIONS** [20] - 15:8, 15:14, 16:19, 24:23, 33:21, 33:24, 34:2, 35:1, 36:20, 38:2, 44:3, 44:15, 48:17, 49:7, 53:19, 61:10, 65:14, 75:12, 75:13, 76:1
**EVIDENCE** [6] - 4:5, 5:18, 13:6, 33:10, 33:13, 33:23
**EWING** [1] - 2:3
**EXACERBATE** [1] - 22:18
**EXACERBATED** [1] - 61:21
**EXACT** [4] - 30:10, 38:20, 39:10, 58:8
**EXACTLY** [3] - 55:24, 63:23, 69:12
**EXAMINING** [1] - 7:6
**EXAMPLE** [2] - 43:22, 61:25
**EXCEEDINGLY** [1] - 31:3
**EXCEPT** [4] - 15:9, 34:24, 49:7, 75:13
**EXCHANGE** [2] - 35:14, 35:20
**EXCUSE** [2] - 6:22, 9:7
**EXECUTE** [1] - 22:4

**EXECUTING** [1] - 6:25
**EXECUTION** [5] - 8:23, 11:3, 18:25, 21:18, 50:7
**EXECUTIVE** [1] - 69:24
**EXERCISE** [1] - 64:1
**EXHAUSTIVE** [1] - 74:6
**EXHIBIT** [1] - 27:8
**EXHIBITS** [1] - 79:23
**EXIST** [1] - 72:11
**EXISTED** [4] - 11:21, 28:8, 29:15, 60:14
**EXISTING** [3] - 45:4, 53:24, 61:5
**EXISTS** [2] - 34:15, 60:18
**EXIT** [1] - 67:25
**EXORBITANT** [1] - 71:24
**EXPECT** [4] - 15:7, 57:6, 80:18, 82:11
**EXPECTATION** [5] - 25:20, 35:14, 35:19, 36:23, 46:16
**EXPECTATIONS** [1] - 46:6
**EXPECTS** [1] - 18:5
**EXPENSE** [1] - 33:8
**EXPERIENCE** [1] - 62:13
**EXPERIENCING** [1] - 68:21
**EXPERTS** [2] - 80:24, 81:12
**EXPIRATION** [1] - 16:13
**EXPIRES** [1] - 42:22
**EXPIRING** [1] - 73:20
**EXPLAINED** [5] - 49:16, 51:3, 53:21, 75:20, 75:25
**EXPLAINING** [1] - 50:19
**EXPLICIT** [1] - 34:14
**EXPOSED** [1] - 45:25
**EXPRESS** [1] - 44:11
**EXPRESSLY** [1] - 49:8
**EXTEND** [3] - 12:25, 57:6, 57:12
**EXTENDED** [4] - 3:22, 15:23, 16:1, 43:24
**EXTENSION** [2] - 11:25, 15:19
**EXTENSIVE** [1] - 4:17
**EXTRA** [2] - 61:17, 72:5

**F**

**F.3D** [1] - 32:24
**FACE** [6] - 13:11, 14:23, 23:15, 53:1, 53:2, 53:6
**FACED** [1] - 53:17
**FACETS** [4] - 14:1, 14:12, 14:14, 15:10
**FACETTED** [1] - 7:25
**FACIAL** [2] - 47:6, 47:9
**FACILITIES** [4] - 22:8, 22:9, 22:10, 22:11
**FACING** [1] - 40:14
**FACT** [16] - 9:17, 9:22, 11:6, 11:20, 13:7, 17:7, 26:8, 30:19, 30:21, 32:20, 34:1, 51:4, 51:18, 59:8, 60:19, 62:2
**FACTS** [5] - 8:9, 17:9, 55:15, 60:20, 69:5
**FACTUALLY** [1] - 55:1
**FAIL** [1] - 7:7
**FAILED** [2] - 6:22, 6:23
**FAILS** [3] - 7:5, 7:7, 45:18
**FAIR** [4] - 42:7, 43:9, 52:4, 82:24
**FAITH** [2] - 71:17, 71:20
**FALL** [2] - 55:6, 83:7
**FALLOUT** [2] - 68:4, 68:8
**FAMILIES** [2] - 62:13, 62:19
**FAMILY** [6] - 17:11, 17:13, 27:13, 53:14, 63:14, 66:4
**FAMILY'S** [1] - 62:20
**FAR** [7] - 15:25, 18:23, 31:4, 33:19, 38:1, 51:15, 58:19
**FAST** [1] - 82:12
**FAVOR** [1] - 52:23
**FEAR** [2] - 25:21, 40:7, 40:8
**FEDERAL** [6] - 17:15, 36:9, 67:3, 67:9, 81:19, 81:21
**FEDERALLY** [1] - 72:15
**FEE** [3] - 22:4, 66:14, 71:14
**FEELING** [2] - 37:21, 64:22
**FEELS** [1] - 20:17
**FEES** [20] - 9:4, 16:24,

19:10, 21:21, 22:13, 27:24, 35:16, 37:5, 37:15, 42:23, 45:6, 45:10, 46:7, 46:9, 66:1, 71:24, 72:4, 72:5, 76:17, 76:18
**FEW** [6] - 4:22, 35:2, 42:16, 64:2, 73:16, 78:4
**FEWER** [2] - 12:13, 78:21
**FIELD** [19] - 2:2, 3:12, 5:5, 5:6, 5:7, 30:22, 30:24, 30:25, 32:3, 32:16, 36:7, 46:15, 54:7, 54:8, 55:21, 57:8, 57:14, 57:22, 74:18
**FIELD'S** [1] - 74:2
**FIGURE** [4] - 25:23, 68:6, 68:13, 73:3
**FILE** [12] - 3:24, 17:19, 18:23, 19:8, 20:5, 22:3, 28:1, 28:2, 29:4, 59:12, 60:3, 70:4
**FILED** [7] - 3:25, 5:14, 20:11, 59:21, 60:1, 67:9, 75:15
**FILING** [11] - 5:22, 6:23, 18:13, 18:24, 19:4, 37:17, 51:23, 52:5, 52:8, 53:4, 59:11
**FILINGS** [3] - 59:20, 59:21, 59:24
**FINALLY** [2] - 49:10, 53:22
**FINANCIAL** [3] - 40:22, 53:1, 57:3
**FIND** [3] - 48:1, 55:21, 62:7
**FINDING** [3] - 8:9, 11:5, 80:1
**FINDINGS** [11] - 9:17, 9:22, 11:19, 13:7, 17:6, 26:8, 26:17, 30:18, 30:21, 32:20, 34:1
**FIRMLY** [1] - 68:20
**FIRST** [18] - 3:17, 4:25, 23:19, 23:25, 31:20, 35:10, 46:14, 50:1, 54:17, 55:7, 58:14, 60:2, 61:2, 63:8, 69:25, 70:10, 74:8, 78:7
**FIVE** [2] - 8:10, 26:18
**FLOOD** [1] - 18:21
**FLOOR** [1] - 2:4

**FOCUSED** [1] - 24:12
**FOCUSING** [1] - 15:9
**FOIST** [1] - 11:10
**FOLD** [1] - 20:12
**FOLKS** [1] - 53:13
**FOLLOW** [1] - 41:9
**FOOTNOTE** [1] - 32:25
**FOR** [129] - 1:2, 1:18, 2:6, 2:13, 3:6, 3:18, 4:1, 4:6, 5:7, 5:15, 6:14, 7:3, 8:19, 9:11, 9:14, 10:6, 12:11, 12:15, 12:25, 14:18, 15:14, 15:19, 16:6, 16:25, 17:8, 17:11, 18:1, 18:4, 18:5, 18:14, 18:25, 19:8, 19:15, 19:17, 20:5, 20:6, 20:8, 20:24, 21:3, 21:8, 22:9, 24:5, 24:21, 24:22, 24:25, 26:13, 27:5, 28:1, 28:3, 28:15, 29:22, 31:25, 32:12, 34:24, 35:14, 35:15, 35:20, 36:1, 36:13, 36:20, 38:8, 38:17, 38:23, 39:6, 39:8, 39:15, 39:17, 39:24, 40:4, 40:19, 40:24, 41:4, 41:20, 43:22, 45:2, 46:13, 47:15, 48:1, 48:17, 48:18, 49:11, 49:25, 50:12, 50:14, 54:15, 57:23, 60:6, 60:14, 60:23, 61:25, 62:9, 62:10, 63:22, 64:23, 65:4, 66:7, 66:9, 66:19, 67:11, 69:25, 70:19, 71:8, 71:15, 72:9, 72:15, 72:18, 72:20, 73:20, 73:22, 73:23, 73:25, 74:22, 74:25, 76:12, 77:3, 77:12, 77:14, 77:16, 78:6, 78:7, 78:18, 79:24, 81:17, 82:8, 82:23, 82:24
**FORBEARANCE** [2] - 72:15, 72:18
**FORCE** [2] - 18:3, 81:18
**FORCED** [2] - 17:2, 43:1
**FORCING** [1] - 13:3
**FORECLOSED** [1] - 22:24
**FORECLOSURE** [10] -

22:16, 23:4, 23:13, 27:10, 27:20, 27:22, 57:7, 69:16, 69:25
**FORECLOSURES** [1] - 30:2
**FOREGOING** [1] - 83:12
**FORESEEABLE** [2] - 24:14, 80:22
**FORGIVABLE** [1] - 79:1
**FORGIVE** [2] - 35:22, 45:5
**FORM** [2] - 67:12, 70:12
**FORTH** [2] - 50:19, 54:12
**FORWARD** [7] - 30:2, 32:1, 35:24, 41:10, 59:10, 70:20, 80:13
**FOUNDATION** [1] - 48:25
**FOUR** [2] - 17:11, 17:13
**FOX** [1] - 1:15
**FRAMEWORK** [1] - 67:24
**FRANKLY** [5] - 43:22, 46:11, 46:18, 70:8, 70:18
**FREE** [8] - 5:19, 11:11, 13:1, 19:4, 22:14, 78:14, 78:15, 82:1
**FRIDAY** [2] - 4:12, 63:21
**FRIENDS** [1] - 53:14
**FROM** [57] - 4:9, 5:8, 5:22, 7:14, 8:16, 8:22, 8:25, 9:1, 9:7, 11:5, 12:16, 13:21, 17:15, 21:19, 22:2, 25:1, 25:3, 25:9, 25:10, 33:3, 33:19, 34:9, 34:13, 35:2, 35:12, 38:2, 38:20, 42:17, 44:18, 48:1, 50:5, 53:2, 53:3, 53:9, 56:3, 61:21, 61:25, 62:21, 62:22, 64:9, 64:11, 66:2, 66:6, 66:7, 67:25, 69:18, 73:5, 76:24, 81:4, 82:11, 83:3, 83:13
**FRONT** [3] - 32:8, 42:20, 43:9
**FRUSTRATINGLY** [1] - 16:12
**FULFILL** [1] - 30:13

**FULFILLED** [1] - 29:6
**FULL** [2] - 50:8, 71:25
**FULLY** [3] - 64:1, 64:14, 66:14
**FUND** [1] - 62:1
**FUNDING** [1] - 81:3
**FUNNY** [1] - 74:23
**FURLOUGHED** [1] - 17:18
**FURST** [15] - 2:3, 31:2, 31:8, 36:14, 47:16, 47:20, 47:23, 48:6, 48:10, 51:15, 52:13, 52:18, 54:5, 54:20
**FURTHER** [10] - 3:24, 5:18, 6:17, 44:21, 54:3, 64:20, 69:23, 73:8, 74:22, 81:22
**FURTHERANCE** [4] - 6:18, 8:11, 21:15, 25:7
**FUTURE** [6] - 21:22, 22:17, 24:15, 73:23, 74:1, 80:22

———————

## G

**GAINED** [1] - 33:8
**GARLAND** [9] - 2:7, 3:14, 5:11, 59:1, 59:18, 60:10, 60:23, 73:12
**GARLAND'S** [1] - 74:23
**GENERAL** [5] - 12:10, 21:8, 34:2, 39:8, 69:10
**GENERALLY** [3] - 42:13, 43:18, 46:11
**GEORGE** [1] - 2:8
**GET** [35] - 10:19, 18:14, 18:21, 19:19, 21:3, 22:5, 24:14, 27:25, 32:1, 37:4, 37:5, 37:23, 40:21, 41:22, 41:25, 45:21, 56:14, 58:7, 59:2, 59:5, 60:4, 61:18, 70:4, 70:22, 70:23, 70:24, 70:25, 72:1, 72:21, 73:23, 76:24, 77:1, 77:3, 79:6, 80:16
**GETTING** [3] - 27:24, 37:11, 77:22
**GIVE** [6] - 11:11, 22:14, 27:5, 58:20, 73:13, 82:20
**GIVEN** [5] - 19:5, 39:12, 43:11, 43:12,

44:2
**GIVES** [2] - 12:15, 60:5
**GIVING** [1] - 58:10
**GLIGOR** [2] - 1:20, 83:17
**GO** [27] - 6:11, 13:9, 14:3, 16:1, 24:9, 25:8, 25:17, 25:24, 29:2, 29:7, 35:7, 38:8, 38:16, 39:6, 45:24, 48:2, 52:15, 56:15, 59:10, 62:16, 63:24, 68:11, 69:7, 69:17, 69:22, 70:19, 73:23
**GOAL** [1] - 13:21
**GOALS** [1] - 28:12
**GOES** [5] - 6:17, 18:20, 23:9, 25:5, 42:13
**GOING** [57] - 4:24, 9:11, 10:19, 15:22, 16:1, 16:6, 16:7, 16:8, 21:4, 24:19, 29:5, 29:20, 30:3, 30:17, 30:22, 30:23, 31:6, 31:7, 31:9, 31:19, 31:21, 35:24, 36:14, 37:4, 37:5, 41:7, 41:10, 42:4, 42:7, 46:4, 46:16, 51:9, 55:25, 63:3, 63:22, 64:8, 64:13, 64:18, 65:2, 65:3, 65:6, 65:24, 66:6, 68:17, 68:18, 70:20, 72:3, 72:23, 73:13, 79:6, 80:2, 80:7, 81:1, 82:20
**GOLDSTEIN** [1] - 61:25
**GONE** [1] - 51:1
**GOOD** [9] - 30:25, 32:17, 32:18, 36:11, 56:6, 59:1, 71:17, 71:20, 81:11
**GOOD-FAITH** [2] - 71:17, 71:20
**GOT** [2] - 67:2, 81:11
**GOTTEN** [1] - 74:1
**GOULD** [1] - 2:8
**GOVERNMENT** [9] - 7:15, 12:16, 12:17, 12:19, 17:15, 66:25, 67:3, 68:6, 73:3
**GOVERNMENT'S** [1] - 12:23
**GOVERNMENTAL** [1] - 15:15

**GOVERNMENTS** [2] - 36:24, 67:1
**GOVERNOR** [8] - 3:21, 15:12, 16:2, 16:11, 57:6, 57:10, 67:16, 80:6
**GOVERNOR'S** [4] - 26:1, 29:3, 59:22, 69:24
**GOVERNS** [1] - 49:21
**GRANT** [1] - 23:15
**GRANTED** [3] - 21:1, 70:3
**GRANTING** [1] - 21:10
**GREAT** [1] - 13:10
**GREATER** [1] - 32:23
**GROGAN** [1] - 2:11
**GROUND** [2] - 44:10, 49:9
**GROUNDS** [3] - 48:18, 49:7, 75:14
**GUESS** [3] - 28:6, 43:18, 45:15
**GUIDANCE** [1] - 42:7
**GUISE** [1] - 13:14

———————

## H

**HAD** [16] - 3:20, 3:21, 3:22, 4:9, 10:15, 22:24, 31:1, 33:18, 35:9, 49:9, 52:1, 65:4, 74:4, 74:21, 75:4, 75:10
**HALF** [5] - 36:19, 60:2, 65:9, 79:23, 79:24
**HAND** [1] - 53:1
**HANDLED** [2] - 16:8, 20:17
**HANDLING** [2] - 15:12, 52:13
**HAPCO** [16] - 1:3, 3:3, 3:25, 6:4, 6:9, 6:13, 21:5, 31:21, 35:12, 37:3, 47:24, 48:12, 48:14, 50:15, 52:18, 52:24
**HAPCO'S** [3] - 44:25, 48:21, 63:11
**HAPPEN** [5] - 19:21, 62:19, 62:20, 65:6, 77:11
**HAPPENED** [2] - 29:25, 40:15
**HAPPENING** [4] - 56:17, 70:15, 73:5, 77:9
**HAPPENS** [2] - 70:8, 74:10
**HAPPY** [6] - 5:17,

31:13, 44:22, 51:6, 55:21, 81:8
**HARD** [1] - 31:3
**HARDSHIP** [13] - 9:5, 13:3, 16:25, 35:23, 39:10, 40:22, 40:24, 41:4, 41:17, 41:22, 42:5, 43:8, 58:6
**HARDSHIPS** [1] - 40:11
**HARM** [34] - 6:13, 23:16, 23:18, 23:20, 23:23, 24:2, 24:10, 31:6, 34:3, 44:2, 52:19, 52:25, 53:18, 54:10, 54:18, 54:22, 55:1, 55:11, 55:14, 57:3, 60:19, 60:21, 63:11, 64:10, 67:20, 69:5, 69:7, 69:18, 71:2, 72:8, 72:10, 73:5, 74:3, 79:14
**HARMED** [3] - 72:14, 77:25, 82:5
**HARMS** [16] - 23:14, 24:4, 38:1, 40:13, 40:16, 52:25, 53:2, 53:17, 54:12, 54:13, 54:14, 54:15, 55:3, 55:4, 69:10
**HARRISBURG** [1] - 54:16
**HAS** [66] - 11:1, 16:19, 17:6, 18:3, 19:5, 20:9, 20:10, 20:24, 23:8, 24:5, 27:11, 27:17, 28:25, 30:16, 30:22, 31:12, 34:4, 35:3, 36:13, 37:3, 38:1, 40:1, 40:6, 40:12, 40:25, 41:4, 41:21, 45:3, 45:17, 46:15, 47:24, 47:25, 48:15, 48:21, 49:18, 49:20, 50:10, 50:15, 51:7, 51:13, 51:16, 52:3, 52:24, 53:7, 53:8, 53:22, 53:25, 56:2, 56:5, 59:12, 60:12, 61:4, 61:10, 61:11, 61:14, 61:17, 64:12, 65:24, 69:13, 75:22, 75:23, 75:25, 79:22
**HAVE** [134] - 4:17, 4:21, 4:22, 4:23, 5:20, 5:21, 6:20, 7:19, 10:19, 11:13, 11:25, 12:12, 12:13,

12:21, 14:2, 14:7, 15:21, 15:25, 16:10, 17:12, 17:14, 17:20, 18:18, 18:21, 19:14, 19:22, 20:6, 21:8, 21:25, 22:1, 22:3, 22:18, 22:24, 23:5, 23:6, 23:24, 27:5, 27:19, 27:22, 28:3, 30:8, 30:16, 30:21, 31:3, 31:4, 31:18, 32:4, 32:6, 33:14, 33:19, 34:7, 35:9, 37:8, 37:12, 38:16, 39:21, 40:19, 40:22, 41:6, 41:8, 41:9, 41:10, 41:24, 42:7, 42:9, 42:11, 42:22, 43:5, 43:6, 43:13, 44:19, 45:1, 45:5, 48:3, 50:9, 50:18, 50:21, 51:1, 51:8, 51:10, 54:3, 54:9, 54:12, 54:17, 56:23, 57:8, 57:20, 58:8, 58:15, 59:21, 60:6, 60:12, 60:20, 61:19, 62:2, 62:5, 62:10, 62:19, 63:25, 64:2, 64:16, 65:5, 66:1, 66:13, 67:2, 67:9, 67:11, 67:13, 67:15, 67:21, 68:11, 69:14, 69:21, 70:11, 71:4, 71:5, 71:18, 72:19, 72:20, 73:8, 73:9, 76:4, 79:23, 80:9, 80:12, 80:23, 81:4, 82:4, 82:21, 82:24
**HAVING** [9] - 22:20, 24:17, 29:9, 38:9, 42:18, 46:19, 63:3, 74:24, 77:23
**HE** [7] - 49:18, 49:19, 58:10, 58:13, 62:1, 75:22, 75:23
**HEALTH** [12] - 13:15, 34:8, 54:1, 60:17, 61:15, 62:12, 62:15, 62:23, 64:9, 66:8, 67:5, 68:1
**HEAR** [8] - 4:4, 6:2, 10:2, 10:4, 40:8, 44:24, 47:18, 82:11
**HEARD** [7] - 3:19, 4:2, 16:10, 33:19, 45:7, 46:8, 65:12
**HEARING** [10] - 1:8, 3:17, 4:1, 11:14, 32:6, 51:19, 60:4,

60:7, 66:16, 71:22
**HEARINGS** [4] - 59:19, 59:25, 68:22, 70:5
**HEAVY** [1] - 79:24
**HELD** [3] - 26:8, 48:15, 49:13
**HELLER'S** [2] - 58:9, 58:13
**HELP** [14] - 12:16, 17:16, 26:11, 26:12, 27:1, 35:1, 64:20, 67:25, 68:14, 72:23, 72:25, 77:14, 77:16, 81:10
**HELPED** [1] - 29:23
**HELPFUL** [1] - 48:1
**HELPS** [1] - 70:17
**HER** [2] - 62:14, 65:7
**HERE** [51] - 5:22, 7:3, 7:19, 7:25, 8:8, 21:10, 25:17, 26:3, 30:16, 32:21, 32:22, 33:15, 33:17, 33:19, 34:23, 36:4, 36:8, 36:21, 38:4, 38:14, 43:12, 44:5, 44:14, 46:7, 46:18, 46:20, 47:4, 47:17, 49:8, 50:9, 50:13, 50:18, 52:15, 52:20, 53:19, 54:22, 55:13, 55:20, 56:25, 57:2, 58:13, 66:21, 67:1, 72:17, 76:4, 79:21, 79:24, 81:11, 81:15, 81:24, 82:2
**HI** [1] - 47:16
**HIGH** [1] - 61:10
**HIGHER** [7] - 7:5, 7:8, 7:13, 7:17, 7:23, 8:3, 12:18
**HIGHEST** [1] - 62:2
**HIGHLIGHT** [2] - 59:3, 60:11
**HIGHLY** [1] - 36:7
**HIS** [5] - 16:14, 45:8, 54:21, 62:1, 63:17
**HISTORIC** [2] - 13:9, 29:14
**HISTORICAL** [3] - 29:18, 29:19, 29:21
**HISTORY** [1] - 13:10
**HITTING** [1] - 63:1
**HOC** [1] - 17:6
**HOFFMAN** [1] - 50:3
**HOGG** [1] - 43:21
**HOLD** [1] - 45:17
**HOLDING** [1] - 34:7
**HOLDINGS** [1] - 74:8

**HOME** [14] - 14:24, 21:19, 25:3, 62:11, 65:18, 65:21, 65:22, 66:3, 66:6, 66:7, 66:8, 66:10, 66:13, 72:3
**HOMELESS** [8] - 8:17, 9:12, 9:13, 11:9, 14:23, 25:2, 62:7, 63:14
**HOMELESSNESS** [15] - 10:17, 10:25, 13:18, 13:25, 14:10, 14:11, 14:14, 14:19, 14:22, 14:23, 26:23, 26:24, 28:22, 33:25, 53:8
**HOMEOWNERS** [1] - 8:22
**HOMES** [10] - 8:16, 8:23, 8:25, 14:4, 25:1, 25:10, 27:14, 29:24, 30:4, 56:12
**HONOR** [66] - 3:13, 5:1, 5:6, 5:12, 6:5, 6:8, 6:9, 7:12, 7:22, 9:14, 10:10, 11:1, 11:14, 12:7, 14:13, 16:1, 16:12, 20:1, 20:16, 23:8, 23:17, 24:5, 24:7, 28:6, 28:7, 30:25, 31:12, 32:3, 32:7, 32:16, 32:17, 34:4, 37:10, 40:9, 42:1, 47:2, 47:16, 47:21, 47:23, 48:1, 48:10, 51:21, 53:8, 54:5, 54:9, 55:23, 56:2, 57:15, 57:24, 58:5, 59:2, 73:16, 74:13, 74:21, 75:4, 76:14, 76:19, 77:13, 78:9, 78:16, 78:24, 79:12, 82:16, 83:1, 83:4, 83:8
**HONOR'S** [1] - 16:16
**HONORABLE** [3] - 1:10, 3:4, 27:9
**HOPE** [3] - 51:17, 56:18, 64:23
**HOPING** [1] - 59:6
**HORSE** [1] - 29:18
**HOST** [1] - 72:22
**HOTLINE** [4] - 65:9, 65:12, 66:16, 71:22
**HOUSEHOLD** [1] - 53:15
**HOUSEHOLDS** [1] - 76:13
**HOUSES** [1] - 11:5

**HOUSING** [40] - 6:11, 13:10, 13:13, 17:12, 35:15, 35:20, 42:7, 43:9, 45:24, 46:2, 48:12, 48:24, 49:4, 52:2, 52:3, 53:6, 53:24, 57:13, 59:23, 61:3, 61:4, 61:7, 61:9, 61:12, 61:19, 61:24, 62:8, 63:22, 66:24, 67:5, 67:23, 68:3, 68:15, 70:17, 72:25, 73:4, 75:11, 81:23, 81:25
**HOW** [19] - 16:7, 19:6, 25:23, 27:25, 43:21, 45:9, 53:16, 55:24, 57:19, 60:15, 61:23, 62:21, 65:5, 65:6, 65:11, 65:17, 65:21, 69:12, 69:15
**HOWEVER** [1] - 77:19
**HUMAN** [1] - 82:1
**HUNDREDS** [2] - 72:3, 72:5
**HURTING** [1] - 68:5
**HYPOTHETICALLY** [1] - 40:6

## I

**I'D** [1] - 38:5
**I'M** [8] - 4:24, 9:21, 30:17, 30:22, 35:12, 74:21, 82:8, 82:20
**IDEA** [1] - 71:14
**IDENTIFIED** [3] - 12:8, 14:17, 17:6
**IDENTIFY** [1] - 77:25
**IF** [94] - 4:18, 7:6, 7:10, 8:4, 9:16, 12:3, 12:6, 12:7, 14:9, 14:15, 14:21, 16:18, 17:22, 18:22, 19:17, 20:16, 20:23, 21:2, 21:5, 21:9, 21:11, 21:13, 21:16, 24:7, 24:20, 25:2, 27:16, 27:17, 27:25, 29:4, 29:8, 31:13, 33:4, 34:7, 34:14, 36:1, 38:9, 38:21, 39:11, 39:15, 41:11, 41:16, 42:3, 43:2, 45:17, 45:22, 46:21, 46:22, 48:1, 48:2, 48:3, 49:18, 50:6, 50:23, 51:12, 51:17, 52:15, 54:19, 57:5, 57:11, 59:9, 59:12, 60:3,

61:22, 62:19, 62:25, 63:12, 69:7, 69:16, 70:2, 70:19, 70:21, 71:6, 71:10, 71:11, 73:14, 73:17, 75:4, 75:22, 76:14, 76:20, 76:23, 77:9, 77:12, 79:6, 79:17, 80:19, 81:7, 81:13, 82:22, 83:5

**IGNORED** [1] - 48:21

**ILLEGAL** [1] - 71:15

**IMMEDIATE** [3] - 64:16, 65:1, 70:5

**IMMEDIATELY** [1] - 39:19

**IMMUNOCOMPROMI SED** [1] - 61:15

**IMPACT** [3] - 34:5, 38:1, 57:17

**IMPACTS** [2] - 34:6, 34:8

**IMPAIR** [1] - 45:4

**IMPAIRING** [1] - 38:13

**IMPAIRMENT** [10] - 35:11, 36:4, 38:25, 44:1, 45:14, 45:18, 45:22, 46:5, 46:24

**IMPAIRMENTS** [1] - 45:19

**IMPEDIMENT** [1] - 8:22

**IMPINGEMENT** [1] - 38:12

**IMPLICIT** [1] - 82:7

**IMPORT** [1] - 27:15

**IMPORTANT** [3] - 56:1, 63:6, 80:7

**IMPOSED** [2] - 40:11, 49:10

**IMPOSSIBLE** [1] - 50:20

**IN** [278] - 1:1, 3:19, 4:3, 4:4, 5:2, 5:8, 5:22, 6:6, 6:14, 6:18, 7:17, 8:10, 8:13, 9:6, 10:15, 10:17, 11:5, 11:12, 11:16, 11:18, 11:19, 12:1, 12:9, 12:10, 12:11, 12:19, 12:23, 13:6, 13:8, 13:11, 13:12, 13:13, 14:2, 14:4, 14:7, 14:19, 14:24, 15:8, 15:12, 15:13, 17:6, 17:12, 17:15, 17:17, 17:21, 17:23, 18:11, 18:13, 18:14, 18:21, 18:23, 19:15, 19:23, 20:9, 20:25, 21:11,

21:15, 22:17, 23:1, 23:18, 24:14, 24:18, 25:5, 25:6, 25:10, 25:14, 25:18, 25:19, 25:22, 25:23, 26:9, 26:18, 27:2, 27:11, 27:18, 28:9, 28:18, 28:24, 29:3, 29:24, 30:1, 30:14, 30:19, 30:20, 31:10, 31:20, 31:22, 32:4, 32:6, 32:8, 32:9, 32:11, 33:5, 33:9, 33:15, 33:16, 33:22, 34:3, 34:10, 34:19, 35:21, 36:6, 36:7, 36:9, 36:19, 37:8, 37:13, 38:17, 38:23, 39:10, 39:22, 40:10, 40:15, 40:19, 40:20, 41:13, 42:3, 42:16, 42:20, 43:5, 43:9, 44:3, 44:19, 45:4, 45:21, 45:23, 46:3, 46:15, 47:8, 48:18, 49:1, 49:4, 49:7, 49:13, 49:16, 50:3, 50:15, 51:1, 51:4, 51:18, 51:19, 51:24, 52:3, 52:10, 53:5, 53:10, 53:12, 53:15, 53:17, 53:19, 53:20, 53:21, 53:23, 54:14, 54:16, 54:21, 54:25, 55:9, 55:14, 55:18, 56:10, 56:12, 56:20, 57:12, 57:15, 58:1, 58:11, 58:21, 59:3, 59:8, 59:11, 59:13, 59:21, 60:2, 60:11, 60:15, 60:19, 60:24, 61:13, 61:16, 61:21, 61:24, 62:1, 62:8, 62:14, 62:17, 62:24, 63:5, 63:7, 63:11, 63:13, 63:17, 63:24, 64:10, 64:13, 64:14, 64:17, 64:18, 65:2, 65:7, 65:9, 65:18, 65:21, 65:22, 66:3, 66:8, 66:16, 66:21, 67:1, 67:7, 67:9, 67:12, 67:13, 67:15, 67:18, 67:21, 68:10, 68:21, 69:9, 69:11, 69:16, 69:23, 69:25, 70:4, 70:9, 70:10, 70:12, 70:15, 71:12, 72:4, 72:5, 72:17, 72:22, 72:24, 73:1, 73:19, 73:21, 73:23, 74:1,

74:25, 75:8, 75:10, 75:14, 75:15, 75:19, 76:5, 76:22, 76:25, 77:7, 77:22, 80:8, 80:10, 80:12, 80:19, 80:21, 80:22, 80:23, 81:6, 81:9, 81:23, 82:7, 82:13, 83:7, 83:13

**IN-PERSON** [1] - 68:10

**INC** [1] - 2:8

**INCARCERATION** [1] - 55:9

**INCENTIVE** [2] - 41:20, 41:23

**INCENTIVIZE** [1] - 37:17

**INCEPTION** [1] - 5:22

**INCLUDE** [4] - 4:14, 6:21, 6:24, 28:11

**INCLUDED** [3] - 21:21, 49:6, 51:25

**INCLUDES** [3] - 16:23, 20:2, 20:12

**INCLUDING** [5] - 3:4, 6:21, 11:20, 16:11, 76:7

**INCLUSIVE** [1] - 16:8

**INCOME** [4] - 13:12, 41:5, 41:21, 58:19

**INCORPORATES** [3] - 13:25, 14:11, 14:14

**INCREASE** [3] - 11:1, 53:19, 53:20

**INCREASED** [1] - 53:11

**INCREASING** [2] - 46:2, 53:14

**INCREDIBLY** [1] - 65:2

**INCURRING** [1] - 33:8

**INDEED** [1] - 56:4

**INDEFINITELY** [1] - 68:9

**INDICATE** [1] - 6:9

**INDICATED** [1] - 54:21

**INDICATIONS** [1] - 31:20

**INDIVIDUAL** [5] - 20:10, 27:19, 27:21, 61:14, 63:13

**INDIVIDUALS** [1] - 26:15

**INDULGENCE** [1] - 31:1

**INFECTED** [1] - 53:11

**INFECTION** [2] - 53:20, 68:8

**INFECTIONS** [1] -

64:13

**INFORMATION** [2] - 15:21, 57:9

**INFRACTION** [1] - 24:2

**INITIAL** [1] - 58:6

**INITIATIVES** [1] - 57:1

**INJUNCTION** [22] - 4:7, 5:25, 19:16, 19:23, 20:25, 21:1, 23:16, 24:3, 24:11, 32:2, 32:5, 52:21, 54:16, 54:17, 55:14, 57:18, 70:2, 75:16, 80:11, 82:7, 82:14

**INJUNCTIVE** [7] - 4:2, 21:6, 21:10, 21:13, 24:18, 31:25, 47:4

**INJURY** [1] - 78:20

**INQUIRY** [3] - 43:14, 44:13, 52:20

**INSIDE** [2] - 15:21, 64:15

**INSTABILITY** [1] - 53:8

**INSTANCES** [1] - 82:4

**INSTEAD** [5] - 38:9, 42:17, 50:21, 76:17, 76:19

**INSURANCE** [1] - 22:9

**INTACT** [2] - 36:4, 37:1

**INTENDS** [1] - 57:12

**INTEREST** [38] - 8:8, 8:20, 8:21, 9:3, 11:11, 12:17, 12:18, 12:21, 12:24, 13:1, 13:17, 14:17, 14:18, 14:21, 16:24, 19:4, 19:10, 21:21, 22:4, 22:13, 22:14, 24:13, 27:24, 35:17, 37:6, 37:15, 52:15, 52:22, 53:23, 71:8, 71:9, 71:18, 78:6, 78:11, 78:14, 78:22

**INTEREST-FREE** [5] - 11:11, 13:1, 19:4, 22:14, 78:14

**INTERESTED** [1] - 31:10

**INTERESTS** [2] - 19:2, 82:3

**INTERFERE** [1] - 52:9

**INTERFERED** [1] - 30:16

**INTERFERENCE** [1] - 10:5

**INTERIM** [1] - 80:12

**INTERRUPTION** [2] -

10:18, 10:21

**INTERTWINED** [1] - 20:15

**INTERVENING** [3] - 27:6, 58:24, 81:16

**INTERVENOR** [6] - 2:13, 3:4, 3:15, 5:10, 8:12, 10:16

**INTERVENORS** [10] - 6:19, 11:13, 13:8, 13:9, 17:8, 17:9, 21:14, 22:1, 29:13, 73:11

**INTO** [15] - 4:6, 7:16, 9:5, 13:3, 21:5, 31:5, 41:22, 51:10, 53:9, 55:6, 59:2, 63:3, 70:15, 79:25, 82:25

**INTRODUCTION** [2] - 31:7, 31:19

**INVALID** [1] - 75:17

**INVOLVE** [2] - 55:8, 76:7

**INVOLVED** [6] - 9:3, 33:9, 49:3, 58:7, 81:9, 81:15

**INVOLVES** [3] - 44:25, 55:12, 56:15

**INVOLVING** [1] - 56:20

**IRA** [1] - 61:25

**IRONICALLY** [1] - 12:14

**IRRATIONAL** [5] - 7:3, 7:6, 7:7, 13:24, 15:17

**IRRECONCILABLE** [3] - 49:24, 50:1, 50:6

**IRREPARABLE** [31] - 6:13, 23:14, 23:16, 23:18, 23:20, 23:23, 24:2, 24:4, 24:10, 31:6, 52:19, 52:25, 54:9, 54:15, 54:18, 55:1, 55:3, 55:4, 55:11, 55:14, 60:19, 60:21, 67:20, 69:5, 69:6, 69:18, 71:2, 72:7, 72:10, 74:3, 79:14

**IRREPARABLY** [1] - 72:14

**IRV** [1] - 2:10

**IS** [364] - 3:6, 3:9, 3:12, 3:14, 4:3, 4:13, 5:6, 5:16, 6:13, 6:16, 6:18, 7:3, 7:13, 7:21, 7:23, 7:25, 8:4, 8:8, 8:15, 8:19, 8:22, 8:23, 9:6, 10:5,

10:17, 10:22, 11:5, 11:6, 11:10, 12:3, 12:12, 12:18, 12:19, 12:20, 13:2, 13:4, 13:8, 13:17, 13:18, 13:19, 13:20, 13:21, 14:15, 14:18, 14:24, 14:25, 15:1, 15:9, 15:10, 15:11, 15:12, 15:17, 15:18, 16:1, 16:4, 16:6, 16:16, 16:17, 16:20, 16:21, 17:3, 17:8, 17:10, 17:14, 17:22, 17:24, 18:2, 18:7, 18:16, 18:22, 18:24, 19:1, 19:4, 19:7, 19:8, 19:9, 19:10, 19:16, 19:20, 19:21, 20:13, 20:14, 20:15, 20:17, 21:2, 21:3, 21:4, 21:7, 21:8, 21:11, 21:12, 21:14, 21:16, 21:17, 21:24, 21:25, 22:23, 23:19, 23:20, 23:25, 24:7, 24:18, 24:21, 24:22, 24:25, 25:4, 25:9, 25:12, 25:16, 25:25, 26:2, 27:1, 27:4, 27:10, 27:16, 27:21, 28:10, 28:11, 28:12, 28:13, 28:18, 28:21, 28:25, 29:2, 29:5, 29:6, 29:10, 29:11, 29:13, 29:14, 29:16, 29:20, 30:7, 30:12, 30:14, 31:20, 31:24, 31:25, 32:5, 32:7, 32:8, 32:20, 32:21, 32:22, 32:23, 33:2, 33:4, 33:6, 33:12, 33:14, 33:15, 33:23, 34:15, 34:23, 34:25, 35:13, 35:14, 35:20, 36:3, 36:4, 36:8, 36:14, 36:21, 36:22, 37:7, 38:3, 38:6, 38:9, 38:17, 38:21, 38:23, 38:25, 39:2, 39:11, 39:12, 39:17, 39:18, 39:24, 40:2, 40:3, 40:9, 40:10, 41:12, 41:20, 41:22, 42:7, 42:9, 42:11, 42:12, 43:2, 43:14, 44:2, 44:5, 44:12, 44:16, 44:17, 44:20, 45:5, 45:16, 46:5, 46:7, 46:15, 46:16, 46:23, 47:5, 47:8, 47:15,

47:21, 48:8, 48:14, 48:16, 48:24, 49:8, 49:20, 49:24, 50:1, 50:3, 50:4, 50:5, 50:6, 50:11, 50:13, 50:16, 51:22, 52:7, 53:5, 53:7, 53:10, 53:12, 53:16, 53:18, 53:21, 54:14, 54:22, 54:24, 55:1, 55:4, 55:13, 55:18, 55:19, 56:1, 56:4, 56:7, 56:8, 56:9, 56:24, 57:24, 59:5, 59:9, 59:16, 59:19, 59:24, 60:12, 60:18, 61:2, 61:5, 61:6, 61:15, 61:21, 62:6, 62:9, 62:12, 62:21, 63:3, 63:6, 63:7, 63:13, 63:15, 63:23, 64:5, 64:8, 64:11, 64:14, 64:18, 64:20, 64:23, 65:2, 65:6, 65:7, 65:11, 65:17, 65:20, 66:1, 66:4, 66:5, 66:10, 66:11, 66:15, 66:24, 67:1, 67:6, 67:24, 68:4, 68:5, 68:12, 68:13, 68:16, 69:6, 69:12, 69:13, 69:15, 69:18, 70:2, 70:3, 70:7, 70:8, 70:13, 70:16, 70:25, 71:1, 71:3, 71:8, 71:15, 71:16, 71:18, 71:22, 72:8, 72:14, 73:2, 73:10, 73:20, 73:23, 74:5, 74:6, 75:1, 75:18, 75:24, 76:4, 76:8, 76:20, 76:22, 77:1, 77:2, 77:4, 77:9, 77:10, 77:24, 78:9, 78:17, 80:6, 80:7, 80:25, 81:6, 81:22, 81:24, 82:5, 82:17, 83:6, 83:12

**ISN'T** [2] - 40:7, 78:7

**ISSUE** [19] - 14:24, 23:25, 24:9, 30:5, 30:7, 32:1, 32:5, 32:11, 33:1, 34:21, 46:11, 47:10, 55:20, 60:14, 65:3, 71:3, 80:4, 80:6

**ISSUES** [17] - 11:16, 12:16, 13:10, 16:4, 16:5, 26:9, 26:10, 26:17, 29:7, 29:21, 56:20, 56:25, 65:16,

67:18, 68:20, 74:3, 82:21

**IT** [161] - 5:23, 6:13, 6:14, 6:24, 7:5, 7:6, 7:7, 7:15, 7:21, 8:4, 8:19, 9:6, 13:14, 13:15, 14:1, 14:2, 14:4, 14:5, 14:10, 15:3, 15:12, 15:16, 15:22, 16:1, 17:10, 19:3, 19:8, 19:9, 19:10, 19:15, 19:16, 19:17, 20:9, 20:15, 20:17, 20:24, 21:2, 21:7, 21:9, 21:12, 21:20, 22:19, 24:21, 24:22, 24:25, 25:6, 26:13, 26:17, 26:24, 27:1, 27:3, 27:15, 28:20, 29:2, 29:11, 29:12, 29:13, 29:14, 30:1, 30:9, 30:12, 30:19, 31:5, 31:25, 32:1, 32:5, 32:11, 32:19, 32:25, 33:1, 33:6, 33:9, 34:15, 35:17, 36:10, 38:22, 39:4, 39:7, 39:24, 40:3, 40:21, 40:22, 41:9, 41:17, 41:23, 41:25, 42:16, 42:18, 42:25, 44:25, 45:18, 45:21, 45:22, 45:23, 46:18, 46:21, 46:23, 47:25, 48:1, 49:6, 49:15, 50:20, 52:4, 52:25, 53:9, 54:14, 55:13, 55:18, 55:24, 56:1, 56:4, 56:10, 56:14, 57:17, 57:24, 59:6, 59:8, 61:18, 62:7, 62:9, 63:6, 64:3, 64:10, 65:2, 66:11, 67:19, 67:24, 68:19, 69:21, 69:22, 70:15, 70:16, 71:1, 73:15, 74:5, 74:6, 74:17, 74:18, 75:17, 76:8, 76:11, 76:14, 76:23, 76:24, 77:10, 78:9, 78:21, 78:24, 79:13, 79:19, 80:7, 81:4, 81:5, 81:6, 82:6, 82:18, 82:19

**IT'S** [70] - 7:4, 7:24, 7:25, 8:1, 8:2, 8:13, 10:5, 12:5, 12:23, 14:9, 15:11, 16:7, 16:8, 19:10, 20:12, 20:17, 20:23, 21:9, 21:13, 24:1, 28:2,

32:24, 35:15, 35:19, 37:4, 38:18, 39:4, 39:13, 40:18, 40:21, 41:2, 42:2, 42:12, 42:25, 43:2, 44:3, 45:12, 45:14, 45:22, 46:2, 46:22, 47:3, 47:7, 50:12, 51:19, 51:20, 52:7, 52:8, 58:16, 63:20, 64:2, 65:3, 68:12, 68:13, 68:17, 68:18, 69:1, 69:2, 70:18, 71:12, 74:17, 76:2, 77:4, 82:1, 82:7

**ITS** [12] - 5:22, 11:12, 14:19, 19:13, 26:17, 29:13, 33:10, 33:15, 43:2, 56:23, 81:20

**ITSELF** [4] - 35:16, 38:6, 45:13, 62:24

# J

**JAMES** [1] - 3:4

**JOB** [2] - 17:18, 34:7

**JOBS** [1] - 62:20

**JOE** [3] - 65:7, 66:15, 71:21

**JOINT** [3] - 4:10, 80:19, 82:17

**JUDGE** [2] - 28:7, 29:22

**JUDGMENT** [2] - 6:24, 67:19

**JUDICIAL** [3] - 15:15, 70:1, 70:6

**JULY** [1] - 3:19

**JURISPRUDENCE** [1] - 45:17

**JUST** [60] - 14:1, 20:18, 20:22, 22:19, 27:3, 27:13, 28:2, 28:3, 31:13, 31:14, 32:20, 32:25, 34:20, 36:6, 37:19, 38:10, 38:19, 39:21, 41:2, 41:23, 42:22, 43:18, 44:24, 45:21, 46:4, 47:5, 47:9, 48:2, 49:2, 50:13, 50:18, 53:7, 55:17, 58:1, 58:5, 59:3, 60:14, 60:24, 61:14, 62:6, 64:6, 64:23, 65:1, 65:9, 65:25, 66:10, 66:25, 67:1, 67:10, 68:5, 68:16, 69:4, 72:11, 72:24, 73:16, 74:10, 77:15, 81:2,

82:16

**JUSTICE** [1] - 55:8

**JUSTIFICATION** [1] - 33:6

# K

**KEEP** [6] - 8:15, 18:9, 25:1, 29:23, 29:24, 79:5

**KEEPING** [2] - 9:7

**KEEPS** [1] - 45:23

**KENNEY** [2] - 3:4, 16:3

**KEY** [2] - 46:7, 68:19

**KEYPORT** [1] - 33:4

**KICKING** [1] - 81:1

**KIDS** [1] - 45:24

**KIND** [2] - 38:20, 76:9

**KNICK** [1] - 12:1

**KNOW** [46] - 7:23, 8:8, 15:24, 16:4, 24:4, 27:7, 27:16, 27:25, 30:12, 31:3, 31:24, 33:23, 34:9, 34:21, 35:2, 37:14, 40:25, 42:17, 51:14, 51:15, 55:24, 56:3, 57:5, 57:11, 57:19, 57:21, 58:19, 59:5, 63:14, 63:24, 64:11, 67:8, 68:9, 68:21, 69:8, 72:9, 72:18, 72:23, 75:4, 76:2, 79:18, 80:25, 81:2, 81:6, 82:22

**KNOWLEDGE** [1] - 57:8

**KUNG** [1] - 2:2

# L

**LACK** [2] - 24:5, 47:10

**LAID** [4] - 17:18, 17:25, 49:1, 60:25

**LAND** [1] - 57:19

**LANDLORD** [26] - 7:1, 18:4, 19:5, 20:5, 23:8, 27:21, 37:25, 41:12, 42:4, 42:5, 42:10, 43:4, 49:18, 52:1, 60:3, 65:20, 69:3, 70:9, 71:14, 71:16, 75:22, 76:21, 77:3, 78:2, 78:8, 78:10

**LANDLORD'S** [1] - 59:12

**LANDLORD/ TENANT** [29] - 12:22,

18:13, 21:23, 36:8, 36:14, 36:17, 48:13, 48:16, 48:23, 48:25, 49:14, 49:17, 50:11, 50:17, 51:3, 51:24, 52:6, 52:10, 59:17, 59:19, 69:25, 70:9, 70:10, 71:6, 71:7, 71:8, 72:6, 75:17, 75:21

**LANDLORDS** [99] - 6:14, 6:21, 9:7, 11:4, 11:10, 12:5, 12:10, 12:12, 12:15, 12:20, 12:25, 13:3, 14:7, 15:6, 17:3, 18:3, 18:6, 18:18, 20:18, 22:3, 22:7, 22:15, 22:16, 22:18, 23:4, 23:6, 23:10, 23:14, 24:10, 26:11, 26:13, 27:1, 27:2, 27:3, 27:19, 28:10, 29:4, 30:15, 37:14, 38:16, 38:22, 39:5, 39:15, 40:14, 40:20, 43:1, 45:6, 48:18, 49:11, 50:16, 58:8, 59:10, 60:20, 64:19, 67:9, 67:13, 68:2, 68:5, 68:19, 69:7, 69:14, 70:3, 70:19, 70:24, 71:4, 71:13, 71:22, 71:23, 72:8, 72:11, 72:12, 72:13, 72:15, 72:18, 72:19, 72:20, 72:24, 75:2, 76:7, 76:9, 76:12, 76:15, 77:9, 77:12, 77:15, 77:21, 77:24, 78:3, 78:13, 78:18, 79:1, 79:9, 81:8, 82:5

**LANDLORDS'** [1] - 23:13

**LANGER** [1] - 2:11

**LARGE** [2] - 15:6, 53:19

**LARGER** [2] - 24:19, 72:18

**LAST** [10] - 4:12, 11:14, 15:20, 16:11, 27:4, 36:10, 60:18, 69:4, 71:3, 72:7

**LATE** [22] - 4:11, 9:4, 16:24, 21:21, 22:4, 35:16, 37:15, 42:23, 45:6, 45:10, 46:7, 66:1, 66:13, 71:3, 71:5, 71:6, 71:14, 71:15, 71:24, 72:4,

72:5, 76:17

**LATER** [1] - 36:15

**LAW** [17] - 2:4, 7:21, 7:24, 16:22, 19:24, 20:14, 21:7, 26:21, 26:22, 43:25, 45:17, 49:19, 49:23, 50:25, 56:19, 71:12, 75:23

**LAWFUL** [1] - 46:21

**LAWS** [10] - 13:16, 17:25, 44:13, 47:10, 48:20, 50:2, 50:21, 50:23, 50:24, 67:6

**LAWSUIT** [2] - 38:22, 39:10

**LAY** [2] - 57:19, 61:23

**LEAD** [1] - 64:21

**LEADS** [1] - 66:23

**LEARNING** [1] - 68:10

**LEASE** [3] - 36:12, 46:19, 49:9

**LEASES** [1] - 36:25

**LEAST** [4] - 20:3, 20:6, 28:4, 29:15

**LEAVE** [4] - 37:17, 37:22, 37:23, 37:24

**LEAVING** [1] - 37:1

**LEFT** [2] - 8:20, 83:6

**LEGAL** [6] - 2:8, 39:22, 56:20, 56:25, 71:9, 72:6

**LEGALLY** [1] - 76:18

**LEGISLATION** [11] - 10:25, 11:21, 14:18, 15:1, 15:2, 34:16, 34:18, 34:22, 53:23, 61:3, 64:25

**LEGISLATIVE** [3] - 33:5, 33:9, 33:11

**LEGITIMATE** [3] - 36:23, 46:6, 46:16

**LENGTH** [2] - 4:11, 13:10

**LESS** [2] - 17:24, 44:12

**LET** [5] - 7:10, 8:5, 28:25, 57:5, 82:22

**LET'S** [3] - 10:6, 25:21, 76:3

**LETTER** [2] - 80:19, 82:17

**LEVEL** [10] - 7:5, 7:8, 7:13, 7:17, 7:23, 8:3, 24:2, 36:9, 41:1, 71:2

**LEVELS** [4] - 8:4, 61:17, 68:6, 73:3

**LEVINE** [1] - 16:3

**LEVY** [1] - 53:21

**LIEN** [1] - 28:17

**LIFTED** [3] - 15:20, 18:22, 19:21

**LIGHT** [1] - 34:21

**LIKE** [31] - 4:15, 6:1, 10:12, 16:6, 18:12, 26:6, 26:13, 31:14, 31:24, 32:19, 38:11, 41:3, 42:23, 43:19, 43:20, 44:6, 45:1, 46:10, 46:18, 48:4, 51:24, 52:15, 55:16, 61:14, 64:22, 67:10, 77:15, 80:15, 80:20, 82:18

**LIKELIHOOD** [3] - 31:8, 52:19, 54:18

**LIKELY** [4] - 23:14, 48:14, 62:4, 62:5

**LIMIT** [3] - 37:19, 38:19, 74:8

**LIMITATIONS** [2] - 39:9, 73:19

**LIMITED** [8] - 12:11, 13:19, 15:11, 34:17, 36:20, 38:7, 42:22, 46:12

**LIMITING** [1] - 33:21

**LINE** [2] - 18:14, 18:21

**LINKS** [1] - 4:17

**LIST** [4] - 69:12, 69:13, 74:4, 74:6

**LISTED** [1] - 42:15

**LITERAL** [1] - 11:3

**LITIGATED** [1] - 46:22

**LITTLE** [5] - 33:7, 47:22, 56:2, 64:12, 76:5

**LIVE** [3] - 22:21, 66:3, 71:25

**LIVEABLE** [1] - 79:20

**LIVES** [1] - 56:21

**LIVING** [3] - 14:1, 30:14, 53:14

**LLP** [1] - 1:15

**LOAF** [1] - 9:12

**LOAN** [8] - 12:15, 19:4, 22:14, 34:20, 43:20, 78:2, 78:14, 78:21

**LOANS** [5] - 11:11, 13:1, 78:6, 78:22, 79:1

**LOCAL** [2] - 48:24, 50:6

**LOCKED** [1] - 64:4

**LOCKOUT** [4] - 63:12, 63:16, 64:6, 64:22

**LONG** [4] - 45:19, 55:24, 65:5, 65:6

**LONGER** [3] - 22:19,

38:10, 42:18

**LOOK** [10] - 9:16, 16:6, 27:17, 61:22, 62:25, 71:7, 71:11, 71:18, 80:13, 82:7

**LOOKED** [1] - 67:15

**LOOKING** [7] - 5:15, 20:24, 32:24, 35:12, 58:12, 63:22, 82:8

**LOOKS** [2] - 55:2, 68:19

**LORD** [1] - 63:17

**LOSE** [3] - 28:16, 28:17, 45:6

**LOSING** [1] - 22:15

**LOSS** [4] - 41:5, 41:21, 53:6, 58:19

**LOSSES** [3] - 17:16, 77:14, 79:17

**LOST** [3] - 17:18, 23:8, 45:11

**LOT** [6] - 16:4, 24:12, 56:6, 68:21, 79:21, 80:23

**LOTS** [1] - 62:9

**LOW** [4] - 13:11, 71:19, 78:5, 78:22

**LYDIA** [3] - 2:3, 31:2, 47:16

**LYNN** [2] - 1:20, 83:17

---

# M

**MADE** [1] - 30:21

**MAGICAL** [1] - 56:22

**MAINTAIN** [3] - 22:7, 28:15, 34:10

**MAINTAINED** [2] - 79:19

**MAJORITY** [1] - 70:12

**MAKE** [13] - 6:11, 12:6, 17:10, 17:19, 26:22, 30:3, 43:4, 46:9, 64:3, 65:5, 74:24, 75:3, 81:22

**MAKES** [3] - 14:8, 17:23, 34:15

**MAKING** [3] - 17:22, 17:24, 18:1

**MANNER** [2] - 5:2, 5:8

**MANY** [20] - 4:16, 4:21, 13:25, 14:1, 14:11, 14:14, 15:6, 15:10, 15:14, 28:10, 57:20, 63:18, 67:1, 67:11, 67:18, 69:15, 72:16, 72:18, 72:20, 82:25

**MARCELLA** [3] - 65:7, 66:15, 71:21

**MARCH** [7] - 18:20, 20:15, 24:15, 39:14, 40:20, 41:14, 43:5

**MARK** [1] - 53:3

**MARKET** [3] - 1:21, 9:11, 76:20

**MARVELOUS** [1] - 29:22

**MASKS** [1] - 68:11

**MATERIAL** [1] - 31:4

**MATTER** [7] - 4:13, 5:22, 39:8, 48:8, 80:3, 82:12, 83:14

**MATTERS** [4] - 4:3, 44:7, 59:17, 80:15

**MAXIMUM** [2] - 49:5, 75:12

**MAY** [23] - 6:7, 10:9, 10:10, 10:11, 12:8, 15:22, 27:22, 30:8, 32:11, 34:7, 39:14, 39:19, 45:21, 49:18, 57:10, 58:17, 71:4, 71:10, 73:17, 75:22, 76:18, 80:5, 82:6

**MAYBE** [3] - 30:4, 39:21, 81:12

**MAYOR** [1] - 16:3

**ME** [19] - 6:22, 7:10, 9:7, 10:2, 19:15, 21:10, 23:15, 32:12, 38:11, 42:6, 42:8, 48:4, 48:7, 51:17, 57:5, 79:13, 79:24, 82:4, 82:22

**MEAN** [12] - 9:11, 9:12, 9:13, 11:23, 14:1, 34:16, 34:21, 38:8, 46:14, 55:19, 56:25, 59:16

**MEANS** [7] - 14:2, 14:4, 14:5, 62:5, 62:7, 62:10

**MEANT** [1] - 82:10

**MEASURE** [3] - 33:10, 42:22, 70:18

**MEASURES** [7] - 34:24, 38:4, 38:8, 38:12, 42:14, 43:22, 64:19

**MECHANICAL** [1] - 80:17

**MECHANISM** [1] - 81:7

**MEDIATION** [2] - 42:24, 60:6

**MEET** [2] - 50:15, 67:21

**MEMBERS** [1] - 22:24

**MEMORANDUM** [1] -

80:19
**MENTIONED** [2] - 33:16, 53:9
**MERE** [1] - 19:4
**MERITS** [3] - 31:8, 52:20, 54:19
**MET** [1] - 67:21
**METHOD** [2] - 8:15, 25:22
**MICHAEL** [4] - 1:14, 2:2, 31:2, 53:21
**MICROPHONE** [1] - 32:15
**MIGHT** [6] - 37:6, 58:11, 58:20, 58:21, 72:1, 72:2
**MILLION** [2] - 77:7, 78:23
**MIND** [1] - 7:11
**MINING** [1] - 50:3
**MINUTES** [1] - 49:2
**MISCHARACTERIZA TION** [1] - 61:6
**MISS** [1] - 39:16
**MITIGATE** [1] - 40:15
**MOBILITY** [1] - 65:15
**MODEL** [4] - 29:22, 56:4, 81:11, 81:13
**MODERN** [1] - 45:16
**MOMENT** [2] - 45:21, 63:13
**MONETARY** [5] - 12:3, 21:2, 24:15, 69:11, 72:8
**MONEY** [14] - 12:18, 12:23, 12:25, 17:22, 21:3, 24:13, 37:25, 54:13, 55:12, 69:12, 70:24, 76:15, 76:24, 77:1
**MONIES** [3] - 77:13, 77:17, 77:18
**MONTH** [4] - 36:2, 36:12, 72:1
**MONTH'S** [3] - 36:1, 41:9, 41:12
**MONTH-TO-MONTH** [1] - 36:12
**MONTHLY** [1] - 77:3
**MONTHS** [10] - 20:8, 35:2, 35:24, 38:8, 39:13, 40:20, 42:16, 65:4, 65:9, 78:7
**MOOT** [1] - 3:20
**MORATORIUM** [27] - 3:22, 6:15, 13:2, 13:4, 15:18, 15:19, 16:17, 16:19, 16:23, 18:8, 18:10, 18:22, 20:2, 21:11, 21:17,

24:7, 26:2, 29:4, 38:5, 38:6, 38:10, 42:11, 42:15, 42:18, 42:21, 45:13
**MORATORIUMS** [3] - 11:24, 19:20, 57:7
**MORE** [25] - 14:8, 17:25, 30:6, 30:19, 34:2, 35:2, 38:7, 38:8, 38:11, 39:1, 40:3, 42:22, 43:22, 48:1, 51:22, 55:22, 58:15, 61:16, 62:4, 62:5, 63:6, 66:11, 66:19, 79:23, 80:1
**MORNING** [5] - 30:25, 32:17, 32:18, 59:1, 60:11
**MORTGAGE** [6] - 12:18, 27:10, 27:20, 56:3, 72:14, 72:17
**MORTGAGEES** [1] - 27:12
**MORTGAGES** [2] - 23:5, 72:16
**MOST** [7] - 11:20, 23:19, 27:12, 35:13, 53:13, 63:15, 80:25
**MOSTLY** [1] - 48:21
**MOTIONS** [1] - 67:19
**MOVE** [5] - 63:18, 63:21, 64:23, 80:1
**MOVEMENT** [1] - 80:18
**MOVING** [4] - 30:2, 32:1, 79:21, 80:16
**MR** [94] - 3:9, 3:12, 4:25, 5:1, 5:5, 5:6, 6:3, 6:5, 6:8, 7:10, 7:12, 7:22, 9:13, 9:16, 9:20, 9:21, 10:1, 10:2, 10:4, 10:10, 10:12, 10:22, 10:24, 12:7, 13:25, 14:13, 15:24, 15:25, 20:1, 21:12, 22:23, 23:2, 23:7, 23:17, 24:24, 26:4, 28:6, 30:22, 30:23, 30:25, 31:7, 31:15, 32:3, 32:15, 32:16, 32:17, 32:19, 35:8, 37:10, 37:14, 39:7, 40:8, 41:16, 41:24, 44:8, 45:7, 45:12, 46:8, 47:1, 53:4, 54:6, 54:8, 54:21, 55:21, 57:8, 57:14, 57:22, 57:23, 58:4, 58:5, 58:9, 58:13, 60:24,

63:10, 65:23, 73:13, 73:16, 73:18, 74:2, 76:9, 76:14, 76:19, 77:5, 77:10, 77:21, 78:9, 78:16, 78:24, 79:4, 79:7, 79:11, 82:16, 83:1, 83:3
**MS** [20] - 3:14, 5:11, 31:8, 36:14, 47:16, 47:20, 47:23, 48:6, 48:10, 51:15, 52:13, 52:18, 54:5, 54:20, 59:1, 59:18, 60:10, 60:23, 73:12, 74:22
**MUCH** [10] - 25:17, 51:24, 56:19, 58:23, 61:16, 62:5, 69:12, 70:6, 73:7
**MULTI** [1] - 7:25
**MULTI-FACETTED** [1] - 7:25
**MULTIPLE** [1] - 56:15
**MUNICIPAL** [3] - 59:11, 59:19, 81:21
**MUST** [4] - 12:25, 20:7, 49:24, 76:22
**MUSTER** [1] - 43:17
**MY** [18] - 5:24, 31:2, 35:11, 51:17, 56:4, 57:22, 63:15, 65:17, 65:18, 65:19, 65:20, 65:21, 65:22, 66:23, 76:4, 79:25

**N**

**NARROW** [4] - 13:24, 33:16, 39:18, 43:6
**NARROWED** [1] - 41:6
**NATURE** [1] - 69:11
**NECESSARILY** [2] - 26:1, 69:20
**NECESSARY** [7] - 30:1, 43:15, 44:2, 45:15, 45:20, 46:3, 79:18
**NECESSITY** [1] - 42:13
**NEED** [14] - 4:20, 8:14, 15:3, 19:13, 39:21, 44:23, 51:4, 57:18, 61:18, 64:16, 64:18, 64:23, 68:7, 77:25
**NEEDED** [3] - 61:19, 68:25, 69:1
**NEEDS** [9] - 34:17, 35:18, 54:11, 67:4, 67:5, 79:18, 79:19, 80:15
**NEGOTIATE** [1] -

63:25
**NEGOTIATED** [1] - 77:2
**NEGOTIATION** [1] - 20:7
**NETWORK** [1] - 3:5
**NEW** [6] - 16:14, 36:21, 43:20, 50:18, 62:8, 67:17
**NEWSPAPERS** [1] - 16:2
**NEXT** [12] - 13:2, 23:11, 39:14, 40:20, 41:11, 41:14, 41:19, 42:12, 43:2, 43:3, 47:15, 80:16
**NINE** [3] - 20:8, 39:13, 40:19
**NO** [23] - 5:1, 5:2, 5:7, 5:11, 5:18, 21:18, 22:19, 38:25, 47:8, 48:7, 51:18, 54:3, 61:4, 64:23, 69:12, 69:13, 69:15, 73:12, 76:19, 77:2, 78:6
**NOBODY** [1] - 29:20
**NONCATEGORICAL** [1] - 47:7
**NONCOVID** [1] - 34:8
**NONE** [5] - 11:7, 11:19, 12:10, 65:5, 74:7
**NONISSUE** [1] - 51:12
**NOR** [5] - 15:3, 26:13, 27:1, 72:4
**NORMALLY** [2] - 63:4, 70:15
**NOT** [242] - 4:21, 5:21, 6:14, 7:20, 8:24, 8:25, 9:5, 9:6, 9:14, 11:12, 11:24, 14:1, 14:4, 14:10, 14:15, 14:24, 14:25, 15:1, 15:8, 15:11, 15:13, 15:17, 15:25, 16:10, 16:15, 16:18, 16:21, 17:6, 17:7, 17:13, 18:3, 18:18, 18:24, 19:11, 19:15, 19:18, 19:19, 20:18, 21:4, 22:1, 22:20, 23:7, 24:8, 24:9, 24:25, 25:8, 25:19, 25:21, 26:1, 26:4, 26:9, 26:11, 26:19, 26:24, 27:13, 27:20, 27:21, 27:22, 27:24, 28:2, 28:8, 29:2, 29:5, 29:8, 29:10, 29:16, 29:17, 30:6, 30:10,

30:21, 31:22, 31:25, 32:4, 32:5, 33:14, 33:15, 34:10, 34:16, 34:21, 34:25, 35:16, 35:17, 35:19, 36:1, 36:2, 36:4, 36:24, 37:4, 37:5, 37:7, 37:10, 37:12, 38:8, 38:13, 39:19, 39:20, 39:22, 39:25, 40:6, 40:9, 40:18, 40:19, 41:14, 42:4, 42:9, 42:25, 43:1, 43:3, 43:14, 44:1, 44:3, 44:5, 45:3, 45:5, 45:14, 45:17, 45:22, 45:25, 46:1, 46:11, 46:13, 46:16, 46:19, 46:20, 46:22, 46:23, 47:3, 47:25, 48:14, 48:17, 49:14, 49:15, 49:20, 50:12, 50:13, 50:19, 50:24, 51:4, 51:9, 51:16, 51:18, 51:20, 52:1, 52:9, 52:24, 53:7, 54:14, 55:9, 55:23, 56:24, 57:8, 57:14, 57:17, 57:22, 57:25, 58:7, 58:17, 59:9, 59:12, 59:15, 59:16, 59:24, 60:4, 61:1, 61:7, 61:17, 62:6, 62:10, 63:16, 64:6, 64:8, 64:11, 64:14, 64:15, 64:20, 65:1, 65:25, 66:10, 66:14, 66:15, 67:6, 67:13, 67:21, 68:5, 68:12, 68:17, 68:18, 69:1, 69:2, 69:5, 69:11, 69:14, 69:20, 69:21, 69:22, 70:3, 70:4, 70:20, 71:1, 71:23, 72:3, 72:9, 72:11, 72:23, 72:25, 73:20, 73:21, 73:23, 73:24, 74:5, 74:7, 74:15, 74:17, 75:6, 75:24, 76:2, 76:8, 76:11, 76:18, 76:24, 77:13, 78:13, 78:15, 78:21, 79:15, 80:5, 80:6, 81:4, 81:5, 81:16, 81:22, 82:1, 82:4, 82:6
**NOTE** [6] - 36:6, 47:6, 49:8, 57:23, 58:6, 58:12
**NOTED** [1] - 34:20
**NOTES** [1] - 58:13
**NOTHING** [6] - 35:20,

36:21, 37:13, 38:17, 38:23, 83:3
**NOTICE** [10] - 6:21, 35:18, 36:21, 37:16, 49:11, 51:25, 52:1, 52:4, 63:19, 63:20
**NOTICES** [1] - 18:12
**NOTION** [1] - 55:10
**NOTWITHSTANDING** [2] - 18:16, 20:4
**NOVEMBER** [4] - 59:25, 60:3, 60:5, 68:11
**NOW** [36] - 14:9, 17:2, 18:16, 18:21, 20:25, 21:7, 25:18, 30:8, 30:17, 39:5, 47:19, 49:21, 51:7, 52:16, 60:4, 60:18, 61:16, 61:25, 62:3, 62:16, 64:11, 65:11, 65:16, 66:2, 66:5, 66:10, 68:5, 69:16, 70:4, 72:14, 80:3, 80:23, 81:1, 81:7, 81:24, 82:5
**NUMBER** [9] - 1:3, 3:7, 11:17, 12:12, 35:24, 40:12, 53:15, 65:11
**NUMBERS** [3] - 57:19, 58:8, 64:13
**NUMEROUS** [2] - 76:7, 76:8
**NURSE** [1] - 62:12

# O

**OATH** [1] - 41:2
**OBJECTIONS** [5] - 4:19, 4:24, 5:2, 5:7, 5:12
**OBJECTIVE** [1] - 50:11
**OBJECTIVES** [1] - 50:8
**OBLIGATION** [6] - 35:15, 35:21, 36:3, 37:2, 38:24, 39:20
**OBLIGATIONS** [1] - 50:17
**OBSTACLE** [3] - 42:25, 44:5, 50:7
**OBTAIN** [2] - 54:17, 78:5
**OBVIOUSLY** [15] - 25:25, 33:20, 34:6, 36:6, 36:13, 36:15, 38:6, 40:10, 41:2, 43:9, 44:14, 45:17,

46:14, 46:22, 56:15
**OCCURRED** [1] - 75:10
**OCTOBER** [1] - 60:2
**OF** [448] - 1:2, 1:6, 2:4, 2:6, 3:3, 3:7, 3:10, 3:15, 3:21, 4:3, 4:10, 4:11, 4:12, 4:16, 4:19, 4:20, 4:21, 4:22, 5:4, 5:9, 5:14, 5:16, 5:19, 5:23, 5:25, 6:4, 6:10, 6:16, 6:18, 6:23, 6:25, 7:5, 7:8, 7:13, 7:16, 7:17, 7:23, 8:3, 8:6, 8:9, 8:14, 8:15, 8:18, 8:22, 8:23, 9:3, 9:12, 9:17, 9:22, 10:20, 10:24, 10:25, 11:2, 11:3, 11:4, 11:5, 11:7, 11:9, 11:15, 11:16, 11:17, 11:18, 11:19, 11:20, 11:25, 12:1, 12:4, 12:10, 12:12, 12:14, 12:16, 12:25, 13:2, 13:7, 13:10, 13:14, 13:18, 13:21, 13:24, 14:18, 14:19, 14:22, 15:1, 15:6, 15:10, 15:15, 16:4, 16:8, 16:10, 16:13, 16:21, 16:23, 16:24, 16:25, 17:6, 17:9, 17:11, 17:12, 17:13, 17:17, 17:22, 18:1, 18:6, 18:10, 18:11, 18:15, 18:25, 19:2, 19:6, 19:12, 19:13, 19:16, 19:24, 20:4, 20:13, 20:15, 20:19, 21:14, 21:15, 21:16, 21:18, 21:21, 22:4, 22:15, 22:20, 22:24, 22:25, 23:4, 23:7, 23:11, 23:12, 23:13, 23:15, 23:21, 23:22, 24:2, 24:6, 24:9, 24:21, 25:3, 25:4, 25:7, 25:16, 25:20, 25:21, 26:8, 26:12, 26:18, 26:19, 26:21, 26:22, 26:23, 27:9, 27:11, 27:12, 27:14, 27:15, 27:17, 27:25, 28:10, 28:11, 28:12, 28:21, 28:22, 28:23, 28:24, 29:1, 29:6, 29:7, 29:17, 29:21, 29:23, 29:25, 30:4, 30:18, 30:21, 31:3, 31:6, 31:8,

31:10, 31:21, 32:8, 32:20, 32:23, 33:3, 33:6, 33:20, 33:21, 33:25, 34:1, 34:4, 34:5, 34:8, 34:11, 34:19, 34:24, 35:11, 35:14, 35:17, 35:18, 35:20, 35:21, 35:24, 36:2, 36:9, 36:12, 36:15, 36:16, 36:25, 37:7, 37:9, 37:15, 37:16, 37:17, 37:18, 37:20, 37:22, 37:23, 37:25, 38:2, 38:7, 38:9, 38:11, 38:12, 38:15, 38:19, 38:20, 38:21, 39:3, 39:4, 39:13, 39:14, 39:23, 40:5, 40:12, 40:13, 40:16, 41:1, 41:5, 41:6, 41:8, 41:11, 41:13, 41:21, 41:25, 42:13, 42:17, 42:20, 43:4, 43:9, 43:14, 43:20, 43:21, 43:24, 44:2, 44:15, 45:9, 46:5, 46:13, 46:19, 47:3, 48:2, 48:16, 48:23, 49:2, 49:6, 49:8, 50:7, 50:8, 50:11, 50:17, 50:21, 51:6, 51:10, 51:17, 52:7, 52:8, 52:13, 52:19, 52:21, 52:22, 53:6, 53:11, 53:15, 53:20, 53:21, 53:24, 54:1, 54:15, 54:16, 54:18, 55:7, 55:10, 55:17, 55:23, 56:1, 56:4, 56:6, 56:23, 57:14, 57:19, 57:20, 58:10, 58:11, 58:14, 58:19, 58:21, 59:16, 59:22, 59:25, 60:2, 60:4, 60:6, 60:13, 60:19, 61:5, 61:6, 61:10, 61:11, 61:17, 62:9, 62:18, 63:2, 63:7, 63:8, 63:9, 63:11, 63:12, 64:3, 64:6, 64:12, 64:13, 64:24, 65:5, 65:25, 66:9, 66:12, 66:14, 66:25, 67:1, 67:6, 67:8, 67:11, 67:12, 67:13, 67:17, 67:18, 68:4, 68:6, 68:7, 68:14, 68:15, 68:16, 68:21, 68:23, 69:6, 69:9, 69:12, 69:14, 69:16, 69:18, 70:12,

71:2, 71:7, 71:9, 71:11, 71:17, 71:19, 71:20, 71:25, 72:4, 72:5, 72:7, 72:10, 72:16, 72:20, 72:22, 73:3, 73:10, 73:22, 74:4, 74:7, 74:20, 75:9, 75:15, 75:19, 75:25, 76:9, 76:17, 76:20, 76:25, 77:24, 78:6, 78:14, 78:22, 78:25, 79:14, 79:16, 79:21, 79:23, 80:8, 80:16, 80:21, 80:23, 81:3, 81:25, 82:3, 82:5, 82:8, 82:9, 82:12, 83:6, 83:13
**OFF** [3] - 17:18, 17:25, 18:9
**OFFER** [1] - 63:23
**OFFERS** [1] - 76:21
**OFFICIAL** [2] - 1:20, 83:16
**OFFSET** [4] - 12:16, 17:16, 77:14, 79:17
**OFTEN** [1] - 53:13
**OKAY** [9] - 9:15, 9:23, 10:1, 10:3, 42:6, 44:6, 46:25, 57:16, 77:6
**ON** [109] - 3:10, 3:14, 3:22, 4:6, 4:13, 5:4, 5:9, 6:4, 6:16, 6:25, 7:7, 8:16, 9:1, 9:8, 9:10, 11:10, 12:13, 12:17, 15:9, 16:4, 16:17, 16:19, 17:10, 18:3, 18:16, 19:24, 20:3, 21:2, 21:6, 22:6, 22:8, 22:11, 22:16, 22:25, 23:4, 23:10, 23:16, 24:12, 24:13, 25:12, 26:14, 26:17, 27:3, 27:7, 28:4, 31:8, 31:24, 32:21, 32:22, 32:25, 33:14, 34:5, 34:9, 35:8, 35:13, 35:25, 36:12, 38:19, 39:9, 41:9, 42:8, 44:11, 44:25, 46:1, 46:9, 46:17, 48:3, 48:5, 48:14, 48:22, 49:7, 49:9, 50:10, 52:14, 52:15, 52:19, 53:1, 55:16, 55:25, 57:17, 57:19, 57:23, 58:1, 63:4, 63:10, 65:12, 65:19, 66:16, 67:19, 68:20, 69:1, 69:2,

70:23, 71:9, 71:22, 72:2, 73:10, 74:14, 75:7, 75:13, 75:16, 77:3, 77:4, 80:10, 82:6, 82:13
**ONCE** [4] - 25:17, 30:2, 32:1, 41:7
**ONE** [30] - 12:14, 15:11, 17:9, 20:12, 21:4, 21:19, 27:11, 28:11, 30:4, 32:19, 33:20, 34:25, 37:18, 41:8, 51:5, 51:10, 55:2, 55:12, 56:8, 64:6, 65:11, 66:25, 67:1, 68:12, 68:16, 69:17, 78:17, 80:8, 82:16
**ONES** [3] - 4:22, 17:4, 80:25
**ONGOING** [9] - 16:4, 23:21, 29:14, 54:23, 54:24, 55:5, 74:6, 74:9, 74:10
**ONLY** [21] - 5:21, 6:14, 8:20, 13:19, 14:10, 15:11, 17:4, 18:23, 23:25, 26:19, 28:18, 28:23, 40:21, 43:2, 43:5, 52:1, 56:19, 63:11, 63:13, 71:16, 79:15
**ONTO** [1] - 75:2
**OODLES** [1] - 37:25
**OPEN** [3] - 18:14, 59:15
**OPERATES** [1] - 39:11
**OPINION** [1] - 32:22
**OPPORTUNITY** [2] - 70:11, 71:24
**OPPOSE** [1] - 31:21
**OPPOSITION** [1] - 32:4
**OPTIONS** [1] - 63:25
**OR** [85] - 4:19, 9:9, 9:12, 11:8, 12:3, 12:4, 12:5, 12:13, 12:20, 14:4, 15:22, 16:9, 16:13, 16:14, 17:7, 17:18, 17:24, 17:25, 18:3, 18:25, 19:4, 21:15, 23:1, 25:24, 26:10, 26:14, 26:25, 27:20, 27:22, 28:17, 31:5, 32:1, 35:18, 36:10, 36:23, 37:15, 37:16, 37:24, 39:14, 39:16, 40:3, 40:4, 41:21, 42:23,

42:24, 42:25, 43:21, 46:17, 46:21, 47:10, 48:3, 50:19, 52:4, 52:19, 53:8, 53:14, 57:3, 57:5, 57:9, 61:15, 63:13, 63:21, 63:23, 64:1, 64:9, 64:11, 64:22, 65:15, 70:23, 74:8, 74:9, 74:25, 76:24, 77:2, 78:4, 79:16, 80:19, 81:5, 81:16, 82:4, 82:9, 82:15
**ORAL** [1] - 80:2
**ORDAIN** [1] - 76:1
**ORDER** [9] - 1:12, 3:19, 4:9, 37:23, 42:3, 54:17, 59:22, 69:24, 79:12
**ORDERS** [4] - 16:14, 70:6
**ORDINANCE** [10] - 48:24, 49:4, 49:5, 49:8, 49:10, 49:14, 51:3, 51:24, 75:11, 75:16
**ORDINANCES** [7] - 6:10, 8:6, 24:6, 26:18, 26:22, 50:18, 56:9
**ORGANIZATIONS** [1] - 26:20
**OTHER** [37] - 4:2, 9:2, 11:3, 11:7, 16:21, 19:5, 19:12, 20:4, 23:14, 24:8, 26:1, 26:10, 26:25, 27:8, 27:14, 36:23, 38:7, 38:10, 40:12, 44:7, 50:3, 53:1, 63:5, 64:24, 65:16, 70:6, 70:11, 72:22, 73:10, 75:5, 76:8, 79:24, 80:14, 80:15, 82:22
**OTHERS** [1] - 75:14
**OTHERWISE** [5] - 11:8, 41:25, 57:3, 58:21, 81:17
**OUR** [21] - 3:17, 6:9, 7:8, 12:9, 13:19, 16:20, 17:3, 19:7, 23:18, 28:20, 32:4, 32:7, 33:22, 51:1, 64:12, 72:23, 73:20, 74:5, 74:16, 80:10, 82:25
**OUT** [36] - 6:16, 11:1, 16:14, 17:10, 25:23, 26:11, 27:1, 28:8, 34:10, 37:23, 38:16,

40:12, 41:23, 47:2, 48:1, 53:9, 55:21, 60:25, 61:23, 62:7, 63:11, 63:18, 63:21, 63:22, 64:4, 64:23, 67:17, 68:6, 68:11, 68:13, 70:21, 73:3, 74:13, 77:14, 79:1
**OUTLINED** [2] - 23:18, 65:24
**OUTLINES** [1] - 63:1
**OUTSET** [1] - 82:23
**OVER** [9] - 25:19, 32:15, 35:24, 42:11, 58:14, 59:21, 64:12, 65:10, 76:12
**OVERALL** [1] - 53:20
**OVERVIEW** [1] - 48:2
**OWED** [1] - 45:5
**OWING** [1] - 37:24
**OWN** [2] - 14:7, 78:4
**OWNERS** [6] - 23:5, 27:12, 28:13, 29:24, 30:12, 75:15
**OWNING** [1] - 28:11

# P

**P.O** [1] - 1:16
**PA** [6] - 1:9, 1:17, 1:22, 2:5, 2:9, 2:12
**PACE** [1] - 30:3
**PAGE** [2] - 32:25, 35:13
**PAID** [7] - 19:19, 35:23, 39:21, 39:25, 40:6, 41:18, 77:8
**PANDEMIC** [34] - 13:15, 15:8, 15:10, 19:7, 20:3, 20:13, 24:9, 24:20, 24:25, 25:11, 25:16, 25:21, 28:9, 29:18, 30:8, 30:15, 33:22, 34:4, 40:11, 54:1, 56:12, 58:20, 60:1, 60:17, 61:5, 61:8, 61:14, 61:16, 65:12, 65:13, 68:4, 69:16, 72:21, 73:6
**PAPERS** [6] - 4:13, 6:9, 32:5, 54:10, 55:10, 73:19
**PARADING** [1] - 33:10
**PARENTS** [3] - 17:14, 66:7, 66:10
**PARKWAY** [1] - 1:16
**PART** [15] - 17:25, 18:10, 19:16, 21:16, 21:21, 28:23, 37:7,

45:4, 45:9, 46:19, 52:13, 52:16, 56:1, 80:16, 81:25
**PARTICIPATING** [1] - 77:22
**PARTICULAR** [8] - 10:17, 30:4, 38:20, 49:8, 58:11, 67:15, 71:11, 80:20
**PARTICULARLY** [5] - 13:9, 13:11, 35:12, 49:22, 55:12
**PARTIES** [17] - 3:21, 3:23, 4:9, 7:19, 7:20, 9:4, 17:2, 27:6, 35:14, 45:11, 56:11, 56:15, 57:2, 76:7, 81:6, 81:14, 81:16
**PARTIES'** [1] - 5:17
**PARTS** [6] - 19:6, 21:1, 31:5, 39:4, 79:21, 81:3
**PARTY** [3] - 43:15, 58:24, 82:3
**PASS** [3] - 43:17, 61:1, 66:19
**PASSED** [5] - 11:21, 26:22, 36:11, 39:23, 67:7
**PASSES** [1] - 19:3
**PAST** [12] - 19:9, 24:13, 32:2, 37:7, 39:6, 39:17, 40:4, 43:19, 43:25, 57:7, 57:13, 65:9
**PAUSE** [2] - 6:6, 18:16
**PAY** [26] - 6:22, 6:23, 11:12, 22:6, 22:8, 22:9, 22:10, 35:16, 35:22, 38:22, 39:14, 40:19, 41:11, 42:4, 46:9, 65:17, 65:18, 65:25, 66:1, 66:3, 66:13, 72:3, 77:17, 79:2
**PAYING** [10] - 18:19, 19:17, 19:19, 22:2, 26:14, 41:10, 43:2, 71:15, 71:25, 79:9
**PAYMENT** [5] - 70:21, 70:23, 76:16, 78:6, 79:16
**PAYMENTS** [5] - 19:9, 39:16, 39:17, 76:12, 78:11
**PAYROLL** [3] - 72:19, 79:2, 79:9
**PC** [1] - 2:11
**PENALIZE** [2] - 68:19, 71:14

**PENALTIES** [5] - 9:2, 22:5, 24:13, 27:25, 71:13
**PENALTY/ LIQUIDATED** [1] - 46:10
**PENCIL** [1] - 24:6
**PENNSYLVANIA** [17] - 1:2, 3:22, 5:23, 12:2, 17:17, 46:11, 48:13, 48:15, 48:22, 49:23, 50:4, 50:10, 50:25, 71:12, 72:17, 75:9, 75:20
**PEOPLE** [26] - 6:16, 8:15, 11:9, 14:1, 18:9, 18:18, 25:1, 25:9, 25:22, 29:24, 34:9, 41:7, 44:18, 45:8, 53:15, 56:12, 58:18, 62:5, 62:10, 62:16, 64:2, 66:7, 66:12, 78:5, 82:23
**PEOPLE'S** [2] - 56:21, 66:10
**PER** [4] - 17:18, 55:4, 55:11, 74:2
**PERCEIVE** [2] - 25:15, 33:7
**PERCENT** [2] - 12:17, 78:15
**PERCENTAGE** [3] - 39:17, 41:11, 69:13
**PERHAPS** [1] - 13:23
**PERIOD** [12] - 25:12, 35:17, 38:7, 38:11, 39:13, 40:5, 43:24, 56:9, 57:12, 73:22, 73:25, 74:1
**PERMANENT** [4] - 34:18, 34:22, 53:3, 73:22
**PERSON** [5] - 17:17, 40:18, 64:15, 65:8, 68:10
**PERSONAL** [1] - 7:19
**PERSPECTIVE** [2] - 64:9, 64:10
**PERSPECTIVELY** [1] - 40:5
**PERTINENT** [1] - 5:16
**PFAUTZ** [20] - 2:2, 31:3, 31:7, 31:15, 32:15, 32:17, 32:19, 35:8, 37:10, 39:7, 40:8, 41:16, 41:24, 44:8, 45:12, 47:1, 53:4, 57:23, 58:4, 58:5
**PFAUTZ'S** [1] - 73:18

**PHASE** [2] - 58:14, 58:16
**PHIL** [1] - 63:17
**PHILADELPHIA** [35] - 1:6, 1:9, 1:22, 2:4, 2:5, 2:6, 2:9, 2:12, 3:3, 3:6, 13:11, 13:12, 15:13, 17:12, 32:23, 49:3, 49:5, 53:25, 56:23, 59:15, 61:10, 61:11, 61:13, 66:22, 67:1, 67:25, 75:10, 75:15, 75:25, 76:12, 77:8, 78:3, 80:21, 81:20
**PHILADELPHIA'S** [1] - 50:18
**PHILLIPS** [1] - 33:3
**PHILLY** [2] - 65:8, 66:16
**PHL** [1] - 58:12
**PHYSICAL** [2] - 8:22, 53:6
**PIECE** [7] - 63:8, 63:9, 66:25, 68:16, 69:4, 72:7, 81:7
**PIECES** [2] - 64:24, 68:14
**PLACE** [11] - 6:12, 21:11, 27:11, 28:9, 29:3, 32:19, 42:24, 63:7, 64:17, 69:23, 76:5
**PLACED** [1] - 32:6
**PLAINTIFF** [8] - 1:4, 1:18, 3:18, 4:25, 31:22, 33:20, 42:17, 54:12
**PLAINTIFFS** [6] - 3:10, 54:17, 54:22, 57:3, 67:20, 83:4
**PLAN** [6] - 9:5, 16:25, 20:7, 20:8, 20:10, 42:5
**PLANNED** [1] - 59:3
**PLANS** [1] - 70:13
**PLAY** [2] - 12:23, 56:10
**PLAYING** [1] - 46:17
**PLEADING** [1] - 4:16
**PLEASE** [2] - 52:17, 63:21
**PLENTY** [1] - 60:6
**POINT** [22] - 13:5, 16:16, 16:20, 17:9, 32:22, 34:12, 37:14, 43:5, 43:18, 44:11, 44:16, 54:1, 59:8, 59:10, 61:7, 63:12, 63:19, 64:6, 65:8,

66:23, 66:24, 74:23
POINTED [6] - 11:1, 11:13, 11:17, 47:2, 50:21, 74:13
POINTS [8] - 28:8, 29:15, 59:2, 60:10, 60:25, 67:15, 73:17, 74:21
POOR [1] - 14:1
POSE [2] - 24:19, 42:25
POSED [1] - 55:17
POSITION [19] - 6:20, 7:2, 7:8, 10:14, 10:15, 13:19, 17:3, 19:7, 21:14, 28:20, 31:24, 32:12, 48:3, 61:13, 61:16, 73:20, 74:2, 74:5, 76:22
POSITIONED [1] - 31:15
POSITIONS [1] - 5:20
POSITIVE [1] - 25:18
POSITIVITY [1] - 62:3
POSSESS [1] - 22:19
POSSESSION [11] - 6:19, 7:1, 8:24, 11:4, 18:25, 20:13, 20:19, 21:16, 22:4, 25:4, 25:7
POSSIBILITY [1] - 7:17
POSSIBLE [3] - 25:24, 56:14, 58:16
POSSIBLY [2] - 9:8, 62:8
POST [2] - 17:6, 20:13
POTENTIAL [6] - 17:1, 53:18, 55:8, 69:10, 82:6
POTENTIALLY [2] - 20:14, 29:16
POVERTY [1] - 14:5
PREAMBLE [5] - 8:9, 33:17, 62:24, 62:25, 63:1
PREAMBLES [1] - 33:18
PRECAUTION [1] - 61:17
PRECEDENT [1] - 54:24
PRECLUDE [8] - 6:17, 10:25, 11:7, 13:17, 25:9, 26:23, 28:21, 29:2
PRECLUDED [2] - 18:24, 19:4
PRECLUDES [2] - 6:15, 25:6

PRECLUDING [4] - 9:1, 11:8, 11:9, 12:20
PREDOMINANTLY [1] - 65:16
PREEMPTED [4] - 48:8, 48:13, 48:24, 49:14
PREEMPTION [14] - 31:9, 47:24, 48:5, 48:9, 48:11, 48:22, 49:22, 74:15, 74:17, 74:18, 74:19, 75:7, 75:18
PREEMPTIVE [1] - 8:1
PREEVICTION [1] - 16:22
PREEXISTING [9] - 60:14, 61:3, 61:7, 61:8, 61:12, 61:15, 61:19, 61:24, 66:9
PREFER [1] - 56:20
PRELIMINARY [11] - 4:7, 5:25, 23:16, 32:5, 32:12, 52:21, 57:17, 70:2, 80:10, 82:6, 82:13
PREMISES [3] - 37:18, 49:18, 75:22
PREPARED [2] - 4:8, 54:9
PREREQUISITE [3] - 51:23, 52:5, 52:7
PRESCHOOL [1] - 16:9
PRESENT [2] - 55:14, 55:22
PRESENTED [2] - 5:18, 13:6
PRESENTS [1] - 62:15
PRESERVE [1] - 30:11
PRESERVED [2] - 21:18, 38:18
PRESSURE [1] - 37:22
PRETEXT [5] - 60:14, 60:23, 63:8, 63:9, 66:20
PRETEXTUAL [1] - 11:18
PRETTY [1] - 70:6
PREVENT [8] - 10:17, 25:10, 25:11, 28:22, 33:21, 61:20, 62:18, 73:5
PREVENTING [3] - 44:14, 44:15, 44:18
PRIOR [6] - 8:24, 11:21, 49:11, 60:6, 68:22, 78:25

PRIVATE [3] - 7:19, 45:11, 72:16
PROBABLY [2] - 21:4, 72:5
PROBLEM [10] - 10:5, 10:13, 12:1, 19:22, 22:18, 22:20, 29:14, 34:16, 46:19, 74:25
PROBLEMS [1] - 53:25
PROCEDURAL [3] - 21:19, 36:16, 80:17
PROCEDURE [3] - 49:17, 52:8, 55:21
PROCEDURES [4] - 48:17, 49:15, 50:12, 52:10
PROCEED [7] - 3:2, 3:8, 3:12, 6:3, 6:7, 10:9, 60:9
PROCEEDING [7] - 3:18, 5:2, 5:8, 6:6, 49:12, 51:23, 52:6
PROCEEDINGS [2] - 1:24, 83:13
PROCESS [12] - 11:25, 19:12, 21:17, 21:20, 22:12, 37:7, 47:13, 52:7, 55:19, 63:17, 64:3, 64:7
PROCESSES [1] - 77:12
PRODUCE [1] - 33:5
PRODUCED [1] - 1:24
PROGRAM [38] - 12:3, 25:25, 27:10, 27:17, 29:22, 51:13, 51:16, 51:22, 55:18, 55:25, 56:3, 56:5, 56:8, 58:12, 58:14, 59:4, 59:6, 59:9, 59:13, 60:5, 70:25, 71:1, 72:19, 76:11, 76:21, 76:24, 77:7, 78:3, 78:7, 78:13, 78:21, 79:3, 81:8, 81:10, 81:13, 82:9
PROGRAMS [31] - 11:15, 11:17, 11:19, 11:20, 12:8, 12:10, 12:15, 13:4, 17:5, 17:8, 26:1, 26:5, 26:8, 26:11, 26:12, 27:8, 40:12, 58:10, 72:11, 72:22, 76:5, 76:7, 76:8, 76:10, 77:14, 77:15, 77:22, 78:1, 79:15, 80:20, 82:9
PROHIBITED [2] -

49:7, 49:9
PROHIBITING [1] - 75:13
PROJECT [1] - 3:6
PROJECTED [1] - 25:16
PRONGS [1] - 52:21
PROOF [2] - 41:1, 41:21
PROPER [2] - 47:3, 73:20
PROPERLY [1] - 22:7
PROPERTIES [10] - 12:11, 22:16, 22:17, 22:24, 26:14, 28:11, 28:15, 28:16, 28:17, 69:15
PROPERTY [13] - 14:7, 18:5, 19:17, 20:13, 20:19, 23:5, 23:13, 27:13, 27:15, 29:24, 30:12, 75:15, 79:18
PROPORTIONS [1] - 63:2
PROPOSITION [1] - 33:12
PROSPECT [1] - 23:4
PROSPECTIVE [1] - 24:16
PROSPECTS [1] - 70:17
PROTECT [4] - 28:12, 68:14, 68:18, 76:9
PROTECTED [2] - 42:10, 43:24
PROTECTING [1] - 8:21
PROTECTION [13] - 36:2, 41:25, 59:23, 60:16, 66:24, 67:6, 67:23, 68:3, 68:16, 69:2, 72:19, 72:25, 79:2
PROTECTIONS [7] - 23:1, 57:21, 63:7, 68:7, 69:1, 69:23, 73:4
PROVIDE [10] - 12:14, 48:2, 52:1, 57:9, 64:19, 76:11, 78:13, 78:17, 78:21, 81:24
PROVIDED [5] - 18:4, 41:5, 43:6, 58:7, 68:22
PROVIDES [2] - 41:17, 67:24
PROVIDING [2] - 72:17, 81:23
PROVISION [3] - 8:2,

39:11, 46:20
PROVISIONS [4] - 35:23, 38:10, 39:22, 40:16
PUBLIC [22] - 4:17, 8:8, 8:20, 8:21, 13:16, 14:16, 14:17, 14:21, 26:10, 47:10, 52:14, 52:22, 53:18, 53:22, 60:17, 62:12, 62:15, 62:22, 64:9, 67:4, 68:1
PUBLICITY [1] - 39:21
PURPORTED [1] - 75:16
PURPOSE [18] - 6:16, 7:4, 10:17, 10:24, 25:9, 26:21, 28:21, 29:6, 29:8, 29:9, 29:11, 29:16, 30:13, 47:11, 48:16, 50:11, 54:15
PURPOSES [5] - 8:19, 31:25, 33:18, 33:20, 50:8
PURSUANT [1] - 24:20
PUT [10] - 23:9, 28:8, 28:24, 47:19, 50:19, 54:12, 58:1, 61:12, 61:24, 76:22
PUTTING [3] - 6:15, 66:12, 70:15
PUZZLE [4] - 66:25, 68:14, 68:16, 73:2

## Q

QUALIFICATIONS [1] - 58:19
QUALIFIES [1] - 78:10
QUALIFY [2] - 42:3, 77:12
QUESTION [16] - 8:13, 21:8, 24:19, 27:4, 31:10, 31:14, 44:4, 45:13, 50:14, 55:17, 58:2, 59:3, 60:12, 60:19, 60:24, 76:4
QUESTIONS [13] - 5:21, 30:18, 31:13, 35:4, 44:21, 48:4, 51:6, 51:9, 54:4, 73:8, 75:5, 80:1, 82:15
QUIBBLE [1] - 29:20
QUICKLY [2] - 44:22, 56:14
QUIT [1] - 37:16
QUITE [3] - 4:4, 4:22,

82:24
**QUOTE** [4] - 6:18, 18:11, 25:6, 71:9
**QUOTING** [1] - 33:2

# R

**RACHEL** [2] - 2:7, 3:14
**RAISE** [1] - 32:11
**RAISED** [2] - 32:4, 67:18
**RAMIFICATIONS** [1] - 62:9
**RANGE** [1] - 35:1
**RATE** [4] - 12:19, 53:20, 61:10, 71:9
**RATES** [2] - 62:3, 71:18
**RATHER** [1] - 61:8
**RATIONAL** [19] - 8:7, 14:8, 14:11, 14:16, 15:17, 16:20, 19:1, 19:3, 19:11, 28:25, 38:4, 44:9, 44:12, 44:14, 44:20, 60:13, 61:1, 66:19, 73:5
**RATIONALE** [2] - 8:5, 8:7
**RATIONALLY** [7] - 8:21, 9:5, 11:8, 13:20, 16:21, 24:8, 29:8
**READ** [1] - 32:25
**READING** [2] - 13:23, 35:11
**READS** [1] - 16:1
**READY** [4] - 3:2, 3:8, 3:12, 6:3
**REALITY** [3] - 66:2, 66:14, 66:21
**REALIZING** [1] - 4:2
**REALLY** [25] - 7:21, 12:2, 12:6, 14:7, 14:10, 15:7, 19:16, 22:17, 28:1, 33:23, 36:22, 40:7, 42:12, 42:25, 44:20, 46:15, 47:3, 47:4, 47:8, 54:1, 61:23, 71:2, 72:12, 77:25, 81:2
**REASON** [2] - 22:2, 66:19
**REASONABLE** [14] - 24:21, 24:22, 25:20, 30:16, 40:2, 40:3, 40:17, 43:15, 44:2, 45:14, 45:20, 45:23, 46:3
**REASONABLENESS**

[1] - 42:13
**REASONS** [4] - 15:14, 36:12, 37:19, 67:11
**REBOUND** [1] - 62:21
**REBUTTAL** [1] - 73:14
**RECEIVE** [7] - 17:21, 28:14, 45:25, 63:19, 63:20, 77:12, 77:17
**RECEIVED** [3] - 4:11, 17:15, 58:14
**RECENT** [2] - 32:22, 79:12
**RECOGNITION** [1] - 64:8
**RECOGNIZE** [2] - 61:18, 82:3
**RECOGNIZES** [1] - 66:21
**RECOGNIZING** [1] - 31:12
**RECONCILE** [1] - 45:9
**RECONSTRUCT** [1] - 3:24
**RECONVENE** [1] - 57:25
**RECORD** [3] - 3:7, 58:1, 83:13
**RECORDED** [1] - 1:24
**RECOVERING** [2] - 21:16, 25:7
**RECOVERY** [1] - 6:18
**RECOVERY/ POSSESSION** [1] - 18:12
**REDEMPTION** [1] - 34:19
**REDUCE** [2] - 24:23, 57:2
**REENACT** [1] - 33:9
**REFERENCED** [1] - 11:19
**REFERS** [1] - 81:5
**REFORM** [1] - 15:2
**REFUSING** [1] - 65:20
**REGARD** [3] - 24:18, 32:9, 57:15
**REGARDING** [2] - 74:22, 74:23
**REGARDLESS** [2] - 37:22, 59:23
**REGULATE** [1] - 75:11
**REGULATED** [3] - 36:7, 36:8, 46:15
**REGULATES** [1] - 36:15
**REGULATING** [1] - 36:11
**REGULATION** [1] - 50:7

**REGULATORY** [1] - 46:7
**REIMBURSE** [1] - 12:4
**REIMBURSEMENT** [1] - 21:2
**REINVESTMENT** [1] - 62:1
**REITERATING** [1] - 51:5
**REJECTED** [2] - 75:9, 75:20
**RELATED** [9] - 8:21, 9:6, 11:8, 13:20, 16:21, 24:8, 29:8, 81:15
**RELATION** [3] - 28:25, 61:4
**RELATIONSHIP** [3] - 16:20, 36:17, 44:14
**RELEVANT** [3] - 5:16, 20:25, 54:22
**RELIED** [3] - 13:7, 33:14, 74:14
**RELIEF** [15] - 4:2, 6:11, 12:14, 19:13, 21:6, 21:10, 21:13, 24:18, 26:13, 47:4, 64:17, 69:19, 70:5, 77:7, 78:8
**RELIEVES** [1] - 35:21
**RELY** [1] - 32:21
**REMAINING** [1] - 52:21
**REMAINS** [1] - 28:20
**REMEDIES** [8] - 12:3, 17:1, 20:20, 28:4, 28:24, 29:7, 38:18, 38:19
**REMEDY** [2] - 24:3, 27:23
**REMEDYING** [1] - 29:14
**REMOTELY** [2] - 66:6, 66:7
**REMOTES** [1] - 14:3
**REMOVED** [1] - 25:3
**REMOVING** [1] - 8:22
**RENDERING** [1] - 82:13
**RENT** [47] - 6:22, 6:23, 35:15, 35:16, 35:20, 35:22, 35:23, 36:1, 37:5, 37:7, 37:12, 37:16, 38:21, 38:23, 39:6, 39:8, 39:12, 39:14, 39:15, 39:19, 39:24, 40:19, 41:11, 41:12, 41:18, 42:4, 42:19, 43:3, 43:4, 45:5, 49:6, 58:12,

65:17, 65:18, 66:3, 69:14, 71:9, 71:15, 72:1, 72:2, 75:10, 76:20, 77:6, 77:17, 77:22, 79:16
**RENTAL** [11] - 28:11, 36:3, 37:2, 65:20, 65:21, 70:22, 76:11, 77:3, 77:8, 78:4
**RENTALS** [1] - 30:15
**RENTERS** [3] - 13:11, 13:12, 30:13
**RENTS** [11] - 19:9, 19:19, 24:13, 38:17, 40:4, 41:10, 49:6, 65:25, 75:13, 76:1, 79:6
**REOPEN** [1] - 59:7
**REOPENING** [2] - 25:22, 64:14
**REPAYMENT** [13] - 16:25, 20:7, 20:8, 35:23, 39:11, 40:24, 41:4, 41:17, 42:5, 42:23, 70:8, 70:12, 79:16
**REPEATED** [2] - 8:9, 8:10
**REPERCUSSIONS** [1] - 64:21
**REPLY** [2] - 12:9, 35:13
**REPORT** [1] - 80:19
**REPORTER** [2] - 1:20, 83:16
**REPOSSESS** [2] - 49:18, 75:22
**REPRESENTATIVE** [1] - 3:5
**REPRESENTS** [1] - 6:14
**REQUEST** [6] - 3:18, 3:20, 4:6, 5:25, 80:11, 82:14
**REQUESTS** [1] - 42:17
**REQUIRE** [2] - 35:23, 35:25
**REQUIRED** [7] - 7:17, 18:12, 21:22, 33:6, 35:19, 36:21, 44:20
**REQUIREMENT** [4] - 9:4, 16:25, 40:24, 51:25
**REQUIREMENTS** [3] - 6:12, 25:8, 49:11
**REQUIRES** [5] - 27:3, 42:1, 42:2, 54:2, 82:19
**REQUIRING** [6] -

11:11, 12:19, 22:14, 33:9, 42:24, 75:2
**REQUISITE** [1] - 21:1
**RESIDENCE** [1] - 13:22
**RESIDENTIAL** [1] - 78:4
**RESIDENTS** [2] - 34:3, 63:5
**RESOURCES** [1] - 70:18
**RESPECTFULLY** [1] - 24:1
**RESPOND** [4] - 31:16, 32:7, 53:23, 65:1
**RESPONDED** [1] - 65:10
**RESPONSE** [6] - 27:9, 32:11, 42:16, 49:4, 54:2, 58:1
**RESPONSIVE** [2] - 6:1, 31:23
**REST** [4] - 29:1, 29:6, 29:7, 29:23
**RESTAURANTS** [2] - 64:16, 68:6
**RESTRAINING** [2] - 1:12, 3:19
**RESTRAINTS** [1] - 23:10
**RESULT** [2] - 23:15, 30:20
**REVENUE** [2] - 22:7, 28:19
**REVERSE** [1] - 45:16
**REVIEW** [3] - 4:20, 5:14, 79:23
**REVIEWED** [3] - 4:21, 5:21, 51:10
**REVISIT** [1] - 60:12
**RID** [1] - 10:20
**RIGHT** [45] - 12:21, 12:22, 14:9, 18:21, 21:7, 24:5, 26:3, 32:14, 32:22, 38:16, 39:5, 42:19, 47:14, 49:18, 49:20, 50:13, 52:12, 59:14, 60:18, 60:22, 61:25, 62:3, 62:16, 65:11, 65:16, 66:2, 66:5, 66:10, 67:2, 68:5, 70:4, 70:19, 71:5, 71:6, 72:14, 75:22, 75:24, 76:1, 76:13, 77:4, 79:13, 81:1, 81:6, 82:1, 82:5
**RIGHTS** [8] - 30:11, 55:6, 55:7, 64:2, 65:15, 73:24, 74:9,

80:17
**RILEY** [1] - 54:16
**RIPPLE** [1] - 53:7
**RIPPLES** [1] - 53:9
**RISE** [3] - 24:2, 25:18, 71:2
**RISK** [7] - 22:15, 22:16, 23:12, 27:22, 53:11, 66:13, 68:7
**RISKING** [1] - 27:21
**RISKS** [2] - 62:15, 63:14
**RIZZO** [1] - 1:7
**RIZZO'S** [2] - 28:7, 29:22
**RMR** [2] - 1:20, 83:17
**ROLE** [1] - 56:10
**ROOM** [2] - 1:21, 79:25
**ROTHSCHILD** [1] - 1:15
**RUFE** [1] - 1:10
**RULING** [2] - 80:4, 80:10
**RUN** [1] - 28:13
**RUNNING** [2] - 56:14, 59:7

# S

**SAFEGUARDS** [2] - 22:2, 22:5
**SAFETY** [1] - 81:24
**SAID** [18] - 18:9, 25:6, 29:11, 29:12, 33:17, 42:3, 42:6, 44:1, 44:16, 45:6, 46:6, 59:14, 75:8, 76:2, 76:3, 78:5
**SAME** [12] - 9:16, 16:2, 17:24, 26:18, 28:3, 38:1, 40:2, 44:19, 55:17, 67:11, 67:18, 72:24
**SATISFIED** [1] - 82:2
**SATISFY** [1] - 50:24
**SAVE** [1] - 72:2
**SAVINGS** [2] - 34:19, 43:19
**SAY** [13] - 9:10, 14:9, 24:25, 25:21, 26:7, 27:21, 29:13, 38:5, 38:15, 45:8, 46:8, 59:9, 61:2
**SAYING** [9] - 10:14, 14:15, 15:4, 19:18, 26:5, 33:4, 36:22, 47:7, 77:24
**SAYS** [7] - 13:15, 26:17, 29:13, 37:23,

42:9, 44:11, 63:21
**SCENARIO** [1] - 39:18
**SCHEDULED** [4] - 3:17, 57:25, 60:2, 77:11
**SCHEDULING** [3] - 15:14, 59:16, 59:24
**SCHOOL** [5] - 14:2, 16:9, 45:24, 64:14, 66:6
**SCHOOLING** [2] - 16:6
**SCHOOLS** [3] - 25:18, 25:22, 68:10
**SCRUTINY** [7] - 7:5, 7:8, 7:14, 7:18, 7:23, 8:3, 8:5
**SE** [3] - 55:4, 55:11, 74:3
**SECOND** [6] - 58:16, 60:15, 63:9, 66:23, 66:24, 70:7
**SECTION** [2] - 68:12, 71:7
**SECURITY** [1] - 81:25
**SEE** [8] - 10:6, 30:19, 30:20, 55:9, 70:20, 80:5, 82:3, 83:7
**SEEING** [2] - 31:22, 66:21
**SEEK** [2] - 24:23, 64:5
**SEEKING** [1] - 75:15
**SEEM** [2] - 25:20, 80:6
**SEEMED** [1] - 15:20
**SEEMS** [4] - 16:5, 16:12, 35:5, 79:13
**SEEN** [2] - 37:12, 56:1
**SEES** [1] - 63:15
**SELF** [3] - 7:16, 35:1, 63:20
**SELF-DEALING** [1] - 7:16
**SELF-HELP** [1] - 35:1
**SEND** [1] - 16:14
**SENDING** [1] - 18:12
**SENSE** [5] - 14:8, 39:10, 58:11, 58:20, 73:21
**SENTRY** [1] - 1:16
**SEPARATE** [1] - 52:8
**SEPTEMBER** [2] - 57:25, 60:2
**SERVE** [1] - 25:9
**SERVED** [1] - 21:18
**SERVICE** [1] - 22:8
**SERVICES** [2] - 2:8, 63:4
**SERVING** [1] - 13:17
**SESSION** [1] - 31:20
**SET** [13] - 4:1, 48:16,

49:16, 50:12, 51:13, 51:16, 51:20, 52:10, 55:18, 59:6, 59:9, 70:25, 82:9
**SETS** [2] - 49:17, 75:21
**SETTING** [1] - 8:18
**SEVEN** [2] - 67:11, 67:14
**SEVERAL** [4] - 12:4, 35:2, 38:8, 58:15
**SEVERE** [1] - 38:11
**SHARE** [1] - 68:7
**SHARES** [1] - 34:19
**SHARING** [1] - 31:1
**SHE** [4] - 62:15, 65:7, 65:10, 65:12
**SHE'S** [1] - 65:10
**SHELTER** [4] - 62:8, 62:11, 63:23, 81:25
**SHELTERED** [1] - 56:21
**SHELTERS** [1] - 62:17
**SHORT** [1] - 6:25
**SHORTAGE** [1] - 61:11
**SHORTENED** [1] - 42:16
**SHORTER** [1] - 38:7
**SHORTFALL** [3] - 63:2, 74:24, 75:2
**SHORTLY** [1] - 16:13
**SHOULD** [7] - 18:11, 21:6, 31:9, 32:20, 38:10, 48:25, 81:12
**SHOW** [8] - 42:6, 42:8, 52:18, 54:18, 54:19, 60:20, 69:6, 70:10
**SICK** [1] - 61:18
**SIDES** [1] - 52:5
**SIGNIFICANT** [4] - 23:19, 35:13, 55:25, 56:10
**SIGNIFICANTLY** [1] - 54:10
**SIMILAR** [5] - 23:1, 30:5, 30:7, 52:7, 58:18
**SIMPLY** [2] - 18:5, 21:2
**SIMULTANEOUSLY** [3] - 48:19, 50:2, 50:20
**SINCE** [10] - 5:24, 18:19, 27:11, 28:8, 31:19, 47:4, 47:6, 47:25, 52:18, 58:18
**SINGLE** [5] - 27:13, 36:2, 37:12, 40:18
**SIT** [1] - 70:10

**SITTING** [1] - 81:2
**SITUATION** [9] - 43:6, 54:2, 55:12, 61:20, 61:25, 65:25, 66:12, 66:15, 71:20
**SITUATIONS** [3] - 68:17, 72:24, 73:1
**SIX** [1] - 78:7
**SIXTH** [2] - 34:13, 43:20
**SIZE** [1] - 46:2
**SLIGHTLY** [1] - 56:7
**SMALL** [4] - 15:7, 28:12, 78:4, 78:20
**SMALLER** [1] - 72:20
**SO** [28] - 3:25, 4:22, 5:20, 7:20, 7:22, 9:22, 10:24, 12:23, 14:8, 15:14, 15:25, 16:9, 18:6, 18:14, 18:18, 20:11, 21:3, 21:12, 23:12, 24:17, 25:19, 25:24, 26:1, 28:1, 29:4, 29:5, 30:5, 30:16, 30:22, 32:5, 33:12, 33:19, 35:3, 35:10, 35:15, 36:3, 36:4, 36:21, 38:3, 38:25, 39:7, 39:18, 41:6, 41:9, 41:11, 42:3, 42:12, 42:25, 43:11, 43:16, 44:3, 44:21, 45:9, 45:12, 45:18, 45:20, 46:2, 46:13, 46:15, 46:22, 49:2, 49:6, 49:22, 50:9, 50:13, 50:15, 51:14, 52:6, 54:8, 55:13, 55:21, 56:16, 56:18, 56:19, 57:5, 57:25, 59:11, 60:10, 60:23, 61:17, 61:18, 61:25, 63:6, 63:7, 63:25, 64:2, 64:5, 64:16, 64:20, 64:24, 65:9, 65:23, 66:11, 66:13, 66:18, 66:23, 67:15, 67:20, 68:8, 68:16, 69:1, 69:16, 69:19, 70:2, 70:5, 70:13, 70:24, 71:13, 72:14, 76:1, 76:25, 77:25, 79:21, 80:2, 81:6, 82:1, 82:8, 82:20
**SOLELY** [1] - 19:5
**SOLICITED** [1] - 4:9
**SOLUTION** [1] - 60:17
**SOME** [28] - 4:22, 5:20, 11:15, 12:16,

15:21, 30:18, 30:19, 31:3, 34:5, 36:15, 36:25, 38:19, 40:13, 40:16, 42:7, 45:21, 49:10, 51:17, 56:4, 58:10, 58:18, 58:21, 67:12, 70:12, 71:22, 71:23, 73:5, 82:19
**SOMEBODY** [1] - 36:12
**SOMEHOW** [7] - 34:17, 34:23, 37:11, 43:3, 65:2, 65:24, 77:1
**SOMEONE** [2] - 17:23, 20:5
**SOMETHING** [5] - 31:18, 38:20, 42:15, 46:23, 56:22
**SOMETIMES** [1] - 63:25
**SOMEWHAT** [1] - 20:16
**SOON** [3] - 12:5, 42:11, 80:4
**SORRY** [3] - 9:21, 70:3, 74:21
**SORT** [4] - 8:18, 11:16, 52:8, 63:7
**SORTS** [2] - 34:8, 34:11
**SOUGHT** [1] - 75:11
**SOUNDS** [5] - 10:12, 32:19, 38:11, 46:10, 46:18
**SOUTHERN** [1] - 67:17
**SPACE** [1] - 22:20
**SPEAK** [6] - 26:19, 31:9, 39:1, 69:9, 69:11, 70:11
**SPEAKING** [1] - 16:3
**SPEAKS** [2] - 33:1, 63:18
**SPECIFIC** [11] - 31:12, 33:16, 35:3, 48:3, 49:7, 55:1, 55:6, 56:9, 69:12, 82:4, 82:17
**SPECIFICALLY** [13] - 12:9, 26:21, 28:22, 32:24, 42:1, 42:2, 46:8, 55:22, 62:13, 62:25, 74:7, 74:16, 74:17
**SPECIFIED** [1] - 73:22
**SPECTRUM** [1] - 28:24
**SPECULATIVE** [1] - 52:25

**SPEECH** [1] - 55:7
**SPEND** [1] - 49:2
**SPIRIT** [1] - 76:25
**SPOKE** [1] - 62:14
**SPOKEN** [1] - 50:10
**SPREAD** [13] - 8:14, 8:17, 9:9, 11:2, 11:8, 13:17, 26:23, 28:22, 33:21, 33:25, 38:2, 44:15, 62:18
**SPREADING** [2] - 14:4, 14:20
**SPREADS** [1] - 53:16
**STABILIZE** [1] - 64:20
**STAGE** [1] - 43:14
**STAKE** [1] - 25:17
**STANDARD** [5] - 7:3, 44:4, 49:21, 49:23, 67:20
**STANDING** [3] - 31:21, 31:25, 32:4
**STANDPOINT** [4] - 62:22, 62:23, 68:1
**STANDS** [2] - 50:7, 57:24
**START** [11] - 3:1, 15:7, 21:13, 31:13, 31:14, 31:17, 31:18, 32:20, 45:15, 48:25, 80:9
**STARTED** [2] - 35:5, 42:14
**STATE** [8] - 3:23, 21:11, 26:21, 36:9, 36:13, 46:14, 67:2, 67:9
**STATED** [13] - 6:16, 8:7, 8:8, 10:15, 11:5, 13:16, 14:21, 14:25, 28:12, 28:21, 29:8, 29:9, 29:16
**STATEMENT** [3] - 4:10, 13:24, 27:9
**STATES** [3] - 1:1, 67:7, 74:17
**STATUTE** [2] - 36:11, 50:8
**STATUTES** [1] - 75:19
**STATUTORY** [3] - 12:22, 16:24, 20:20
**STAY** [4] - 56:12, 65:18, 65:21, 65:22
**STEM** [2] - 68:7, 68:8
**STENOGRAPHER** [1] - 10:6
**STENOTYPE** [1] - 1:24
**STENOTYPE-COMPUTER** [1] - 1:24
**STEP** [1] - 35:10

**STEPS** [1] - 61:20
**STILL** [17] - 4:9, 4:23, 8:5, 8:6, 15:19, 21:11, 32:8, 37:1, 38:1, 38:16, 46:2, 64:13, 64:15, 64:18, 70:3, 77:23, 80:12
**STIMULUS** [2] - 17:16, 77:18
**STOP** [5] - 8:14, 14:18, 14:21, 22:1, 61:7
**STOPS** [1] - 38:18
**STREAM** [1] - 22:7
**STREET** [10] - 1:21, 2:4, 2:9, 2:11, 6:16, 9:1, 9:8, 9:11, 18:9, 46:1
**STREETS** [1] - 8:17
**STRESS** [2] - 34:9, 34:23
**STRIKE** [1] - 24:22
**STRIKES** [1] - 20:9
**STRONGLY** [1] - 57:1
**STRUCTURED** [1] - 20:14
**STRUCTURES** [1] - 28:24
**STRUGGLING** [1] - 65:4
**SUBJECT** [1] - 47:3
**SUBMISSIONS** [1] - 4:19
**SUBMITTED** [6] - 40:25, 41:3, 42:3, 53:5, 61:23, 69:9
**SUBMITTING** [1] - 4:13
**SUBSISTENCE** [1] - 77:22
**SUBSTANCE** [1] - 39:23
**SUBSTANTIAL** [9] - 35:11, 36:4, 38:25, 44:1, 45:14, 45:18, 45:19, 45:22, 46:23
**SUBSTANTIALILTY** [1] - 46:5
**SUBSTANTIALLY** [4] - 38:13, 41:6, 45:4, 48:19
**SUBSTANTIATE** [1] - 60:21
**SUBSTANTIVE** [3] - 48:17, 49:19, 75:23
**SUCCEED** [1] - 48:14
**SUCCESS** [3] - 31:8, 52:19, 54:18
**SUCCESSFUL** [2] - 21:6, 67:13

**SUCH** [8] - 4:3, 8:3, 14:7, 23:6, 32:12, 41:22, 54:14, 81:18
**SUE** [9] - 38:16, 39:6, 39:8, 39:15, 39:24, 40:4, 40:20, 41:12, 41:16
**SUFFER** [1] - 40:21
**SUFFERED** [1] - 42:4
**SUFFERING** [1] - 43:8
**SUFFICIENT** [1] - 52:4
**SUGGESTION** [1] - 38:9
**SUIT** [1] - 75:15
**SUITE** [8] - 1:16, 2:11, 6:10, 8:6, 10:25, 14:18, 15:1, 26:22
**SUMMARY** [1] - 67:19
**SUMMER** [3] - 59:21, 64:12, 83:6
**SUPPLEMENT** [1] - 77:16
**SUPPORT** [3] - 57:1, 63:4, 72:11
**SUPPORTING** [1] - 74:25
**SUPPORTIVE** [3] - 64:19, 70:16, 71:1
**SUPPOSE** [1] - 39:18
**SUPPOSED** [3] - 27:16, 62:16, 62:21
**SUPREME** [6] - 19:25, 48:15, 50:4, 50:10, 75:9, 75:19
**SURE** [11] - 19:15, 26:4, 36:18, 37:10, 38:9, 46:14, 46:20, 58:17, 81:5, 81:9, 81:22
**SUSCEPTIBLE** [1] - 80:7
**SUSPENDED** [1] - 73:25
**SUSPENSION** [1] - 73:24
**SUSTAIN** [1] - 12:4
**SYSTEM** [5] - 55:8, 62:9, 64:7, 64:14, 70:14

**T**

**TAILORED** [1] - 68:25
**TAKE** [13] - 27:3, 37:14, 42:24, 43:22, 51:4, 55:24, 61:17, 61:20, 65:24, 66:12, 76:22, 79:1, 80:3
**TAKEN** [2] - 6:20, 16:16, 57:20

**TAKES** [2] - 7:2, 35:17
**TAKING** [7] - 19:17, 20:12, 20:17, 47:8, 67:3, 70:14, 71:23
**TAKINGS** [12] - 8:2, 12:2, 19:14, 19:23, 20:2, 20:11, 20:24, 23:23, 44:22, 47:2, 47:4, 47:6
**TALK** [7] - 31:7, 43:21, 47:1, 54:10, 60:15, 74:9, 83:6
**TALKED** [4] - 44:13, 54:20, 56:2, 72:22
**TALKING** [11] - 23:3, 27:13, 27:14, 27:24, 30:5, 30:6, 34:24, 48:8, 48:11, 76:5, 76:10
**TALKS** [5] - 58:10, 62:1, 62:15, 65:10, 71:21
**TANTAMOUNT** [1] - 19:12
**TARGETED** [4] - 33:21, 42:14, 68:3, 68:13
**TARGETING** [1] - 43:11
**TASK** [1] - 81:18
**TAX** [4] - 22:10, 26:14, 28:17
**TAXES** [4] - 18:4, 22:11, 26:14, 79:9
**TECHNICAL** [3] - 9:18, 9:24, 10:7
**TELL** [2] - 21:9, 48:7
**TEMPORARY** [7] - 1:12, 3:18, 35:1, 53:7, 73:19, 73:21, 73:24
**TENANCY** [1] - 43:25
**TENANT** [25] - 3:5, 6:22, 22:2, 29:5, 35:18, 37:17, 38:23, 40:6, 40:19, 41:12, 41:17, 41:18, 41:21, 42:3, 42:8, 42:9, 43:2, 52:2, 65:8, 66:16, 70:10, 70:22, 71:15, 75:23
**TENANTS** [54] - 9:7, 11:5, 11:12, 13:21, 17:9, 18:6, 18:7, 22:5, 22:20, 22:25, 26:12, 27:2, 28:19, 29:1, 35:21, 35:25, 37:20, 37:21, 38:2, 38:17, 38:20, 38:22, 39:12, 40:14, 40:21,

45:23, 46:9, 49:19, 53:1, 53:3, 53:6, 53:18, 57:4, 57:20, 63:5, 63:15, 63:16, 63:18, 64:19, 64:22, 65:13, 65:16, 65:24, 66:2, 68:18, 68:21, 70:17, 71:13, 71:25, 73:1, 75:1, 77:16, 80:21, 81:9
**TENANTS'** [2] - 68:24, 79:16
**TENT** [1] - 14:2
**TERM** [4] - 21:15, 24:6, 25:3, 73:20
**TERMINATE** [1] - 80:2
**TERMS** [5] - 30:20, 36:25, 46:17, 64:13
**TERRITORY** [1] - 73:9
**TEST** [11] - 7:6, 50:1, 50:3, 50:5, 50:6, 50:13, 50:15, 50:24, 52:21, 60:13, 61:1
**TESTED** [1] - 43:8
**TESTIMONY** [4] - 4:5, 4:11, 68:22, 68:24
**TESTS** [2] - 25:18, 49:25
**THAN** [12] - 11:3, 12:18, 14:8, 30:6, 31:4, 33:19, 44:12, 45:13, 65:12, 66:19, 69:23, 78:22
**THANK** [21] - 3:11, 3:15, 3:16, 5:3, 5:13, 6:8, 32:16, 46:25, 47:14, 52:12, 54:3, 54:5, 58:3, 58:23, 60:8, 73:7, 73:12, 82:23, 83:4, 83:5, 83:8
**THAT** [554] - 3:19, 3:23, 3:24, 4:1, 4:3, 4:4, 4:8, 4:11, 4:12, 4:13, 4:14, 4:16, 4:22, 4:23, 5:2, 5:4, 5:8, 5:17, 6:10, 6:15, 6:18, 6:20, 6:24, 7:1, 7:2, 7:4, 7:5, 7:6, 7:8, 7:14, 7:15, 7:17, 7:20, 7:23, 8:2, 8:6, 8:14, 8:15, 8:19, 8:20, 8:21, 8:23, 8:24, 9:2, 9:4, 10:5, 10:12, 10:14, 10:16, 10:22, 11:1, 11:18, 11:23, 12:4, 12:6, 12:8, 12:17, 12:18, 12:21, 13:4, 13:11, 13:17, 13:18, 13:20,

13:23, 14:6, 14:9,
14:14, 14:16, 14:21,
14:22, 14:23, 14:24,
14:25, 15:4, 15:9,
15:21, 16:5, 16:17,
16:19, 16:20, 17:1,
17:3, 17:4, 17:5,
17:6, 17:9, 17:10,
17:13, 17:14, 17:17,
17:22, 18:1, 18:4,
18:5, 18:6, 18:10,
18:14, 18:16, 18:18,
19:1, 19:7, 19:11,
19:12, 19:13, 19:15,
19:18, 19:20, 19:21,
20:6, 20:10, 20:17,
20:18, 21:4, 21:14,
21:16, 21:24, 22:1,
22:3, 22:5, 22:12,
22:13, 23:6, 23:14,
23:15, 23:24, 23:25,
24:3, 24:7, 24:14,
24:18, 24:19, 24:20,
24:22, 25:2, 25:4,
25:5, 25:6, 25:8,
25:9, 25:21, 26:2,
26:5, 26:7, 26:10,
26:11, 26:12, 26:21,
26:22, 26:24, 26:25,
27:7, 27:10, 27:12,
27:17, 27:23, 27:25,
28:5, 28:8, 28:18,
28:19, 28:20, 28:23,
28:25, 29:1, 29:2,
29:5, 29:8, 29:10,
29:11, 29:12, 29:14,
29:16, 30:3, 30:6,
30:7, 30:9, 31:10,
31:12, 31:18, 31:20,
31:21, 31:22, 31:24,
32:6, 32:9, 32:10,
32:11, 33:13, 33:16,
33:17, 33:18, 33:23,
34:14, 34:15, 34:16,
34:17, 34:20, 34:21,
34:25, 35:4, 35:13,
35:18, 35:21, 36:2,
36:7, 36:15, 36:19,
36:23, 37:4, 37:6,
37:7, 37:8, 37:11,
37:12, 37:13, 37:14,
37:23, 38:1, 38:6,
38:9, 38:11, 38:18,
38:24, 39:1, 39:2,
39:4, 39:5, 39:9,
39:10, 39:11, 39:14,
39:15, 39:17, 39:20,
39:22, 39:23, 39:24,
40:2, 40:5, 40:7,
40:13, 40:14, 40:22,
40:23, 40:25, 41:3,

41:16, 41:18, 42:9,
42:15, 42:20, 42:24,
43:1, 43:5, 43:6,
43:7, 43:11, 44:1,
44:3, 44:4, 44:10,
44:11, 44:16, 44:20,
45:3, 45:5, 45:6,
45:9, 45:10, 45:17,
45:18, 46:3, 46:6,
46:10, 46:11, 46:14,
46:16, 46:20, 47:6,
47:7, 47:8, 47:12,
47:19, 47:21, 47:24,
48:4, 48:12, 48:15,
48:23, 49:4, 49:8,
49:9, 49:13, 49:16,
49:21, 49:24, 50:5,
50:6, 50:13, 50:15,
50:24, 50:25, 51:7,
51:9, 51:17, 51:19,
51:21, 51:25, 52:5,
52:8, 52:15, 52:16,
52:25, 53:7, 53:15,
53:25, 54:2, 54:13,
54:14, 54:22, 54:24,
55:1, 55:3, 55:4,
55:8, 55:10, 55:12,
55:13, 55:14, 55:19,
55:22, 55:25, 56:3,
56:5, 56:8, 56:10,
56:12, 56:13, 56:14,
56:15, 56:21, 56:22,
56:24, 56:25, 57:1,
57:15, 57:17, 57:23,
57:24, 58:1, 58:7,
58:13, 58:20, 58:21,
59:2, 59:5, 59:6,
59:8, 59:9, 59:10,
59:11, 59:13, 59:16,
59:21, 60:1, 60:12,
60:13, 60:14, 60:15,
60:18, 60:20, 61:2,
61:5, 61:8, 61:12,
61:18, 61:21, 61:22,
62:2, 62:4, 62:5,
62:6, 62:7, 62:15,
63:1, 63:2, 63:4,
63:6, 63:10, 63:11,
63:12, 63:15, 63:18,
63:20, 64:2, 64:6,
64:8, 64:11, 64:20,
64:21, 65:1, 65:3,
65:5, 65:23, 65:24,
66:11, 66:18, 66:20,
66:21, 66:23, 66:24,
67:8, 67:19, 67:20,
68:2, 68:12, 68:13,
68:14, 68:16, 68:20,
68:22, 68:23, 68:24,
69:5, 69:6, 69:9,
69:11, 69:17, 69:23,

70:20, 70:23, 70:25,
71:1, 71:12, 71:14,
71:16, 71:22, 72:4,
72:8, 72:11, 72:13,
72:18, 72:22, 72:23,
72:25, 73:2, 73:18,
73:19, 74:1, 74:4,
74:5, 74:10, 74:11,
74:14, 74:24, 75:1,
75:3, 75:7, 75:9,
75:11, 75:14, 75:16,
75:20, 75:25, 76:3,
76:5, 76:6, 76:8,
76:15, 76:18, 76:21,
76:22, 77:10, 77:11,
77:13, 77:14, 77:15,
77:21, 77:24, 78:3,
78:7, 78:13, 79:11,
79:14, 79:15, 80:10,
80:16, 80:18, 80:20,
80:25, 81:3, 81:4,
81:7, 81:8, 81:10,
81:16, 81:22, 81:25,
82:3, 82:6, 82:7,
82:8, 82:9, 82:11,
82:23, 83:12

THAT'S [29] - 5:21,
7:20, 12:2, 13:19,
18:9, 18:23, 29:25,
30:1, 34:13, 35:19,
37:18, 38:3, 44:1,
44:20, 45:8, 46:18,
48:10, 51:17, 63:7,
64:24, 66:18, 73:20,
74:7, 75:18, 76:2,
78:17, 78:18, 79:17,
82:24

THE [1267] - 1:1, 1:2,
1:10, 1:18, 2:6, 2:13,
3:2, 3:3, 3:4, 3:6,
3:10, 3:11, 3:12,
3:15, 3:16, 3:18,
3:20, 3:21, 3:22,
3:23, 4:3, 4:6, 4:9,
4:13, 4:15, 4:16,
4:19, 4:22, 5:3, 5:4,
5:7, 5:8, 5:9, 5:13,
5:14, 5:17, 5:22,
5:24, 5:25, 6:1, 6:6,
6:7, 6:10, 6:11, 6:14,
6:16, 6:17, 6:19,
6:20, 6:22, 6:25, 7:1,
7:2, 7:6, 7:10, 7:13,
7:14, 7:16, 7:21,
7:23, 7:24, 7:25, 8:1,
8:2, 8:3, 8:4, 8:6,
8:7, 8:8, 8:9, 8:10,
8:11, 8:14, 8:15,
8:16, 8:17, 8:20,
8:22, 8:23, 9:1, 9:2,
9:3, 9:4, 9:8, 9:9,

9:10, 9:11, 9:15,
9:16, 9:20, 9:22,
9:23, 10:1, 10:4,
10:5, 10:6, 10:9,
10:11, 10:13, 10:14,
10:15, 10:16, 10:19,
10:20, 10:23, 10:24,
11:2, 11:3, 11:6,
11:8, 11:9, 11:10,
11:12, 11:13, 11:14,
11:15, 11:16, 11:19,
11:20, 11:23, 11:24,
11:25, 12:1, 12:2,
12:4, 12:8, 12:11,
12:12, 12:13, 12:15,
12:16, 12:17, 12:18,
12:19, 12:22, 12:23,
12:24, 13:2, 13:4,
13:6, 13:7, 13:8,
13:9, 13:10, 13:12,
13:14, 13:15, 13:16,
13:17, 13:19, 13:21,
13:23, 13:24, 14:6,
14:8, 14:10, 14:16,
14:17, 14:20, 14:21,
15:3, 15:9, 15:10,
15:12, 15:18, 15:19,
15:22, 16:2, 16:4,
16:10, 16:13, 16:17,
16:18, 16:19, 16:20,
16:21, 16:22, 16:23,
16:24, 16:25, 17:1,
17:3, 17:4, 17:5,
17:6, 17:7, 17:8,
17:9, 17:10, 17:12,
17:15, 17:17, 17:18,
17:20, 17:22, 17:23,
17:24, 18:1, 18:2,
18:3, 18:5, 18:6,
18:7, 18:8, 18:9,
18:10, 18:12, 18:13,
18:14, 18:15, 18:20,
18:20, 18:21, 18:22,
18:23, 18:24, 18:25,
19:2, 19:3, 19:5,
19:6, 19:7, 19:8,
19:11, 19:12, 19:13,
19:14, 19:15, 19:20,
19:22, 19:23, 19:24,
20:1, 20:2, 20:3,
20:4, 20:5, 20:7,
20:8, 20:10, 20:11,
20:13, 20:14, 20:16,
20:18, 20:23, 20:24,
21:1, 21:2, 21:5,
21:7, 21:8, 21:11,
21:14, 21:17, 21:19,
21:20, 21:22, 21:23,
21:25, 22:1, 22:2,
22:3, 22:5, 22:7,
22:9, 22:10, 22:11,

22:15, 22:16, 22:17,
22:18, 22:19, 22:23,
22:25, 23:3, 23:4,
23:9, 23:10, 23:12,
23:13, 23:14, 23:15,
23:18, 23:19, 23:20,
23:21, 23:22, 23:24,
24:2, 24:3, 24:5,
24:7, 24:9, 24:10,
24:12, 24:13, 24:14,
24:17, 24:20, 24:21,
24:22, 24:24, 24:25,
25:2, 25:5, 25:11,
25:14, 25:15, 25:16,
25:18, 25:19, 25:20,
25:22, 25:25, 26:1,
26:5, 26:6, 26:7,
26:9, 26:10, 26:12,
26:13, 26:14, 26:16,
26:18, 26:19, 26:20,
26:21, 26:23, 26:25,
27:1, 27:2, 27:3,
27:4, 27:5, 27:6,
27:8, 27:9, 27:10,
27:11, 27:16, 27:18,
27:23, 28:3, 28:9,
28:12, 28:18, 28:19,
28:20, 28:21, 28:22,
28:23, 28:24, 29:1,
29:3, 29:4, 29:6,
29:7, 29:10, 29:11,
29:12, 29:13, 29:16,
29:17, 29:19, 29:20,
29:21, 29:23, 30:1,
30:8, 30:9, 30:13,
30:15, 30:17, 30:18,
30:20, 30:21, 30:23,
31:1, 31:2, 31:7,
31:8, 31:9, 31:10,
31:11, 31:14, 31:17,
31:20, 31:21, 31:22,
31:23, 31:24, 31:25,
32:2, 32:4, 32:6,
32:7, 32:8, 32:14,
32:15, 32:18, 32:20,
32:21, 32:23, 33:2,
33:4, 33:6, 33:8,
33:9, 33:10, 33:12,
33:13, 33:14, 33:15,
33:16, 33:17, 33:18,
33:20, 33:21, 33:22,
33:25, 34:1, 34:2,
34:3, 34:4, 34:5,
34:10, 34:12, 34:14,
34:16, 34:18, 34:19,
34:22, 34:24, 35:3,
35:4, 35:5, 35:7,
35:8, 35:10, 35:11,
35:13, 35:14, 35:15,
35:17, 35:18, 35:19,
35:20, 35:21, 35:22,

35:25, 36:2, 36:3, 36:8, 36:10, 36:11, 36:13, 36:15, 36:16, 36:18, 36:19, 36:20, 36:23, 36:25, 37:1, 37:3, 37:5, 37:6, 37:8, 37:9, 37:11, 37:12, 37:13, 37:15, 37:16, 37:18, 37:20, 37:25, 38:1, 38:2, 38:3, 38:5, 38:6, 38:9, 38:10, 38:13, 38:15, 38:16, 38:17, 38:19, 38:20, 38:21, 38:22, 38:23, 38:24, 39:2, 39:3, 39:5, 39:10, 39:11, 39:12, 39:15, 39:16, 39:17, 39:20, 39:22, 39:23, 39:24, 40:1, 40:2, 40:6, 40:8, 40:9, 40:10, 40:11, 40:12, 40:13, 40:19, 40:20, 40:24, 41:1, 41:3, 41:4, 41:5, 41:6, 41:11, 41:12, 41:13, 41:14, 41:17, 41:18, 41:20, 41:22, 41:25, 42:1, 42:4, 42:5, 42:6, 42:8, 42:9, 42:10, 42:11, 42:13, 42:17, 42:21, 43:4, 43:9, 43:11, 43:14, 43:18, 43:20, 43:21, 43:22, 43:23, 43:24, 43:25, 44:2, 44:4, 44:6, 44:11, 44:12, 44:13, 44:15, 44:19, 44:20, 44:21, 44:23, 44:25, 45:2, 45:3, 45:5, 45:6, 45:9, 45:13, 45:15, 45:16, 45:25, 46:1, 46:4, 46:5, 46:6, 46:14, 46:16, 46:17, 46:19, 46:25, 47:3, 47:4, 47:10, 47:11, 47:12, 47:14, 47:15, 47:18, 47:22, 47:24, 48:3, 48:5, 48:7, 48:12, 48:13, 48:15, 48:16, 48:17, 48:18, 48:21, 48:22, 48:24, 48:25, 49:5, 49:8, 49:9, 49:10, 49:13, 49:14, 49:15, 49:16, 49:17, 49:19, 49:21, 49:23, 49:24, 50:1, 50:3, 50:4, 50:6, 50:7, 50:8, 50:9, 50:11, 50:13, 50:14, 50:15, 50:16, 50:17, 50:22, 50:24, 51:2, 51:3, 51:5, 51:7, 51:8, 51:11, 51:12, 51:13, 51:15, 51:16, 51:18, 51:19, 51:21, 51:24, 51:25, 52:1, 52:2, 52:4, 52:6, 52:10, 52:12, 52:14, 52:17, 52:19, 52:20, 52:21, 52:22, 52:23, 52:25, 53:1, 53:3, 53:5, 53:6, 53:12, 53:15, 53:17, 53:18, 53:20, 53:21, 53:22, 53:23, 53:24, 53:25, 54:1, 54:3, 54:6, 54:10, 54:11, 54:12, 54:14, 54:15, 54:18, 54:19, 54:20, 54:22, 54:23, 55:2, 55:8, 55:9, 55:16, 55:17, 55:18, 55:22, 55:23, 56:1, 56:2, 56:4, 56:5, 56:7, 56:16, 56:18, 56:22, 56:24, 56:25, 57:1, 57:2, 57:3, 57:4, 57:6, 57:7, 57:9, 57:11, 57:12, 57:16, 57:17, 57:19, 57:20, 58:1, 58:3, 58:6, 58:7, 58:9, 58:10, 58:12, 58:13, 58:14, 58:16, 58:19, 58:20, 58:21, 58:23, 58:24, 59:2, 59:4, 59:5, 59:7, 59:8, 59:10, 59:12, 59:14, 59:15, 59:21, 59:22, 59:23, 59:25, 60:1, 60:2, 60:4, 60:5, 60:7, 60:8, 60:10, 60:11, 60:12, 60:13, 60:15, 60:16, 60:17, 60:19, 60:22, 60:23, 61:2, 61:4, 61:5, 61:6, 61:7, 61:8, 61:13, 61:16, 61:18, 61:20, 61:21, 61:22, 61:24, 62:1, 62:2, 62:3, 62:8, 62:10, 62:14, 62:17, 62:18, 62:21, 62:24, 63:1, 63:3, 63:5, 63:8, 63:9, 63:11, 63:12, 63:13, 63:17, 63:19, 63:23, 64:1, 64:3, 64:6, 64:7, 64:12, 64:14, 64:16, 64:24, 64:25, 65:8, 65:9, 65:11, 65:12, 65:13, 65:25, 66:11, 66:12, 66:14, 66:16, 66:19, 66:21, 66:24, 66:25, 67:2, 67:3, 67:4, 67:5, 67:7, 67:10, 67:11, 67:12, 67:16, 67:17, 67:20, 67:23, 68:3, 68:4, 68:7, 68:14, 68:15, 68:20, 68:22, 68:23, 68:24, 69:2, 69:4, 69:5, 69:7, 69:9, 69:10, 69:16, 69:17, 69:19, 69:20, 69:22, 69:23, 69:24, 69:25, 70:2, 70:5, 70:7, 70:9, 70:12, 70:14, 70:17, 70:19, 70:22, 70:24, 70:25, 71:2, 71:3, 71:4, 71:6, 71:7, 71:9, 71:10, 71:11, 71:16, 71:17, 71:18, 71:19, 71:21, 71:22, 71:25, 72:2, 72:6, 72:7, 72:8, 72:10, 72:13, 72:16, 72:24, 72:25, 73:3, 73:7, 73:9, 73:11, 73:13, 73:19, 73:20, 73:21, 73:23, 74:1, 74:2, 74:3, 74:9, 74:10, 74:11, 74:13, 74:14, 74:20, 74:22, 74:23, 74:25, 75:1, 75:2, 75:6, 75:8, 75:9, 75:10, 75:16, 75:17, 75:19, 75:20, 75:21, 75:23, 75:24, 75:25, 76:9, 76:10, 76:15, 76:17, 76:20, 76:21, 76:22, 76:23, 76:24, 76:25, 77:1, 77:3, 77:6, 77:14, 77:20, 77:23, 78:2, 78:7, 78:10, 78:12, 78:15, 78:17, 78:19, 78:20, 78:25, 79:2, 79:5, 79:6, 79:8, 79:13, 79:16, 79:22, 79:24, 80:2, 80:5, 80:8, 80:10, 80:12, 80:13, 80:15, 80:16, 80:19, 80:20, 80:21, 80:22, 80:23, 80:24, 81:3, 81:5, 81:14, 81:15, 81:19, 81:20, 81:21, 81:22, 81:24, 82:3, 82:7, 82:13, 82:17, 82:19, 82:22, 83:2, 83:3, 83:5, 83:6, 83:7, 83:12, 83:13

**THEIR** [58] - 4:10, 6:22, 6:23, 8:16, 8:23, 8:25, 10:15, 11:5, 11:11, 12:24, 13:8, 13:21, 14:4, 17:18, 19:19, 20:12, 20:19, 20:20, 21:19, 22:8, 22:25, 25:1, 25:3, 25:10, 26:8, 28:10, 28:11, 28:14, 28:15, 28:16, 28:17, 29:24, 29:25, 40:7, 41:21, 45:23, 45:24, 56:12, 56:21, 60:24, 62:25, 65:14, 65:15, 66:3, 66:4, 66:7, 66:10, 66:13, 70:24, 71:15, 71:25, 72:3, 74:8, 77:16, 79:2, 79:5

**THEM** [23] - 4:21, 5:15, 8:25, 9:1, 11:11, 12:4, 15:11, 17:19, 17:22, 18:1, 20:21, 22:14, 34:5, 40:17, 42:20, 43:16, 60:6, 64:23, 67:11, 70:17, 72:20, 79:23

**THEME** [1] - 68:23

**THEMSELVES** [1] - 64:1

**THEN** [41] - 5:14, 5:24, 13:2, 13:4, 20:7, 20:10, 21:17, 22:17, 24:5, 25:7, 25:22, 27:6, 32:15, 36:2, 39:12, 40:4, 40:20, 41:7, 41:12, 42:9, 42:21, 43:4, 45:11, 49:10, 53:22, 54:19, 60:18, 60:24, 63:9, 69:4, 70:16, 72:7, 72:21, 73:13, 74:20, 77:6, 81:19, 82:21, 82:22, 83:6

**THERE** [110] - 4:18, 4:24, 5:1, 5:7, 5:11, 5:17, 9:18, 9:24, 10:7, 12:3, 15:14, 16:4, 17:5, 17:8, 18:16, 19:20, 19:21, 21:3, 21:15, 23:13, 24:18, 25:16, 25:21, 26:11, 27:1, 27:7, 27:19, 29:9, 29:10, 30:12, 31:20, 33:2, 33:12, 33:23, 34:6, 34:8, 34:14, 34:15, 34:18, 35:10, 35:20, 36:4, 36:22, 38:3, 38:17, 38:23, 38:25, 39:9, 39:11, 39:18, 40:13, 40:25, 41:4, 43:23, 44:1, 44:17, 44:21, 45:20, 46:9, 46:15, 47:8, 49:24, 50:23, 51:25, 53:10, 53:18, 55:4, 55:13, 55:19, 55:24, 56:11, 56:13, 57:19, 58:16, 58:18, 59:16, 59:20, 62:9, 63:4, 63:7, 64:18, 64:20, 64:22, 66:18, 67:8, 69:6, 69:8, 69:12, 69:13, 69:15, 69:18, 72:14, 73:10, 73:23, 76:8, 77:2, 77:4, 77:11, 77:13, 77:14, 77:15, 79:15, 79:21, 79:23, 81:2, 81:3, 82:5, 82:15, 82:17, 82:25

**THERE'S** [5] - 7:24, 37:13, 40:23, 44:10, 72:21

**THEREFORE** [6] - 6:1, 8:16, 19:18, 34:17, 45:18, 75:24

**THESE** [53] - 6:10, 11:7, 11:16, 12:16, 13:1, 13:3, 13:16, 15:15, 16:5, 17:1, 17:5, 19:5, 22:5, 23:10, 24:6, 24:8, 25:7, 35:21, 36:25, 37:19, 38:4, 38:7, 38:9, 38:12, 40:16, 42:14, 43:15, 44:17, 46:9, 46:13, 55:15, 56:9, 59:17, 60:13, 60:25, 64:5, 64:24, 66:16, 66:19, 67:6, 67:18, 68:23, 68:25, 69:18, 70:6, 70:13, 72:5, 73:19, 73:24, 76:6, 77:25, 80:9

**THEY** [130] - 3:24, 8:17, 9:6, 9:8, 10:15, 11:10, 11:23, 12:9, 12:11, 12:13, 12:14, 12:21, 12:23, 12:24, 12:25, 13:17, 14:3, 14:16, 14:21, 17:2, 17:10, 18:22, 19:6, 19:19, 20:6, 20:11, 22:6, 22:13, 24:8, 26:19, 27:19, 28:13, 28:14, 28:15, 28:16, 28:19, 29:7, 30:13, 34:3, 34:7, 35:1, 35:22, 36:1, 37:4,

37:5, 37:8, 37:11,
37:21, 37:22, 37:24,
39:5, 39:8, 39:9,
39:15, 39:16, 40:22,
41:7, 41:8, 41:9,
41:10, 41:11, 41:16,
41:23, 41:24, 41:25,
42:11, 42:16, 42:18,
42:19, 42:22, 43:6,
43:7, 43:16, 43:24,
45:9, 45:20, 45:24,
45:25, 46:1, 47:6,
47:7, 50:18, 50:21,
50:22, 53:2, 53:13,
54:19, 59:6, 59:16,
59:20, 60:4, 60:25,
61:2, 61:23, 62:6,
62:7, 63:19, 63:20,
63:21, 63:24, 63:25,
64:2, 64:23, 65:4,
65:14, 66:1, 66:3,
66:9, 66:13, 68:2,
69:11, 70:10, 70:19,
70:21, 71:4, 73:21,
73:24, 73:25, 74:9,
76:22, 77:12, 79:6

**THEY'RE** [3] - 13:18,
34:7, 63:1

**THEY'VE** [2] - 43:7,
77:7

**THING** [5] - 8:20,
13:20, 23:19, 44:2,
71:16

**THINGS** [13] - 17:1,
20:18, 24:8, 26:6,
26:25, 33:16, 34:11,
42:23, 44:17, 46:13,
54:19, 66:4

**THINK** [74] - 8:13,
11:13, 11:18, 19:10,
19:14, 21:4, 23:19,
24:1, 24:14, 25:2,
25:4, 25:5, 30:11,
30:18, 32:22, 33:1,
33:17, 33:22, 34:4,
36:10, 36:22, 37:3,
38:3, 38:12, 38:15,
39:2, 39:7, 39:8,
39:9, 40:16, 42:2,
42:6, 42:12, 43:11,
43:24, 44:3, 44:9,
44:10, 44:16, 44:23,
45:12, 45:13, 46:2,
47:2, 47:11, 48:8,
51:8, 54:10, 54:11,
57:18, 58:8, 58:18,
60:25, 61:5, 61:23,
63:14, 64:24, 66:1,
66:2, 66:14, 66:20,
68:2, 68:20, 68:23,

69:5, 69:17, 73:4,
73:9, 75:8, 76:2,
81:17, 82:19, 82:20,
82:24

**THIRD** [5] - 33:4,
44:10, 54:14, 54:23,
55:10

**THIS** [125] - 3:6, 3:9,
3:14, 3:17, 4:1, 4:4,
4:6, 5:6, 5:22, 9:18,
9:24, 10:7, 10:24,
11:21, 12:19, 14:18,
15:1, 15:11, 16:10,
16:15, 18:3, 18:6,
20:7, 20:15, 22:14,
23:1, 26:2, 26:21,
26:22, 27:3, 27:4,
27:7, 27:16, 27:17,
28:10, 28:12, 29:17,
30:3, 30:8, 30:10,
30:23, 31:4, 32:6,
32:12, 32:23, 33:1,
36:10, 36:21, 40:14,
41:3, 42:8, 42:12,
42:22, 43:8, 43:14,
44:4, 44:25, 45:1,
46:15, 47:8, 48:3,
48:8, 48:14, 50:16,
51:12, 52:7, 53:2,
54:10, 56:1, 56:7,
56:9, 56:12, 56:17,
56:24, 60:11, 60:21,
61:6, 61:19, 61:23,
62:21, 63:3, 63:6,
63:8, 63:18, 64:8,
65:6, 65:23, 66:3,
66:4, 66:5, 66:20,
67:5, 67:10, 67:21,
67:25, 68:4, 68:8,
68:15, 68:24, 69:6,
69:14, 69:21, 70:8,
71:8, 71:13, 71:24,
72:12, 73:2, 73:6,
73:21, 73:25, 77:9,
79:1, 79:22, 80:3,
80:6, 80:21, 80:23,
81:5, 81:13, 81:17,
81:18, 82:10

**THOSE** [32] - 11:17,
11:19, 11:20, 12:10,
14:23, 22:16, 22:17,
24:4, 24:15, 26:18,
29:15, 31:13, 34:11,
38:18, 41:8, 46:14,
47:11, 51:4, 51:6,
54:19, 55:2, 55:5,
56:16, 58:17, 59:24,
59:25, 67:13, 67:22,
74:4, 74:7, 74:20,
76:15

**THOUGH** [3] - 18:8,

59:7, 64:16

**THOUGHT** [2] - 66:11,
82:20

**THOUSAND** [1] -
58:15

**THREAT** [1] - 37:16

**THREE** [7] - 20:9,
20:10, 59:2, 60:10,
62:4, 65:9, 69:18

**THREE-AND-A-HALF**
[1] - 65:9

**THROUGH** [19] - 11:9,
13:18, 29:13, 33:10,
43:3, 51:1, 63:16,
63:17, 64:7, 64:17,
64:22, 68:10, 69:8,
69:17, 69:24, 77:17,
79:2

**THROUGHOUT** [4] -
3:23, 8:9, 67:10,
68:24

**THUS** [2] - 7:16, 75:1

**TIED** [5] - 13:2, 13:4,
19:1, 25:25, 26:6

**TIME** [44] - 3:20, 4:1,
4:3, 9:18, 9:24, 10:7,
12:25, 15:20, 16:15,
19:20, 19:21, 22:6,
30:10, 32:7, 32:13,
35:17, 38:7, 38:11,
38:21, 39:13, 40:2,
40:5, 46:9, 51:5,
53:2, 56:17, 56:24,
59:7, 60:6, 60:21,
63:7, 63:13, 67:5,
67:24, 68:15, 69:6,
69:15, 69:20, 69:22,
72:12, 73:22, 73:25,
74:1, 80:21

**TIMELINE** [1] - 26:19

**TIMES** [3] - 16:12,
20:11, 62:4

**TIMING** [2] - 55:19,
55:22

**TO** [603] - 3:2, 3:8,
3:12, 3:23, 3:24, 4:4,
4:8, 4:12, 4:15, 4:16,
4:17, 4:18, 4:19,
4:20, 4:23, 4:25, 5:2,
5:15, 5:17, 5:19,
5:20, 5:23, 6:1, 6:3,
6:13, 6:21, 6:22,
6:23, 6:24, 8:3, 8:14,
8:15, 8:21, 8:24,
9:11, 9:20, 10:17,
10:19, 10:25, 11:6,
11:8, 11:11, 11:13,
11:14, 11:17, 11:18,
11:21, 11:24, 12:5,
12:12, 12:13, 12:15,

12:21, 12:22, 13:4,
13:9, 13:10, 13:17,
13:19, 13:20, 14:2,
14:3, 14:5, 14:7,
14:16, 14:18, 14:21,
14:23, 14:25, 15:5,
15:7, 15:10, 15:11,
15:15, 15:19, 15:20,
15:22, 16:1, 16:5,
16:6, 16:7, 16:8,
16:11, 16:12, 16:14,
16:22, 17:11, 17:16,
17:19, 17:20, 17:25,
18:2, 18:6, 18:7,
18:9, 18:13, 18:15,
18:20, 18:21, 19:1,
19:5, 19:8, 19:9,
19:10, 19:11, 19:12,
19:14, 19:18, 19:24,
20:3, 20:6, 20:10,
20:18, 20:24, 21:3,
21:4, 21:9, 21:21,
22:3, 22:5, 22:6,
22:7, 22:8, 22:9,
22:10, 22:11, 22:13,
22:14, 22:21, 23:9,
23:14, 23:15, 24:2,
24:5, 24:10, 24:19,
24:20, 24:22, 24:23,
25:1, 25:3, 25:8,
25:9, 25:11, 25:16,
25:17, 25:20, 25:23,
25:25, 26:6, 26:9,
26:19, 26:22, 26:23,
27:2, 27:3, 27:5,
27:7, 27:8, 27:15,
27:16, 27:23, 28:1,
28:2, 28:3, 28:4,
28:9, 28:12, 28:13,
28:14, 28:15, 28:16,
28:17, 28:18, 28:19,
28:21, 28:22, 29:2,
29:4, 29:5, 29:8,
29:15, 29:17, 29:18,
29:20, 30:3, 30:10,
30:11, 30:16, 30:17,
30:22, 30:23, 31:4,
31:5, 31:6, 31:7,
31:9, 31:13, 31:14,
31:15, 31:17, 31:18,
31:19, 31:21, 31:23,
31:24, 32:4, 32:7,
32:10, 32:12, 32:15,
32:21, 33:1, 33:9,
33:17, 33:21, 34:3,
34:9, 34:10, 34:12,
34:17, 34:21, 35:2,
35:4, 35:5, 35:6,
35:11, 35:16, 35:17,
35:18, 35:22, 35:23,
35:25, 36:5, 36:7,

36:12, 36:14, 37:4,
37:5, 37:16, 37:17,
37:20, 37:22, 37:25,
38:1, 38:11, 38:16,
38:19, 39:1, 39:6,
39:13, 39:14, 39:20,
39:21, 39:24, 40:1,
40:3, 40:4, 40:15,
40:17, 40:19, 40:21,
40:22, 40:23, 40:25,
41:3, 41:4, 41:7,
41:8, 41:9, 41:10,
41:18, 41:21, 41:22,
41:24, 42:3, 42:4,
42:7, 42:9, 42:11,
42:13, 42:16, 42:24,
43:1, 43:5, 43:16,
43:19, 43:25, 44:6,
44:8, 44:22, 44:23,
44:24, 45:1, 45:7,
45:21, 45:24, 45:25,
46:4, 46:6, 46:7,
46:9, 46:12, 46:17,
47:5, 47:8, 47:25,
48:4, 48:14, 48:16,
48:17, 49:4, 49:11,
49:18, 49:19, 49:20,
49:21, 50:1, 50:7,
50:12, 50:13, 50:15,
50:20, 50:21, 51:4,
51:6, 51:23, 52:1,
52:2, 52:4, 52:5,
52:8, 52:15, 53:3,
53:10, 53:11, 53:17,
53:18, 53:23, 54:6,
54:9, 54:11, 54:17,
55:11, 55:16, 55:21,
55:22, 55:25, 56:9,
56:11, 56:13, 56:19,
56:21, 57:2, 57:3,
57:6, 57:12, 57:18,
57:22, 57:25, 58:1,
58:7, 58:9, 58:16,
58:20, 58:24, 59:3,
59:5, 59:8, 59:12,
59:19, 60:3, 60:6,
60:7, 60:11, 60:12,
60:15, 60:17, 60:18,
60:20, 60:25, 61:4,
61:17, 61:18, 61:19,
61:20, 62:4, 62:5,
62:7, 62:10, 62:16,
62:18, 62:19, 62:20,
62:21, 62:24, 63:3,
63:4, 63:24, 64:3,
64:5, 64:8, 64:15,
64:16, 64:18, 64:19,
64:20, 64:21, 64:23,
65:1, 65:2, 65:3,
65:4, 65:5, 65:6,
65:10, 65:17, 65:18,

65:19, 65:20, 65:21, 65:24, 66:1, 66:3, 66:6, 66:8, 66:11, 66:13, 66:19, 66:23, 67:3, 67:21, 67:24, 68:6, 68:7, 68:8, 68:10, 68:11, 68:13, 68:17, 68:18, 68:22, 69:7, 69:14, 70:4, 70:11, 70:17, 70:20, 70:25, 71:2, 71:5, 71:6, 71:13, 71:18, 71:24, 72:1, 72:2, 72:3, 72:4, 72:11, 72:20, 72:23, 73:3, 73:5, 73:6, 73:13, 73:14, 73:18, 73:23, 74:2, 74:8, 74:10, 74:24, 75:3, 75:11, 75:22, 75:23, 75:24, 76:1, 76:4, 76:9, 76:12, 76:15, 76:18, 76:23, 77:1, 77:8, 77:11, 77:12, 77:16, 77:17, 77:23, 77:25, 78:5, 78:14, 78:17, 78:22, 78:25, 79:1, 79:5, 79:9, 79:13, 79:15, 79:17, 79:18, 79:19, 79:22, 79:23, 79:24, 79:25, 80:2, 80:5, 80:6, 80:7, 80:8, 80:9, 80:13, 80:14, 80:15, 80:18, 80:19, 80:20, 80:25, 81:1, 81:5, 81:6, 81:8, 81:9, 81:12, 81:13, 81:14, 81:21, 81:24, 82:2, 82:3, 82:8, 82:10, 82:11, 82:18, 82:20, 82:21, 82:25

**TODAY** [6] - 4:8, 5:18, 37:4, 47:25, 51:5, 79:25

**TODAY'S** [2] - 7:4, 8:19

**TOGETHER** [5] - 15:20, 56:11, 56:22, 57:2, 81:7

**TOLD** [1] - 16:1

**TOO** [10] - 13:24, 21:9, 25:17, 36:19, 55:20, 61:18, 79:24, 81:9, 82:8, 82:25

**TOOK** [1] - 22:25

**TOPICS** [1] - 74:4

**TOTALLY** [1] - 19:11

**TOUCH** [2] - 35:8, 50:12

**TOUCHED** [4] - 34:5, 49:20, 63:10, 75:24

**TOWARD** [2] - 7:24, 67:16

**TOWARDS** [1] - 72:1

**TOXIC** [1] - 54:2

**TRANSCRIPT** [2] - 1:24, 83:13

**TRANSCRIPTION** [1] - 1:24

**TRANSFERRING** [1] - 75:1

**TRANSLATE** [1] - 63:3

**TRIED** [2] - 31:5, 82:24

**TRO** [1] - 3:20

**TROJAN** [1] - 29:18

**TROUBLE** [1] - 24:17

**TROY** [1] - 43:23

**TRULY** [1] - 25:23

**TRY** [7] - 21:9, 35:6, 38:19, 40:15, 64:20, 67:3, 67:24

**TRYING** [11] - 11:6, 15:5, 15:10, 25:23, 30:10, 30:11, 62:7, 68:6, 68:13, 73:3

**TURN** [5] - 32:15, 35:4, 44:8, 57:22, 65:8

**TWERSKY** [1] - 1:14

**TWO** [15] - 17:2, 17:14, 20:12, 49:25, 50:23, 50:24, 52:20, 60:25, 64:10, 64:11, 64:18, 65:2, 69:8, 70:6

**TYING** [1] - 14:16

**TYPE** [3] - 49:6, 52:7, 55:11

**TYPES** [4] - 27:14, 36:12, 46:13, 67:6

# U

**U.S** [2] - 19:25, 34:13

**ULTIMATE** [3] - 38:24, 39:20, 80:13

**ULTIMATELY** [2] - 22:3, 23:22

**UNBELIEVABLE** [1] - 63:2

**UNCLOGGING** [1] - 70:14

**UNCONSTITUTIONAL** [1] - 34:23

**UNDER** [38] - 7:8, 8:1, 8:2, 12:22, 13:14, 17:20, 17:24, 18:13, 19:1, 20:4, 20:17,

20:24, 21:22, 21:23, 24:24, 28:24, 29:3, 33:6, 34:25, 39:10, 41:2, 44:4, 44:20, 47:12, 48:22, 49:23, 50:25, 51:23, 52:6, 54:16, 56:8, 71:6, 71:10, 72:6, 72:16, 74:16, 79:8, 80:3

**UNDERLYING** [1] - 34:22

**UNDERSTAND** [13] - 7:2, 12:24, 15:4, 16:18, 18:8, 19:1, 19:2, 23:24, 26:5, 28:7, 74:3, 75:7, 77:20

**UNDERSTANDING** [1] - 39:3

**UNDUE** [1] - 6:12

**UNEMPLOYMENT** [5] - 3:6, 17:25, 65:19, 72:21, 77:18

**UNION** [1] - 3:5

**UNIQUE** [2] - 27:12, 67:6

**UNITED** [1] - 1:1

**UNITS** [2] - 12:13, 78:4

**UNLESS** [2] - 35:3, 44:21

**UNMUTED** [1] - 47:19

**UNPAID** [1] - 69:13

**UNPRECEDENTED** [1] - 53:24

**UNREASONABLE** [2] - 24:25, 25:5

**UNRELATED** [1] - 25:8

**UNSYMPATHETIC** [1] - 40:9

**UNTIL** [14] - 13:1, 16:12, 20:14, 22:14, 23:10, 41:14, 42:12, 43:1, 43:5, 57:25, 59:25, 60:4, 79:10, 80:5

**UP** [41] - 6:11, 12:15, 13:1, 15:4, 26:22, 33:24, 43:4, 45:1, 46:1, 47:19, 48:16, 49:16, 49:17, 50:12, 51:5, 51:13, 51:16, 51:20, 52:10, 53:12, 53:14, 55:18, 56:14, 59:6, 59:7, 59:9, 62:8, 62:19, 64:13, 70:10, 70:23, 70:25, 72:2, 74:20, 74:24, 75:3, 75:21, 78:6,

78:14, 78:22, 81:12

**UPDATE** [1] - 16:14

**UPGRADED** [1] - 79:19

**UPGRADES** [1] - 78:18

**UPON** [7] - 13:7, 26:8, 49:20, 50:13, 75:24, 76:1, 76:21

**URGE** [2] - 5:20, 57:1

**US** [7] - 11:14, 32:8, 50:14, 52:15, 65:5, 68:15, 82:8

**USE** [4] - 20:12, 20:19, 29:17, 37:15

**USED** [1] - 66:11

**USING** [2] - 25:2, 38:19

**USUAL** [2] - 25:22, 80:17

**USUALLY** [1] - 46:12

# V

**VACANT** [1] - 30:4

**VACATING** [1] - 44:18

**VALUABLE** [1] - 21:24

**VALUE** [2] - 12:24, 12:25

**VARIETY** [2] - 36:9, 50:21

**VARIOUS** [9] - 8:3, 16:4, 21:1, 26:19, 26:20, 39:3, 51:2, 72:10, 81:20

**VAST** [1] - 70:12

**VEHICLE** [1] - 27:19

**VENUE** [2] - 70:16

**VERSUS** [5] - 1:5, 3:3, 33:3, 67:16

**VERY** [14] - 27:23, 47:18, 56:1, 58:23, 61:10, 61:13, 64:2, 64:11, 68:25, 71:12, 71:19, 73:4, 73:7, 79:22

**VIDEO** [2] - 1:8, 83:9

**VIOLATE** [2] - 8:6, 20:10

**VIOLATES** [1] - 41:17

**VIOLATION** [11] - 23:20, 23:21, 23:22, 41:13, 54:23, 55:5, 59:22, 74:7, 74:10, 74:11

**VIOLATIONS** [1] - 54:25

**VIRTUE** [1] - 37:9

**VIRUS** [8] - 8:14, 8:17, 9:9, 11:3, 11:9,

28:23, 62:10, 62:18

**VISUALIZE** [1] - 15:5

**VOLATILE** [1] - 61:24

**VOLUME** [3] - 30:3, 47:19, 58:21

**VOLUNTARILY** [1] - 37:18, 44:18

**VULNERABLE** [3] - 61:13, 61:16, 61:20

# W

**WAIT** [7] - 16:12, 40:3, 41:23, 42:11, 43:1, 43:5, 80:5

**WAITING** [3] - 18:17, 65:18, 65:19

**WAIVE** [1] - 37:12

**WAIVED** [2] - 18:3, 37:8

**WAIVER** [7] - 9:3, 16:23, 16:24, 17:20, 18:5, 26:15

**WAIVING** [3] - 12:20, 20:21, 22:13

**WANT** [29] - 12:24, 14:7, 19:11, 27:5, 28:1, 28:2, 28:3, 28:13, 28:14, 28:15, 28:16, 28:17, 31:17, 31:18, 40:23, 42:5, 59:8, 60:3, 65:17, 65:18, 65:21, 66:3, 66:8, 80:14, 80:25, 81:6, 81:9, 82:2

**WANTED** [4] - 4:18, 47:25, 60:11, 60:15

**WARD** [2] - 34:13, 43:20

**WARRANTED** [1] - 24:11

**WARRANTS** [1] - 55:14

**WARREN** [11] - 36:18, 49:1, 49:3, 49:13, 50:9, 50:14, 74:14, 75:8, 75:19

**WAS** [67] - 3:19, 4:1, 5:23, 6:10, 7:15, 9:18, 9:24, 10:7, 10:14, 10:25, 11:6, 14:15, 14:21, 15:21, 17:17, 18:4, 26:10, 28:8, 29:9, 29:12, 29:22, 30:1, 30:3, 30:9, 31:6, 31:7, 31:8, 31:21, 33:20, 34:14, 34:18, 35:10, 36:10, 40:17, 42:20, 43:16, 43:23, 46:8,

46:21, 49:4, 49:14, 51:25, 52:4, 52:5, 65:1, 66:18, 66:25, 67:19, 67:21, 68:22, 68:24, 68:25, 69:1, 69:4, 69:21, 69:22, 70:5, 73:4, 74:11, 74:12, 74:14, 75:16, 79:11, 82:10

**WASEDALE** [1] - 43:19

**WAY** [16] - 9:6, 15:18, 21:3, 23:6, 25:23, 27:2, 28:18, 39:11, 39:16, 47:8, 61:6, 64:3, 72:24, 73:23, 81:23, 82:8

**WAYS** [2] - 56:11, 68:20

**WE** [119] - 3:2, 3:8, 3:10, 3:17, 4:4, 4:8, 4:9, 5:14, 5:16, 5:21, 7:1, 7:4, 7:19, 7:22, 8:5, 8:13, 10:4, 10:6, 10:19, 11:6, 11:17, 15:20, 15:25, 16:2, 16:9, 16:11, 16:15, 16:18, 18:10, 19:18, 23:19, 23:25, 24:1, 25:2, 25:14, 26:16, 27:6, 27:13, 27:14, 28:4, 29:9, 30:5, 30:6, 30:7, 30:12, 30:16, 31:1, 31:4, 31:13, 31:22, 32:1, 32:3, 32:6, 32:10, 33:7, 33:19, 33:20, 33:22, 34:24, 35:9, 36:7, 36:18, 37:1, 39:21, 41:6, 44:13, 45:7, 48:8, 48:9, 48:11, 50:9, 51:1, 51:10, 51:21, 52:16, 54:6, 55:13, 56:5, 56:9, 56:20, 56:25, 57:18, 57:21, 58:8, 58:11, 60:12, 60:13, 61:22, 64:11, 64:15, 65:3, 66:21, 67:2, 68:7, 68:11, 69:7, 72:18, 72:22, 73:2, 76:4, 76:10, 79:18, 80:3, 80:4, 80:9, 80:13, 81:2, 81:7, 81:9, 81:10, 82:1, 82:4, 82:7, 83:5

**WE'VE** [2] - 44:9, 81:11

**WEAKNESS** [1] - 34:22

**WEAR** [1] - 68:11

**WEEK** [1] - 17:21

**WEEKS** [5] - 64:10, 64:11, 64:18, 65:2, 82:12

**WEISSER** [1] - 1:15

**WELL** [20] - 10:16, 11:13, 12:7, 16:3, 16:16, 20:1, 20:23, 23:2, 25:14, 27:6, 30:14, 31:10, 40:1, 47:18, 56:18, 57:3, 59:22, 63:5, 75:6, 77:18

**WENT** [1] - 81:4

**WERE** [32] - 4:4, 4:8, 8:10, 15:20, 16:11, 17:1, 17:6, 18:19, 26:22, 26:23, 30:2, 31:19, 31:20, 40:14, 41:1, 41:3, 41:4, 45:7, 45:22, 50:23, 60:1, 60:3, 65:13, 65:14, 67:18, 68:20, 68:21, 68:24, 68:25, 69:8, 69:9, 79:24

**WHAT** [77] - 5:15, 7:13, 10:6, 11:6, 11:10, 13:16, 13:18, 14:15, 15:4, 15:5, 15:17, 16:6, 16:21, 17:7, 18:7, 21:10, 21:12, 21:24, 22:6, 26:16, 28:13, 28:14, 28:20, 29:25, 30:7, 30:11, 32:21, 36:22, 39:23, 41:20, 41:22, 43:12, 45:9, 46:8, 50:10, 50:22, 55:19, 57:9, 58:11, 60:11, 62:9, 62:16, 62:19, 63:15, 63:23, 63:24, 64:5, 64:25, 65:12, 65:16, 66:10, 66:15, 67:23, 68:6, 68:14, 68:20, 68:25, 69:1, 69:13, 70:8, 70:14, 71:18, 71:20, 71:21, 73:21, 75:8, 75:18, 76:2, 76:3, 77:3, 77:25, 80:5, 81:6, 82:10, 83:6

**WHATEVER** [4] - 4:5, 33:5, 33:13

**WHEN** [23] - 5:23, 7:5, 9:10, 12:23, 13:15, 15:7, 16:11, 18:14, 18:22, 19:20, 19:21, 22:18, 39:9, 49:19, 53:13, 55:2, 56:19,

61:8, 61:13, 68:11, 69:21, 70:9, 75:23

**WHERE** [23] - 7:15, 8:17, 9:8, 16:7, 18:24, 25:15, 26:14, 30:12, 31:24, 35:5, 37:1, 37:11, 39:19, 43:14, 43:23, 45:24, 62:16, 63:19, 66:4, 66:5, 67:18, 77:23

**WHEREBY** [2] - 49:17, 75:21

**WHETHER** [16] - 15:21, 15:22, 16:8, 27:20, 35:10, 37:22, 39:16, 47:9, 49:25, 50:2, 50:6, 50:16, 52:3, 52:4, 60:19, 82:4

**WHICH** [45] - 3:19, 4:1, 4:17, 6:14, 6:16, 8:8, 11:5, 11:20, 16:23, 17:19, 20:8, 20:13, 21:22, 22:17, 23:19, 25:9, 25:12, 29:22, 29:23, 30:7, 36:14, 36:18, 37:22, 40:5, 43:21, 44:18, 45:16, 50:4, 53:4, 53:6, 53:12, 53:16, 53:21, 54:1, 60:5, 61:9, 63:13, 63:22, 65:11, 70:16, 71:19, 80:25, 81:1, 81:2

**WHILE** [5] - 7:4, 21:24, 68:2, 71:4, 80:2

**WHO** [26] - 6:22, 6:23, 8:10, 11:12, 12:12, 14:2, 15:9, 17:23, 18:18, 22:24, 23:6, 23:8, 27:21, 30:14, 40:21, 41:7, 47:15, 61:14, 62:5, 62:10, 62:12, 65:8, 66:8, 71:25, 77:21, 78:3

**WHOLESALE** [1] - 15:8

**WHOM** [1] - 28:10

**WHY** [21] - 7:20, 13:19, 19:1, 19:3, 19:4, 19:5, 26:2, 30:1, 32:14, 37:19, 37:20, 45:21, 48:7, 50:20, 51:3, 60:8, 60:25, 64:24, 64:25, 66:18

**WILL** [39] - 5:14, 5:16, 5:17, 18:21, 19:20, 20:3, 21:13, 27:7,

32:1, 32:25, 35:5, 35:25, 36:6, 36:19, 44:8, 44:24, 45:15, 45:21, 47:5, 47:23, 49:2, 55:3, 55:17, 55:24, 57:22, 57:23, 59:6, 62:6, 62:7, 64:17, 79:15, 80:3, 80:4, 80:9, 80:13, 82:10, 82:12

**WISH** [2] - 58:24, 81:14

**WITH** [73] - 5:24, 11:24, 12:1, 13:15, 14:13, 14:20, 15:10, 16:2, 18:15, 19:23, 20:16, 21:1, 21:13, 23:5, 24:17, 26:2, 26:7, 26:16, 27:16, 27:19, 28:19, 29:21, 31:1, 31:13, 31:14, 31:17, 31:19, 32:20, 34:19, 34:25, 35:11, 36:5, 37:6, 40:10, 42:14, 45:15, 46:17, 46:19, 48:19, 48:25, 49:15, 50:2, 50:16, 50:20, 52:9, 53:11, 53:14, 53:25, 56:4, 58:7, 58:11, 60:9, 62:13, 62:14, 65:4, 70:20, 70:22, 75:17, 77:23, 78:6, 78:14, 78:21, 80:14, 80:16, 81:4, 81:13, 81:14, 81:19, 81:21, 81:23, 82:11, 82:21

**WITHIN** [2] - 42:24, 82:12

**WITHOUT** [2] - 19:17, 20:21

**WITNESSES** [2] - 4:10, 8:10

**WOLF** [1] - 15:12

**WON'T** [1] - 56:25

**WONDER** [1] - 12:6

**WORK** [5] - 56:4, 61:6, 70:21, 81:19, 82:12

**WORKED** [1] - 31:3

**WORKING** [7] - 59:5, 66:5, 70:25, 78:2, 78:12, 78:19, 79:17

**WORKS** [1] - 51:20

**WORLD** [3] - 11:16, 25:15, 34:10

**WORRIED** [2] - 37:21, 37:24

**WOULD** [79] - 3:25, 4:2, 4:14, 5:4, 6:1, 6:17, 6:21, 6:24, 7:1,

7:7, 7:9, 8:3, 8:24, 14:4, 14:20, 14:24, 17:14, 17:16, 17:19, 17:20, 23:15, 23:23, 24:3, 24:11, 24:25, 25:15, 25:21, 26:6, 26:7, 26:11, 26:24, 27:22, 29:9, 30:14, 30:15, 31:14, 31:15, 31:24, 32:11, 34:12, 36:24, 38:15, 43:4, 44:6, 44:18, 45:1, 45:11, 45:23, 46:20, 47:12, 48:1, 48:4, 50:20, 50:24, 51:6, 52:15, 55:16, 57:2, 57:16, 57:17, 58:1, 59:11, 60:4, 62:19, 62:20, 66:12, 70:3, 70:14, 71:17, 71:20, 74:25, 80:18, 81:7, 81:8, 81:9, 82:17, 82:23

**WOULDN'T** [3] - 27:15, 30:10, 51:12

**WRAPPED** [1] - 45:1

**WRIT** [6] - 6:25, 8:23, 11:4, 18:25, 22:4, 25:4

**WRITS** [1] - 21:18

**WRITTEN** [2] - 4:17, 80:4

**WRONG** [2] - 29:19

**WU** [1] - 2:2

**WU-KUNG** [1] - 2:2

**Y**

**YEAR** [14] - 13:2, 17:11, 17:24, 23:11, 36:10, 39:14, 40:3, 40:21, 41:19, 42:12, 43:2, 43:3, 79:1

**YEARS** [2] - 43:25, 62:13

**YES** [21] - 3:10, 5:6, 6:5, 9:22, 10:11, 10:23, 23:17, 28:9, 47:20, 48:6, 48:10, 54:8, 58:5, 59:1, 78:9, 78:16, 78:19, 78:24, 79:12, 83:1

**YESTERDAY** [1] - 4:12

**YET** [7] - 12:19, 23:8, 47:25, 51:14, 51:16, 51:20, 57:17

**YORK** [2] - 43:20, 67:17

**YOU** [160] - 3:11, 3:15,

3:16, 5:3, 5:5, 5:13,
5:19, 5:20, 6:3, 6:7,
6:8, 7:11, 7:20, 7:23,
8:8, 9:10, 9:11, 9:12,
9:16, 9:20, 10:4,
10:9, 10:11, 11:25,
12:6, 12:12, 13:23,
14:3, 14:9, 14:14,
14:20, 15:4, 15:7,
15:24, 19:14, 19:17,
19:22, 19:23, 20:24,
20:25, 21:3, 21:8,
23:3, 23:5, 24:3,
24:12, 24:14, 24:20,
26:2, 26:5, 27:5,
27:7, 27:21, 27:24,
27:25, 28:1, 28:2,
28:3, 28:4, 29:17,
29:19, 30:11, 30:22,
30:23, 31:14, 31:18,
31:19, 32:14, 32:16,
33:23, 34:9, 34:20,
35:2, 37:14, 39:2,
39:4, 42:17, 44:6,
44:23, 44:24, 45:5,
45:9, 46:12, 46:25,
47:14, 47:18, 47:19,
48:2, 48:3, 48:4,
48:7, 51:9, 51:14,
52:12, 52:15, 54:3,
54:5, 54:6, 55:16,
56:19, 57:5, 57:6,
57:11, 58:3, 58:19,
58:23, 59:14, 59:16,
60:8, 61:22, 62:25,
63:14, 66:8, 68:9,
68:21, 69:8, 69:17,
71:7, 71:11, 72:9,
72:23, 73:7, 73:9,
73:12, 73:14, 75:8,
76:2, 76:3, 76:4,
76:18, 77:9, 77:20,
78:5, 78:15, 79:25,
80:20, 81:10, 81:12,
81:14, 82:2, 82:11,
82:17, 82:20, 82:23,
83:4, 83:5, 83:7,
83:8

**YOUNG** [1] - 62:14
**YOUR** [91] - 3:13, 5:1,
5:6, 5:12, 5:19, 6:5,
6:8, 6:9, 7:12, 7:22,
9:14, 10:10, 11:1,
11:14, 12:7, 14:9,
14:13, 15:5, 15:6,
16:1, 16:12, 16:16,
19:16, 20:1, 20:16,
21:3, 22:23, 23:8,
23:17, 24:5, 24:7,
24:21, 27:18, 28:6,
28:7, 30:11, 30:18,

30:25, 31:12, 32:3,
32:7, 32:16, 32:17,
34:4, 37:10, 40:1,
40:9, 42:1, 46:12,
47:2, 47:16, 47:19,
47:21, 47:23, 48:1,
48:10, 51:21, 53:8,
54:5, 54:8, 55:23,
56:2, 57:15, 57:24,
58:1, 58:5, 59:1,
59:3, 60:9, 73:16,
74:13, 74:21, 75:4,
75:7, 76:13, 76:14,
76:19, 77:13, 78:4,
78:9, 78:16, 78:24,
79:12, 80:24, 81:12,
81:14, 82:16, 82:21,
83:1, 83:4, 83:8

# Z

**ZIP** [2] - 62:2, 62:3